Owen Dukelow, Cal. Bar No. 196265
owen@khpatent.com
KOLISCH HARTWELL P.C.
260 Sheridan Ave., Ste. 200
Palo Alto, CA 94306-2009
Telephone: (650) 325-8673
Fax: (650)325-5076
Attorney for Defendant
*CRU Acquisition Group LLC*

FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION | 2:13-ml-02461-GAF (PLAx) |
| | MDL NO. 2461 |
| | This Document Relates to: ALL CASES |
| MyKey Technology Inc., | |
| v. | [PROPOSED] **ORDER FOR PATENT CLAIM CONSTRUCTION** |
| Intelligent Computer Solutions, Inc. | |

The Court orders the following schedule for patent claim construction:

| Event | Parties' Proposed Date |
|---|---|
| Disclosure of Asserted Claims Infringement Contentions<br><br>Document Production Accompanying Infringement Contentions | September 27, 2013 |
| Invalidity Contentions<br><br>Document Production Accompanying Invalidity Contentions. | November 15, 2013 |
| Exchange of Proposed Terms for Construction. | December 11, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence. | January 7, 2014 |
| Joint Claim Construction and Prehearing Statement | January 13, 2014 |
| Completion of Claim Construction Discovery (including depositions of experts who submitted declarations in support of claim construction positions) | February 7, 2014 |
| Claim Construction – Exchange Opening Briefs | Feb. 19, 2014 |
| Claim Construction– Exchange Responsive Briefs | Mar. 5, 2014 |
| Claim Construction Hearing (including technology tutorial). | Mar. 19, 2014 or other such day that is convenient for the Court at 9:30 a.m. |

Dated: _9/10_, 2013

IT IS SO ORDERED.

_____
Judge Gary Allen Feess
United States District Court