Michael A. Berta (SBN 194650)
michael.berta@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone:  (415) 471-3306
Facsimile:   (415) 471-3400

Brian Martinez (SBN 274210)
Brian.Martinez@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorneys for Defendant Logicube, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION<br><br>MyKey Technology Inc.,<br><br>   v.<br><br>Intelligent Computer Solutions, Inc. | 2:13-ml-02461-GAF (PLAx)<br><br>MDL NO. 2461<br><br>This Document Relates to:<br>MyKey Technology Inc. v. CPR Tools Inc. et al., 2:13-02302-GAF-PLA<br><br>**NOTICE OF LODGING [PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>Honorable Paul L. Abrams |

Defendant Logicube, Inc. hereby lodges the attached [Proposed] Stipulated Protective Order, to which Plaintiff MyKey Technology, Inc. and Defendant Logicube, Inc. have stipulated.  The parties respectfully request entry of the proposed order.

1

2

3 Dated: September 20, 2013     ARNOLD AND PORTER LLP

4

5 By: */s/ Brian Martinez*
    Brian Martinez
    ARNOLD & PORTER LLP
    777 South Figueroa Street, Forty-Fourth Floor
    Los Angeles, California 90017-5844
    Telephone: 213.243.4000
    Facsimile: 213.243.4199
    Email: Brian.Martinez@aporter.com

Attorney for Defendant
Logicube, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF LODGING
CASE NO. 13-02302 GAF PLAx

1301806.1