# EXHIBIT E

# EXHIBIT E

## Disputed Terms of the '682 Patent

1. "transparent to normal operation of the host and the storage device" (claim 1)

| | |
|---|---|
| Defendants' Proposed Construction | "the blocking device appears to the host as the storage device and appears to the storage device as the host, and the blocking device operates in a way that all normal operations between host and the storage device continue when the blocking device is interposed between them with no reconfiguration of the host and/or the storage device." |
| MyKey's Proposed Construction | "to the host, the blocking device appears to be a standard drive interface and presents to the host the memory, registers, and control signals that a storage device would normally present to the host and to the storage device, the blocking device appears to be a host and presents to the storage device the memory, registers, and control signals that the host would normally present to the storage device, although the blocking device blocks or modifies commands that would result in the modification of the drive." |

2. "interface emulator" (claim 1)

| | |
|---|---|
| Defendants' Proposed Construction | "an interface component that mimics the interface presented by the storage device and operates with no reconfiguration of the host software." |
| MyKey's Proposed Construction | "an interface component that mimics another interface." |

3. "IDE emulator component" (claim 13)

| | |
|---|---|
| Defendants' Proposed Construction | "an interface component that mimics the interface presented by the IDE storage device and operates with no reconfiguration of the host software." |
| MyKey's Proposed Construction | "a component that mimics an interface compatible with the IDE or ATA interface." |

4. "Host" (claims 1, 13, 30 and 40)

| | |
|---|---|
| Defendants' Proposed Construction | "a computer or motherboard distinct from the blocking device that, in the absence of the blocking device, is able to read and write the storage device." |
| MyKey's Proposed Construction | This claim term does not require construction. |

5. "means for intercepting communications between a host and a storage device." (claim 40)

| | |
|---|---|
| Defendants' Proposed Construction | This term is invalid under 35 U.S.C. § 112 and subject to 35 U.S.C. § 112(6).<br><br>**Function:** intercepting communications between a host and a storage device.<br><br>**Structure:** Undefined |
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br><br>**Function:** intercepting communications between a host and a storage device.<br><br>**Structure:** an interface emulator 320, 720, 820, 920, and equivalents thereof. |

6. "means for blocking other ones of the commands from being received by the storage device based on the comparison." (claim 40)

| Defendants' Proposed Construction | This term is subject to 35 U.S.C. § 112(6).<br><br>**Function:** blocking other ones of the commands from being received by the storage device based on the comparison.<br><br>**Structure:** the elements of Fig. 5 (except 520, 525, 530, and 560), and programmed to perform steps 420, 430, 440, 450, and 460 of Fig. 4, and equivalents thereof. |
|---|---|
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br><br>**Function:** blocking other ones of the commands from being received by the storage device based on the comparison.<br><br>**Structure:** a processor programmed to perform step 420 and 460 of Fig. 4, and equivalents thereof. |

7. "means for forwarding selected ones of commands in the intercepted communications to the storage. . . known to not permanently modify a state of the storage device." (claim 40)

| Defendants' Proposed Construction | This term is subject to 35 U.S.C. § 112(6).<br><br>**Function:** The parties agree that the function is the claim language.<br><br>**Structure:** the elements of Fig. 5 (except 520, 525, 530, and 560), and programmed to perform steps 440, 450, 460, 470 and 480 in Fig. 4, and equivalents thereof. |
|---|---|
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br><br>**Function:** The parties agree that the function is the claim language.<br><br>**Structure:** a processor programmed to perform step 470 and 480 in Fig. 4, and equivalents thereof. |

**Disputed Terms of the '379 Patent**

1. "user controllable switch" (claim 1)

| Defendants' Proposed Construction | "a simple physical switch, including two stable positions 'on' and 'off', that when actuated by the user that causes the control circuit to issue all the commands recited herein, and is not a menu driven interface." |
|---|---|
| MyKey's Proposed Construction | This claim term should be afforded its plain and ordinary meaning, which is "a switch that can be controlled by a user of the device." |

2. "stand-alone, dedicated function device for removing data from a long term memory component" and "stand-alone, dedicated function device." (claim 1)

| Defendants' Proposed Construction | "a device that is configured at the factory for the specific purpose of automatically removing data from a long-term memory component, and includes all the hardware, logic and circuitry necessary to perform such specific purpose, and the device does not have any way for a user to change its functionality, programming or configuration." |
|---|---|
| MyKey's Proposed Construction | "a physical device, which is not a general purpose computer system, that stands apart from a long-term memory component and is dedicated to irretrievably remove data from the longterm memory component." |

3. "hidden storage area." (claims 1, 2 and 3)

| Defendants' Proposed Construction | "an area on a long-term memory device that is hidden from the operating system." |
|---|---|
| MyKey's Proposed Construction | "an area on a long-term memory device that is not counted towards a reported size of the device, such as a Host Protected Area and/or a Device Configuration Overlay." |

4. "irretrievably remove data." (claim 1)

| Defendants' Proposed Construction | "overwrite data on the tracks of a longterm memory component by writing to all the tracks multiple times with multiple data patterns and writing to the tracks nonsequentially in a pattern that forces the head to move from track to track in such a way as to introduce jitter in the position of the head in the long-term memory component" |
|---|---|
| MyKey's Proposed Construction | This claim term should be afforded its plain and ordinary meaning, which is "remove data permanently such that it may not be recovered by any known methods." |

   5. "the control circuit is further configured to open a hidden area. . . before irretrievably removing data." (claim 1)

| Defendants' Proposed Construction | "the control circuit automatically opens a hidden storage area on the long-term memory component before irretrievably removing the data in response to the user's actuation of the switch to command irretrievable removal of all data" |
|---|---|
| MyKey's Proposed Construction | This claim term does not require construction. |

   6. "casing being of a size that is portable by the user." (claim 1)

| Defendants' Proposed Construction | Invalid under 35 U.S.C. § 112. "casing that is relatively small, lightweight, and easily portable, approximately 8"×10"×1.5" or smaller." |
|---|---|
| MyKey's Proposed Construction | This claim term does not require construction. |

   7. "the control circuit open[s] a hidden storage area without user intervention." (claim 2)

| Defendants' Proposed Construction | "the control circuit automatically issues commands to open a hidden storage area without need for a user to request the control circuit to do so." |
|---|---|
| MyKey's Proposed Construction | This claim term does not require construction. |

**Disputed Terms of the '086 Patent**

1. "exact copy" / "exact copies." (claims 1 and 18)

| Defendants' Proposed Construction | "A copy that includes all of the data that resides on a long-term memory device, and formatted and arranged in the exact manner as on the long-term memory device." |
|---|---|
| MyKey's Proposed Construction | "a copy that includes all of the data that resides on a long-term memory device, including any data in hidden areas." |

2. "user controllable switch." (claim 1)

| Defendants' Proposed Construction | "a simple physical switch having only 'on' and 'off' positions." |
|---|---|
| MyKey's Proposed Construction | This claim term should be afforded its plain and ordinary meaning, which is "a switch that can be controlled by a user of the device." |

3. "means [for] initiating the copying procedure." (claim 18)

| Defendants' Proposed Construction | This term is subject to 35 U.S.C. § 112(6).<br>**Function:** initiating the copying procedure.<br>**Structure:** a simple physical switch having only two stable positions 'on' and 'off,' and equivalents thereof. |
|---|---|
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br>**Function:** initiating the copying procedure.<br>**Structure:** a switch and equivalents thereof. |

4. "means for making an exact copy." (claim 18)

| Defendants' Proposed Construction | Invalid under 35 U.S.C. § 112. |
|---|---|
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br>**Function:** making an exact copy.<br>**Structure:** a processor programmed to perform step 3070 in Fig. 3, and equivalents thereof. |

5. "means for reading and comparing the data on the source and destination devices and communicating result to a user." (claim 18)

| Defendants' Proposed Construction | Invalid under 35 U.S.C. § 112. |
|---|---|
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br>**Function:** reading and comparing the data on the source and destination devices and communicating result to a user.<br>**Structure:** a processor programmed to perform step 3075 in Fig. 3, and equivalents thereof. |

6. "stand-alone, dedicated function device for making exact copies of long term memory devices" "stand-alone, dedicated function copying device" (claims 1 and 18)

| | |
|---|---|
| Defendants' Proposed Construction | "a device that is configured at the factory for the specific purpose of automatically making an exact copy of a source long-term memory device on a destination long-term memory device, and includes all the hardware, logic and circuitry necessary to perform such specific purpose, and does not include an option to delete the contents of the destination long-term memory device." |
| MyKey's Proposed Construction | "a physical device, which is not a general purpose computer system, that stands apart from the source drive and the one or more destination devices whose hardware and software is dedicated to making exact copies of long term memory devices." |

7. "control circuit issuing commands to. . . read and compare data on the source and destination devices." (claim 1)

| | |
|---|---|
| Defendants' Proposed Construction | "commands are issued to the source and destination devices so that, on a unit by unit basis, data on the source device is read and compared with corresponding data on the destination device." |
| MyKey's Proposed Construction | This claim term does not require construction. |

8.  "Control circuit issuing commands to. . . restore the source drive to its original condition" (claim 1).

| | |
|---|---|
| Defendants' Proposed Construction | "commands are issued to the source drive, automatically after copying, to restore the drive to its unaltered state after the source device has been altered to provide access to hidden areas." |
| MyKey's Proposed Construction | This claim term does not require construction. |

9.  "Means for opening hidden areas on the source device" (claim 18).

| | |
|---|---|
| Defendants' Proposed Construction | Invalid under 35 U.S.C. § 112.  This term is subject to 35 U.S.C. § 112(6).<br><br>**Function:** opening hidden areas on the source device.<br><br>**Structure:** Undefined. |
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f).<br><br>**Function:** opening hidden areas on the source device.<br><br>**Structure:** a processor programmed to issue a command to the source device to make hidden data available to be read from the source drive by changing the reported size of the source device to allow data to be read from the entire source drive.  '086 patent: 1:58-62; 4:38-5:12; Figs. 1, 4, 5, 6, and 7 and accompanying text; U.S. Provisional Application 60/443,388 at p. 4. |

10. means for restoring the source device to its original condition." (claim 18)

| Defendants' Proposed Construction | Invalid under 35 U.S.C. § 112. This term is subject to 35 U.S.C. § 112(6). **Function:** restoring the source device to its original condition. **Structure:** Undefined. |
|---|---|
| MyKey's Proposed Construction | This term is subject to 35 U.S.C. § 112(f). **Function:** restoring the source device to its original condition. **Structure:** processor programmed as set forth in 4:54-60 of the '086 patent OR processor and flash memory, where the processor is programmed (1) to, prior to accessing the hidden area(s) on that source drive(s), instruct the flash memory to store information about an original configuration of a source drive(s) associated with a unique identification number(s) for that source drive(s) and (2) to, after accessing the hidden area(s) on that source drive(s), access the stored information about the original configuration of the source drive(s) stored in the flash memory by referencing the unique identification number associated with that source drive(s) and (3) to instruct the source drive(s) to restore itself to the original configuration. |

12107569