# EXHIBIT G-1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

May 16, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *09/961,417*
FILING DATE: *September 25, 2001*
PATENT NUMBER: *6,813,682*
ISSUE DATE: *November 02, 2004*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. WALLACE

**Certifying Officer**

PART (*1*) OF (*1*) PART(S)

MTI0000001

PATENT NUMBER
6813682

6813682

# U.S. UTILITY PATENT APPLICATION

| | O.I.P.E. | PATENT DATE |
|---|---|---|
| SCANNED | | NOV 0 2 2004 |

SECTOR

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/961417 | D | 711 | 112 | 2187 2164 | |

APPLICANTS

Steven Bress
Mark Menz

Certificate
JAN 1 8 2005
of Correction

TITLE

Write protection for computer long-term memory devices

PTO-2040
12/99

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | |
|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
| 711 | 112 | 711 | 163 | 164 | | | |
| INTERNATIONAL CLASSIFICATION | | 713 | 161 | 164 | 165 | 166 | |
| G 0 6 F 12 / 00 | | | | | | | |

☐ Continued on Issue Slip Inside File Jacket

Formal Drawings ( 9 shts) set   9/25/0

| ☐ TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 9 | 10 | 2 | 45 | 1 |

| ☐ a) The term of this patent subsequent to _____ (date) has been disclaimed. | | NOTICE OF ALLOWANCE MAILED |
|---|---|---|
| | 08/27/04 (Date) | |
| ☐ b) The term of this patent shall not extend beyond the expiration date of U.S. Patent No. _____ | DONALD SPARKS | JUN 8 25 04 |
| | SUPERVISORY PATENT EXAMINER | ISSUE FEE |
| | 8-24-04 (Primary Examiner) (Date) | Amount Due   Date Paid |
| | | $1330.00   9/3/04 |
| ☐ c) The termina(____months of this patent have been disclaimed. | C. Pottu 8/27/04 (Legal Instruments Examiner) (Date) | ISSUE BATCH NUMBER |

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 1097)

ISSUE FEE IN FILE          (LABEL AREA)

(FACE)



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 6920

| SERIAL NUMBER 09/961,417 | FILING DATE 09/25/2001 RULE | CLASS 711 | GROUP ART UNIT ~~2185~~ 2187 | ATTORNEY DOCKET NO. 0032-0003 |
|---|---|---|---|---|

APPLICANTS
   Steven Bress, Rockville, MD;
   Mark Joseph Menz, Folsom, CA;

** CONTINUING DATA **********************
   THIS APPLN CLAIMS BENEFIT OF 60/237,761 09/29/2000

** FOREIGN APPLICATIONS ***********

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 10/24/2001

| Foreign Priority claimed | ☐ yes ☒ no | | | |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met | ☐ yes ☒ no ☐ Met after Allowance | STATE OR COUNTRY MD | SHEETS DRAWING 9 | TOTAL CLAIMS ~~45~~ 53 | INDEPENDENT CLAIMS 6 |
| Verified and Acknowledged | Examiner's Signature          Initials | | | |

ADDRESS
HARRITY & SNYDER, L.L.P.
Suite 300
11240 Waples Mill Road
Fairfax ,VA 22030

TITLE
Write protection for computer long-term memory devices

| FILING FEE RECEIVED 772 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/26/2001 SFELEKE1 00000049 09961417

01 FC:201                          355.00 OP
02 FC:202                          120.00 OP
03 FC:203                          297.00 OP

PTO-1556
(5/87)
*U.S. GPO: 2000-468-987/39595

MTI0000004





Patent
Attorney's Docket No. 0032-0003

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### UTILITY PATENT
### APPLICATION TRANSMITTAL LETTER

Box PATENT APPLICATION
Commissioner for Patents and Trademarks
Washington, D.C. 20231

Sir:

Enclosed for filing is the utility patent application of Steven BRESS and Mark Joseph MENZ for WRITE PROTECTION FOR COMPUTER LONG-TERM MEMORY DEVICES.

Also enclosed are:

☒ 9 sheet(s) of ☒ formal ☐ informal drawing(s);

☐ claim for foreign priority under 35 U.S.C. §§ 119 and/or 365 is ☐ hereby made to _____ filed in _____ on _____;

    ☐ in the declaration;

☐ a certified copy of the priority document;

☐ a General Authorization for Petitions for Extensions of Time and Payment of Fees;

☒ applicant(s) is/are entitled to Small Entity Status;

☐ an Assignment document and Assignment Recordation Cover Sheet;

☒ an Information Disclosure Statement and PTO-1449;

☐ A Request for Non-Publication is enclosed; and

☐ Other: _____;

☒ Executed ☐ unexecuted declarations of the inventor(s)

    ☒ also are enclosed ☐ will follow.

☐ Please amend the specification by inserting before the first line the sentence -- This application claims priority under 35 U.S.C. §§ 119 and/or 365 to _____ filed in _____ on _____; the entire content of which is hereby incorporated by reference.--

☐ A bibliographic data entry sheet is enclosed.

MTI0000005

Utility Patent Application Transmittal Letter
Attorney's Docket No. <u>0032-0003</u>
Page 2

☒ The filing fee has been calculated as follows ☐ and in accordance with the enclosed
preliminary amendment:

| CLAIMS | | | | | |
|---|---|---|---|---|---|
| | **No. of Claims** | | **Extra Claims** | **Rate** | **Fee** |
| Basic Application Fee | | | | | $710.00 |
| Total Claims | 53 | Minus 20 = | 33 | x $18.00 = | $594.00 |
| Ind. Claims | 6 | Minus 3 = | 3 | x $ 80.00 = | $240.00 |
| If multiple dependent claims are presented, add $270.00 | | | | | |
| Total Application Fee | | | | | $1544.00 |
| If Small entity status is claimed, subtract 50% of Total Application Fee | | | | | $772.00 |
| Add Assignment Recording Fee if Assignment document is enclosed | | | | | |
| **TOTAL APPLICATION FEE DUE** | | | | | **$772.00** |

☐ This application is being filed without a filing fee. Issuance of a Notice to File Missing Parts of Application is respectfully requested.

☒ A check in the amount of  $<u>772.00 (filing fee and additional claims fee)</u>  is enclosed for the fee due.

☐ A check in the amount of  $<u> 40.00 (Assignment Recordation fee)</u>  is enclosed for the fee due.

☐ Charge $_____ to Deposit Account No. 50-1070 for the fee due.

MTI0000006

Utility Patent Application Transmittal Letter
Attorney's Docket No. 0032-0003
Page 3

☒ The Commissioner is hereby authorized to charge any appropriate fees under 37 C.F.R. §§ 1.16, 1.17, and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 50-1070.  This paper is submitted in duplicate.

Respectfully submitted,

HARRITY & SNYDER, L.L.P.

**26615**

PATENT TRADEMARK OFFICE

By: _____

Brian E. Ledell
Reg. No. 42,784

11240 Waples Mill Road
Suite 300
Fairfax, Virginia 22030
(571) 432-0800

Date:  September 25, 2001

Docket No.: 0032-0003

## Abstract of the Disclosure

**[0089]**     A blocking device provides read and write protection for computer long-term storage devices, such as hard drives.  The blocking device is placed between a host computer and the storage device.  The blocking device intercepts communications between the host and the storage device and examines any commands from the host to the storage device.  Certain commands, such as commands that may modify the storage device, may be discarded.

MTI0000008

## WRITE PROTECTION FOR COMPUTER LONG-TERM MEMORY DEVICES

### RELATED APPLICATION

**[0001]**    This application claims priority under 35 U.S.C. § 119 based on

U.S. Provisional Application No. 60/237,761, filed September 29, 2000, the

disclosure of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

A.    Field of the Invention

**[0002]**    The present invention relates to computer memory devices and,

more specifically, to mechanisms for controlling user access to the memory

devices.

B.    Description of Related Art

**[0003]**    There are many situations in which it is desirable to allow data to be

read from a non-volatile long-term memory storage device, such as a computer

hard drive, but not allow data to be written to the device.  For example, law

enforcement officials have occasion to confiscate long-term memory storage

devices.  Once confiscated, the law enforcement officials need to be able to

examine the storage device without changing the storage state of the device.

Some operating systems, such as the Windows® operating systems from

Microsoft Corporation, may modify the storage device when accessing files on

the device, even if the user is only trying to read files from the device.  In

1

MTI0000009

*Docket No.: 0032-0003*

addition, during startup, operating systems such as Windows® will write up to hundreds of megabytes of data to a storage device as the operating system initializes.  These situations are not acceptable when trying to preserve the state of a storage device to its as-confiscated state.

[0004]    An example of another situation in which it is desirable to allow data to be read from a storage device but not written is in the area of computer security.  A computer that is connected to other computers through a network, such as the Internet, is vulnerable to attack.  A malicious hacker may attempt to write/change data on a target computer.  Although most modern computers have some form of software password protection, these passwords can be bypassed, or "hacked," by a determined attacker.  In addition, attacks can come from viruses that are inadvertently transmitted between computers.  One way to minimize or prevent damage from such attacks is to block the modification of all of or of certain predetermined sensitive areas of the computer's storage device.

[0005]    There are a number of known conventional techniques for write protecting memory devices, such as hard drives.  One class of early techniques revolved around the concept of disabling a write gate signal transmitted between the drive's controller and the drive's storage media.  These techniques are not easy to implement with more modern hard drives, however, because the drive controller and storage media are integrated into a single closed system.  Accordingly, the write gate signal is no longer easily accessible.  Further, within the more modern integrated hard drives, the write gate signal may be

2

MTI0000010

*Docket No.: 0032-0003*

implemented as a signal etched onto an integrated circuit and would, thus, be difficult to electrically contact even if the drive were opened.

**[0006]**    A second class of drive write protection techniques is based on software protection of the drive.  In general, these techniques involve the installation of software that modifies the read/write parameters of the system.  One disadvantage of these techniques is that they tend to be operating system specific.  This creates the potential burden of properly installing, updating, and operating the software.  Additionally, because installing software may change the state of the storage device, software techniques are not appropriate in situations, such as in law enforcement, in which not changing the state of the storage device is a priority.

**[0007]**    A final class of drive protection techniques is based on inserting hardware devices designed to operate with particular computer configurations, such as a card inserted into a host's PCI bus.  Such devices are also not without their limitations.  For example, the devices may only work with certain types of computer systems or may only block predefined write commands.  These limitations can be problematic if the device is not compatible with the desired computer system or if new write commands are introduced which are not recognized by the device.

**[0008]**    Accordingly, there is a need in the art for an improved mechanism for write protecting a memory device, such as a disk drive.

3

MTI0000011

*Docket No.: 0032-0003*

## SUMMARY OF THE INVENTION

[0009]    Systems and methods consistent with the present invention address these and other needs by providing for an operating system independent blocking device that is physically inserted between a host computer and a storage device.

[0010]    One aspect of the invention is directed to a blocking device including a plurality of elements.  Specifically, the blocking device includes an interface emulator configured to emulate an interface presented by a storage device and an interface for connecting to a storage device.  Additionally, the blocking device includes a processor coupled to the interface emulator and the interface.  The processor examines commands received through the interface emulator that are generated by a host and intended for the storage device and allows only those of the commands that match a predetermined set of commands to pass.

[0011]    A second aspect of the invention is directed to a device that includes an IDE emulator component, an IDE interface, and a logic circuit.  The IDE emulator component includes a physical interface designed to engage a first cable that connects to a host that controls an IDE storage device.  The IDE interface is configured to engage a second cable that connects to the IDE storage device.  The logic circuit connects the IDE emulator component to the IDE interface and compares commands received at the IDE emulator component to a predetermined set of commands and blocks transmission of one or more of the commands from the IDE emulator component to the IDE interface when the

4

MTI0000012

*Docket No.: 0032-0003*

comparison indicates that the logic circuit does not recognize the received command or the comparison indicates that the received command is a command that modifies the storage device.

[0012]    Another device consistent with the invention includes an emulator component, the emulator component including a physical interface designed to connect to a host that controls a storage device.  Additionally, an interface is configured to connect to the storage device and a logic circuit connects the emulator component to the interface and is configured to compare information received at the emulator component to a computer virus definition file and to block transmission of storage commands from the emulator component to the interface when the comparison indicates a match with the computer virus definition file.

[0013]    Another aspect of the invention is a method that intercepts communications between a computer motherboard and a local storage device and compares commands in the communications between the motherboard and the storage device to a predetermined set of commands.  Additionally, the method includes forwarding selected ones of the commands to the storage device based on the comparison and blocking selected other ones of the commands from being received by the storage device based on the comparison.

[0014]    Yet another aspect of the invention is directed to a computer system.  The computer system includes a host computer, a long-term storage device, and a blocking device coupled between the host computer and the storage device.  The blocking device is configured to intercept commands from

5

MTI0000013

*Docket No.: 0032-0003*

the host to the storage device and to block certain commands from reaching the storage device and to pass other ones of the commands to the storage device.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0015]    The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate the invention and, together with the description, explain the invention.  In the drawings,

[0016]    Figs. 1A and 1B are diagrams illustrating register layouts for an IDE interface;

[0017]    Fig. 2 is a diagram illustrating a blocking device consistent with concepts of the invention;

[0018]    Fig. 3 is a diagram illustrating the blocking device of Fig. 2 in additional detail;

[0019]    Fig. 4 is a flow chart illustrating the operation of the blocking device;

[0020]    Fig. 5 is block diagram illustrating the blocking device of Figs. 2 and 3 in even more detail;

[0021]    Fig. 6 is diagram graphically illustrating the functionality of portions of the blocking device shown in Fig. 5;

[0022]    Fig. 7 is a diagram illustrating an embodiment of a blocking device capable of supporting two drives;

[0023]    Fig. 8 is a diagram illustrating a blocking device capable of correctly operating with an operating system that uses read-back-after-write commands; and

6

MTI0000014

*Docket No.: 0032-0003*

[0024]    Fig. 9 is a diagram illustrating a blocking device capable of implementing more complex blocking rules.

## DETAILED DESCRIPTION

[0025]    The following detailed description of the invention refers to the accompanying drawings.  The same reference numbers in different drawings identify the same or similar elements.  Also, the following detailed description does not limit the invention.  Instead, the scope of the invention is defined by the appended claims and equivalents.

[0026]    A blocking device is described herein that blocks certain operations, such as read or write operations, as they are transmitted to a storage device.  The blocking device is physically inserted between a host computer system and the storage device and is transparent to the host and the storage device.

[0027]    The storage device may be any type of long-term non-volatile memory device.  For example, the storage device may be a hard disk drive or compact flash memory.  In one implementation, the storage device uses an Integrated Drive Electronics (IDE) interface.  An IDE interface is a well-known electronic interface that is frequently used to connect a computer's motherboard and disk drive.  In IDE drives, the disk drive controller is built into the physical case of the disk drive.  The IDE interface provides a relatively high level interface between the motherboard and the disk drive.

7

*Docket No.: 0032-0003*

[0028]    Although concepts consistent with the present invention are primarily described herein in relation to an IDE magnetic hard disk drive, these concepts may be implemented with other types of IDE media, such as flash memory with an IDE interface.  Flash memories are a special type of semiconductor random access memory that retains its data after power has been removed from the system.  Other types of media useable with an IDE interface include magnetic tape and optical media, such as a compact disc (CD) and a digital versatile disc (DVD).  In addition to the IDE interface, concepts consistent with the invention may be applied in a straightforward manner to other types of high level storage interfaces, such as the well known Small Computer System Interface (SCSI) standard or a hard drive connected through an IEEE 1394 (Firewire) connection.

[0029]    For the sake of clarity the remaining description herein will be described with reference to an IDE magnetic hard drive, although, as mentioned above, the concepts of the invention are not limited to such drives.  One skilled in the art would appreciate that other modern long-term storage device interfaces share similar functionality that could be incorporated into the concepts described herein.

IDE DRIVE

[0030]    As previously mentioned, communications with an IDE drive occurs through its IDE interface.  The IDE interface is a well-defined interface that has addressable memory registers in which the host device (e.g., the computer

8

MTI0000016

*Docket No.: 0032-0003*

motherboard) can write commands. The host may also read these registers to, for example, retrieve status information. The IDE interface may additionally include memory used to buffer data going to or coming from the storage media.

[0031]    Figs. 1A and 1B are diagrams illustrating register layouts for an IDE interface through which a host transmits read commands (Fig. 1A) and write commands (Fig. 1B). When reading from a drive, the host uses sector count register 101, sector number register 102, cylinder low register 103, cylinder high register 104, device ID/head number register 105, and command register 106. The host writes the number of sectors that it would like to read into sector count register 101. The host writes to registers 102, 103, 104, and part of register 105 to tell the drive how many sectors are to be read by the command. In order to read a sector from a drive, the host writes a series of bytes to these registers.

[0032]    Register 101 is a sector count register that tells the drive how many sectors should be read by the read command. For older drives, the sector was specified in a more convoluted way, using sector number register 102, cylinder number registers 103 and 104, and a head number in register 105. For backwards compatibility, these designations are still shown in the illustrated drive command table. More recent drives may use the Logical Block Addressing mode, or LBA, to describe the starting sector number. In this mode, the starting sector number is directly specified.

[0033]    Register 105 has one bit reserved to specify a device number. Up to two drives may share the same IDE cable. This reserved bit is used to select between the two drives. With two drives, one is designated as a "master" device

9

*Docket No.: 0032-0003*

and the other is designated as a "slave" device.  Both drives on the cable receive all of the commands, but only the drive that corresponds to the state of the reserved bit will act on commands.

[0034]     The drive begins to execute commands when the host writes a read command (illustrated as hexadecimal number 020 in Fig. 1A) to register 106.  For a read command, the drive will retrieve data from the drive platters and start transferring data to the host.

[0035]     Fig. 1B illustrates the register layout for a write command.  The register layout is similar to that of a read command.  Sector count register 101 holds the number of sectors that are to be written.  Also, the address of the starting sector is set in sector number register 102, cylinder low register 103, cylinder high register 104, and device ID/head number register 105 in the same manner in which the host sets the starting sector for a read command.  The drive begins to execute the write commands when the host writes a write command (illustrated as hexadecimal number 030) to command register 106.  In general, the only difference between the read and write command is in the value written to the command register 106.

[0036]     In Figs. 1A and 1B, register 115 is a "feature" register through which an IDE drive may pass data.  As can be seen from the above description of the read and write register layouts, the host must write data to at least some of registers 101-106 in order to issue either a read or a write command to the drive.  Therefore, for the drive to be read, the interface lines connecting the host to the IDE drive must be allowed to operate.  The drive has no way to determine

10

MTI0000018

*Docket No.: 0032-0003*

whether the incoming command will be a read or write until the command register is written.

## BLOCKING DEVICE

[0037]    Fig. 2 is a diagram illustrating a blocking device 203 consistent with the present invention.  Blocking device 203 may be a physical device inserted between a host computer 201 and a long-term storage device, such as hard disk drive 205.  Host computer 201 may be connected to blocking device 203 through a standard cable 202.  Similarly, drive 205 may be connected to blocking device 203 through a standard cable 204.

[0038]    To host computer 201, blocking device 203 appears to be a standard drive interface, such as an IDE drive interface, and presents to the host 201 the memory, registers, and control signals that a drive would normally present to host 201.  To drive 205, blocking device 205 appears to be a host computer, and presents to drive 205 the memory, registers, and control signals that host 201 would normally present to drive 205.  In other words, blocking device 203 is transparent to the system.  This is advantageous, as blocking device 203 is therefore operating system independent and does not require software to be installed on host 201.  Moreover, blocking device 203 may be physically designed to aid an untrained user in connecting it in the correct direction.  More specifically, in one implementation, the cables may be color coded or physically mated to encourage the user to connect the cables in the correct direction.  When cables 202 and 204 are plugged into blocking device

11

MTI0000019

*Docket No.: 0032-0003*

203, the blocking device is completely installed and ready to operate. Accordingly, installation of blocking device 203 can be performed by users that are relatively unsophisticated in the computer field.

[0039]     Fig. 3 is a diagram illustrating blocking device 203 in additional detail. Blocking device 203 includes three main components: an IDE drive emulator 320, embedded processor 330, and IDE drive interface 360. When host 201 attempts to communicate with drive 205, the host 201 is actually communicating with IDE drive emulator 320. Drive emulator 320 delays the communication from host 201 until embedded processor 330 has examined the communication. Embedded processor 330, based on its examination of the command from host 201, may either pass the command to IDE drive interface 360 or drop (block) the command. IDE drive interface 360 is a standard IDE drive interface that connects blocking device 203 to drive 205.

[0040]     Embedded processor 330 may be additionally coupled to RAM 340 and ROM 350. RAM 340 and ROM 350 are computer readable media that may store processing instructions and data used by embedded processor 330.

[0041]     In operation, if embedded processor 360 determines that a command received at IDE drive interface emulator 320 is an acceptable command to pass along to the drive, such as a read request or a capabilities request, embedded processor 330 passes the command to the registers in drive 205 through IDE drive interface 360. Additionally, with certain commands, embedded processor 360 may modify the command such that it will not modify the drive before passing the modified command to the drive. IDE drive interface

12

MTI0000020

*Docket No.: 0032-0003*

360 may receive any requested information back from drive 205. This received information may then pass through embedded processor 330 and IDE drive interface emulator 320 before it is transmitted to host 201.

[0042]    If embedded processor 330 determines that a command received through IDE drive interface 320 is a write command, embedded processor 330 drops the command and, thus, does not write anything to drive 205. Blocking device 203, however, will continue to accept the correct amount of data from host 201 as specified in the write command. Embedded processor 330 may simply discard this data and may then return status information to host 201 that indicates that the write was successful. From the point of view of host 201, the data transfer will have succeeded.

[0043]    Because the only data path to drive 205 goes through blocking device 203, there is no data path to the drive for even an accidental write, thereby providing absolute write protection. Further, because the blocking device 203 only allows commands that it knows are safe (i.e., commands that will not modify the drive) to pass, the drive cannot be modified by the host.

[0044]    Fig. 4 is a flow chart illustrating the operation of blocking device 203 in additional detail. To begin, host 201 communicates a command to drive 205 (act 400). The blocking device 203 captures and holds communications until they are examined (act 410). The communication is examined for whether it is a write or format command and/or any command that changes data on the drive 205. If yes, the command and any associated data is accepted by blocking device 203, and then discarded, blocking it from the protected drive 205 (acts

13

MTI0000021

*Docket No.: 0032-0003*

420 and 430). Because the blocking device 203 accepts the command and any data associated with the command, such as the data the host 201 intends to write to drive 205, the host 201 believes the command and associated data has been successfully sent to drive 205.

[0045]    Host communications that are not data changing commands are examined to determine if they are read commands (act 440). If it is a read command, embedded processor 330 passes the command to the protected drive 205 and any returned data is passed to host 201 (act 470). If the command is not a read command, embedded processor 330 examines the command to determine if it is a capabilities request (act 450). If the command is a capabilities request, embedded processor 330 reports the drive's capabilities back to host 201 (act 480). In some cases, certain drive capabilities may be modified by the processing time required by blocking device 203. Accordingly, in this situation, embedded processor 330 may modify the reported capabilities to reflect the actual capability of the drive 205 including any latency introduced by blocking device 203 (act 480). For example, embedded processor 330 may report back the actual drive storage space but may report a modified drive throughput rate that reflects any delay introduced by the blocking device 203. Finally, if the command is not recognized by embedded processor 330, the embedded processor 330 may discard the command (act 460). By discarding non-recognized commands, embedded processor 330 can ensure that only safe commands are passed.

14

MTI0000022

*Docket No.: 0032-0003*

[0046]    In an alternate implementation to that described above, embedded processor 330 may maintain a list of "forbidden" commands.  Any received commands that are in the list are dropped.

## DETAILS OF AN IMPLEMENTATION OF THE BLOCKING DEVICE

[0047]    Fig. 5 is block diagram illustrating an exemplary implementation of blocking device 203 in additional detail.  The blocking device includes microprocessor 510 and programmable logic device (PLD) 590.  Microprocessor 510 may be an embedded processor, such as the 80386 EX embedded processor manufactured by Intel Corporation, of Santa Clara, California.  The integrated design of microprocessor 510 allows relatively little additional circuitry to be used to create a small, dedicated computer system.  PLD 590 complements microprocessor 510 by performing logical operations required by the microprocessor 510 or other circuitry of the device 203.  ROM 580 stores configuration data that is initially loaded into PLD 590 on start-up.  Similarly, EPROM 550 stores the initial code necessary to initialize and run microprocessor 510.  Static RAM (SRAM) 540 is also connected to microprocessor 510, and is used for temporary program and data storage.  Crystal oscillator 570 provides clocking signals to microprocessor 510 and PLD 590.  In one implementation, crystal oscillator 570 generates a 50 MHz clock signal.

[0048]    Microprocessor 510 may control a number of external devices, such as LED status indicators 520 and a processor key lock 530.  Through LED status indicators 520, microprocessor 510 may provide easily understandable

15

MTI0000023

*Docket No.: 0032-0003*

feedback to a user. Processor key lock 530 is a physical interface through which a user must insert a physical key to enable microprocessor 510.

[0049]    In addition to connecting to host 201 and drive 205 through interfaces 320 and 360, respectively, microprocessor 510 may be connected to external devices via RS-232 port 525 and RS-232 transceiver 560. RS-232 port 525 may be a standard DB9 connector that allows connections using a standard DB9 male to female serial cable.

[0050]    One of ordinary skill in the art will recognize that the components shown in Fig. 5 may be selected from a wide variety of commercially available components. In one implementation, the components in Fig. 5 may be selected as follows: PLD 590, part number EP1K50QC208-2, available from Altera Corporation of San Jose, California; ROM 580, part number EPC1PC8, available from Altera Corporation; EPROM 550, part number AT27LV020A90JC, available from Atmel Corporation, of San Jose, California; and SRAM 540, part number CY7C1021V33L12ZCT, available from Cypress Corporation, of San Jose, California.

[0051]    Fig. 6 is diagram that graphically illustrates the functionality of PLD 590 in additional detail. Address, data, and control lines from the processor 510 are routed to PLD 590 where their information is buffered and latched as necessary in buffers 620. Buffers 620 serve to reduce the electrical load on the processor and to stabilize the signal timing. Buffer read and write signals 630 and 640 control the direction of the bus drivers 650. Thus, bus drivers 650 may write data into buffers 620 when read signal 630 is active and read data out of

16

MTI0000024

Docket No.: 0032-0003

buffers 620 when write signal 640 is active.  Buffers 620 and bus drivers 650 help control the data flow and distribution of the address and data busses from the processor 510 to other portions of PLD 590.

[0052]     Buffering and signal conditioning for the disk drive 205 is provided by drive buffers 695, which form the drive interface with the disk drive 205. Through the bus drivers 650, the microprocessor 510 can directly read and write to the drive interface.  Instead of directly communicating with drive buffers 695, bus drivers 650 may indirectly communicate with drive buffers 695 through dual ported RAM sector buffer 680.  Sector buffer 680 provides an additional layer of buffering between the microprocessor 510 and the drive 205.  This allows the drive to write one sector's worth of data to RAM at high speed, while the processor 510 reads a previous sector's worth of data.  By allowing the operations to overlap in this fashion, the processor 510 is not restricted to running at the speed of the drive 205, and is free to handle other functions until it needs the data in the sector buffer 680.

[0053]     Buffering and signal conditioning for host 201 is provided by drive buffers 696, which form the interface with the host 201.  Through bus drivers 650, microprocessor 510 can directly read and write to the host buffers 696.  A second way that microprocessor 510 and the drive 205 may communicate is through the dual ported RAM sector buffer 690.  In a manner similar to the drive interface, the sector buffer 690 allows the host 201 to communicate at high speed without requiring immediate attention from the processor 510.

MTI0000025

*Docket No.: 0032-0003*

[0054]     In addition to sector buffer 690, two other sections of dual ported RAM are provided by the PLD 590. These are control registers dual port RAM 670 and command registers dual port RAM 660. The control registers 670 may include eight bytes of RAM that appears to host 201 to be the hard drive's control register. Similarly, register 660 may be eight bytes of data that appears to the host to be the hard drive's command register. It is through these registers that the host 201 issues commands to the drive 205.

[0055]     After a command has been written to the command byte of the command register 660, PLD 590 notifies microprocessor 510 that a command is pending. At this point, the acts illustrated in Fig. 4 are initiated. Because the command and control registers are both created with dual port RAM, the processor 510 may wait until the entire command has been issued to interrogate the contents of these registers. This provides for a zero wait state performance to the host 201, allowing for optimal system performance.


MULTIPLE DRIVE SUPPORT

[0056]     As previously mentioned, a standard IDE interface can support up to two different drives connected through a single cable to the host. Generally, one of the drives is set as the master drive and the other is set as the slave drive. The host selects whether a command is intended for the master or the slave by setting a bit in the device ID/head number register 105.

[0057]     · Fig. 7 is a diagram illustrating an embodiment of a blocking device 703 capable of supporting two drives 705 and 706. Blocking device 703 is

18

MTI0000026

Docket No.: 0032-0003

similar to blocking device 203, as shown in Figs. 2, 3, and 5. That is, blocking device 703 is connected to the host through IDE drive interface emulator 720, which connects the host to embedded processor 730. RAM 740 and ROM 750 may store processing instructions and data used by embedded processor 730. Unlike blocking device 203, however, blocking device 703 includes two IDE drive interfaces, labeled as drive interface 760 and drive interface 765.

[0058]     In operation, embedded processor 730 examines register 105 to determine the intended destination for data received from the host and then forwards the data to the appropriate one of drive interfaces 760 and 765. Generally, jumper switches on the drives are used to set whether a particular drive operates as a master or a slave drive. During start up, embedded processor 730 may read the state of the jumper switches to determine the correct settings for the drives. Subsequently, embedded processor 730 transfers the data received from the host to the appropriate one of the two drives 705 and 706.

[0059]     In a conventional dual-drive IDE interface, because a single cable connects both drives to the host, line noise or a line glitch could cause communications from the host meant for one drive to go to the other. With blocking device 703, however, because there are two independent cables from the blocking device 703 to drives 705 and 706, the drives are not exposed to the possibility of misinterpreting for which drive a signal is intended. Thus, once a valid signal reaches blocking device 703, a glitch on the drive cable will not cause an operation by the wrong drive.

19

MTI0000027

*Docket No.: 0032-0003*

[0060]     Configuring a drive as a master or a slave requires that a user change physical jumpers on the drive.  Conflicts may arise if two drives are configured as both master or both slave.  Because blocking device 703 provides a unique and isolated IDE interface to each drive that it protects, even if there is a conflict, blocking device 203 can still independently communicate with each of the drives.

[0061]     Further, blocking device 703 may operate so that while a data transfer is going on between the host and the blocking device 703, there is no activity on the signals going to a protected drive.  This minimizes the possibility that any glitch on the data or control lines could inadvertently cause the drive to write data.  In order for a write to occur, numerous registers need to be written to the drive with correct data.  With blocking device 703 keeping the signals in a known state, it is unlikely that a random glitch would happen upon a sequence of data that could cause a write.

[0062]     Blocking device 703 provides other benefits through virtue of its having one drive per IDE interface.  Given the wide range of speeds of IDE devices, it may be unwise to run one device at a dramatically different speed than another on the same cable. The slower drive may misinterpret commands not intended for it, with unpredictable results.  Accordingly, often when multiple devices are on an IDE cable, the fastest possible data transfer is at the speed of the slowest device.  Because blocking device 703 provides each drive with its own interface, each drive can operate at its highest supported speed.

20

MTI0000028

*Docket No.: 0032-0003*

## READ VERIFICATION AFTER WRITING

[0063]     There are situations in which a host writes data to a drive and immediately tries to verify that the data was in fact written by attempting to read it back.  In particular, some commands used by some older operating systems, such as DOS, act in this manner.  Fig. 8 is a diagram illustrating an exemplary embodiment of a blocking device 803 capable of correctly operating with an operating system that uses read-back-after-write commands.

[0064]     In general, blocking device 803 is similar to blocking device 203, except that blocking device 803 additionally includes a "temp drive" 870, which is a long term storage device such as a hard disk drive.  More particularly, as shown in Fig. 8, blocking device 803 includes an embedded processor 830 that is coupled to drive interface emulator 820, drive interface 860, and temp drive 870.  Additionally, embedded processor 830 may be connected to RAM 840 and ROM 850, which may store data and instructions used by embedded processor 830.

[0065]     In operation, embedded processor 830, instead of discarding the data associated with blocked write commands, stores the data in temp drive 870.  The drive being protected (i.e., drive 805) is not modified.  Embedded processor 830 keeps track of the addresses written to temp drive 870.  During a subsequent read operation that reads an address previously written to temp drive 870, embedded processor 830 returns the data stored in temp drive 870.  For read requests that do not correspond to data previously written to temp drive 870, data is returned from drive 805.  In this manner, blocking device 803 and drive 805 appear to the host as a normally functioning disk drive.

21

MTI0000029

*Docket No.: 0032-0003*

[0066]    In one implementation, because it is reasonable that the host may write as much data as drive 805 can hold, temp drive 870 is as large as drive 805.

[0067]    After a predetermined amount of time after a write to temp drive 870, when it is no longer reasonable to expect a read after write verification, embedded processor 830 may erase the data (or otherwise cause it to become not available) written to the temp drive 870.  After this time all new read requests provide data from the protected drive 805.   Blocking device 803 may also erase data on temp drive 870 if a new command comes in to read or write a different area of drive 805.  This would indicate that any read after write verification of the earlier data had already occurred.

[0068]    Although temp drive 870 is shown integrated within blocking device 803, in other implementations, temp drive 870 may be a separately attached drive.  For example, in the implementation shown in Fig. 7, the temp drive may be a drive attached to second drive interface 765.


SELECTIVE BLOCKING

[0069]    The implementations of the blocking devices described thus far have had a relatively simple blocking mechanism, such as blocking all write commands.  In certain situations, however, it may be desirable for the embedded processor to implement more complex blocking rules.

[0070]    Fig. 9 is a diagram illustrating an exemplary embodiment of a blocking device 903 capable of implementing more complex blocking rules.  In

22

MTI0000030

*Docket No.: 0032-0003*

general, blocking device 903 is similar to blocking device 203, except that blocking device 903 additionally includes a user interface 945 and non-volatile writeable memory 940 instead of RAM.  Through user interface 940, which may be, for example, a USB (universal serial bus) port or a simple serial connection, users may store custom programming in memory 940.  Memory 940 may be, for example, flash memory.

[0071]     Rewriteable non-volatile memory 940 may be used to hold user changeable configuration information.  The configuration information may, for example, instruct embedded processor 930 to allow write operations to pass to certain portions of drive 905, but to block all other write operations.  In one implementation, in order to improve device security, users may only modify memory 940 through a separate physical cable connected to interface 945.  Before modifying memory 940, embedded processor 930 may require that the user enter an appropriate user ID and password.  Alternatively, blocking device 903 may require the user to insert a hardware key instead of a password before accepting user communications.  In this fashion, blocking device 903 can be protected from attack from a remote device.  In addition, blocking device 903 is protected from a local attack as long as the user IDs and passwords are kept secure.

[0072]     Users may specify in memory 940 areas of drive 905 that the embedded processor 930 is to block (or not block) from write access.  A user may configure memory 940 such that only a portion of drive 905 is blocked.  This may be described in terms of a range of sectors.  For a host connected to a

23

MTI0000031

*Docket No.: 0032-0003*

network such as the Internet, this could provide absolute security against unauthorized access, whether accidental or intentional.

[0073]    Often, the goal of a hacker is to disrupt the operating system on a host computer, causing it to crash.  In other cases, the hacker tries to change restricted data on the system.  With blocking device 903, the area of the drive 905 containing the operating system could be protected against writing, while user data areas, such as Web sites where data is collected from customers, could remain changeable.  In this implementation, no type of attack can permanently harm important system files.

[0074]    In a similar manner, it is possible to block unauthorized reads with blocking device 903.  In this implementation, blocking device 903 may be configured with a list of passwords or other authorization information, and a corresponding list of areas of the drive 905 that require authorization to access. If a user does not provide appropriate authorization information, read and write access to the drive 905 is denied by blocking device 903.


VIRUS BLOCKING

[0075]    Blocking device 903, in an alternate implementation, may be programmed to provide computer virus protection.  Memory 940, or another memory accessible directly from the host, may be programmed with a virus definition table.  Embedded processor 930 may then compare the data associated with write commands from the host against the virus definition table. If the comparison indicates that a virus may be present, embedded processor

24

MTI0000032

*Docket No.: 0032-0003*

930 can block the suspected write operation(s). In this manner, virus checks can be made in real-time by embedded processor 930 without taking any processing resources from the host.

[0076]    Blocking device 903 may additionally provide feedback to users or to the host relating to the status of its virus checking. The feedback may be communicated in a number of ways. For example, a USB port or a serial port may be used to send information to an external device or to the host. Alternatively, a simple light may be actuated or the information may be transmitted back to the host as a drive error.

## NEW FEATURE PROTECTION

[0077]    More recent IDE drives may support additional features or commands not supported by older IDE drives. A host may determine the feature supported by a particular drive by issuing an "identify device" command to the drive. The drive responds by returning a data structure indicating its supported features. In one implementation, blocking device 203 (Fig. 3) may examine the data structure received from drive 205 and zero out any features not supported by the blocking device 203. In this manner, if a future version of an IDE drive supports a command, such as an erase command, that embedded processor 330 was not programmed to recognize, blocking device 203 could inform the host that the drive does not support this feature. Accordingly, the host would not attempt to modify the drive using that command.

25

MTI0000033

*Docket No.: 0032-0003*

## HOSTS THAT USE LOCAL WRITE CACHE

[0078]    Some host computer systems may use a local cache to improve the performance of their disk drive.  In this local cache, data written to the disk drive is also written to local memory, such as local semiconductor random access memory.  If a subsequent read command requests a portion of the data that was previously written to the cache, the host can retrieve the data directly from the cache and will not have to read from the slower disk drive.

[0079]    Hosts using a local cache may encounter problems when connected to a disk drive through the above-described implementations of the blocking device.  In particular, with the blocking device installed, the data in the cache may not accurately reflect the data on the disk drive, as the data on the disk drive was never truly written.  Accordingly, in systems that include such a local hard drive cache, the user may, if allowed by the operating system, simply turn off the local hard drive cache.

[0080]    In another implementation, blocking device 203 may support a removable drive feature set and report itself to the host as a removable drive. Many operating systems support the removable drive feature set.  One feature of the removable drive feature set is that a write request may be rejected by the target drive with a "write protected error" code.  This allows the operating system to gracefully fail and to not mark the write cache as valid.  Accordingly, in operating systems that support the removable drive feature set and that use a local disk cache, embedded processor 330, in addition to dropping data that the

26

MTI0000034

Docket No.: 0032-0003

host attempts to write to the disk drive, may also issue a write protected error code to the host.

[0081]    In yet another implementation, the blocking device may report to the host that the drive media is either not present or has been changed since the last write.  In both of these cases, the operating system should fail gracefully and not mark the write cache data as valid.

## SUPPORT FOR OBSOLETE COMMANDS

[0082]    Embedded processor 330 may be configured to respond to certain commands with a predetermined response pattern.  For example, in systems with older BIOS (basic input/output system) software, the BIOS may issue a "recalibrate drive" command during system start-up.  Generally, the recalibrate drive command causes the hard drive to perform a potentially time consuming calibration operation that may modify the drive.  Embedded processor 330 may handle the recalibrate drive command by accepting the command and reporting a successful completion of the command to the host.  However, embedded processor 330 does not pass the command to the disk drive.  In this manner, the system is able to successfully initialize.

## SUMMARY

[0083]    As described above, a blocking device is inserted between a host computer system and a storage device.  The blocking device blocks certain commands, such as write commands, from being sent to the storage device.  An

27

MTI0000035

*Docket No.: 0032-0003*

embedded processor within the blocking device controls functionality of the blocking device.  The functionality of the embedded processor can be programmably modified to allow for a number of different possible blocking options.

[0084]     Although the blocking device has been primarily described as blocking write commands, one of ordinary skill in the art will appreciate that the blocking device could instead or additionally block read commands.

[0085]     It will be apparent to one of ordinary skill in the art that the embodiments as described above may be implemented in many different forms of software, firmware, and hardware in the implementations illustrated in the figures.  The actual software code or specialized control hardware used to implement aspects consistent with the present invention is not limiting of the present invention.  Thus, the operation and behavior of the embodiments were described without specific reference to the specific software code, it being understood that a person of ordinary skill in the art would be able to design software and control hardware to implement the embodiments based on the description herein.

[0086]     The foregoing description of preferred embodiments of the present invention provides illustration and description, but is not intended to be exhaustive or to limit the invention to the precise form disclosed.  Modifications and variations are possible in light of the above teachings or may be acquired from practice of the invention.

28

MTI0000036

*Docket No.: 0032-0003*

**[0087]**     No element, act, or instruction used in the description of the present application should be construed as critical or essential to the invention unless explicitly described as such.  Also, as used herein, the article "a" is intended to include one or more items.  Where only one item is intended, the term "one" or similar language is used.

**[0088]**     The scope of the invention is defined by the claims and their equivalents.

29

MTI0000037

*Docket No.: 0032-0003*

What is Claimed:

1.   A blocking device connected between a host and a storage device, the blocking device comprising:

an interface emulator configured to emulate an interface presented by the storage device;

an interface for connecting to the storage device; and

a processor coupled to the interface emulator and the interface, the processor examining commands received through the interface emulator that are generated by the host and intended for the storage device, the processor allowing only those of the commands that match a predetermined set of commands to pass to the storage device via the interface.

2.   The blocking device of claim 1, wherein the commands in the predetermined set of commands are commands recognized by the processor as not modifying a storage state of the storage device.

3.   The blocking device of claim 1, wherein the interface is an integrated device electronics (IDE) interface for a disk drive.

4.   The blocking device of claim 1, wherein the processor receives data back from the storage device in response to the commands passed to the storage device and forwards the received data to the host through the interface emulator.

30

MTI0000038

*Docket No.: 0032-0003*

5.    The blocking device of claim 4, wherein, when the  commands include a capabilities request command relating to the storage device, the processor modifies data received from the storage device relating to the capabilities request command to reflect the capability of the storage device as affected by the presence of the blocking device.

6.    The blocking device of claim 1, wherein the processor drops those of the commands that do not match the predetermined set of commands, and, after dropping one of the matching commands, returns status information to the host that indicates that the dropped command was successfully completed.

7.    The blocking device of claim 1, further comprising: additional interfaces for connecting to additional storage devices.

8.    The blocking device of claim 7, wherein each of the interfaces is independently coupled to the processor.

9.    The blocking device of claim 1, further including light emitting diodes (LEDs) coupled to the processor and configured to transmit status information relating to the status of the blocking device.

MTI0000039

*Docket No.: 0032-0003*

10.   The blocking device of claim 1, further including:

a temporary storage device coupled to the processor, the processor storing data from the host corresponding to the dropped commands in the temporary storage device.

11.   The blocking device of claim 10, wherein when read commands are received from the host that refer to data stored in the temporary storage device, the processor returns the data from the temporary storage device to the host.

12.   The blocking device of claim 1, further including:

a user configurable memory connected to the processor, the user configurable memory storing instructions that define protected areas on the storage device, the processor dropping those of the commands that match the predetermined set of commands when the matching commands are commands that would otherwise modify the protected areas on the storage device.

13.   The blocking device of claim 1, wherein the processor examines feature information from the storage device that relate to features supported by the storage device and the processor zeroes any features not supported by the processor before making the feature information available to the host.

32

MTI0000040

*Docket No.: 0032-0003*

14.    The blocking device of claim 1, wherein the processor supports a removable drive feature set with the host and the processor returns a write protected error code to the host when the processor drops one of the commands.

15.    A device comprising:

an IDE emulator component, the IDE emulator component including a physical interface designed to engage a first cable that connects to a host that controls an IDE storage device;

an IDE interface configured to engage a second cable that connects to the IDE storage device; and

a logic circuit connecting the IDE emulator component to the IDE interface and configured to: compare commands received at the IDE emulator component to a predetermined set of commands, and to block transmission of one or more of the commands from the IDE emulator component to the IDE interface when the comparison indicates that thelogic circuit does not recognize the received command or the comparison indicates that the received command is a command that modifies the storage device.

16.    The device of claim 15, wherein the logic circuit includes:

an embedded processor,

a computer memory connected to the embedded processor, the embedded processor loading program instructions from the computer memory during device initialization, and

33

MTI0000041

*Docket No.: 0032-0003*

a programmable logic device (PLD) coupled to the embedded processor, the IDE emulator component, and the IDE interface.

17.    The device of claim 16, wherein the PLD includes:

a bus driver component configured to transfer data between the embedded processor, the IDE emulator component, and the IDE interface,

a first dual port memory buffer connected between the bus driver and the IDE interface,

a first set of communication lines connecting the bus driver directly to the IDE interface and indirectly to the IDE interface through the first dual port memory buffer,

a second dual port memory buffer connected between the bus driver and the IDE emulator component, and

a second set of communication lines connecting the bus driver directly to the IDE emulator component and indirectly to the IDE emulator component through the second dual port memory buffer.

18.    The device of claim 15, wherein the commands in the predetermined set of commands are commands that modify a storage state of the IDE storage device.

34

MTI0000042

*Docket No.: 0032-0003*

19.    The device of claim 15, wherein when the logic circuit receives data back from the IDE storage device the logic circuit forwards the received data to the host through the IDE emulator component.

20.    The device of claim 19, wherein, when the comparison indicates the command includes a capabilities request command relating to the IDE storage device, the logic circuit modifies data received from the IDE storage device relating to the capabilities request command to reflect the capability of the IDE storage device as affected by the presence of the device.

21.    The device of claim 15, wherein the logic circuit, after blocking transmission of one of the commands, returns status information to the host that indicates that the blocked command was successfully executed.

22.    The device of claim 15, further comprising:
a second interface for connecting to a second IDE storage device.

23.    The device of claim 22, wherein each of the interfaces is independently coupled to the logic circuit.

24.    The device of claim 15, further including light emitting diodes (LEDs) coupled to the logic circuit and configured to transmit status information relating to the status of the device.

35

MTI0000043

*Docket No.: 0032-0003*

25.    The device of claim 15, further including:

a temporary storage device coupled to the logic circuit, the logic circuit storing data corresponding to blocked commands in the temporary storage device.

26.    The device of claim 25, wherein when read commands are received from the host that refer to data stored in the temporary storage device, the logic circuit returns the data from the temporary storage device to the host.

27.    The device of claim 15, further including:

a user configurable memory connected to the logic circuit, the user configurable memory storing instructions that define protected areas on the IDE storage device, the logic circuit blocking received commands that match would modify the protected areas on the IDE storage device.

28.    The device of claim 15, wherein the logic circuit examines feature information from the IDE storage device that relates to features supported by the IDE storage device and removes any feature information not supported by the device before making the feature information available to the host.

MTI0000044

*Docket No.: 0032-0003*

29.   A device comprising:

an emulator component, the emulator component including a physical interface designed to connect to a host that controls a storage device;

an interface configured to connect to the storage device; and

a logic circuit connecting the emulator component to the interface and configured to compare information received at the emulator component to a computer virus definition file and to block transmission of the information from the emulator component to the interface when the comparison indicates a match with the computer virus definition file.


30.   The device of claim 29, wherein the logic circuit includes:

an embedded processor;

a computer memory connected to the embedded processor, the embedded processor loading program instructions from the computer memory during device initialization; and

a programmable logic device (PLD) coupled to the embedded processor, the emulator component, and the interface.


31.   The device of claim 29, wherein the interface is an Integrated Device Electronics (IDE) interface and the storage device is an IDE disk drive.

MTI0000045

*Docket No.: 0032-0003*

32.    A method comprising:

intercepting communications between a computer motherboard and a local non-volatile storage device for the motherboard;

comparing commands in the communications between the motherboard and the storage device to a predetermined set of commands;

forwarding selected ones of the commands to the storage device based on the comparison; and

blocking selected other ones of the commands from being received by the storage device based on the comparison.


33.    The method of claim 32, wherein the predetermined set of commands relate to commands that modify the storage device.


34.    The method of claim 33, further comprising:

forwarding data from the storage device to the motherboard in response to a read command received from the motherboard and forwarded to the storage device.


35.    The method of claim 32, wherein the storage device is an integrated device electronics (IDE) disk drive.


38

MTI0000046

*Docket No.: 0032-0003*

36.     The method of claim 32, wherein the commands forwarded to the storage device include a capabilities request command, the method further comprising:

modifying data received from the storage device relating to the capabilities request command to reflect the capability of the storage device as modified by operation of the method.

37.     The method of claim 36, further comprising, after blocking a command:

returning status information to the motherboard that indicates that the blocked command was successfully executed by the storage device.

38.     A computer system comprising:

a host computer;

a long-term storage device; and

a blocking device coupled between the host computer and the storage device, the blocking device configured to:

intercept commands from the host to the storage device,

block certain commands from reaching the storage device,

and pass other ones of the commands to the storage device.

39.     The computer system of claim 38, wherein the blocking device further includes:

MTI0000047

*Docket No.: 0032-0003*

an interface emulator configured to emulate the interface of the storage device to the host; and

an interface configured to connect the blocking device to the storage device.

40. The computer system of claim 39, wherein the interface emulator emulates an Integrated Device Electronics (IDE) interface and the storage device is an IDE disk drive.

41. The computer system of claim 38, wherein the blocked commands are commands that would otherwise modify a storage state of the storage device.

42. The computer system of claim 38, wherein the blocking device receives data back from the storage device in response to one of the passed commands and forwards the received data to the host.

43. The computer system of claim 38, wherein, when the passed commands include a capabilities request command relating to the storage device, the blocking device modifies data received from the storage device relating to the capabilities request command to reflect the capability of the storage device as affected by the presence of the blocking device.

40

MTI0000048

*Docket No.: 0032-0003*

44.    The computer system of claim 38, wherein the blocking device, after blocking one of the commands, returns status information to the host that indicates that the blocked command was successfully completed.

45.    The computer system of claim 38, wherein the blocking device further includes light emitting diodes (LEDs) configured to transmit status information relating to the status of the blocking device.

46.    The computer system of claim 38, wherein the blocking device further includes:

a temporary storage device, the blocking device storing data from the host corresponding to blocked commands in the temporary storage device.

47.    The computer system of claim 46, wherein when read commands are received from the host that refer to data stored in the temporary storage device, the blocking device returns the data from the temporary storage device to the host.

48.    The computer system of claim 38, wherein the blocking device further includes:

a user configurable memory, the user configurable memory storing instructions that define protected areas on the storage device, the blocking

41

MTI0000049

*Docket No.: 0032-0003*

device dropping those of the commands that would otherwise modify the protected areas on the storage device.

49.    A blocking device comprising:

means for intercepting communications between a host and a storage device;

means for comparing commands in the communications between the host and the storage device to a predetermined set of commands;

means for forwarding selected ones of commands in the intercepted communications to the storage device based on the comparison; and

means for blocking selected other ones of the commands from being received by the storage device based on the comparison.

50.    The blocking device of 49, wherein the commands blocked by the means for blocking relate to commands that modify the storage device.

51.    The blocking device of 49, wherein the storage device is an integrated device electronics (IDE) disk drive.

52.    The blocking device of 49, wherein the commands forwarded to the storage device include a capabilities request command, and the means for forwarding further comprises:

42

MTI0000050

*Docket No.: 0052-0003*

means for modifying data received from the storage device relating to the capabilities request command to reflect the capabilities of the blocking device.

53.   The blocking device of 49, further comprising:

means for returning status information to the host that indicates that the blocked command was successfully executed by the storage device.

43

MTI0000051

Case 2:13-mi-02461-GAF-PLA   Document 38-8   Filed 02/19/14   Page 53 of 216   Page ID #:634

Page 1 of 3

Attorney's Docket No. 0032-0003

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that: my residence, post office address and citizenship are as stated below next to my name; I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: WRITE PROTECTION FOR COMPUTER LONG-TERM MEMORY DEVICES, the specification of which ☐ was filed _____ and assigned Serial No. _____ or ☒ is attached hereto.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate or § 365(a) of any PCT international application(s), designating at least one country other than the United States, listed below and have also identified below any foreign application(s) for patent or inventor's certificate, or any PCT international application(s) having a filing date before that of the application(s) of which priority is claimed:

| Country | Application Number | Date of Filing | Priority Claimed Under 35 U.S.C. 119 | |
|---|---|---|---|---|
| | | | ☐ YES | ☐ NO |
| | | | ☐ YES | ☐ NO |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) listed below:

| Application Number | Date of Filing |
|---|---|
| 60/237,761 | September 29, 2000 |
| | |

I hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s) or § 365(c) of any PCT international application(s) designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT international application(s) in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application(s) and the national or PCT international filing date of this application:

MTI0000052

Page 2 of 3

Combined Declaration and Power of Attorney
Attorney's Docket No. 0032-0003

| U.S. Applications | | Status (Check One) | | |
|---|---|---|---|---|
| U.S. Application Number | U.S. Filing Date | Patented | Pending | Abandoned |
| | | | | |
| | | | | |

| PCT Applications Designating the U.S. | | | |
|---|---|---|---|
| PCT Application No. | PCT Filing Date | U.S. Serial Number Assigned (if any) | |
| | | | |
| | | | |

I hereby appoint the following attorney and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. HARRITY & SNYDER, L.L.P.; Paul A. Harrity, Reg. No. 39,574; Glenn Snyder, Reg. No. 41,428; John E. Harrity, Reg. No. 43,367; Tony M. Cole, Reg. No. 43,417; Brian E. Ledell, Reg. No. 42,784; and Alan Pedersen-Giles, Reg. No. 39,996.

Please address all correspondence to:
**HARRITY & SNYDER, L.L.P.**
11240 Waples Mill Road
Suite 300
Fairfax, Virginia 22030
Telephone No. (571) 432-0800

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

MTI0000053

Case 2:13-mi-01111-WSD-PLA Document 28-9 Filed 03/19/14 Page 55 of 216 Page ID #:636

Combined Declaration and Power of Attorney
Attorney's Docket No. 0032-0003

| Full Name of First Inventor | Inventor's Signature | Date |
|---|---|---|
| Steven BRESS | *Steve Bress* | 9/24/01 |
| **Residence** | | **Country of Citizenship** |
| Rockville, Maryland | | USA |
| **Post Office Address** | | |
| 9801-C Gable Ridge Terrace, Rockville, Maryland 20850 | | |

| Full Name of Second Inventor | Inventor's Signature | Date |
|---|---|---|
| Mark Joseph MENZ | | |
| **Residence** | | **Country of Citizenship** |
| Folsom, California | | USA |
| **Post Office Address** | | |
| 114 Rawlings Court, Folsom, California 95630 | | |

MTI0000054

Case 2:13-ml-02461-GAF-PLA   Document 28-8   Filed 03/19/14   Page 56 of 216   Page ID #:637

Sep-25-01 07:02A DA'    INN THOMAS RD.    60;   57-0801        P.01

Attorney's Docket No. 0032-0003

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that: my residence, post office address and citizenship are as stated below next to my name; I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: WRITE PROTECTION FOR COMPUTER LONG-TERM MEMORY DEVICES, the specification of which ☐ was filed ___ and assigned Serial No. ___ or ☒ is attached hereto.

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, § 1.56.

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate or § 365(a) of any PCT international application(s), designating at least one country other than the United States, listed below and have also identified below any foreign application(s) for patent or inventor's certificate, or any PCT international application(s) having a filing date before that of the application(s) of which priority is claimed:

| Country | Application Number | Date of Filing | Priority Claimed Under 35 U.S.C. 119 | |
|---------|-------------------|----------------|------|------|
| | | | ☐ YES | ☐ NO |
| | | | ☐ YES | ☐ NO |

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) listed below:

| Application Number | Date of Filing |
|--------------------|----------------|
| 60/237,761 | September 29, 2000 |
| | |

I hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s) or § 365(c) of any PCT international application(s) designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT international application(s) in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application(s) and the national or PCT international filing date of this application:

MTI0000055

Page 2 of 3

Combined Declaration and Power of Attorney
Attorney's Docket No. 0032-0003

| U.S. Applications | | Status (Check One) | | |
|---|---|---|---|---|
| U.S. Application Number | U.S. Filing Date | Patented | Pending | Abandoned |
| | | | | |
| | | | | |

| PCT Applications Designating the U.S. | | | | | | |
|---|---|---|---|---|---|---|
| PCT Application No. | PCT Filing Date | U.S. Serial Number Assigned (if any) | | | | |
| | | | | | | |

I hereby appoint the following attorney and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. HARRITY & SNYDER, L.L.P.; Paul A. Harrity, Reg. No. 39,574; Glenn Snyder, Reg. No. 41,428; John E. Harrity, Reg. No. 43,367; Tony M. Cole, Reg. No. 43,417; Brian E. Ledell, Reg. No. 42,784; and Alan Pedersen-Giles, Reg. No. 39,996.

Please address all correspondence to:
HARRITY & SNYDER, L.L.P.
11240 Waples Mill Road
Suite 300
Fairfax, Virginia 22030
Telephone No. (571) 432-0800

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

MTI0000056

Case 2:13-ml-02461-GAF-PLA   Document 38-8   Filed 02/19/14   Page 58 of 216   Page ID
#:639

Combined Declaration and Power of Attorney
Attorney's Docket No. 0032-0003

| Full Name of First Inventor | Inventor's Signature | Date |
|---|---|---|
| Steven BRESS | | |
| Residence | | Country of Citizenship |
| Rockville, Maryland | | USA |
| Post Office Address | | |
| 9801-C Gable Ridge Terrace, Rockville, Maryland 20850 | | |

| Full Name of Second Inventor | Inventor's Signature | Date |
|---|---|---|
| Mark Joseph MENZ | | 9-25-2001 |
| Residence | | Country of Citizenship |
| Folsom, California | | USA |
| Post Office Address | | |
| 114 Rawlings Court, Folsom, California 95630 | | |

MTI0000057

**Command Register**          **Read Sector Command**

| Register | Data | |
|---|---|---|
| Features | | ～115 |
| Sector Count | Sector Count | ～101 |
| Sector Number | Sector Number or LBA | ～102 |
| Cylinder Low | Cylinder Low or LBA | ～103 |
| Cylinder High | Cylinder High or LBA | ～104 |
| Device/Head | Device ID and Head Number or LBA | ～105 |
| Command | 020h | ～106 |

**Fig. 1A**

**Command Register**          **Write Sector Command**

| Register | Data | |
|---|---|---|
| Features | | ～115 |
| Sector Count | Sector Count | ～101 |
| Sector Number | Sector Number or LBA | ～102 |
| Cylinder Low | Cylinder Low or LBA | ～103 |
| Cylinder High | Cylinder High or LBA | ～104 |
| Device/Head | Device ID and Head Number or LBA | ～105 |
| Command | 030h | ～106 |

**Fig. 1B**

PRINT OF DRAWING
AS ORIGINALLY FILED

MTI0000059

PRINT OF DRAWINGS
AS ORIGINALLY FILE.



Fig. 2



Fig. 3

MTI0000060



Fig. 4

PRINT OF DRAWING AS ORIGINALLY FILED



Fig. 5

MTI0000062



Fig. 6

PRINT OF DRAWING AS ORIGINALLY FILED

PRINT OF DRAWING
AS ORIGINALLY FILED



Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 8

MTI0000065

PRINT OF DRAWINGS
AS ORIGINALLY FILA



Fig. 9

MTI0000066

Patent
Attorney's Docket No. 0032-0003

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | ) |
| | ) |
| Steven BRESS et al. | ) Group Art Unit:  Unassigned |
| | ) |
| Application No.:  Unassigned | ) Examiner:  Unassigned |
| | ) |
| Filed:  September 25, 2001 | ) |
| | ) |
| Title:  WRITE PROTECTION FOR | ) |
| COMPUTER LONG-TERM | ) |
| MEMORY DEVICES | ) |
| | ) |
| | ) |
| | ) |

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. § 1.97(b)

Commissioner of Patent and Trademarks
Washington, D.C. 20231

Sir:

Pursuant to 37 C.F.R. §§ 1.56 and 1.97(b), Applicant(s) bring to the attention of the Examiner the documents listed on the attached PTO 1449.  This Information Disclosure Statement is being filed before the mailing date of a first Office Action in the above-referenced application.  As such, no certification or fee is required.  Copies of the listed documents are attached.

Applicant(s) respectfully request(s) that the Examiner consider the listed documents and indicate that they were considered by making appropriate notations on the attached form.

Information Disclosure Statement Under 37 C.F.R. § 1.97(b)
Application Serial No. Unassigned
Attorney's Docket No. 0032-0003
Page 2

If any copending application(s) is/are cited on the attached PTO 1449, the Examiner's attention is directed to the foregoing application(s) in compliance with § 2001.06(b) of the Manual of Patent Examining Procedure. By identifying the copending application(s), the assignee and/or applicant of the application(s) do not waive confidentiality of the application(s). Accordingly, the U.S. Patent and Trademark Office is requested to maintain the confidentiality of the copending application(s) under 35 U.S.C. § 122.

This submission does not represent that a search has been made and does not constitute an admission that each or all of the listed documents are material or constitute "prior art." If the Examiner applies any of the documents as prior art against any claim in the application and Applicant(s) determine(s) that the cited document(s) do not constitute "prior art" under United States law, Applicant(s) reserve(s) the right to present to the Office the relevant facts and law regarding the appropriate status of such documents.

Applicant(s) further reserve(s) the right to take appropriate action to establish the patentability of the disclosed invention over the listed documents, should one or more of the documents be applied against the claims of the present application.

Information Disclosure Statement Under 37 C.F.R. § 1.97(b)
Application Serial No. Unassigned
Attorney's Docket No. 0032-0003
Page 3

If there is any fee due in connection with the filing of this Statement, please charge the

fee to our Deposit Account No. 50-1070.

Respectfully submitted,

26615
PATENT TRADEMARK OFFICE

HARRITY & SNYDER, L.L.P.

By: _____
Brian E. Ledell
Reg. No. 42,784

11240 Waples Mill Road
Suite 300
Fairfax, Virginia 22030
(571) 432-0800

Date:  September 25, 2001

MTI0000069

SHEET 1 OF 1

| INFORMATION DISCLOSURE CITATION PTO-1449 | 26615 PATENT TRADEMARK OFFICE | ATTORNEY'S DKT NO. 0032-0003 | APPLICATION NO. Unassigned |
|---|---|---|---|
| | | APPLICANT(S) Steven BRESS et al. | |
| | | FILING DATE September 25, 2001 | GROUP Unassigned |

### U.S. PATENT DOCUMENTS

| EXAMINER'S INITIALS | PATENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| ML | 5,268,960 | 12/7/1993 | Hung et al. | 380 | 4 | |
| ML | 5,289,540 | 2/22/1994 | Jones | 380 | 4 | |
| ML | 5,325,499 | 6/28/1994 | Kummer et al. | 395 | 425 | |
| ML | 6,041,385 | 3/21/2000 | Shipman et al. | 710 | 200 | |
| ML | 6,041,394 | 3/21/2000 | Halligan et al. | 711 | 166 | |
| ML | 6,092,161 | 7/18/2000 | White et al. | 711 | 163 | |
| ML | 4,734,851 | 3/29/1988 | Director | 364 | 200 | |
| ML | 5,144,660 | 9/1/1992 | Rose | 380 | 4 | |
| ML | 4,811,293 | 3/7/1989 | Knothe et al. | 365 | 189 | |
| ML | 5,687,379 | 11/11/1997 | Smith et al. | 395 | 726 | |
| ML | 5,557,674 | 9/17/1996 | Yeow | 380 | 4 | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER'S INITIALS | PATENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER | | DATE CONSIDERED 08/22/03 |
|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant(s).

MTI0000070

US005289540A

# United States Patent [19]

## Jones

[11] Patent Number: **5,289,540**

[45] Date of Patent: * Feb. 22, 1994

[54] **COMPUTER FILE PROTECTION SYSTEM**

[75] Inventor: **Richard P. Jones**, 7930 East Side Dr. NE., Tacoma, Wash. 98422

[73] Assignee: **Richard P. Jones**, Tacoma, Wash.

[ * ] Notice: The portion of the term of this patent subsequent to Sep. 1, 2009 has been disclaimed.

[21] Appl. No.: **935,181**

[22] Filed: **Aug. 26, 1992**

### Related U.S. Application Data

[63] Continuation of Ser. No. 340,886, Apr. 19, 1989, Pat. No. 5,144,659.

[51] Int. Cl.$^5$ ........................................ G06F 12/14
[52] U.S. Cl. .................................. 380/4; 380/23;
380/25; 380/49; 380/50; 340/825.31;
340/825.34; 380/3; 380/4; 380/23; 380/25;
380/49; 380/50
[58] Field of Search ...................... 395/425, 725;
340/825.31, 825.34

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,893,084 | 7/1975 | Kotok et al. | 395/425 |
| 4,588,991 | 5/1986 | Atalla | 340/825.31 |
| 4,634,807 | 1/1987 | Chorley et al. | 380/4 |
| 4,652,990 | 3/1987 | Pailen et al. | 380/4 |
| 4,713,753 | 12/1987 | Boebert et al. | 395/425 |
| 4,797,928 | 1/1989 | Dykes | 380/49 |
| 5,144,659 | 9/1992 | Jones | 380/4 |

Primary Examiner—Bernarr E. Gregory
Attorney, Agent, or Firm—Griffin, Butler, Whisenhunt & Kurtossy

[57] **ABSTRACT**

The invention is a system for protecting the security of computer files. It has hardware elements, including a programmable auxiliary memory and control unit along with associated software elements. The security subsystem is installed on the host computer bus so that it resides in the control logic, address, and data signal path between the computer storage device and central processing unit. The security system is accessible by the computer operating system only during installation and initialization. Thereafter it is inaccessible to or by the operating system. Supervisor determined criteria for access permission to read, write and execute files are entered into the auxiliary memory system where they are protected from alteration. The security system will deny access to users with invalid entry criteria and refuse to write data to the file storage device when unauthorized operations have been attempted. When breaches of these types occur the security system can lock the computer against further activity until it is released by entry of a master password from supervisory or security personnel. The system maintains a protected area in the computer memory device where, among other data, file signatures of all valid files are retained. The protected area of memory also maintains appropriate signatures of all internal files in the security system so that they can be automatically checked for integrity.

**10 Claims, 28 Drawing Sheets**



U.S. Patent

Feb. 22, 1994

Sheet 1 of 28

5,289,540



FIG.1

MT10000072



FIG.2



U.S. Patent

Feb. 22, 1994

Sheet 3 of 28

5,289,540

FIG.3

MTI0000074

U.S. Patent

Feb. 22, 1994

Sheet 4 of 28

5,289,540



FIG.3(cont.)



FIG.4



FIG.5



FIG.6

U.S. Patent

Feb. 22, 1994

Sheet 7 of 28

5,289,540



FIG.6 (cont.)

U.S. Patent

Feb. 22, 1994

Sheet 8 of 28

5,289,540

MTI0000079



FIG.7



FIG.7(cont.)



FIG.8

U.S. Patent

Feb. 22, 1994

Sheet 11 of 28

5,289,540

MTI0000082



FIG. 9



cmd-03
IOCTL_RD
CALL
CHK_USR
DEVICE ATTRIBUTE CODE, BIT-14 SET
DEV_ATRIB.14 =1
?
YES
NO
RETURN UNSUPPORTED COMMAND
DEV_STAT=ERR_03
GET DATA TRANSFER ADDRESS
DMA_ADR = RH_XADR
GET NUMBER OF BYTES/SECTORS TO TRANSFER
XFR_CNT = RH_XCNT
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
STR_SECT = RH_XSS
CONVERT LOGICAL STARTING SECTOR(STR_SECT) TO PHYSICAL DEVICE
HEAD(DEV_HD), TRACK(DEV_TRK), SECTOR(DEV_SECT)
CALL
DEV_SEEK
SET UP DIRECT MEMORY ACCESS(DMA) PARAMETERS AND INITIATE DMA TRANSFER FROM DEVICE TO MEMORY
CALL
DMA_WR
RETURN
RH_STAT = DEV_STAT,
RH_CNTX = CNT_DONE
END IOCTL_RD
DONE = TRUE

FIG. 10

cmd-04
READ
CALL
CHK_USR
GET DATA TRANSFER ADDRESS
DMA_ADR=RH_XADR
GET NUMBER OF BYTES/SECTORS TO TRANSFER
XFR_CNT=RH_XCNT
MSDOS vers 4.0 ?
NO
YES
LOGICAL DEVICE>32 MByte ?
NO
YES
RH_20 = -1 ?
NO
YES
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
STR_SECT=RH_XSS
16 BIT SECTOR
CONVERT LOGICAL STARTING SECTOR (DSTR_SECT) TO PHYSICAL DEVICE
HEAD (DEV_HD), TRACK (DEV_TRK), SECTOR (DEV_SECT)
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
DSTR_SECT=RH_XSS
32 BIT SECTOR
CONVERT LOGICAL STARTING SECTOR (STR_SECT) TO PHYSICAL DEVICE
HEAD (DEV_HD), TRACK (DEV_TRK), SECTOR (DEV_SECT)
LOGICAL SECTOR CONVERSION OK ?
NO
YES
ADD SECTOR NOT FOUND TO ERRORS
ERRS = ERRS OR 8,
RH_CNTX=0
(CONT. ON SECOND SHEET)

FIG. 11

U.S. Patent

Feb. 22, 1994

Sheet 15 of 28

5,289,540



FIG.11(cont.)

cmd--08 WRITE
CALL CHK_USR
GET DATA TRANSFER ADDRESS
DMA_ADR=RH_XADR
GET NUMBER OF BYTES/SECTORS TO TRANSFER
XFR_CNT=RH_XCNT
MSDOS vers 4.0 ?
NO
YES
LOGICAL DEVICE>32 MByte ?
NO
YES
RH_20 = -1 ?
NO
YES
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
STR_SECT=RH_XSS
16 BIT SECTOR
CONVERT LOGICAL STARTING SECTOR (STR_SECT) TO PHYSICAL DEVICE
HEAD (DEV_HD), TRACK (DEV_TRK), SECTOR (DEV_SECT)
CONVERT LOGICAL STARTING SECTOR (DSTR_SECT_) TO PHYSICAL DEVICE
HEAD (DEV_HD), TRACK (DEV_TRK), SECTOR (DEV_SECT)
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
DSTR_SECT=RH_XSS
32 BIT SECTOR
LOGICAL SECTOR CONVERSION OK ?
NO
YES
ADD SECTOR NOT FOUND TO ERRORS
ERRS = ERRS OR 8,
RH_CNTX=0
(CONT. ON SECOND SHEET)

FIG.12

U.S. Patent

Feb. 22, 1994

Sheet 17 of 28

5,289,540



FIG.12(cont.)

MTI0000088



cmd-09
WRITE_VFY
CALL
CHK_USR
GET DATA TRANSFER ADDRESS
DMA_ADR=RH_XADR
GET NUMBER OF BYTES/SECTORS TO TRANSFER
XFR_CNT=RH_XCNT
MSDOS vers 4.0 ?
NO
YES
LOGICAL DEVICE>32 MByte ?
NO
YES
RH_20 = -1 ?
NO
YES
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
STR_SECT=RH_XSS
16 BIT SECTOR
CONVERT LOGICAL STARTING SECTOR (STR_SECT) TO PHYSICAL DEVICE
HEAD (DEV_HD),
TRACK (DEV_TRK),
SECTOR (DEV_SECT)
CONVERT LOGICAL STARTING SECTOR (DSTR_SECT_) TO PHYSICAL DEVICE
HEAD (DEV_HD),
TRACK (DEV_TRK),
SECTOR (DEV_SECT)
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
DSTR_SECT=RH_XSS
32 BIT SECTOR
LOGICAL SECTOR CONVERSION OK ?
NO
YES
ADD SECTOR NOT FOUND TO ERRORS
ERRS =
ERRS OR 8.
RH_CNTX=0
(CONT. ON SECOND SHEET)

FIG.13

U.S. Patent

Feb. 22, 1994

Sheet 19 of 28

5,289,540



FIG.13(cont.)

MTI0000090



cmd-12
IOCTL_WR
CALL
CHK_USR
DEVICE ATTRIBUTE CODE, BIT-14 SET DEV_ATRIB.14 =1 ?
YES
NO
RETURN UNSUPPORTED COMMAND
DEV_STAT=ERR_03
GET DATA TRANSFER ADDRESS
DMA_ADR = RH_XADR
GET NUMBER OF BYTES/SECTORS TO TRANSFER
XFR_CNT = RH_XCNT
GET STARTING SECTOR (LOGICAL) FOR TRANSFER
STR_SECT = RH_XSS
CONVERT LOGICAL STARTING SECTOR(STR_SECT) TO PHYSICAL DEVICE
HEAD(DEV_HD), TRACK(DEV_TRK), SECTOR(DEV_SECT)
CALL
DEV_SEEK
SET UP DIRECT MEMORY ACCESS (DMA) PARAMETERS AND INITIATE DMA TRANSFER FROM MEMORY TO DEVICE
CALL
DMA_WR
RETURN
RH_STAT = DEV_STAT,
RH_CNTX = CNT_DONE
END IOCTL_WR
DONE = TRUE

FIG. 14

U.S. Patent

Feb. 22, 1994

Sheet 21 of 28

5,289,540



FIG. 15



FIG. 15(CONT.)

U.S. Patent

Feb. 22, 1994

Sheet 22 of 28

5,289,540

MTI0000093



FIG.16

CALL
CHK_USR

cmd_19
GEN_IOCTL

MSDOS
>= VERS 3.2
AND
DEV_ATRIB.6 = 1
?

NO → RETURN
UNSUPPORTED
COMMAND
DEV_STAT=ERR_03

YES

GET MAJOR NUMBER TO
DETERMINE CATAGORY
OF OPERATION
MAJ_NUM = RH_MAJOR

GET MINOR NUMBER TO
DETERMINE FUNCTION
TO PERFORM
MINOR = RH_MINOR

GET IOCTL DATA
PACKET
DAT_PAC = RH_DPAC

PERFORM OPERATION
DEFINED BY DRIVER
FOR MAJOR & MINOR
NUMBER PLUS INFO
IN DATA PACKET.

JUST RETURN STATUS
TO OPERATING SYSTEM

RETURN
RH_STAT =
DEV_STAT

END
GEN_IOCTL
DONE = TRUE



FIG.17



FIG.18

MTI0000096

U.S. Patent

Feb. 22, 1994

Sheet 26 of 28

5,289,540



FIG.19



FIG.20



FIG.21

5,289,540

| 1 | 2 |

## COMPUTER FILE PROTECTION SYSTEM

This is a continuation application of Ser. No. 07/340,886, filed Apr. 19, 1989, now U.S. Pat. No. 5,144,659.

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyrights whatsoever.

### BACKGROUND OF THE INVENTION

The present invention is a method for protection of computer files from unauthorized access and/or modification and from unintentional damage. It is particularly useful for protection of files against malevolent tampering and sabotage.

A problem of serious and potentially disastrous proportions exists in the protection of computer files from unauthorized modification. This ranges from unauthorized but benign entry by unethical computer buffs, who regard it as a personal challenge to find ways to enter a system, to deliberate and criminal sabotage of stored data and software. The extent of computer crime has grown markedly as criminal elements, now aware of the possibility for ill gotten gain or vengeance, have achieved a hitherto unknown level of sophistication. Much of the computer crime that does occur is little publicized. This is to minimize its consequences and to avoid encouragement of others who might find it attractive. In addition to the possible enormous consequences for business, education, and general government operations, the implications for defense could be of the nature of a major national disaster.

An especially pernicious form of file modification is known as a "virus". The analog to a biological virus is readily apparent. A computer virus is designed to attach itself to a program already on the computer. The result is a program that is "infected". This usually occurs in a manner that, at least initially, is unapparent to the legitimate user. The infected target files are usually unchanged until some predefined event or events take place. At this time the virus embedded in the infected files activates. The action taken when the virus is triggered may range from a harmless message flashed throughout the system to the complete destruction of all files in the infected system. A virus must, by definition, modify a file stored in the system in order to propagate itself. A virus recently propagated within three days throughout a nationwide computer network and caused damage in excess of $10 million.

Other forms of computer file vandalism are known within the computer profession as "worms", "Trojan horses", and "bombs". All such programs modify the file system in some manner in order to perform their intended function. While the above terms have specific meaning to computer scientists, for the sake of convenience they will all be classified here as "viruses" since their operation, intent and methods of prevention are in most ways very similar.

Computer files are also subject to innocent errors resulting from accidental and unintended mistakes. Within a given environment the unintended effect may be as damaging as a virus. However, such errors generally do not spread to other computers. A particularly vulnerable environment is one in which software development is in progress. Generally there is no mechanism for protecting files on a computer system from damage by errant programs. Valuable files can easily be destroyed requiring many hours, days or weeks for reconstruction.

Another source of innocent error is accidental erasure or modification of files. This can result from a simple mistake on the part of the operator and may or may not be salvageable. Most of the commonly used operating systems for individual or networked computers allow files to be erased or modified with simple commands that do not prompt or question the user before proceeding.

Computer security has itself become a recognized specialty within the profession. The most common method of minimizing problems from intrusive sabotage is to incorporate software in the computer system that checks for known types of viruses and/or periodically checks the integrity of the files in the system. There are a number of variations on the software approach to protection. One method of checking file integrity is to perform a test of each file which results in a unique "signature" for the file. This method is reasonably robust but it is somewhat time consuming. Most often, the signature is generated using a Cyclic Redundancy Code (CRC) algorithm. This test does nothing to cure a file which might have become infected but it does identify files which have been infected since they were last tested. To be truly effective the test should be run each time a file is accessed. However, in most cases this would impose such a large overhead as to make the system non-productive.

A second method is to incorporate a software program which checks each file as it is used for a set of known types of infection. Several problems exist with this approach. First, a number of viruses are self-modifying. By that is meant that they change their characteristics specifically in order to thwart this kind of protection. Second, new viruses unknown to the protection program may be introduced into the file system and these will not be recognized. A third problem is that of overhead. It may be so great as to significantly reduce the usefulness of the system.

Another method provides a hardware module which can be programmed to write protect the entire file system. This method is clearly foolproof but poses such cumbersome limitations that it has only limited usefulness. Most business or scientific applications and virtually all program development environments require the ability to modify files. As one example, the files in a database application are usually continually updated by new additions and deletions. The hardware write protect approach appears to have merit only in those unusual instances where an application does not require the file system to be modified. If software support is used to determine when a file can be modified, it is susceptible to the same problems and disadvantages of the other software approaches.

A fourth method uses passwords and other user specific security protection to limit access to the file system. This is desirable and should be common practice in most computer networks. But it does not prevent the problem of virus entry. One of the most destructive viruses reported to date infected over 5000 computers, all of which had a password and user permission-based file system. The most common use of this type of protection is found on computers based on the UNIX operating system. Unix is a trademark of AT&T Information

MTI0000100

5,289,540

3

Systems, New York, New York, for a linked multi-workstation computer system. In regard to accidental file erasure, a number of products are available with an "unerase" feature. These take advantage of the way most files are removed from a directory by the operating system. The operating system simply indicates that the storage space of the deleted file is now available for new files, without actually physically erasing the earlier material. The unerase software restores the deleted file name back into the directory. However, it can function successfully only if the storage space occupied by the deleted file has not been overwritten. The process of attempting to recover an accidentally erased file is time consuming and can sometimes result in a corrupted file even under the best of circumstances.

Finally, any software based system of virus protection has an inherent flaw that can itself be fatal. The very software that is intended to protect against infection can itself be the source of a virus. This very problem recently occurred with a suite of commercial programs, touted as the ultimate in anti-virus protection. The case in point was apparent sabotage by a disgruntled employee of the software firm marketing the protection system. An untold number of infections occurred and the manufacturer now faces an enormous liability for damage caused by his product.

Any security system, intended to provide protection for file systems, which is accessible to the general user through standard system resources can potentially be breached. Whether software based on hardware based, if the protection system can be accessed via normal system resources, then it can be bypassed or, even worse, used to camouflage a virus. A user who thinks the file system is protected is often complacent and less alert to the possibility of an infection. This often leads to a virus doing extensive damage before it is even noticed.

Cognizant of the above noted shortcomings in existing file security systems, the present invention represents a major improvement that greatly reduces and tightly controls the number of potential access points for virus entry without compromising convenience and utility for the general user.

## SUMMARY OF THE INVENTION

The present computer file security system has both hardware and software elements. Unlike any other system known to the present inventor, once installed, the protective elements of the system are completely inaccessible to the general user. The system provides essentially absolute protection against inappropriate modification of all designated files held within the computer memory device.

The file system protection process operates by intercepting the file system data path between the central processing unit and the file storage or memory device. The requested operation is processed according to the criteria established by the supervisory and/or security personnel of the computer system. An elaborate and virtually unbreakable system of access eliminates any chance of file corruption by a general user.

The security subsystem is accessible by the computer operating system for initialization and modification only during an installation stage. After that time the security subsystem is inaccessible to or by the operating system.

Each time the security subsystem sends an error message to a user it is checked for file integrity. At this time it takes possession of and disables all other access to the computer central processing unit.

4

In general, the hardware elements of the system are integrated with a controller for mass storage of the file system, although this is not always necessary. The process can be just as easily incorporated into a local network (LAN) controller, a communications controller, or a main processor board for a system. In its broadest form, the present file security system could be applied to a wide variety of situations where access to critical data must be controlled.

The invention includes a programmable auxiliary memory and auxiliary control unit. These can be attached to the host computer bus in a manner so that they are in the control logic, address, and data signal path between the central processing unit and the file storage system. However, once installed in the computer system, the file security system is inaccessible to or by the host computer operating system. Access to the file security system is possible only by using a unique password held by the appropriate supervisory and/or security personnel. Access may be established on a hierarchical basis so that for some designated operations more than one individual must enter passwords in proper sequence.

The supervisory personnel will choose and enter the appropriate criteria for access permission to read, write, and execute operations for all files to be protected. These criteria will be specific to each user or user group. The file security system can be programmed for graduated levels of security and lockout for various types of users.

Upon receiving valid user identification, the auxiliary memory and control unit will indicate to the host computer operating system which files are accessible to that user and the nature of the operations that can be performed on the files. Similarly, users with invalid entry criteria for the files requested will be denied entry and the file security system will refuse to allow data to be written into the host computer file system when unauthorized operations have been attempted.

In many linked computer systems each computer central processing unit has its own associated file system. Usually, the file systems of every individual computer in a linked system are electronically available to every other computer in the system. Most preferably, the file security system of the present invention should be used to protect each file system in a given linked computer system. This would require associating a security system with each file storage device in the system. However, it is quite possible to protect some of the computers in the system while leaving others unprotected. Some linked systems are constructed with a central file storage device, or file server, which is tied to a number of different computers, each having its own central processing unit. In this case a single file security system is adequate to protect the entire network. The file security system of the present invention is equally suitable for use on a single terminal computer.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a simplified block diagram of a hardware card showing one implementation of the present invention.

FIG. 2 is an index to the symbols used in the following process flow diagrams.

FIGS. 3–6 are process flow diagrams showing the basic logic of the file security system.

FIGS. 7–18 are subprocesses associated with the basic process logic.

5,289,540

| 5 | 6 |

FIG. 19 shows a subprocess used within the various other subprocesses.

FIGS. 20 and 21 show direct memory access read and write subprocesses used within the various other subprocesses.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Most of the terms and abbreviations used herein are in common use and well understood by those skilled in computer science. However, the following definitions will unequivocally set their context for the present invention.

ADR, ADDR address
ATRIB attribute
AUTH authorized
BIOS basic input/output system
BLD build
BPB Bios parameter block
BUS bus (command, address, or data)
BZY busy
CHG change
CHK check
CMD command
CNT count
CNTRL control
CNTX number of increments successfully transferred
CPU central processing unit
CRC cyclic redundancy check
CRTL control
DAT data
DEV device
DMA direct memory access
DPAC data packet
DSTR 32 bit starting logical sector
ERR error
ERRS errors
FLG flag
FRE free
FSS file security system
GEN generic
GET get
HD head
HDR header
IBM-PC a personal computer manufactured by International Business Machines Corporation.
ID identity or identification
ILL illegal
INIT initialize
IOCTL input/output control
LBL label
LOG logical
MAJ major
MEM memory
MS-DOS Microsoft Disk Operating System
MTY empty
NUM number
PAC packet
PARM parameter
PC-DOS IBM Personal Computer Disk Operating System
PHYS physical
PREV previous
PTR pointer
QUE queue
RD read
RH request header (from MS-DOS)
RMV remove, removable

SECT sector
SEEK seek
SET set
STAT status
STR starting
SYS system
TBL table
TRK track
TYP type
TSR terminate and stay resident
USR user
VFY verify
VOL volume
WR write
XADR transfer address
XCNT number of increments requested to be transferred
XFR transfer
XSS starting section for transfer

The term "bus" or "host computer bus" refers to the electronic paths within the host computer that carry address, control, and data signals. The "address bus" is a collection of electronically continuous lines used to provide a unique location for access to a system resource such as memory or input/output devices. The "data bus" is a similar collection of lines used to pass information between locations determined by the address bus. The "control bus" is a similar collection of electronically continuous lines used to define the kind of operation to be performed on a system resource. As an example, the "memory read line" (MEMR) of the IBM-PC control bus specifies that the operation to be performed is to read the contents of memory at the location specified by the address bus and place that information on the data bus. While a bus is most usually regarded in terms of electrical conductors, it should be considered more broadly in terms of the present invention. As used herein the term "bus" should be considered to also include any alternate means of data interface with the CPU of the computer system that would serve the same purpose as conventional electrical conductors. A fiber optic system could be one such alternative. In its broadest context a "bus" is any means or method that carries information between the computer system and any peripheral devices and which provides control and data to a file storage device. It does not matter whether the device is internal or external to the computer itself.

A "device" is any physical piece of equipment integral with the computer system, such as a mass storage unit, printer, console, etc. In terms of internal communication within the computer a "device" is treated or considered in the same manner as a file would be. A "logical device" is a method of mapping a physical device to hide its real characteristics from the operating system. Although multiple physical devices could be mapped to a single logical device, a more common approach is to map a single physical device to multiple logical devices; e.g., a single 64 megabyte hard disk can be mapped to two 32 megabyte logical devices.

"Direct memory access" (DMA) is used to move data between memory and a device by taking control of the address bus, data bus and control bus. The CPU is disabled during the DMA cycle.

A "logical sector address" enables the use of logical addressing by operating systems to access mass storage devices and hides the physical characteristics of the device. Logical addressing provides significant improvements in device independence of the operating

MTI0000102

5,289,540

7

system. The conversion of logical address to physical address is device dependent.

"Parameters" when used with a process are data passed to the process. When referring to a device they are the constants that define the device; e.g., the number of heads, sectors per track, etc.

A "pointer" is an "object" or variable used to hold the address of another object; i.e., it "points" to the other object. The context of the term "object" is a variable used to hold an address within the addressable range of values of the main CPU. The pointer is used to indirectly store or retrieve other variables.

"Programmed I/O" describes input or output operations which are controlled by the CPU. This type of I/O is generally used to write to the device control register and read from the device status register. Data transfers are usually handled by direct memory access.

A "queue" is a form of temporary storage used to allow asynchronous data flow between the source and destination. A common form of queue is to allow data to continue to be placed in a waiting list, to avoid having the data source wait, while a slower process operates on the list. The queue is monitored to prevent overflow. If the queue fills the process sourcing the data must wait until the data consumer has removed data.

A "register" is a location used to hold information associated with an operation. "Device registers" hold either control information, status of device after operation, or data. A "control register" is a device register used to select the function to be performed by the device. A "data register" is used to hold data for transfer to and from the data bus under program control.

A "terminate and stay resident" (TSR) program is one that remains in memory after initial activation. The file security system uses such a program to communicate with the user; e.g., "Access Not Authorized" or "Invalid Password".

Before describing the present invention in detail, it could be helpful to the general reader to very briefly review the essential elements of a digital computer most closely related to operation of the invention. All computers have a central processing unit (CPU) and a file storage device. The latter may include a fixed or "hard" disk, one or more flexible or "floppy" disks, a magnetic tape unit, or an optical device such as a laser read compact disk unit. The CPU and storage device are joined electronically by a bus system that carries address, control and data signals. The electrical path may not always be electrically direct; i.e. there may be intervening operations on the signals, but the bus maintains the main route of electronic communication between the two units. Other devices such as disk controllers, etc. are essential to operation but are peripheral to the present explanation.

In addition to the basic electronic "hardware", the computer must have a software package known as an "operating system". This serves to enable and supervise the flow of signals between the various hardware elements of the computer, such as the CPU and file storage device, and between the computer and operator. The operating system is not an operations software program, such as a data management or spread-sheet tool would be, but it is essential to their use.

A number of well known operating systems are available for computers of different types and capabilities. Two of the most popular products are very similar and are intended for use with personal computers. These are known as MS-DOS and PC-DOS (Microsoft Operating

8

System and Personal Computer Operating System). MS-DOS is a registered trademark of Microsoft Corporation, Redmond, Wash. and PC-DOS and IBM are registered trademarks of International Business Machines Corporation, Armonk, N.Y. The present invention is suitable for use with these as well as other operating systems such as CP/M, VMS, or UNIX. CP/M is a registered trademark of Digital Research, Pacific Grove, Calif. VMS is a registered trademark of Digital Equipment Corporation, Maynard, Mass. UNIX is a trademark of AT&T Information Systems, New York, N.Y. This list should be considered as exemplary and is not inclusive of the many other operating systems suitable for use in conjunction with the present invention.

Whatever the operating system, there is a minimum set of file system operations that must be available. This set must include:

(1) A means of listing the files available on the system to a terminal or display;

(2) A method of providing unique names and internal addresses for the files;

(3) The ability to create a new file, to write information to a file, to read information from a file, and to change the size of a file by adding or deleting information; and

(4) The ability to remove a file from the system.

To implement this minimum set of file system operations there is an attendant set of hardware and software functions. While these functions vary in complexity and capability the following is a representative minimum set.

(1) A means of storing files. Usually this is a mass storage device such as a fixed disk or one of the other types previously noted. The file system must be capable of handling files in a manner consistent with the requirements of the operating system.

(2) A method of formatting the storage medium to meet the needs of the file system. The format generally involves sectioning the storage medium in such a way that the translation between a logical location and a physical location is minimized. The operating system deals with logical addresses of information while the actual storage device operates on physical addresses.

(3) A means of passing commands to the storage subsystem. This typically is a hardware card that interfaces the addresses and data from the system bus to the storage subsystem hardware.

(4) A means of implementing commands to (a.) position or index the storage media to a known starting position, (b.) read from a specific location on the medium and make the information available to the system bus, and (c.) write information from the system bus to a specific location on the medium. In the latter two cases the information is moved directly into and from the system read/write memory by a mechanism known as direct memory access (DMA).

The file security subsystem may be likened to a gate and gate tender on the pathway linking the CPU and file storage subsystem. Only information that meets a set of predefined criteria is allowed to pass. Once placed in position, the gate is impregnable to any changes in the criteria that an unauthorized person might attempt to be made via the operating system. Changes can only be made by an appropriate security director having the master access password.

This location in a computer is unique for a file security system. The only other subsystem placed astride the main bus in similar fashion is an encryption/unencryp-

MTI0000103

5,289,540

9

tion device. It is emphasized here that the file security subsystem in not, nor is it in any way analogous, to an encryption device. It may include an encryption device but this would be entirely ancillary to its main function and operation.

Because they are so well known and in such common use, the description of the invention that is to follow will be based on the use of the PC-DOS or MS-DOS operating systems used with IBM or IBM-type personal computer equipment. However, it should be understood that this is done for the sake of convenience and simplicity of description and the invention should not be considered as limited to these or any other operating systems or computer equipment.

The file security subsystem has a cache memory system attached to the host computer main bus. This provides the elasticity needed to minimize delays associated with the parsing of information by the protection process. While a specific bus transaction is being evaluated, additional transactions are queued up for subsequent processing.

During installation of the file security subsystem (FSS), a set of file access criteria are entered and stored in nonvolatile memory in the FSS and also written to a portion of the host computer file storage device which is subsequently marked as inaccessible to the operating system. These criteria are used by the protection process to determine the type of access authorized on a specific system. After installation the file security system is accessible only by use of a master password that will presumably be known only by an appropriate security director or system administrator.

The file access criteria will include the names of files which are to be protected at all times. These will generally be the basic executable files that constitute the application for which the system is intended, as well as any utility and system files used by or in support of the application. The access criteria will also contain the names of files that are allowed to modify specified files along with the type name of the specific files which may be modified.

Other access criteria are relatively conventional. The user may be required to enter a login code which can be associated with a specific directory, group of files, or both. The login code can then be used as a test for a password; i.e., if the password given is not authorized for the login group entered, the user will be denied access, even if the password is otherwise valid. This, in effect, provides a double password system.

Operation of the File Security System

During startup, the file security system will check the files associated with the operating system for consistency. This is done by comparing the file signatures of the active files with those held in an archival status in a portion of memory within the file storage device that is inaccessible to the operating system. The same check can be made for any change in file signature of all executable files. As was noted earlier, a unique signature for each file can be generated; e.g., by using a cyclic redundancy code algorithm. If any inconsistency is found during startup, the file system storage device is write protected by the file security system and the user notified. The file which caused the warning is identified and the system is effectively locked until corrective action is taken. This might include removal and replacement of the affected file or an override by the system administrator who must use the master password. If the

10

decision is made to override, the file signature can be updated so that the next startup will accept the modified file.

Programs run by the user are consistency checked as they are loaded into the system memory for execution. As in the startup phase above, any corruption of a file will result in disabling the write circuitry, user notification, and system lockup pending supervisory action.

The file security system will detect any attempt to install new files on the system via the disc drives, serial interface, supported local area networks, or by any executable file. This applies even if the new file is generated on the workstation itself.

The system administrator has a great deal of flexibility in setting security levels. Certain features can be disabled or expanded at the discretion of the administrator.

An optional feature of the file protection system is creation of a transaction log recorded in the protected portion of the file storage device. This can include such items as attempted entries to the system, entries attempted using bad login codes or passwords, terminal locations, time and date, etc. The transaction log is accessible only to supervisory people possessing the master password to the file security system.

It can be seen from the above description that by placing the file security system in the data path between the CPU and storage device, and by making it invisible to the operating system, the computer file system is protected against deliberate tampering from either local sources or those at other linked locations. Corrupted files are refused entry by write protecting the storage device. Even in the event that such files should somehow find entry, they are detected and identified and the system is locked before the corrupted files can do the intended damage. This protection is equally important in guarding the system from damage by benign errors that frequently occur during program development.

A very important part of the file security system is its terminate and stay resident (TSR) program. In the event of entry being denied to the system for some reason, or an unauthorized operation being attempted, the TSR program will send an error message to the user. However, before each use the TSR program is itself checked for file integrity. During the time the TSR program is active it takes possession of and disables all other access to the CPU. Further the TSR program directly accesses the keyboard, bypassing all system software.

Specific operation of the file security system hardware and software can best be understood by now referring to the Figures. FIG. 1 is a simplified block diagram showing one version of a hardware implementation. Given this diagram, the specific construction of the unit will be evident to one skilled in computer science.

FIG. 2 is a symbol legend to the process logic diagrams shown in FIGS. 3-21. Reference to these diagrams will convey a full best present mode disclosure to one skilled in the art. A step-by-step verbal description is not only not necessary but would be redundant.

The basic outline of the process logic is shown in FIGS. 3-6. FIG. 6 ties by the various offpage connector symbols to subprocesses shown in FIGS. 7-18. FIG. 19 is a subprocess used within the various other subprocesses. FIGS. 20 and 21 show direct memory access subprocesses also used in the various other subprocesses.

MTI0000104

5,289,540

11

Having thus disclosed the best mode known by the inventor of making and using his invention, it will be evident to those skilled in the art that many variations are possible without departing from the spirit of the invention. The invention should be considered as being limited only as it is described in the appended claims.

I claim:

1. A computer file protection system for a digital computer accessible for storing files and interconnected with a central processing, unit by a bus carrying control logic signals, address signals, and data signals, said computer further being supplied with a computer operating system, the combination comprising:

(a) means for providing a file security subsystem for said digital computer which comprises programmable auxiliary memory and a control unit;

(b) means for attaching said programmable auxiliary memory and said control unit to the bus in a manner so that it resides in the bus between said file storage device and said central processing unit;

(c) means for allowing access to said file security subsystem by the computer operating system for initialization and modification only during an installation stage of the file security subsystem by said computer operating system following said installation stage;

(d) means for providing the programmable auxiliary memory system with supervisor entered access criteria for access permission for read operations, write operations and execute operations for each one of all the files stored in said file storage device;

(e) means for requiring each user to provide to said programmable auxiliary memory a valid user identification, whereupon said programmable auxiliary memory and control unit will indicate to the computer operating system only those of said files which are accessible to that user and whether read operations, write operations and execute operations may be performed upon said accessible files, said auxiliary memory and control unit denying access to users with invalid access criteria and refusing to write data to any of the files stored in said file storage device when operations without valid access criteria have been attempted.

2. The computer file protection system of claim 1 further including means for developing a file signature for each and everyone of the files, and archiving each such file signature.

12

3. The file protection system of claim 2 which further includes means for checking the file signature of each of the files stored in the file security subsystem with the archived file signatures of the files stored in the file security subsystem for correspondence prior to notifying a user that entry has been denied or an unauthorized operation has been attempted.

4. The file protection system of claim 1 wherein the means accessing said file security subsystem after installation includes means requiring entry of a proper master password.

5. The file protection system of claim 1 further including means for creating a protected area within the file storage device inaccessible to the computer operating system.

6. The file protection system of claim 5 further including

(f) means for determining a file signature for each one of all pertinent files within the digital computer;

(g) means for storing each one os aid file signatures for archival reference in the protected storage area;

(h) means for comparing the unique file signatures stored in said protected area with the current file signature of any file prior to permitting access to the file to a user; and

(i) means for write protecting the storage device if the current file signature does not correspond with the file signature stored in said protected area.

7. The file protection system of claim 6 which further includes means for locking the computer system from further activity when the current file signature does not correspond with the file signature stored in said protected area, said computer system remaining disable until unlocked by a person with access to a master password.

8. The file protection system of claim 5 which further includes means for creating a transaction log in the protected storage area, said transaction log being accessible only to a person having a master password.

9. The file protection system of claim 5 in which said supervisor entered criteria are specific for each user or user group.

10. The file protection system of claim 1 which further includes means for taking possession of the central processing unit by the file security subsystem and disabling all other access to said central processing unit at such time as the file security subsystem detects invalid access criteria or an attempted unauthorized operation.

*   *   *   *   *

US005325499A

# United States Patent [19]

## Kummer et al.

[11] Patent Number: **5,325,499**

[45] Date of Patent: **Jun. 28, 1994**

[54] **COMPUTER SYSTEM INCLUDING A WRITE PROTECTION CIRCUIT FOR PREVENTING ILLEGAL WRITE OPERATIONS AND A WRITE POSTER WITH IMPROVED MEMORY**

[75] Inventors: **David A. Kummer**, Thousand Oaks; **Robert T. Runer**, Camarillo, both of Calif.

[73] Assignee: **Tandon Corporation**, MoorPark, Calif.

[21] Appl. No.: **590,671**

[22] Filed: **Sep. 28, 1990**

[51] Int. Cl.⁵ ..................... G06F 12/00; G06F 12/16; G06F 13/00

[52] U.S. Cl. .......................... 395/425; 364/DIG. 1; 365/195; 395/575; 395/725

[58] Field of Search ...................... 395/425, 575, 725; 364/200 MS File, 900 MS File; 365/195, 228

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,045,998 | 9/1991 | Begun et al. | 395/325 |
| 5,091,850 | 2/1992 | Culley | 395/400 |
| 5,157,774 | 10/1992 | Culley | 395/425 |

### OTHER PUBLICATIONS

"LR3220 Read-Write Buffer Preliminary," *LSI Logic Corporation*, Oct. 1989, pp. 1-24.
"Will the search for the ideal memory architecture ever end?", by Ron Wilson, Senior Editor, *Computer Design*, Jul. 1, 1990, pp. 78-90.
"New Cache Tags Bring Flexibility, Performance to Memory Subsystems," by Warren Andrews, Senior Editor, *Computer Design*, pp. 42, 44, 46, Jul. 1, 1990.

"ALR Revs Up MCA," by Bill Catchings and Mark L. Van Name, *BYTE*, Sep. 1989, pp. 165-169.
"New Products" (Systems), *Computerworld*, Nov. 20, 1989, p. 62. ·
"ALR rolls out 486-based 'PowerCache 33/4'," by Brian Gillooly, Computer Reseller News, Feb. 5, 1990, pp. 9-10.
"ALR's Memory Caching Puts Its 486 on Top," by Michael J. Miller, *Infoworld*, Jul. 24, 1989, pp. 1 and 97.
"ALR Readies Its PowerCache 4 as an Original 486 System," By David Strom, *PC Week*, Jul. 24, 1989, p. 5.
"Cashing in on the Micro Channel," by Winn L. Rosch, PC Magazine, Oct. 30, 1990, pp. 101-102, 105-106, 110, 112.
"33 MHz 386 PCs Arrive As Chip Is Launched. (Product announcement)," *PC User*, Apr. 26, 1989, pp. 25-26.

*Primary Examiner*—Glenn Gossage
*Attorney, Agent, or Firm*—Davis Hoxie Faithfull & Hapgood

[57] **ABSTRACT**

A computer system including a write protection circuit and a write poster is disclosed. The write protection circuit provides page description information to the computer system for controlling various operations. Illegal write operations as defined by the page description information are prevented from reaching a system bus and external cache. Internal cache invalidate operations may also be performed transparently to system operation. The write poster accepts write operations in zero wait states and assembles them into fewer more efficient writes to memory. A unique method and apparatus for programming a descriptor random access memory (RAM) is also provided.

16 Claims, 11 Drawing Sheets





FIG. 1

30
HOLD HANDSHAKING
WP CONTROL 31
ADDRESS & BYTE ENABLE
RDY
i0486
EADS
BRDY
KEN
PAGE ADDRESS LATCH 33
DESCRIPTOR RAM 32
16K x 4
BANK-B
LCL-RAM
WP
KEN
DESCRIPTOR DATA BUFFER 34
DATA 0-31, PARITY 0-3
BYPASS BANK SELECT
I/O RDY
WP/KEN
POSTER CONTROL 51
RDY
LINE ADDRESS COMPARATOR 53
LINE HIT
50
TO EXPANSION BUS 60
BANK SEL.
INPUT ADDRESS LATCH 54
OUTPUT ADDRESS LATCH 55
ADDRESS
BANK SELECT
BYTE ENABLE A02-A03
52
POSTER REGISTER FILE
WRITE IN 4 x 40 BITS
521 INPUT LINE
WRITE OUT 4 x 40 BITS
522 OUTPUT LINE
ADDRESS BYPASS BUFFER
56
LOW DWORD DATA BUS
DATA BYPASS BUFFER 57
DWORD SWAPPER 58
DOUBLE WIDTH DATA PATH TO MEMORY
HIGH DWORD DATA BUS
LOCAL MEMORY
BANK A
BANK B
40
KEN EADS BRDY ADDRESS & BYTE ENABLE DATA
WP KEN
EXTERNAL CACHE 20
BRDY

U.S. Patent

June 28, 1994

Sheet 2 of 11

5,325,499



*FIG.2*

MTI0000108

U.S. Patent

June 28, 1994

Sheet 3 of 11

5,325,499



FIG.3



FIG.4

U.S. Patent

June 28, 1994

Sheet 4 of 11

5,325,499

MTI0000110

U.S. Patent

June 28, 1994

Sheet 5 of 11

5,325,499



*FIG.4A*



FIG.5

U.S. Patent

June 28, 1994

Sheet 7 of 11

5,325,499



FIG.6

MTI0000113

U.S. Patent

June 28, 1994

Sheet 8 of 11

5,325,499



FIG.7A

FIG.7

MTI0000114



FIG. 8

U.S. Patent

June 28, 1994

Sheet 9 of 11

5,325,499

TO BYPASS BUFFERS, POSTER & DATA BUS SELECTOR
FROM EXTERNAL CACHE 20
BADS
ADS
M/IO
W/R
POSTER CONTROL 51
A3,A2
SEL. IN
PWOE
BUSY
BS64
PWADS
PWLAST
WRRDY
NEXTDATA
511
LINE DEFINITION BIT
OUTPUT LINE
0 B
1 A
513
OUTPUT DWORD VALID REGISTER
DWORD VALID
0 X
1 X
2 X
3 X
FROM INPUT ADDRESS LATCH 54
"1"
OE
ADDRESS LATCH 551
BW/R
BM/IO
BD/C
552
BANK SELECT
ADDRESS
522
BYTE ENABLE
DWORD 0
DWORD 1
DWORD 2
DWORD 3
BYTE 3
BYTE 2
BYTE 1
BYTE 0
DATA
PARITY
BYTE ENABLE 0-3
BYTE ENABLE LATCH 59
BYTE ENABLE 0-4
LOCAL MEMORY CONTROL 41
40
LOCAL MEMORY
BANK A
BANK B
DATA & PARITY
DWORD SWAPPER
D Q
58
LOW DWORD DATA BUS
42
HIGH DWORD DATA BUS

FIG. 9

U.S. Patent

June 28, 1994

Sheet 11 of 11

5,325,499



FIG.10

MTI0000117

5,325,499

1

# COMPUTER SYSTEM INCLUDING A WRITE PROTECTION CIRCUIT FOR PREVENTING ILLEGAL WRITE OPERATIONS AND A WRITE POSTER WITH IMPROVED MEMORY

## BACKGROUND OF THE INVENTION

The present invention relates generally to the field of personal and desk top computers and more specifically to computers based upon the INTEL i486 microprocessor. The principles of the present invention however may be extended advantageously to other processors and computing environments.

The i486 employs several performance enhancing mechanisms to increase system throughput. In addition to having a full 32 bit architecture, the i486 microprocessor has an 8KByte internal cache as well as a virtual memory management unit with paging capability. The processor (i486) is also equipped to perform burst read cycles wherein a contiguous range of addresses are read from memory in a single extended bus cycle. These and other features of the i486 will be discussed briefly in the following description of applicants' preferred embodiment of their invention. The reader is referred to the i486 literature which is available from INTEL Corporation 3065 Bowers Avenue, Santa Clara, Calif. 95051. A basic understanding of the i486 processor, including the various interface signals and modes of operation, is assumed throughout.

Increased performance and code compatibility with earlier 8086, 80286, and 80386 microprocessors are reasons for the popularity of the i486 in new system designs. Unfortunately, many of the advanced features of the i486 cannot be exploited by the earlier software and thus the i486 is somewhat crippled while running the earlier code.

MS-DOS (Microsoft-Disk Operating System), a very popular operating system in the personal computer market, was written for the 8086 and 8088 microprocessors (Microsoft Corp., Redmond, Wash.) Those microprocessors did not have the memory management or multitasking capabilities of the i486. Because the virtual memory implementation in the i486 requires software to setup and manage its resources, DOS does not support and in fact is unable to use/the virtual memory management or multitasking features of the i486. Therefore, MS-DOS necessarily operates the i486 in its real (rather than protected) mode of operation in which the memory management functions are not available.

In the i486 protected mode of operation, various areas of memory may be designated as write protected in the access rights portion of the segment descriptor registers and in the page table entries used by the segmentation unit and the paging unit respectively. Both units are a part of the i486 memory manager. In the event that a program tries to write to a protected region in violation of a write protected designation, the i486 generates an exception thus allowing software to correct for the violation and reload the data if necessary. In the real mode of operation in which MS-DOS runs, these protection mechanisms are not supported. Although the internal cache may be operated transparently to software, limitations on the type of memory which may be cached are implicitly imposed when the segment and page level protections are not available.

The i486 allows write operations to alter the contents of the internal cache whether or not the data is read from a read only device such as read only memory

2

("ROM"). The only hardware provision for preventing such an illegal write operation is to designate all read only memory addresses as non-cacheable. If this is done, the i486 will not load the read only data into its internal cache. While this prevents the undesirable alteration of read only data, it does so at the expense of increased memory accesses. The processor and system are thus slowed down because the processor must perform memory reads every time such data is required. Aggravating the situation is the fact that accesses to read only memory, ROM, are generally slower than to the read write memory, RAM, (for random access memory).

While in protected mode, the segment and page level protection mechanisms may be employed allowing the i486 to cache the read only portions of memory. Read only areas are designated as such in the appropriate attribute tables. Then if an illegal write operation occurs, an exception will be generated by the i486 and the exception handling routine can invalidate the cache entry and reload the data if necessary. While the protected mode software approach allows caching of normally non-cacheable regions of memory, it also presents a load (Central Processing Unit (CPU) time) on the processor which decreases throughput.

In the i486 real mode, the page and segment level protections are not available. The read only portions of memory, therefore, are not cacheable in real mode. Since MS-DOS operates in the real mode, the write protected regions of memory may not be cached at all if data integrity is to be ensured.

Each cache entry is called a line. The process by which the internal cache fetches data from memory is called a "line fill". A line is 16 bytes long, i.e., four Dwords (double words) (a byte is 8 bits; a word is 2 bytes or 16 bits; and a Dword is 2 words, 4 bytes, or 32 bits). The Dword is the maximum single transfer that the i486 is capable of performing by virtue of its 32 bit wide data bus. The typical i486 bus access requires a minimum of 2 clocks in a zero wait state system. During the first clock cycle the processor outputs the address and various other control signals to indicate which device is being addressed and the type of operation that is being performed. The addressed device will either send data to or receive data from the processor during the second clock cycle in a zero wait state system i.e., a system operating at maximum speed as determined by the processor clock frequency. In a i486 system, a single byte, a word, or a Dword may be transferred in this two clock bus access depending upon the instruction. If the device cannot operate at the maximum processor speed, then wait states are inserted extending the cycle to more than two clocks.

In order to speed up the line fill process, the i486 can perform burst read cycles from memory. As mentioned earlier, each line is composed of four contiguous Dwords, i.e. four adjacent 32 bit memory locations. In a burst read, the i486 reads the first Dword from memory in a two clock cycle. The address and control signals, indicating a burst read request beginning at the addressed location, are output in the first clock cycle. The first Dword is received at the processor in the second clock cycle. Then each Dword after that is received in the third, fourth, and fifth clock cycles of a burst read operation. The burst read thus differ from other read operations in that the address asserting first clock cycle is omitted in all but the first Dword transfer of the burst read cycle. The total 16 byte transfer re-

5,325,499

3

quires only 5 clock cycles in a burst read in contrast to the 8 clocks that would be required in the ordinary i486 read.

Memory systems designed to allow burst read cycles require faster RAM than if only conventional reads were supported because data must be available in less than one clock after the address is asserted in the second, third, and fourth Dword transfers of a burst line fill.

The read performance of the i486 is greatly improved by the cache and by the burst read capability and the write performance is enhanced when there is a write hit in the cache. But the cache will not generate a line fill in response to a write miss. Thus, a very large percentage of the i486 bus accesses are memory write operations. Memory write operations to successive locations are common, particularly in the older 16 bit software. One example is where the contents of the registers are pushed onto a stack. One such instruction sequence might look like PUSH BX, PUSH CX, PUSH DX, PUSH CS, PUSH SP . . . and so on.

## SUMMARY OF THE INVENTION

A computer system in accordance with one aspect of the invention includes a Central Processing Unit ("CPU"), a memory, and a write protection circuit. The write protection circuit includes a descriptor file, a page address register, a descriptor data buffer, and control logic which selectively enables various modes of operation for the system. The descriptor file provides storage of page descriptors for a described range of addresses which descriptors are used to regulate one or more data operations. The control logic selectively provides control signals based upon the descriptor content to the system for allowing or preventing one or more data operations.

A computer system in accordance with another aspect of the system includes a CPU, a memory, and a write poster. The write poster includes a register file, bypass buffers, address storage, an address comparator, and control logic which selectively controls the write poster components as well as various modes of operation of the computer system. The control logic selectively suspends various CPU bus operations.

## BRIEF DESCRIPTION OF THE DRAWINGS

A better understanding of the invention may be had from a consideration of the following Detailed Description, taken in conjunction with the accompanying drawings in which:

FIG. 1 is a functional block diagram representation of a computer system having a write protection circuit and a write poster with an improved memory system;

FIG. 2 is a block diagram of the write protection circuit and its connections to the computer system of FIG. 1 showing greater detail of the write protection circuit in the active mode of operation;

FIG. 3 is a functional block diagram of the write protection circuit and its connections to the computer system of FIG. 1 showing greater detail of the write protection circuit in the program mode of operation;

FIG. 4 is a functional block diagram of the write protection circuit and its connections to the computer system of FIG. 1 showing greater detail of the write protection circuit in the verify mode of operation;

FIG. 4A is a representation of the I/O data word used with the write protection circuit in the program and verify modes of operation;

4

FIG. 5 is a functional block diagram showing greater detail of the write poster and its connections to the computer system of FIG. 1;

FIG. 6 is a functional block diagram showing greater detail of the improved memory system and the data, address, and control write poster bypass paths of the computer system of FIG. 1;

FIG. 7 is a block diagram of the poster register file 52 of FIGS. 1 and 5;

FIG. 7A is a block diagram showing greater detail of the 10 bit byte registers of the poster register file 52 of FIG. 7;

FIG. 8 is a functional block diagram of the write poster connected to the computer system of FIGS. 1 and 5 showing greater detail to the write poster input operation;

FIG. 9 is a functional block diagram of the write poster connected to the computer system of FIGS. 1 and 5 showing greater detail to the write poster memory write operation; and

FIG. 10 a functional block diagram of the write poster connected to the computer system of FIGS. 1 and 5 showing greater detail to the write poster expansion bus write operation.

## DETAILED DESCRIPTION

One aspect of applicants, invention overcomes the inability of i486 real mode systems to cache read only areas of memory and also eliminates the processor or software overhead that is presented in the protected mode approach to caching read only areas. Applicants' invention overcomes those problems by allowing read only memory locations to be cached by the i486 and then invalidating any cache line associated with a write protected address when the i486 tries to write to rt. Applicants' system is software transparent since the invalidate operation is initiated by hardware in response to illegal write commands (a write operation directed to a write protected address). Because the cache line is invalidated during an illegal write operation, the next time the microprocessor attempts to read the location it must refetch the data from memory as it normally would on a cache miss. That ensures that a read after an illegal write will force the CPU to fetch the data from memory (rather than use corrupted data from the internal cache).

Another aspect of applicants' invention provides a means for detecting an illegal write operation as it is being issued by the processor and preventing it from reaching the system bus. In this way, applicants' system prevents write protected RAM locations from being modified by the illegal write operation. Applicants' invention thus allows the i486 to cache all ROM locations as well as RAM locations which contain read only data (e.g., shadow ROM) while maintaining system integrity.

Another aspect of applicants' invention provides a means for indicating that particular addresses are write protected, i.e., read only. Yet another aspect of applicants' invention provides a mechanism by which the designation for any particular page or address may be randomly changed by a single processor instruction in order to provide for maximum flexibility.

In the preferred embodiment, applicants combine the dynamically alterable write protect designation mechanism with other hardware functions to reduce hardware requirements while at the same time reducing the speed requiremeuts. The result is a single mechanism which

MTI0000119

5,325,499

5

provides an address decoder function, a means for designating areas of memory as write protected or not, and an indicator that designates areas of memory as cacheable or not. Applicants' combination write protection, cache enable, and address decoder is particularly well suited for dynamic alteration of any or all of these parameters at system start up or even during program execution.

For example, at system start up, a basic input/output system ("BIOS") routine can determine what hardware is present and initialize the decoder/indicator designating the appropriate memory locations as writable/non-writable or cacheable/non-cacheable depending upon the individual system configuration. In such a system the routine would likely determine where the ROM devices are located and designate them as read only locations which may be cached by the processor. Additionally, the contents of the ROM devices may be copied into RAM locations where the benefits of applicants' double width memory will reduce the time required to access the ROM data. Once copied into RAM, that region of RAM containing the data from ROM (including programs) would be designated as read only (non-writable) in the decoder/indicator. Thus, applicants' invention allows an area to be designated as writable so that data may be loaded into that area. Then, after the data is loaded, the designation may be changed to read only to ensure data integrity i.e., to protect against unauthorized modification.

Now referring to FIG. 1, the following describes the operation of applicants' preferred embodiment. A basic system incorporating the features of applicants' invention may include a external cache 20 in addition to the cache internal to the i486 microprocessor. An external cache 20, although desirable, is not required to exploit the benefits of applicants' invention.

The term "write protection circuit" is used throughout to refer to the circuit 30 which provides memory attribute information to the system. The attributes which are currently defined in applicants' system include indications of (1) whether an address may be written to ("write protected" or "read only"), (2) whether the contents of a memory address may be loaded into cache ("cacheability" or "cacheable"), and (3)(a) whether the address is in local memory and (3)(b) if so, whether it is for dynamic RAM ("DRAM") bank A or B (collectively called "address decode"). The write protection circuit 30 also invalidates internal cache lines which have been illegally altered and quashes any illegal write operation that the processor 10 attempts to send to memory.

As depicted in FIG. 1, the write protection circuit 30 ("WP circuit") includes several functional blocks, a control block 31 ("WP control"), a page address latch 33, a bidirectional data buffer 34 ("descriptor data buffer"), and a storage block 32 ("descriptor RAM"). The WP control 31 block represents the circuitry which generates all the necessary timing, control, and handshaking signals for operating the descriptor RAM 32, page address latch 33, and descriptor data buffer 34, for invalidating internal cache lines, quashing illegal write operations, providing cacheability information to the processor 10 and external cache control 20, and providing address decode information to the local memory 40 and other elements of the system. The descriptor RAM 32 is a 16K×4 static RAM where the attribute information or descriptors are stored. The page address latch 33 temporarily holds the page address and the descriptor

6

data buffer 34 selectively connects the descriptor RAM data pins to the system data bus during access to the descriptor RAM.

The write protection circuitry operates in one of three modes, the Active mode briefly described above, and the Program and verify modes. In the Program mode, attribute information is written to the appropriate locations in the descriptor RAM 32. Similarly, the verify mode allows the processor 10 to read the contents of the descriptor RAM 32. The verify and program modes are used by software to program the write protection circuit 30 generally and the descriptor RAM 32 specifically for normal operation, i.e., Active mode. While in either the verify or program mode, the WP control 31 will not provide attribute information to the system but this is permissible because this is an input/output ("I/O") operation and the decode information is only used for memory.

During active mode, the write protection circuit 30 provides memory attribute information to various parts of the system. Individual descriptors are not provided for each individual address and not every address in the i486 address space is described in the preferred embodiment. A limited address space is described and the memory addresses within that space are conceptually divided into pages. A descriptor is then provided for each page of addresses. Addresses outside the described range may be described using a single descriptor which by definition would eliminate the address decode bits, and as in the case of applicants' implementation, the write protect descriptor bit as well. Thus, all addresses outside the described space are not in local memory, are writable, and are either cacheable or not depending upon the state of two I/O programmable bits (not shown), one bit for the 256 Megabyte to 2 Gigabyte range and another for the 2 Gigabyte to 4 Gigabyte range. The WP control 31 substitutes the state of the appropriate I/O programmable bit for the respective descriptor RAM 32 output when it detects an address beyond the described address range.

The descriptor granularity or page size is chosen by the designer balancing memory expandability and system cost. For a fixed address space, smaller page size requirements translate into larger static RAM requirements which means added cost. Applicants' preferred embodiment employs a 16K×4 static RAM 32 to store descriptors for 16K (16,384) pages of 16K bytes each resulting in a described address space of 256 Megabytes. Obviously, descriptor granularity may be reduced at the expense of expandability. For example, a 4K page size in a defined memory space of 64 Megabytes is possible using the same 16K×4 static ram.

Applicants' chose a 4 bit wide RAM for descriptor RAM 32 because the descriptors in the preferred embodiment total 4 bits for each page. The cacheable and write protect flags require one bit each and the address decode requires two bits, one each for the local and bank select indicators. Each 4 bit location in the descriptor RAM 32 stores a descriptor for a single page of addresses. The descriptor RAM 32 can accommodate 16K descriptors.

In the preferred embodiment, several discrete PALs (Programmable Array Logic devices) form the circuitry of the WP control 31. Many of the WP control circuits are implemented using PAL's, for example several PAL's were used for the external cache control and others were used for the poster control 51. The following description groups signals and circuits according

5,325,499

| 7 | 8 |

**7**

their function. Depending upon the overall system configuration in which applicants' invention is incorporated, separation of some circuitry from the functional blocks described may advantageously result in reduced component count. Conversely, as densities increase and costs decline, construction of the entire write protection circuit, including the RAM and the latches, becomes commercially feasible using a single custom chip, a gate array or even fewer PAL's. Ultimately, the division of circuitry between logic components used to implement the various functions is a matter of design choice.

## ACTIVE MODE

The write protection ("WP") circuit 30 monitors every memory read and write operation that the CPU 10 sends to the bus. In FIG. 2, the write protection circuit 30 in the active mode is depicted in greater detail. During a CPU memory read or write operation, the page address (address bits A27–A14) is presented to the address input lines of the 16K descriptor RAM 32. Address bits A31–A28 are also monitored by the WP control 31 to verify that the operation address is within the described range. If an address is not in the described range (address bits A31–A28 are not zeroes), the write protection circuit 30 provides a default descriptor. The default descriptor indicates that all such addresses are not write protected and are not located in local memory. The cacheability default is system programmable via two bits in an I/O port, one for addresses between 2 and 4 Gigabytes and another for addresses between 256 Megabyte and 2 Gigabyte. Each bit can be set or cleared to indicate that its respective address range is cacheable or not. All address bits (A31–A00) are used by the system. Address bits A13–A00 simply define the particular byte or word within the page. They are not used by the WP circuit 30.

The page address selects the descriptor stored in the descriptor RAM 32 which outputs a 4 bit descriptor to the WP control 31. The four descriptor RAM output bits, WP, KEN, LCL, and BANK B respectively indicate whether the address is writable, cacheable, located in local memory, and if located in local memory 40, whether it is DRAM bank A or B. All four bits are sent to the WP control 31 which in turn provides the proper control and handshaking signals to the rest of the system, many of which will be discussed later in conjunction with other features of applicants' invention.

### The Address Decode Function

The address decode bits (LCL and BANK B) are used during both read and write operations to determine the proper routing of the data. The WP Control 31 sends the address decode information to the write poster 50 which stores it for posted writes. For read and non-postable write operations, the address decode information is also sent to the appropriate buffer and memory control circuits. The bypass bank select signals of the WP control 31 are disabled by the write poster output enable PWOE (not shown) signal which indicates that the write poster 50 has control of the bus. By disabling these signals, the poster control 51 (FIG. 1) may assert its own bank select signals.

The decoder indicator can be programed by the BIOS to determine the size of the memory resources available in local memory and on the expansion bus. For example, to address location 1 will store the data at that location. However, the contents of location 1 will appear on a read to location 1, n+1, 2n+1, 3n+1,

**8**

and so on where n is the size of memory. Thus, a 256K memory when enabled for all addresses will return the data on read operations to locations 1, 256K+1, 512K+1, and so on. The CPU can simply search for the first occurrence of the data after the first. The difference of the two addresses represents the size of memory.

To determine the size of memory, the CPU initializes all page address descriptors to enable Bank A for all addresses. The CPU 10 then determines the size of memory in Bank A using the method described above. Bank A is then turned off and Bank B is enabled for all address and the size of its memory is determined. Finally, local memory is disabled completely and the same process is repeated for the expansion bus. Thus, applicants provide a unique apparatus and method for quickly, clearly, and efficiently sizing memory resources, thereby eliminating configuration jumpers or switches.

### The Cache Enable Function

The cache enable (KEN) bit is used by the i486 only during read operations because the i486 will only perform a cache line fill operation in the event of a read miss. However, this bit is used on writes by the write poster 50 discussed below. Similarly, applicants' external cache 20 will only perform a cache line fill for a read miss. If the external cache 20 were a write back cache, then it would monitor the cache enable information during write operations as well. The WP control 31 sends the cacheability information to the external cache 20 where the i486 KEN signal is generated according to the i486 protocol.

### The Write Protect Function

The write protect function is complicated because of the many places data for a particular address location may be found. The data may be located in the internal cache, the external cache 20, local memory 40, or on the expansion bus 60. Because of the various data paths involved in the write operation, applicants' write protect function is distributed between the WP control 31, the external cache 20, and the poster control 51.

The write protect function of the write protection circuit 30 is activated once a memory write command is issued to an address within a page that was previously designated as write protected in the descriptor RAM 32. This is called an illegal write operation. A page may be designated as write protected by setting the write protect bit in that page's descriptor. If the WP bit was not activated, then the WP control 31 simply allows the write operation to proceed as normal.

In the event that the i486 institutes an illegal write operation several things happen. First, the illegal write operation is prevented from affecting the addressed device. This is accomplished in several different ways depending upon the destination address. Secondly, the write pulse is not sent to the data RAM in the external cache 20 so that the external cache contents will not be corrupted. Finally, an internal cache invalidate cycle will be performed in case the data was cached internally. The internal cache line is invalidated, because in the event of a cache write hit, its contents are overwritten. If the location is not invalidated and the location is read, the modified data would be given to the i486 in a read cache hit. In effect, the location would not have been write protected. These three operations are performed simultaneously by the write poster 50 and the

MTI0000121

5,325,499

9

external cache 20 under the direction of the WP control 31.

The write poster 50 receives all postable processor write operations. The criteria for postability is whether the location is cacheable. If the WP control 31 indicates that the write is illegal, the write poster 50 will accept the write as it would any other postable write, return a ready signal to the i486, and just never send the write operation to the system bus. In this way illegal postable write operations are quashed in the write poster 50.

An illegal write to a non-postable memory location causes the WP control 31 to output both bank select signals simultaneously. The local memory control 41 recognizes this as an illegal condition and ignores the bus cycle. Thus, the illegal write operation is allowed to go out on the local bus, but an invalid address decode is provided which aborts it. The signal EPADS which normally enables the expansion controller chip set is withheld by the WP control 31. The effect is that the expansion bus cycle is never initiated either.

The external cache 20 also monitors all write operations. The cache examines the address from the processor 10 to determine whether the operation is a hit. In the case of a cache write hit, the write is sent to the cache RAM whose contents are then altered by a write pulse generated by the external cache 20. An illegal write indicator, WP, from the WP control 31 blocks the write pulse in the external cache 20 preventing the write.

The illegal write indicator, WP, also triggers the generation of an internal cache line invalidate signal, EADS. The external cache 20 sends the EADS signal to the i486 at or before the write poster 50 returns the RDY signal. By sending the EADS signal at or before the RDY signal, the i486 is forced to invalidate the internal cache line corresponding to the address of the write operation using the write operation address that is still at the i486 pins. The invalidate operation occurs during the i486 write cycle. After the invalidate cycle, the write cycle is terminated by the RDY signal.

Applicants' system prevents the illegal write from occurring on the expansion bus 60 and in the external cache 20, and it eradicates the write in the internal cache, all in a manner which is transparent to the CPU and software. The correct data is reloaded into the internal cache automatically the next time the CPU reads the write protected location. An internal cache read miss occurs because the internal cache line was either invalidated during the illegal write or the cache line was not present in the internal cache. The i486 will perform a line fill which will be satisfied in zero wait states by the external cache 20 if the line is in the external cache. Of course, if the line was not originally in the internal cache, then the external cache 20 may or may not contain the data. But even if the external cache does not contain the data, there is no loss in performance because the processor 10 would have had to go to memory anyway.

PROGRAM MODE

The WP control 31 provides a mechanism to initialize and to change the descriptors stored in the descriptor RAM 32. This is called the program mode of operation. Another aspect of applicants' invention optimizes the program mode enabling the CPU 10 to write to the descriptor RAM 32 using a single instruction. FIG. 3 illustrates the write protection circuit 30 operating in the program mode. A comparison of FIGS. 2 and 3 reveals that the descriptor data buffer 34 and page ad-

10

dress latch 33 have been added in the latter. Although inactive in the active mode, the buffer and latch play a vital role in the program and verify modes. Accenting the difference in the two modes, FIG. 3 shows the active mode address path as a broken line while the program (and verify) mode address path is shown as a solid line.

Competing considerations led to applicants' unique implementation. Propagation delays must be minimized in the active mode to provide a no-wait state system for high CPU clock rates. Also, the I/O address space must not be usurped by the system hardware so that maximum expandability is ensured. Additionally, initialization of the descriptor RAM 32 should not require a great amount of overhead. The program mode reconciles all of the above considerations without compromise.

Referring to FIG. 2, there is shown a direct connection between the CPU address lines (A27 through A14) and the address inputs to the descriptor RAM 32. No address buffer appears in that path because it is vital to minimize the propagation delay from the time the CPU 10 outputs the address to the time when the descriptor information is available from the write protection circuit 30. To add a buffer there would introduce a delay fatal to the no-wait state system performance of the write protection circuit to the other components which rely upon the descriptor information, and of the entire system. Therefore, the direct address connection is required.

Directly connecting the CPU address bus to the descriptor RAM 32 presents a problem for programming and verifying the contents of the descriptor RAM. Since the descriptor RAM address inputs are connected to address lines A27–A14, the descriptor RAM must effectively occupy a 256 Megabyte address space. Whether mapped into memory or I/O address space, 256 megabytes is an unacceptably large block for such system hardware to occupy. In the event that the full CPU address space is described by the WP circuit, it would be impossible to use the direct mapped approach. Also, the i486 I/O address space is only 64K.

Applicants reconciled the conflict using a single I/O port for writing to every descriptor RAM 32 location. The i486 performs a 32 bit I/O write operation which sets up the address in the page address 33 shown in FIG. 3. Note that this address is derived from the data bits of the write operation (see FIG. 4A). While the CPU 10 waits for the RDY signal indicating completion of the I/O write cycle, the WP control 31 forces the i486 to float the address bus using the AHOLD mechanism of the i486. During the address bus float, the WP control performs a write operation to the descriptor RAM 32 using the latched address. Upon completion of the write to the descriptor RAM, the WP control releases the address bus and sends the RDY signal indicating I/O cycle completion. In applicants', system, RDY is generated by the poster control 51 (FIG. 1) in the write poster 50 in response to the WP control's I/O RDY. In this way, writes to the descriptor RAM 32 are performed using only a single 32 bit CPU I/O write which minimizes initialization overhead.

In applicants' system, the Dword is defined as shown in FIG. 4A. Dword bits D13–D00 contain the address for writing to the descriptor RAM. This is the page address in the active mode. Bit D15 indicates whether the operation is a descriptor RAM 32 write (program mode) or a page address setup for a subsequent read

MTI0000122

5,325,499

11

(verify). Finally, bits D19–D16 contain the 4 bit descriptor which is to be stored in the descriptor RAM 32 at the location designated by the page address. The states of the 4 descriptor bits (D19–D16) of the I/O write data do not matter (are "don't cares") during an address setup operation, i.e., when D15 is a 1.

With reference to FIG. 3, the descriptor RAM 32 write is performed using the following procedure to set the write protection circuit 30 in the program mode. The CPU 10 initiates an I/O write to the port address of the WP control 31 i.e., the address assigned to receive the descriptor RAM 32 read and write commands. The page address (D13–D00) is clocked into the page address latch 33 where it is stored for subsequent use. The read/write bit (D15), which by definition has been set to 0 for a write operation, indicates to the WP control 31 that the operation is going to be a write to the descriptor RAM 32. Then, to avoid contention on the CPU address bus, the WP control 31 initiates an address hold by asserting the AHOLD line to the i486. In response, the i486 floats the address bus, however, it continues to drive the data bus. After the address bus becomes available, the WP control 31 enables the page address latch 33 outputs providing the page address to the descriptor RAM 32 on address lines A27–A14. Descriptor data is transferred from the data bus to the descriptor RAM 32 via the descriptor data buffer 34 controlled by the WP control 31. The WP control sends a write strobe (WR) to the descriptor RAM 32 thus completing the descriptor RAM 32 write. After the descriptor RAM write, the WP control 31 floats the page address latch 33 and descriptor data buffer 34 outputs and releases the AHOLD request. The i486 then returns control of the address bus to the i486. Finally, the WP control issues a ready signal to the i486 which ends the I/O write cycle. Applicants' system minimizes initialization overhead using only a single CPU instruction for each page descriptor. Applicants' system requires only a single I/O port address. Finally, applicants' system minimizes propagation delays by omitting an address isolation buffer between the i486 10 and the descriptor RAM 32.

VERIFY MODE

The verify mode allows the processor 10 to read any location of the descriptor RAM 32, thus verifying that the correct descriptor is stored in the proper location for the page of interest. Two CPU I/O operations are required to read the descriptor RAM, one for setting up the page address in the page address latch 33 and a second to retrieve the descriptor data from the descriptor RAM 32. Applicants chose to optimize the program mode at the expense of the verify mode because the latter occurs far less frequently. The page address may be stored in the page address latch 33 using the program mode (which effects a write to the descriptor RAM 32) or an address set up operation. Recall from the discussion of the program mode that the page address was stored in the page address latch 33 at the beginning of the I/O write cycle. Thus, the processor 10 may read a descriptor after it is written in the program mode or perform a random descriptor check using the two instruction verify mode.

The address setup operation is identical to the program mode write operation except in two respects. First, the read/write flag, D15 in the I/O Dword of FIG. 4A is set to a 1 in the former and 0 in the latter. Second, because bit D15 is set to 1, the WP control 31

12

never sends the write pulse to the descriptor RAM 32 whose contents are never altered during the address setup operation. All other aspects are the same.

The write protection circuit 30 is depicted in FIG. 4 showing greater detail to the verify mode of operation. The page address (D13–D00) is clocked into the page address latch 33 during either a previous descriptor RAM 32 write (D15=0) or an address setup operation (D15=1). The processor 10 initiates an I/O read from the port address of the WP control 31. The WP control 31 initiates an address hold once again asserting the AHOLD signal. In response, the i486 floats its address bus (broken lines). At the command of the WP control 31, the page address latch 33 outputs the page address onto address lines A27–A14 which is received by the descriptor RAM 32. The descriptor RAM 32 and the descriptor data buffer 34 outputs are enabled sending the descriptor data from the data pins of the descriptor RAM to the data bus (D19–D16). After an appropriate delay, the WP control 31 issues an I/O RDY signal which is used by the write poster 50 to generate a RDY to the i486 which then receives the descriptor data. The WP Control 31 then floats the page address latch 33 and providing the page address. Finally, the AHOLD signal is removed thereby ending the I/O read operation. In practice, the RDY signal may be sent at the same time as or earlier than when the AHOLD is removed.

WRITE POSTER

The write poster 50 is a unique write buffer which increases the performance of CPU 10 and the entire computer system during write operations. In the most general sense, the write poster 50 accepts memory write operations from the CPU 10 in zero waits and sends them to memory afterwards. The CPU therefore does not wait for slow memory. However, rather than simply acting as a queue for write operations, the write poster 50 collects write operations addressed to adjacent memory locations and assembles them into a single memory write operation reducing the actual number of system bus cycles. This is called line assembly and byte gathering of CPU writes allow other bus masters to operate faster because system resources are available more frequently. For example, the CPU 10 executes eight consecutive PUSH operations using 16 bit operands. In effect, the CPU 10 is writing one word at a time to adjacent memory locations for a total of eight operations. The write poster 50 assembles those eight writes into a single line (128 bits) which it then sends to memory in as few as one memory write operation depending upon the implementation.

In applicants' system the write poster 50 can assemble write operations that fall within a single line. If the writes start at one line address and cross over into another line address, then the write poster 50 will send the partially assembled first line to the output section and continue by assembling a second line. Applicants used the line boundary approach to limit system complexity and costs. However, the principles of their invention can be extended to a write poster system not limited to line boundaries, i.e.. one capable of assembling lines (or even larger data units) beginning at any address.

Applicants also provide a double width memory system for speeding transfer of data from the write poster 50 to local memory 40. Use of the double width memory allows a 64 bit chunk of data to be written in a single memory write cycle. An entire line can be written in

5,325,499

13

only two memory cycles. (Of course the benefits of applicants' double width memory and data bus also apply to read operations. See LINE FILL section below.) To further increase speed, applicants added a burst write capability (taking advantage of page mode DRAM access) to eliminate the address output portion of the standard memory cycle. Through bursting, the write poster 50 performs the entire line write in a single memory write operation. Although it is a single operation, the write poster 50 is actually performing two 10 transfers, one for the first two Dwords followed by another for the second two Dwords. Another unique feature of applicants' write poster 50 provides storage of the address decoder information pertaining to each write operation. This increases the speed of the system 15 by avoiding address decoder delays.

The write poster 50 is functionally situated between the CPU 10 on one side and the local memory 40 and expansion bus 60 on the other. Applicants' implementation is limited to assembling CPU write operations. It 20 will not intervene while a bus master other than the CPU 10 has control of the bus. Applicants' preferred embodiment includes an external cache 20 whose operations are coordinated with the write poster 50; however, an external cache is not necessary to practice the 25 invention. Similarly, while applicants' preferred embodiment includes their write protection circuit 30, the advantages of the write poster may be achieved without that feature.

Referring now to FIG. 5, the components of the 30 write poster 50 in the preferred embodiment will be described. The poster control 51 block represents all of the circuitry which generates signals to operate the various other poster components and also for interfacing the write poster 50 with the remainder of the system. 35 (Applicants divided the many write poster functions amongst several PAL's.) The poster control 51 is shown connected to the CPU handshake and control bus and to the write protection circuit 30. Although not shown in FIGS. 1 and 5, the poster control 51 block 40 does connect to and control the other write poster functional blocks.

The poster register file 52 stores the data in registers which are organized into lines. One input line 521 and one output line 522 can be stored by the poster 50 in the 45 poster register file 52. In addition to the 16 data bytes that form the line, the register stores one validity and one parity bit for each data byte in the line. The organization of the poster register file 52 is depicted in FIGS. 7 and 7A.

Referring now to FIG. 7, the poster register file 52 comprises four dual ported devices (523, 524, 525, 526) having eight ten bit storage locations each. The ten bit storage locations are shown in FIG. 7A. The devices (523, 524, 525, 526) are connected such that eight 40 bit 55 storage locations corresponding to eight Dwords (with parity and control (not shown) and data pins are provided for input and output operations. Therefore, data may be written into one location while a different location is being read. Applicants have conceptually and function- 60 ally divided the register locations into one input line 521 and one output line 522, having four 40 bit Dword locations (DW0–DW3) each.

In practice, each 4×40 line register is used both for 65 input and output. A single bit, the line definition bit 511 in the poster control 51 defines the function of both line registers 528 and 529 at any instant. For example, as-

14

sume both lines A, 528, and B, 529, are empty. The first input line will be assembled into line register A, 528, while line register B, 529, remains empty. This is the configuration shown in FIG. 7. Conceptually, a line swap moves the assembled input line 521 to the output line 522. Physically, no transfer occurs. The line definition bit 511 in the poster control 51 is toggled thus indicating that line A, 528, (formerly the input line 521) is now the output line 522, and line B, 529, (formerly the output line 522) is now the input line 521. The write poster 50 then begins to assemble the next input line 521 in line register B, 529, while it writes the output line 522 from line register A, 528. The next line swap again reverses the functions of line registers A and B using the line definition bit 511. Thus, input line 521 and output line 522 switch between line registers A, 528, and B, 529.

Referring again now to FIG. 5, the input address latch 54 and the output address latch 55 store the line addresses of the input line 521 and the output line 522, respectively. In addition to storing the line addresses, the latches also store the address decode information (bank select) from the WP control 31 thereby avoiding a second decode operation and its associated delay during write poster 50 output. Storage of the decode information avoids duplicate decoder circuitry.

Input address latch 54 receives the input line address from the address bus during the write operation. The address and decode information is stored in that latch until a line swap is performed terminating assembly of that line. A line swap is the operation by which the assembled input line 521 is transferred to the output line 522 register. This includes transferring the input line address and decode information from input address latch 54 to output address latch 55.

One input of the line address comparator 53 is connected to the address bus and the other is connected to the output of input address latch 54. After the first postable write operation is received, the line address comparator 53 compares the address of each subsequent write operation with the address being stored in input address latch 54. If the two line addresses are the same, the comparator indicates a line hit, and if not, the comparator indicates a line miss. Using the address comparator, the write poster 50 ensures that only write operations concerning the same line will be assembled together in the write poster 50.

The address bypass buffer 56 shown in FIG. 5 provides an address and control path for all nonpostable operations. A second set of bank select signals (bypass bank select) are generated by the write protection circuit 30 to bypass the address latches. The operation of the bypass bank select and the bypass buffers (address 56, data 57) will be discussed in greater detail in connection with the various output operations.

The Dword swapper is connected between the poster register file 52 output and the high Dword data bus. Because only 1 Dword is available at any instant, the poster register file 52 output is multiplexed to interface with the double width data bus. As discussed later, multiplexing the output does not impair performance because it is done transparently. The Dword swapper is only necessary in systems which employ a double width data bus.

FIG. 5 depicts applicants' double width data bus connecting the write poster 50 output to the double width memory. Also shown is a single block representation of the interface between the 32 bit CPU data bus

5,325,499

15

and the 64 bit double width data bus. That block, the data bypass buffer 57, is shown in greater detail in FIG. 6 and discussed in the line fill section below. The data bypass buffer 57 is the write poster's bypass route for data.

Also shown in FIG. 5 is the RDY signal. The poster control 51 is responsible for generating the i486 RDY signal for all operations except the burst ready BRDY which the external cache 20 generates. The ready PAL in the poster control 51 delays sending the ready signal to the i486 when it needs extra time to perform an operation. (See output section for situations where the write poster 50 will delay a CPU operation.) Since the external cache 20 responds to writes and reads in zero wait states, the system will never wait for the cache.

Write poster 50 operation will now be discussed in detail in connection with FIGS. 5-10. In applicants' preferred system embodiment, a write protection circuit of the genre discussed above is provided. The write protect circuit 30 interfaces with the write poster 50 in several respects. Among other things, it provides the write protect, address decode, and cacheability information discussed above.

The write protect signal (WP) indicates to the write poster 50 that a write operation is either legal or illegal. If illegal, the write poster 50 will accept and quash the write operation before it reaches the system bus. The exact manner in which the quash is performed will be discussed below in connection with the input Dword valid register 512.

The address decode information is sent to the write poster 50 by the WP control 31 for storage with the address of the posted write operations. (FIG. 5,8) The bank select signals are stored along with the line address of the write operations in the address latches 54 and 55. On write poster 50 output, the bank select signals are sent from the output address latch 55 to the system bus where they indicate the destination (RAM bank A or RAM bank B in local memory 40, or system expansion bus 60) of the write operation. Storage of the decoded address information greatly simplifies applicants' system while providing a reduction in access time.

No I/O locations are posted because the consequences of performing such an operation out of sequence are unpredictable. Furthermore, not all memory write operations are posted. Applicants found that the criteria for postability of memory write operations are the same as the cacheability criteria for a given memory address. (see I/O flush discussion below). This conclusion was reached in realizing that the non-cacheable areas of memory are either memory mapped I/O devices or dual port memory. Because the criteria is the same, the write protect circuit cacheability indicator is used by the poster control 51 to determine whether or not a memory write operation is postable. Of course, a separate indicator for postability may be provided if necessary. If applicants' write protect circuit is not used, then the cache enable indicator provided for the i486 during reads should be sent to the write poster 50 during writes.

INPUT: LINE ASSEMBLY & BYTE GATHERING

The process of assembling write operations into a single line is called line assembly. Line assembly is distinguished from byte gathering. Byte gathering is the process in which the write poster 50 collects more than one write operation and assembles them into a single Dword. Line assembly may or may not include byte

16

gathering since the latter occurs only when the CPU performs byte or word memory writes to the same Dword. Line assembly, may consist of several, as many as 16, non-redundant byte memory write operations.

The write poster 50 was designed to accept postable write operations in zero waits from the CPU 10. However, there are some exceptions where the write poster 50 must force the CPU 10 to wait before performing some postable operations and also some non-postable operations. (See the Flush operation below.) Provided either the input line 521 or the output line 522 of the write poster 50 is empty, postable writes will be accepted in zero wait states.

Input line assembly is initiated in the write poster 50 by a postable i486 memory write operation. The poster control 51 monitors the i486 ADS, M/IO and W/R signals and the KEN and WP signals from the WP control 31 as shown in FIGS. 5 and 8. Upon detecting a memory write operation indicated by the three i486 signals, the poster control 51 looks for the KEN and WP signals from the WP control 31. The initial write poster 50 response is the same whether the location is write protected or not. When the KEN signal indicates a postable write operation, the write poster 50 stores the line address (A31-A04) and address decode (BANK A and BANK B) information in the input address latch 54.

The write data from the CPU 10 is then clocked into the appropriate input line 521 registers in the poster register file 52. Functionally, the input line 521 appears as four Dword registers (DW0, DW1, DW2, and DW3) which are byte addressable. (See FIG. 7.) Each Dword register within the line is selected by the two low order CPU address bits, A02 and A03. The four byte enable bits from the CPU 10 control writing of the individual bytes (BYTE 0-3) into the selected Dword register (DW0, DW1, DW2, or DW3) of the input line 521. The byte valid bits are necessary for byte gathering, when the processor 10 writes to a Dword more than once, since only a portion of the Dword may be valid.

The poster control 51 maintains a record of which Dword registers contain valid data using four Dword valid bits in the input Dword valid register 512 of the poster control 51. (FIG. 8) When the input line 521 is empty, all four input line Dword valid bits are negated indicating that the Dwords are invalid. As each Dword register receives a write from the CPU 10, its respective Dword valid bit is asserted indicating that it is valid. If the write poster 50 receives another write to a valid Dword, a byte gathering flag is set to indicate that byte gathering is in progress. Signals indicating whether the entire input line 521 is empty and full are also generated if all Dwords are invalid or valid, respectively.

On the first write operation to an empty Dword register, all four bytes appearing on the data bus are written into the register whether they are valid or not and the Dword valid bit is asserted. All four bytes are written to initialize the byte valid bits for the entire Dword since they are in an undefined state prior to the first write. On subsequent writes to that Dword register (indicated by the byte assembly flag), only the valid bytes (as determined by the CPU byte enable bits) are clocked into the Dword register. In this way, valid bytes previously stored in the Dword register will not be overwritten by invalid data bytes. If any one of the Dword valid bits are asserted, the line empty indicator is negated. For postable illegal writes (as per the write protection circuit indicator WP), the Dword valid bit is never asserted. Through this mechanism, the input line 521 will

5,325,499

17                                                        18

remain empty and the illegal write will not reach the
system bus even though the CPU 10 believes that the
write was performed.

## WRITE POSTER OUTPUT OPERATIONS

As long as either the input or output line 522 is not
empty, the poster control 51 must monitor all other
CPU 10 operations to determine whether and when it
must perform a line swap or flush the line registers, i.e.,
send the assembled write operations to memory. Several external events may trigger both a line swap and a
flush operation. They are discussed in the sections that
follow. The write poster 50 may also affect the sequence of some external events.

### The Line Swap

As mentioned above, a line swap is the name given
the operation in which the write poster 50 moves the
input line 521 to the output line 522 register. A line
swap can be performed only when the output line 522 is
empty. If the output line is not empty, the write poster
50 must wait until it is. Then the line swap is performed.

During a line swap, the write poster 50: terminates
assembly of the input line 521, conceptually moves the
input line data to the output line 522, actually moves the
address and decode information to the output address
latch 55, and actually moves the Dword valid bits from
the input Dword valid register 512 to the output Dword
valid register 513 which resets the input line status bit to
indicate that it is empty.

The operation includes transferring the line address
and bank select information from the input address latch
54 to the output address latch 55. At the same time the
line definition bit 511 is toggled thus actually switching
line definitions but conceptually moving the assembled
input line 521 to the output line 522. (See poster register
file 52 discussion above.) Of course, the byte valid bits
and the parity bits are conceptually moved along with
the line data.

Many events may trigger a line swap operation, all
but one also triggers a write poster flush operation (discussed below). In order for a line swap to occur, there
must be some valid data already in the input line 521 and
the output line 522 must be empty. The line swap enables the write poster 50 to begin assembling a new line
and output the already assembled line.

The one event that triggers a line swap but not a flush
is the postable write line miss. The events which trigger
a line swap and a flush are discussed below. Recall that
applicants' preferred embodiment assembles one line at
a time and then only within line address boundaries, i.e.,
address bits A31–A04 are the same for each write
within a line. A CPU 10 write to an address outside the
boundaries of the line currently being assembled causes
a line swap but not a flush. This situation is called a
write line miss.

When the input line 521 is empty, by definition there
cannot be a write line miss. When the output line 522 is
empty, a write line miss triggers a line swap which
allows the write poster 50 to accept the write line miss
in zero waits. If however, the write line miss occurs
when the output line 522 is not empty, the line swap
cannot proceed until the write poster 50 finishes writing
the output line 522 to memory. In this case the write line
miss will be suspended by the write poster until the line
swap can be performed.

A postable write line miss will trigger a line swap
whether or not the write is legal so the new write may

be accepted by the write poster 50. An illegal postable
write line miss is treated exactly the same as a legal
postable write line miss, the only difference being that
the Dwords are not validated. Thus, in the case of an
illegal postable write line miss, the new write is accepted but the Dword valid bits in the input Dword
valid register 512 are not asserted. Therefore, the input
line 521 remains empty.

### Flush Operations

In most but not all cases, the event triggering a write
poster flush (the "triggering operation" or "triggering
event") will be forced to wait until after the flush is
complete. A flush is not performed if both line registers
521 and 522 are empty. (1) A CPU I/O operation or any
special bus cycle such as a cache flush, a lock, an interrupt acknowledge, etc.; (2) a non-postable memory
write; (3) a memory read line hit which is an external
cache miss; (4) a memory read line hit in systems having
no external cache; (5) a CPU hold acknowledge; and (6)
an elapsed time counter will trigger a write poster flush
operation (called a time out). The last two (nos. 5 and 6)
may be disabled using two software programmable I/O
bits.

Devices such as disk drive, DMA, or video controllers perform operations on data in memory. Typically,
the CPU writes data to memory and then commands a
device to perform a specific operation using data located at certain memory addresses. The commands are
usually sent via CPU I/O write operations and some
may involve I/O reads. Additionally, some I/O devices
are memory mapped which means the commands are
sent via a CPU memory write operation.

In order to avoid a situation where the CPU 10 commands a device to operate on data that was already
written by the CPU but is still being held in the write
poster 50 for line assembly or output, the write poster
50 will hold off all I/O operations until it flushes its
contents. For this reason all CPU I/O operations will
trigger a flush of the write poster 50 lines. Non-cacheable memory writes will produce the same effect because they are likely to be memory mapped I/O devices. A triggering operation will flush the write poster
50 even if the write protection circuit 30 indicates that
it is illegal because applicants resolved the flush priority
in favor of non-postability over write protection.

For example, applicants discovered that video graphics array (VGA) controllers receive commands via
CPU memory read and write operations. For them to
function properly, the VGA card must receive the commands in the order in which the CPU 10 issues them.
Applicants realized that such locations should not be
cached nor should they be posted. The reads and writes
are cached because it is not the data which matters but
rather the address of the operation. They should not be
posted because the reads and writes must occur in the
proper order.

Thus, applicants concluded that memory, if cacheable, is also postable, and non-cacheable special purpose
RAM as well as other memory mapped I/O devices
must not be cached nor posted. In the case of I/O device accesses, both memory mapped (non-postable) and
I/O mapped (CPU I/O), all posted writes should be
flushed since they may affect the data which is to be
processed by the I/O device.

For the same reasons presented above, all special bus
cycles are triggering events. A special bus cycle is indicated by a CPU I/O write with the D/C signal indicat-

5,325,499

19

ing a code operation. Because special bus cycles invariably affect hardware operation and are infrequent by comparison to normal bus cycles, applicants decided not to decode the special cycles and not to provide special exceptions to the rule that all I/O cycles will trigger a write poster flush. If such cycles become more frequent, then special exceptions may be provided by decoding the special cycles and treating them accordingly.

All postable CPU write operations are posted including when the write is a cache miss. Recall that the cache will perform a cache line fill in response to a read miss but not write miss. A read line hit cache hit does not present a problem because the cache will supply the fresh data. The external cache 20 has the fresh data because it received and stored the fresh data at the same time as the write poster 50.

A read line hit cache miss means that the CPU 10 is attempting to read the same line from memory that the write poster is currently assembling. Since the assembled line is still in the write poster 50, the memory location contains stale data until the write poster 50 performs a flush. If the operation is allowed to proceed before a flush, the CPU 10 would receive stale data from memory rather than fresh data from the write poster 50. Therefore, a read line hit cache miss will trigger a flush. The write poster 50 detects a read line hit cache miss when the BADS signal and line hit signals are both received. If an external cache 20 is not provided then all read line hits (which are implicitly internal cache misses) trigger a flush.

Applicants have provided a mechanism by which all hold acknowledge cycles may trigger a write poster flush. This feature may be enabled or disabled under software control simply by setting or clearing a single I/O port bit. Applicants do not enable this feature in their preferred embodiment for two reasons. First, it is redundant in view of the I/O flush. The trigger on hold acknowledge is provided to prevent another master from using stale data. Applicant is unaware of any systems that use memory mapped I/O handshaking that could not be designated as non-postable.

Second, using the expansion bus controller chip set that they did, applicants were unable to provide a mechanism to distinguish between a DRAM refresh and other types of hold acknowledge cycles. DRAM refresh operations would flush the write poster 50 at intervals of approximately 15 micro seconds resulting in degraded write poster 50 performance. However, if a mechanism for distinguishing between refresh cycles and other types of hold acknowledge cycles is provided, the feature may be enabled without impairing performance.

The CPU hold acknowledge is suspended during a flush operation merely by blocking the HOLDACK signal to the system bus. Once the write poster 50 is finished, it gates the HOLDACK signal onto the system bus.

Finally, applicants provide an idle time flush trigger. An idle time counter counts the number of clocks while the bus is inactive from when the CPU 10 performed the last write operation. If a predefined threshold is exceeded, the idle counter generates a flush request to the write poster 50. Time out empties the input line 521 to avoid making the processor 10 wait in the event of read line hit cache miss or any other flush triggering operation or for future writes.

20

The rationale for providing the time out recognizes that the write poster 50 is capable of assembling only one line at a time. If the CPU 10 begins to write to another line while the write poster 50 is full, then it will be forced to wait for the write poster 50 to finish writing the output line 522. The idle timer assumes that if the CPU 10 has not written to the input line 521 in the predefined number clocks, then the CPU is probably finished writing to that area of memory. Based upon that assumption, the write poster 50 flushes the assembled line to avoid making the processor 10 wait if it performs a read miss line hit, future writes, or any other flush triggering operation.

In their preferred embodiment two intervals are provided, a short interval where the CPU has written to all four Dwords in the input line 521 and a longer interval where the CPU has written to some but not all four Dwords. The reasoning is that if all four Dwords have been written then the CPU is probably finished with that line. Conversely, if the CPU writes to some, but not all, of the Dwords then it may not be finished yet. In the latter case, the idle counter allows the CPU some extra time before causing a flush. Currently applicants do not enable this feature. The two intervals at present are 5 and 10 clocks for the short and long intervals.

## SYSTEM HOLD DURING FLUSH AND LINE SWAP

As mentioned earlier, the event which triggers a flush will be forced to wait until both the input 521 and 522 output lines are emptied. Similarly, an event that triggers a delayed line swap (i.e., a postable write line miss with both lines full) must wait, but unlike with a flush, it must wait only until the output line 522 is emptied so the line swap can be performed. The RDY signal is the mechanism by which the poster control 51 forces the system to wait until either the line swap or the flush is complete. This is the reason that the poster control 51 is responsible for generating RDY to the CPU 10 for all non-burst operations in the preferred embodiment.

The exact manner in which an operation is temporarily suspended depends upon whether it is postable or not. If postable, then the ready signal is not sent to the CPU 10 until the write poster 50 has finished writing the output line and performing the line swap. The write is then accepted by the write poster 50 in the usual manner after which ready is sent to the CPU 10. As discussed above, I/O operations and non-cacheable memory writes are non-postable operations. The entire write poster 50 is flushed in response to either. The operation is delayed using ready, but, because the operations do not go through the write poster 50 other signals are required.

In FIG. 5, the address bypass buffer 56 and the data bypass buffer 57 provide a path for operations that do not get posted by the write poster 50. When an operation is being held for write poster flush, the poster disables the output of the bypass buffers thereby disconnecting the CPU 10 from the system bus. The poster write output enable, PWOE, (shown in FIG. 9 and 10) signal disables the bypass buffers, the bypass bank select signals from the WP control 31, and the data buffer and bus selector. The write poster 50 asserts the PWOE signal whenever it controls the bus.

The write poster 50, having control of the system bus, performs its output operations generating all of the necessary control and handshake signals and using the output address latch 55 to drive the address and bank

5,325,499

<table>
<tr><td>21</td><td>22</td></tr>
</table>

select buses. (FIGS. 9 and 10) HERDY or WRRDY is respectively returned to the write poster 50 by the expansion bus controller 61 or local memory control 41 upon completion of the line output operation. The write poster 50 will either output the other line if it is not empty, or send the suspended operation to the system.

In the latter case, the poster control 51 floats the output address latch 55 and drives the address bus with the address bypass buffer 55 by removing the PWOE signal. The system BM/IO, BW/R, and BD/C lines are also driven by the address bypass buffer 56 using the corresponding signals from the CPU 10. The write protect circuit drives the bypass bank select outputs after PWOE is removed. Because the CPU address strobe (ADS) was generated in the first clock cycle of the suspended operation, the poster control 51 must generate a substitute strobe for the system bus. The poster control 51 generates either a PWADS address strobe for local memory operations or EPADS address strobe for expansion bus operations. These strobes substitute for the CPU address strobe. By monitoring the bank select outputs of the address bypass buffer 56 on its SELIN lines, the poster control 51 knows which address strobe to generate.

To summarize, the poster control 51 allows the CPU address, M/IO, W/R, and D/C signals to drive the bus via the address bypass buffers 55 and it provides the necessary address strobe thereby sending the suspended operation to the system bus. The operation is completed using the same ready signals HERDY and WRRDY discussed above. Completing the cycle, the poster control 51 returns RDY ready to the CPU 10.

In response to read line hit cache miss, the poster control 51 must force the external cache 20 and thus the CPU 10 to wait until the flush is finished. The external cache 20 generates a burst address strobe (BADS) signal for the local memory control 41 to initiate a burst read from local memory 40. In order to disable the BADS signal and delay the burst read, the poster control 51 sends a BUSY signal to the local memory control 41 while it has control of the system bus. Local memory control ignores the BADS signal whenever BUSY is asserted. BUSY in combination with PWOE is the poster control 51 mechanism for delaying a burst read request by the external cache 20 during a read line hit cache miss.

Once the write poster 50 has finished its flush, the poster control 51 removes both PWOE and BUSY and then generates the PWADS address strobe for local memory. After the PWADS signal is generated, the burst read continues as explained in connection with the line fill operation of the double width data bus. Normal completion includes a BRDYIN signal from local memory to the external cache 20 which then generates the BRDY for the CPU 10.

Finally, a flush in response to a time out is initiated only when the bus is inactive. Thus, no operations are suspended for the poster control 51 to initiate a time out. However, like any other flush operation, a timeout flush may be already in progress when another operation is initiated. In such cases, the write poster 50 holds off the operations in the same manner as described above. Since the write poster 50 will have control of the system bus during a flush, all of the bypass mechanisms will be inactive. After the flush is finished, the poster control 51 need only remember that an operation has been requested and generate the appropriate handshake signals discussed above.

## OUTPUT LINE WRITE

Having discussed the various events that trigger a flush and most of the handshaking signals used, the actual output line write operation will now be discussed. To write out the output line, the write poster 50 can require one to four memory write operations depending upon the configuration of the system and the destination of the operation.

In applicants' preferred embodiment, only a single write is required to write to local memory using the double width memory and data bus and the burst write operation. Using the double width memory and data bus, the write poster 50 can write two Dwords to local memory in a single transfer. By performing a burst write cycle, the write poster 50 can write all four Dwords in less time than two complete memory write cycles would require. FIG. 9 illustrates the write poster output line write operation.

Applicants configured the local memory 40 for page mode operations. The page mode capability maximizes the efficiency of the burst mode read and writes because each line always falls within a single page. Since the page does not change, the same devices receive both double Dword writes (or reads) and only the CAS addresses change. Therefore, most of the second cycle is omitted in burst mode by holding the RAS address and just changing the CAS address in local memory.

After a line swap, the data and the Dword valid bits are in the output line 522 and the output Dword valid register 513, respectively. Only Dwords validated during line assembly are output by the write poster 50. Within validated Dwords, only bytes validated during assembly will effect a write operation in memory. The byte enable bits in each byte register perform the same function as if the CPU 10 were performing a write.

The Dword valid bits are negated after the respective Dword is output. Once all four Dword valid bits are negated, an output line empty signal is generated. After the output line empty signal goes true, another line swap may be performed, or if the input line 521 is empty, any suspended triggering operations are sent to the system or the write poster waits for the next postable write to begin line assembly. After a flush, the write poster 50 is empty.

For local memory writes (FIG. 9), the write poster 50 transfers the first high Dword into the Dword swapper 58. Because the write poster 50 has control of the bus during a flush, it will load the high Dword into the Dword swapper while it outputs the address and control signals onto the system bus. That way, the load into the Dword swapper 58 is performed transparently to the rest of the system. In the same manner discussed above, the poster control 51 generates the appropriate PWADS address strobe initiating the memory write cycle. In the next clock, the write poster 50 drives the lower 32 bit data bus with the low Dword from the output line 522 of the poster register file 52. The memory control returns the WRRDY and NEXTDATA signals indicating completion of the transfer. The respective Dword valid bit(s) is (are) negated in response to NEXTDATA.

In a burst write, the poster negates the PWLAST indicator which tells local memory that it is a burst write. After the first transfer in burst mode, local memory returns only the NEXT DATA signal. Then the write poster 50 outputs the second two Dwords in the same way as the first two. A3 is the only address bit that

5,325,499

23

changes in a burst write. As with a single transfer write, the poster ends the output cycle when WRRDY and NEXTDATA are returned by local memory control.

Write poster 50 output operations to the expansion bus are shown in FIG. 10. Write poster 50 operations addressed to the expansion bus 60 can not use the double width data bus since the expansion bus is only 32 bits wide. In those cases, the Dword swapper 58 is not used. The Dwords are output one at a time on the low Dword data bus to the expansion bus controller. The address and control information is used in the same manner as discussed above. The poster outputs the EPADS address strobe for expansion bus cycles. The expansion bus controller returns HERDY to the poster when the bus cycle is finished. The Write poster 50 sends the next Dword, or if the last Dword was sent, terminates the output operation in response to the HERDY signal.

In all write poster 50 output line 522 write operations, the poster control 51 generates the A2 and A3 address lines based upon which Dwords it is writing. The output address latch 55 provides the line address A31–A4, and the BW/R, BM/IO, and BD/C control signals. Using the bank select information from the output address latch 55, the poster control knows which type of cycle, local memory write or expansion bus write to initiate. In a 64 bit memory write, A2 is meaningless since it selects either the high or low Dword. The poster sends a BS64 signal to local memory to indicate a 64 bit write. When BS64 is active, A2 is ignored.

## LINE FILLS

During burst read cycles the i486 reads four Dwords from memory. Since the Dwords are all from adjacent locations, the processor only sends the starting address for the first Dword to be read. The next three Dwords are read from locations in a sequence well defined by the i486 literature. The address portion (the first clock period) of the three subsequent Dword transfers are omitted in a burst read because the memory system knows, based upon the address of the first transfer, where the next three Dwords should come from. Therefore, the memory system may provide the subsequent Dwords to the processor in cycles that are only one clock each if it can generate the addresses internally.

Applicants uniquely solve the problem of providing the three subsequent Dwords in one clock cycle without using fast (and therefore expensive) memory. Applicants allow for a single delay, the requisite number of wait states for the memory devices, after the address is provided. Normally, this delay would be encountered in each and every memory access. Applicants avoid incurring the delay in every access by doubling the width of the local memory 40 and the data bus and by using page mode DRAM.

In applicants' system, twice as much data is retrieved per unit delay assuming memory of the same speed. Because the CPU 10 can only read half of the data provided by local memory 40, applicants' system has time to retrieve the next two Dwords from local memory while the CPU 10 is reading the first two. Thus, twice the data is transferred without increasing bus bandwidth. Applicants' system inserts a single delay at the beginning of the cycle and then provides four Dwords in four clocks after that initial delay.

Using this technique, applicants' double width memory and bus allow the i486 to perform burst reads (line fills) at full speed (after a single delay) with slower memory devices than would otherwise be required.

24

Wait states are inserted between the beginning of the burst cycle and the first Dword transfer in applicants' system because slow memory was used.

The line fill operation using applicants' double width memory will be described in connection with FIG. 6. Other parts of the write poster and the write protection circuit have been omitted from FIG. 6 for clarity. Depicted in FIG. 6 are the local memory 42 DRAM banks (64 bits wide) connected to the double width data bus (64 bits wide) which is connected to the Dword latches 571 and 572. The CPU data bus is connected to both the low, 571, and high, 572, Dword latches on the other side of the double width data bus. The Dword latches 571 and 572 store the Dwords during line fills and also act as multiplexers for connecting the 32 bit CPU data bus to the 64 bit memory data bus.

Local memory 40 provides two Dwords in a single read cycle. The two Dwords are latched into the low Dword latch 571 and high Dword latch 572. After the initial delay, the CPU 10 reads the first Dword from the latch selected by the A2 signal. This read from the latch is performed in the same manner as a conventional system. The difference appears in the subsequent transfers of the burst cycle. All but the first Dword in the burst read are transferred in a single clock cycle rather than the customary two clock read cycle in a no wait system. To avoid single clock cycle access time restrictions, applicants provided two Dwords in the first access. The CPU 10 reads the second Dword from the other latch in the next cycle. RAM is not required to provide the second Dword in half the time because the second Dword was retrieved from RAM during the first memory cycle. After the first two Dwords are transferred from local memory 40 to the Dword latches 571 and 572, the next two Dwords are retrieved from local memory 42.

The external cache 20 is responsible for generating the burst ready (BRDY) signal for the processor 10 during line fills as indicated in FIG. 6. The BRDY signal to the CPU 10 is generated by the external cache whether or not the burst read request is a line hit in the external cache 20. For a cache miss, the BRDYIN received from local memory control 41 is gated to the BRDY input of the CPU 10 to end the cycle.

The external cache 20 receives the starting address from the CPU 10 and generates all of the subsequent addresses necessary to complete the burst read cycle if it is an external cache hit. In a read miss, the external cache 20 sends the BADS signal to local memory control 41 indicating a burst read cycle. The starting address is provided via the address bypass buffers 56 and the bank select information is provided by the write protection circuit 30. The local memory control provides the subsequent address in the read miss cycle.

Applicants' local memory operates in page mode with each page consisting of an integral number of lines. Because of this organization, the decode information from the write protection circuit 30 does not change during a line fill. Furthermore, abbreviated DRAM access cycles (CAS only) may be used to retrieve subsequent Dwords from memory by virtue of the page mode configuration of local memory 42. The page mode is also advantageous when the write poster 50 performs burst output line writes.

From the foregoing description it will be apparent that improvements in computer system have been provided to increase the efficiency of memory write operations, to provide transparent but effective write protec-

5,325,499

25

tion for memory, and to provide a unique method of initializing a page descriptor RAM. While a preferred embodiment and other embodiments of the system have been described, it will be appreciated that variations and modifications in the herein described system, within the scope of the invention will be apparent to those skilled in the art. Accordingly, the foregoing description should be taken as illustrative and not in a limiting sense.

We claim:

1. A computer system having a processor, a local memory, and one or more input/output ("I/O") devices connected by buses, comprising:

a write poster connected to said processor by a local bus and to said local memory by a system bus;

said write poster comprising:

a control circuit connected to said local bus to receive handshaking and control signals from said processor;

a register file connected to said local bus to receive data and address information from said processor and connected to said control circuit;

an address latch having an input connected to said local bus to receive and selectively store said address information from said processor;

an address comparator having a first input connected to said local bus to receive said address information from said processor and a second input connected to said address latch to receive the selectively stored address information;

said address comparator having an output connected to said control circuit to responsively provide a line hit signal indicating said address information from said processor is within a predetermined address range of said selectively stored address information;

said write poster selectively posting a first postable processor write operation in said register file and in said address latch, and, in response to said line hit signal, selectively posting one or more additional postable processor write operations in said register file and assembling said one or more additional postable processor write operations with said first postable processor write operation into one or more consolidated write operands;

an output circuit connected to said register file, to said address latch, to said control circuit, and to said system bus, said output circuit executing one or more write cycles on said system bus using said one or more consolidated write operands.

2. The computer system of claim 1 wherein:

said first postable processor write operation comprises a memory write operation to cacheable non-write protected addresses; and

said one or more additional postable processor write operations comprise memory write operations to cacheable non-write protected addresses, said additional postable processor write operations occurring after said first postable processor write operation and before an intervening non-postable operation;

said intervening non-postable operation comprising an I/O operation or a memory read operation in response to which a line hit signal is generated.

3. The computer system of claim 2 wherein:

said control circuit responding to said intervening non-postable operation by causing said output circuit to execute said one or more write cycles until

26

all said selectively posted operations are written to the local memory.

4. The computer system of claim 1 wherein:

said write poster further comprises an input connected to said local bus to receive byte valid information from said processor;

said write poster being responsive to said byte valid information to selectively post one or more valid bytes of said first postable processor write operation or said one or more additional postable processor write operations and assemble said one or more valid bytes into said one or more consolidated write operands; completion of said predetermined I/O write command to said processor.

5. The computer system of claim 4 further comprising:

a descriptor file connected to said local bus to receive said address information;

said descriptor file storing a multiplicity of descriptors and responsively retrieving a preselected descriptor corresponding to said address information, said preselected descriptor defining one or more attributes for a preselected page of addresses within which said address information lies;

said one or more attributes comprising a write-protection attribute defining whether said preselected page is write-protected or not;

said descriptor file producing one or more output signals representative of said preselected descriptor and said one or more attributes;

said write poster being connected to receive said one or more output signals representative of said write-protection attribute and for preventing illegal write operations from propagating to devices normally responsive to said address information when said one or more output signals indicate that said address information is write-protected;

said write poster generating signals indicating the completion of said illegal write operations.

6. The computer system of claim 5 wherein:

said descriptor file receives and stores descriptor information in said descriptor file during a program mode of operation;

said one or more output signals being deactivated during said program mode.

7. The computer system of claim 5 further comprising:

a cache-location invalidator connected to receive said one or more output signals representative of said preselected descriptor and for generating one or more cache invalidate signals when said one or more output signals indicate that said operation address is write-protected;

a cache responsive to said one or more cache invalidate signals;

said one or more cache invalidate signals invalidating cache locations corresponding to said address information of said illegal write operations.

8. The computer system of claim 5 further comprising:

a cache controller;

wherein said one or more attributes further comprises a cacheable attribute defining whether said preselected page is cacheable or not;

and said computer system further comprises a cache-enable-indicator connected to receive said one or more output signals representative of said cacheable attribute of said preselected descriptor and

MTI0000130

5,325,499

**27**

connected to send cache-enable signals to said cache controller when said one or more output signals indicate that said address information is cacheable;

said cache-enable-indicator withholding said cache-enable signals when said one or more output signals indicate that said address information is not cacheable;

said cache controller operating in response to said cache-enable signals to load data from a location corresponding to said address information into a corresponding cache location and to prevent that data from being located into said corresponding cache location when said cache-enable signals are withheld.

9. The computer system of claim 5, 7, or 8 further comprising:

a descriptor file controller connected to said local bus and to said descriptor file;

said descriptor file controller being responsive to a predetermined I/O write command to establish a program mode of operation for said descriptor file and to deactivate said one or more output signals;

said predetermined I/O write command comprising a data operand representative of a page address and a descriptor definition for said page address;

said descriptor file controller responding to said predetermined I/O write command by asserting an address-hold signal on said local bus for gaining control of said local bus;

said descriptor file controller sending said page address over said local bus and said descriptor definition to said descriptor file and providing clocking signals to cause said descriptor file to store said descriptor definition at a location corresponding to said page address;

said descriptor file controller releasing said address-hold signal and signaling completion of said predetermined I/O write command to said processor.

10. A write poster comprising:

a control circuit having signal lines for connection to a local bus to receive handshaking and control signals from a processor;

a register file including a plurality of storage locations organized in lines and having an input for connection to said local bus to receive data, parity, address, and byte enable information from said processor and connected to said control circuit;

a line address latch having an input for connection to said local bus to receive and selectively store line address information from said processor and having an output indicative of the selectively stored line address information;

a line address comparator having a first input for connection to said local bus to receive said line address information from said processor and a second input for connection to said output of said line address latch;

said line address comparator having an output connected to said control circuit for providing a line hit signal in response to a match between said line address information from said processor and said selectively stored line address information;

said write poster selectively posting a first processor write operation in said register file and in said line address latch and, in response to said line hit signal, selectively posting one or more additional processor write operations in said register file and assembling said one or more additional processor write

**28**

operations with said first processor write operation into one or more consolidated write operands; and

an output circuit, having inputs connected to said register file and said line address latch and having an output for connection to a system bus, for selectively executing one or more efficient system bus write cycles using said one or more consolidated write operands in response to a line address miss.

11. The computer system of claim 10 wherein:

said first processor write operation comprises a memory write operation to cacheable non-write protected addresses; and

said one or more additional processor write operations comprise memory write operations to cacheable non-write protected addresses, said additional processor write operations occurring after said first processor write operation and before an intervening non-postable operation;

said intervening non-postable operation comprising an input/output ("I/O") operation or a memory read operation causing said line address comparator to provide said line hit signal.

12. The write poster of claim 10 further comprising:

a write protection circuit having an address input for connection to said local bus to receive page address information from said processor and an output for providing a write-protect signal to said write poster;

said write poster responding to said write-protect signal by selectively preventing posting of said first processor write operation.

13. The write poster of claim 12 wherein:

said write protection circuit further comprises a cache-invalid output for connection to a cache memory system and provides a cache-invalid signal to said cache memory system in response to said write-protect signal during a processor write operation for invalidating a cache location corresponding to said first processor write operation.

14. The write poster of claim 13 wherein said line address latch further comprises:

a second input for connection to an address decoder for receiving and selectively storing device selection information from said address decoder;

said output circuit being further connected to receive said device selection information and to output said device selection information during said one or more efficient system bus write cycles.

15. The write poster of claim 14 wherein:

said local bus comprises a local data bus having a first width;

said system bus comprises a system data bus having a second width being twice as wide as said first width; and

said output circuit further comprises a data output having said second width for connection to said system data bus;

said output circuit executing one or more double width bus write cycles wherein said one or more consolidated write operands comprise a data operand having said second width.

16. The write poster of claim 13, 14, or 15 wherein:

said write protection circuit further comprises a cache-enable output signal responsively generated from said page address information from said processor for indicating cacheability of a location corresponding to said processor write operation;

said write poster responding to said cache-enable signal to selectively post cacheable processor write operations and to selectively prevent posting of non-cacheable processor write operations.

\* \* \* \* \*

MTI0000131

US006041385A

# United States Patent [19]

## Shipman et al.

[11] Patent Number: 6,041,385

[45] Date of Patent: *Mar. 21, 2000

[54] **METHOD AND APPARATUS FOR PROTECTING DATA USING LOCK VALUES IN A COMPUTER SYSTEM**

[75] Inventors: **Mark S. Shipman**, Hillsboro; **Orville H. Christeson**; **Timothy E. W. Labatte**, both of Portland, all of Oreg.

[73] Assignee: **Intel Corporation**, Santa Clara, Calif.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **09/172,777**

[22] Filed: **Oct. 14, 1998**

### Related U.S. Application Data

[63] Continuation of application No. 08/623,930, Mar. 28, 1996, Pat. No. 5,852,736.

[51] Int. Cl.[7] ............................................. G06F 13/00
[52] U.S. Cl. ............................................. 710/200; 710/36
[58] Field of Search ......................... 710/200, 240, 710/244, 36, 37, 40, 28; 707/2, 1, 9, 8; 711/100, 150, 151, 152, 163, 154; 345/520; 713/200, 2; 709/229, 219, 217, 225, 246; 714/27, 9

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

5,557,674  9/1996  Yeow ..................................... 380/4

| | | | |
|---|---|---|---|
| 5,613,139 | 3/1997 | Brady | 710/200 |
| 5,623,673 | 4/1997 | Gephardt et al. | 395/733 |
| 5,852,736 | 12/1998 | Shipman et al. | 710/200 |

#### OTHER PUBLICATIONS

"Desktop Management BIOS Specification," American Megatrends, Inc., et al., Sep. 27, 1995, pp. 1–53.

"Desktop Management Interface Specification," Digital Equipment Corp., et al., Mar. 5, 1993, 40 pgs.

*Primary Examiner*—Mehmet B. Geckil
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

[57] **ABSTRACT**

A method and apparatus for protecting data using lock values in a computer system includes indicating that the computer system does not support locked accesses to the data. However, upon receipt of a request to write to the storage area where the data is contained. the present invention checks whether a lock value corresponding to the request matches a predetermined lock value. If the lock value matches the predetermined lock value, then the data is written to the storage area; otherwise, the storage area is left unmodified.

**37 Claims, 4 Drawing Sheets**



Case 2:13-ml-02461-GAF-PLA   Document 38-8   Filed 02/19/14   Page 134 of 216   Page ID #:715



*FIG. 1*

MTI0000133

Case 2:13-ml-02461-GAF-PLA   Document 38-8   Filed 02/19/14   Page 135 of 216   Page ID #:716



FIG. 2

MTI0000134

**U.S. Patent**          Mar. 21, 2000          Sheet 3 of 4          **6,041,385**



FIG. 3

FIG. 4

MTI0000136

6,041,385

**1**

## METHOD AND APPARATUS FOR PROTECTING DATA USING LOCK VALUES IN A COMPUTER SYSTEM

This is a continuation of application Ser. No. 08/623,930, filed Mar. 28, 1996, now U.S. Pat. No. 5,852,736.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention pertains to the field of data storage in a computer system. More particularly, this invention relates to protecting data stored in a computer system using lock values.

2. Background

Computer technology is continuously advancing, resulting in modern computer systems which provide ever-increasing performance. One result of this improved performance is an increased use of computer systems by individuals in a wide variety of business, academic and personal applications. With the increased use of and demand for computer systems, a large number of manufacturers, developers, and suppliers of computer systems, components, and software have come into existence to service the demand.

The large number of manufacturers, developers, and suppliers, combined with the flexibility afforded them due to the advances in technology, has resulted in a wide range of methods in which computer systems operate. Typically, in order for different components within a computer system to work together effectively, each must agree on certain specific operating parameters. Often, standards or specifications are adopted or agreed upon by various industries or groups of companies which define certain operating parameters. Thus, if two components comply with the same standard(s) or specification(s), then the two components should be able to work together effectively in the same system.

For example, one such standard is the Plug and Play Specification. A component which conforms to the Plug and Play Specification should work properly in a system which also complies with the Plug and Play Specification by simply connecting the component to the system. Components which do not comply with the Plug and Play Specification may require additional configuration steps to be taken by the user before they function properly.

Another current specification is the Desktop Management Interface (DMI) Specification. The DMI Specification provides, among other advantages, general purpose non-volatile data areas which can be accessed to store various data by applications executing on the system. The DMI Specification, however, does not provide a mechanism to prevent an application from updating data stored in one of these general purpose nonvolatile data areas by another application. Thus, it would be beneficial to provide a mechanism for preventing unwanted updates to these general purpose nonvolatile data areas.

Additionally, in order to maintain compliance with the DMI Specification, any protection against unwanted updates to general purpose nonvolatile data areas must not violate the DMI Specification. Thus, it would be advantageous to provide a mechanism for preventing unwanted updates to the general purpose nonvolatile data areas which maintains compliance with the Desktop Management Interface Specification.

As will be described in more detail below, the present invention provides a mechanism for protecting data using

**2**

lock values in a computer system that achieves these and other desired results which will be apparent to those skilled in the art from the description to follow.

### SUMMARY OF THE INVENTION

A method and apparatus for protecting data using lock values in a computer system is described herein. The present invention includes indicating that a storage area in the computer system does not support locked accesses. However, upon receipt of a request to perform a locked access to the storage area, the present invention checks whether a lock value corresponding to the request is valid. If the lock value is valid, then access to the storage area is allowed.

### DESCRIPTION OF THE DRAWINGS

The present invention is illustrated by way of example and not limitation in the figures of the accompanying drawings, in which like references indicate similar elements and in which:

FIG. 1 is a block diagram showing a portion of a computer system in accordance with one embodiment of the present invention;

FIG. 2 is a flowchart showing the steps used to read data from a storage area according to one embodiment of the present invention;

FIG. 3 is a flowchart showing the steps used to write data to a storage area according to one embodiment of the present invention; and

FIG. 4 is a block diagram of a computer system such as may be used with one embodiment of the present invention.

### DETAILED DESCRIPTION

In the following detailed description numerous specific details are set forth in order to provide a thorough understanding of the present invention. However, it will be understood by those skilled in the art that the present invention may be practiced without these specific details. In other instances, well known methods, procedures, components, and circuits have not been described in detail so as not to obscure aspects of the present invention.

The present invention provides a mechanism for protecting data saved in a storage area. In order to modify the data in the storage area, an application provides a lock value. Upon receiving a request to modify the data in the storage area, the present invention checks whether the lock value is valid for the storage area. If the lock value is valid, then the present invention modifies the data in the storage area as requested. However, if the lock value is not valid, then the present invention leaves the data unchanged.

FIG. 1 is a block diagram showing a portion of a computer system in accordance with one embodiment of the present invention. A bus 110, a processor 120, a basic input output system (BIOS) memory 130, general purpose nonvolatile (GPNV) data storage 140, and a random access memory (RAM) 150 are interconnected as shown. The BIOS memory 130 stores a sequence of instructions (referred to as the BIOS) which allows the processor 120 to input data from and output data to input/output (I/O) devices (not shown) in the computer system 100, such as display devices and mass storage devices. In one embodiment, when the system 100 is reset, the contents of BIOS memory 130 are copied into RAM 150 for access by the processor 120. Alternatively, processor 120 may access the BIOS memory 130 directly via bus 110. The BIOS memory 130 can be any of a wide

MTI0000137

6,041,385

3

variety of conventional nonvolatile data storage devices, such as a read only memory (ROM), Flash memory, an erasable programmable read only memory (EPROM) or an electrically erasable programmable read only memory (EEPROM).

In one embodiment of the present invention, the BIOS stored in BIOS memory 130 is compliant with the Desktop Management BIOS Specification version 2.0, published Sep. 27, 1995, available from Intel Corporation of Santa Clara, Calif. The Desktop Management BIOS Specification includes a Desktop Management Interface (DMI). One aspect of DMI is the use of general-purpose nonvolatile (GPNV) data areas, shown in FIG. 1 as GPNV storage areas 140. The GPNV storage areas 140 are accessed by the processor 120 via the bus 110, however, the BIOS controls the access to the GPNV storage areas 140. Thus, when an application desires access to the GPNV storage areas 140, it must call one of the procedures provided by the BIOS. These procedures are described in more detail below.

Multiple GPNV storage areas 140 can be used in a computer system. The system 100 as shown includes n GPNV storage areas 140. In one implementation, n is equal to three.

Each of the GPNV areas 140 can be of any size. In one embodiment, one of the GPNV areas 140 is 128 bytes, a second is 256 bytes, and a third is 384 bytes. The GPNV storage areas 140 can be implemented using any of a wide variety of nonvolatile storage devices, such as blocks of Flash memory cells, EEPROMs, battery-backed complimentary metal oxide semiconductor (CMOS) cells, etc.

The GPNV storage areas 140 can be used to store any of a wide variety of information. In one embodiment, the GPNV storage areas 140 are used to store data relating to the identification of hardware components in the system 100. For example, this identification can include the serial numbers and model numbers of each piece of hardware (e.g., display devices, mass storage devices, multimedia cards, etc.) in the system 100.

DMI provides for locked access to the GPNV storage areas 140. According to DMI, an application which desires to write to one of the GPNV storage areas 140 first reads from the storage area. If locked accesses are supported by the BIOS, then the BIOS generates a lock value and returns that lock value to the calling application. Then, in order to write to the GPNV area, the calling application writes to the storage area and provides the lock value it received from the BIOS. Failure to provide the proper lock value results in the BIOS denying the calling application access to the storage area. However, if locked accesses are not supported by the BIOS, then the BIOS returns a value of −1 to indicate locked accesses to the GPNV storage areas 140 are not supported. Subsequent attempts to write to the GPNV storage areas 140 can then be either accepted by the BIOS without checking any lock values, or can be rejected.

It should be noted that DMI does not require GPNV storage areas to be supported. However, if the GPNV storage areas are supported, then it is required that the BIOS returns a value of −1 to indicate locked accesses are not supported, and that the BIOS allows write access to the GPNV area if the proper password is supplied.

In one embodiment, the present invention is implemented through a sequence of instructions executed on the processor 120. Initially, the sequence of instructions is stored in the BIOS memory 130. When the computer system is reset, the instructions are copied from the BIOS memory 130 into the RAM 150 and then accessed and executed by the processor

4

120. In an alternate embodiment, the sequence of instructions is stored on another nonvolatile memory device which is part of or is coupled to the system 100, such as a hard disk, an optical disk, or a removable floppy disk. The sequence of instructions can be loaded into the RAM 150 after an initial portion of the BIOS which includes instructions on how to access the memory device (e.g., the hard disk) has been loaded into the RAM 150.

FIG. 2 is a flowchart showing the steps used to read data from a storage area according to one embodiment of the present invention. A Read GPNV data call is first received by the BIOS, step 210. The Read GPNV data call is made by an application to access one of the GPNV areas 140. In one implementation, the calling application includes an identifier or "handle" identifying which one of the GPNV storage areas 140 is being accessed, as well as a pointer to a data buffer where the data from the identified GPNV storage area 140 should be placed.

Upon receipt of the Read GPNV data call, the BIOS provides the identified GPNV storage area to the requesting application by copying the data in the identified GPNV storage area to the data buffer identified by the calling application, step 220. It should be noted that in this embodiment any application can read the GPNV storage areas 140; the lock values do not prohibit reading from the GPNV storage areas 140.

The present invention then returns a value of −1 as a lock value to the calling application, step 230. Typically, the lock values in DMI are used in a multi-tasking environment to ensure that only one of multiple applications being executed concurrently is accessing a particular storage area at any one time. Thus, the typical response to a Read GPNV data call is to provide the data in the storage area and a lock value. The lock value is either a −1, which indicates locks to the storage area 140 are not supported by the computer system, or a value of zero or greater which can be used by the application to write data to that storage area at a later time as discussed above. Thus, according to the method of FIG. 2, the calling application is informed that the computer system does not support locking. This indication, however, prevents the calling application from attempting to write to the GPNV storage area in the typical DMI manner.

In one embodiment, the Read GPNV data call is Function 56h of the Plug and Play BIOS. For more information on the Plug and Play BIOS, the reader is directed to the Plug and Play BIOS Specification, Version 1.0A, published May 5, 1994, available from Intel Corporation of Santa Clara, Calif. As parameters for the Read GPNV data call, the application provides a handle identifying which GPNV storage area is to be read and the address of a buffer into which the GPNV data is to be placed. In one implementation, the calling application also provides a lock value of zero when making a Read GPNV data call.

FIG. 3 is a flowchart showing the steps used to perform a locked write of data to a storage area according to one embodiment of the present invention. A Write GPNV data call is first received by the BIOS, step 310. The Write GPNV data call is made by an application to access one of the GPNV storage areas 140. In one implementation, the calling application includes an identifier or "handle" identifying which one of the GPNV storage areas 140 is being accessed, as well as a lock value for the GPNV area being accessed.

Upon receipt of the Write GPNV data call, the present invention checks whether the lock value provided with the request is valid for the identified GPNV storage area, step 320. In one implementation, this determination is made by

MTI0000138

6,041,385

5

checking whether the lock value provided with the request matches one or more predetermined lock values. If the lock value provided with the request is valid for the identified GPNV storage area, then the data provided with the request is written into the identified GPNV storage area, step 330. However, if the lock value provided with the request is not valid for the identified GPNV storage area, then the data provided with the request is not written into the identified GPNV storage area and a bad parameter indicator is returned to the calling application, step 340. Thus, the lock value(s) provide a password-type protection to the GPNV storage areas 140 of FIG. 1.

Thus, the present invention maintains compliance with DMI by returning a −1 in response to a read to one of the GPNV storage areas 140 to indicate that locked access to the GPNV storage areas are not supported, and by allowing write access to the GPNV area if the proper lock value is supplied by the calling application.

In one embodiment, the Write GPNV data call is Function 57h of the Plug and Play BIOS mentioned above. As parameters for the Write GPNV data call, the application provides a handle identifying which GPNV storage area is trying to be written to, the address of a buffer containing the data to be written to the GPNV storage area, and a lock value.

It is to be appreciated that multiple predetermined lock values can correspond to a single data area of the GPNV storage areas 140. In this situation, each of the multiple predetermined lock values are checked by the present invention in determining whether the lock value provided with a Write GPNV data request is valid for the area. It is also to be appreciated that a single predetermined lock value can correspond to multiple data areas of the GPNV storage areas 140.

In one embodiment, the predetermined lock value(s) used by the present invention and an indicator of its corresponding GPNV storage area(s) are embedded (e.g., hard-coded) in the sequence of instructions stored in the BIOS memory 130. In an alternate embodiment, the predetermined lock value is stored in a reprogrammable nonvolatile storage device (such as a Flash memory) coupled to the bus 110.

In one embodiment of the present invention, each lock value is a two-byte value. It is to be appreciated, however, that the lock values can be of any size.

FIG. 4 is a block diagram of a computer system such as may be used with one embodiment of the present invention. A system 400 is shown comprising a bus or other communication device 410 for communicating information to and from the processor 415. The processor 415 is for processing information and instructions. In one implementation, the present invention includes an Intel® architecture microprocessor as the processor 415; however, the present invention may utilize any type of microprocessor architecture. In one embodiment, the bus 410 includes address, data and control buses. The system 400 also includes a random access memory (RAM) 425 coupled with the bus 410 for storing information and instructions for the processor 415, a read only memory (ROM) 430 coupled with the bus 410 for storing static information and instructions for the processor 415, a mass storage device 435 such as a magnetic or optical disk and disk drive coupled with the bus 410 for storing information and instructions for the processor 415, and input/output (I/O) devices 440 coupled with the bus 410 which input and output data and control information to and from the processor 415. The I/O devices 440 include, for example, a display device, an alphanumeric input device

6

including alphanumeric and function keys, and a cursor control device. A hard copy device such as a plotter or printer may also be included in the I/O devices 440 for providing a visual representation of computer images.

In an alternate embodiment, the bus 410 is coupled to a separate I/O bus (not shown), such as a Peripheral Component Interconnect (PCI) bus, which is coupled to the bus 410 via a bus bridge. In this alternate embodiment, the I/O devices 440 are coupled to the I/O bus rather than the bus 410.

It is to be appreciated that certain implementations of the system 400 may include additional processors or other components. Furthermore, certain implementations of the present invention may not require nor include all of the above components. For example, I/O devices 440 may not include a display device.

In one embodiment of the present invention, each of the GPNV storage areas 140 of FIG. 1 is protected using a predetermined lock value(s), as described above. In an alternate embodiment, some of the GPNV storage areas 140 are protected using a predetermined lock value(s), while other GPNV storage areas 140 are treated in the typical manner provided for by DMI, where any of the applications can read the GPNV storage area and obtain a lock value for that area. In this alternate embodiment, which of the GPNV storage areas 140 are protected using the predetermined lock value(s) is encoded in the sequence of instructions stored in the BIOS memory 130.

In the discussions above, the present invention is described with reference to DMI and the Desktop Management BIOS Specification. It is to be appreciated, however, that the present invention is not limited to computer systems operating in accordance with the Desktop Management BIOS Specification or with DMI, but is also applicable to similar systems with a BIOS which supports lock values in substantially the same manner as DMI.

In an alternate embodiment of the present invention, the GPNV areas 140 of FIG. 1 are volatile storage devices rather than nonvolatile storage devices. The present invention operates as described above, however, any data to be maintained in the storage areas 140 must be re-written to the areas 140 each time power is re-applied to the system.

In another alternate embodiment of the present invention, the lock values are used for reading from the GPNV storage areas in an analogous manner to writing to the GPNV storage areas described above. In this alternate embodiment, any requests to read a GPNV storage area include a lock value. If the lock value provided by the request is valid for the identified GPNV storage area, then the data in the GPNV storage area is copied to the buffer identified by the requesting application. However, if the lock value provided by the request is not valid for the identified GPNV storage area, then the data in the GPNV storage area is not provided to the requesting application.

Whereas many alterations and modifications of the present invention will be comprehended by a person skilled in the art after having read the foregoing description, it is to be understood that the particular embodiments shown and described by way of illustration are in no way intended to be considered limiting. References to details of particular embodiments are not intended to limit the scope of the claims.

Thus, a method and apparatus for protecting data using lock values in a computer system has been described.

What is claimed is:

1. A method for protecting a storage area in a computer system, the method comprising:

MTI0000139

6,041,385

| 7 | 8 |

indicating that the storage area does not support locked accesses;

receiving a request to perform a locked access write to the storage area;

checking whether a first lock value corresponding to the request matches a predetermined lock value; and

writing data corresponding to the request to the storage area if the first lock value matches the predetermined lock value.

2. The method of claim 1, wherein the receiving comprises:

receiving a storage area write call;

receiving the first lock value;

receiving data corresponding to the storage area write call; and

receiving an identifier which identifies the storage area.

3. The method of claim 1, wherein the receiving comprises receiving a desktop management interface-compatible write request to a general purpose nonvolatile storage area.

4. The method of claim 1, further comprising:

receiving a request to read the storage area;

providing data from the storage area; and

providing an indicator that the computer system does not support locking of the storage area.

5. The method of claim 1, wherein the indicating, receiving, checking, and writing are carried out by instructions that are contained in a BIOS.

6. The method of claim 1, wherein the indicating is in response to a received read request to read the storage area.

7. A method for protecting a nonvolatile storage area in a computer system, wherein the computer system is compatible with a desktop management interface BIOS specification, wherein the method comprises the computer-implemented steps of:

(a) indicating that the computer system does not support locked writes to the nonvolatile storage area;

(b) receiving a request to perform a locked write to the nonvolatile storage area;

(c) checking whether a first lock value corresponding to the request is valid based on a predetermined lock value; and

(d) writing data corresponding to the request to the nonvolatile storage area if the first lock value is valid.

8. The method of claim 7, wherein the receiving step (b) comprises the steps of:

receiving a nonvolatile storage area write call;

receiving the first lock value;

receiving data corresponding to the nonvolatile storage area write call; and

receiving an identifier which identifies the nonvolatile storage area.

9. The method of claim 7, wherein the receiving step (b) comprises receiving a write request to a general purpose nonvolatile storage area of the computer system.

10. The method of claim 7, further comprising the steps of:

receiving a request to read the nonvolatile storage area;

providing data from the nonvolatile storage area; and

providing an indicator that the computer system does not support locking of the nonvolatile storage area.

11. The method of claim 10, wherein the indicator comprises a second lock value.

12. The method of claim 7, wherein the indicating is in response to a received read request to read the nonvolatile storage area.

13. A computer-readable medium having stored thereon a plurality of instructions, the plurality of instructions including instructions which, when executed by a processor, cause the processor to:

indicate that a storage area does not support locked accesses;

receive a request to perform a locked write to the storage area;

check whether a lock value corresponding to the request matches a predetermined lock value; and

write data corresponding to the request to the storage area if the lock value matches the predetermined lock value.

14. The computer-readable medium of claim 13, wherein the instructions which cause the processor to receive the request cause the processor to:

receive a storage area write call;

receive the lock value;

receive data corresponding to the storage area write call; and receive an identifier which identifies the storage area.

15. The computer-readable medium of claim 13, wherein the plurality of instructions is compatible with a desktop management interface BIOS specification.

16. The computer-readable medium of claim 13, wherein the predetermined lock value is embedded in the plurality of instructions.

17. The computer-readable medium of claim 13, wherein the plurality of instructions further causes the processor to:

receive a request to read the storage area;

provide data from the storage area; and

provide an indicator that the processor does not support locking of the storage area.

18. The computer-readable medium of claim 13, wherein the plurality of instructions are contained in a BIOS.

19. An apparatus comprising:

logic to indicate that a storage area cannot be locked;

logic to receive a request to perform a locked write to the storage area;

logic to check whether a lock value corresponding to the request is valid; and

logic to write data corresponding to the request to the storage area if the lock value is valid.

20. The apparatus of claim 19, wherein the logic to receive a request is further operative to:

receive a storage area write call;

receive the lock value;

receive data corresponding to the storage area write call; and

receive an identifier which identifies the storage area.

21. The apparatus of claim 19, wherein the storage area comprises a general purpose nonvolatile storage area.

22. The apparatus of claim 19, wherein the logic to indicate, the logic to receive, the logic to check, and the logic to write are all compatible with a desktop management interface BIOS specification.

23. The apparatus of claim 19, wherein the logic to indicate that a storage area cannot be locked is to indicate, in response to a received read request to read the storage area, that the storage area cannot be locked.

24. A hardware-readable medium which stores a plurality of instructions, the plurality of instructions including instructions which, when executed by a processor, cause the processor to:

indicate that a storage area does not support locked accesses;

6,041,385

9

receive a request to perform a locked access to the storage area;

check whether a lock value corresponding to the request is valid; and

allow access to the storage area if the lock value is valid.

25. The hardware-readable medium of claim 24, wherein the plurality of instructions further cause the processor to leave the storage area unmodified if the lock value is not valid.

26. The hardware-readable medium of claim 24, wherein the plurality of instructions are contained in a BIOS.

27. A method comprising:

indicating that a storage area does not support locked accesses;

receiving a request to perform a locked access to the storage area;

checking whether a lock value corresponding to the request is valid; and

allowing access to the storage area if the lock value is valid.

28. The method of claim 27, wherein the receiving comprises receiving a request to perform a locked access write.

29. A method comprising:

accessing a storage area;

receiving an indication, in response to the accessing, that locked accesses to the storage area are not supported; and

making a locked access request to the storage area accompanied by a lock value.

30. The method of claim 29, wherein the accessing a storage area comprises making a read request to read the storage area.

31. The method of claim 29, wherein the making a locked access request to the storage area comprises making a request to perform a locked access write to the storage area.

32. The method of claim 29, wherein the receiving an indication comprises receiving the indication from a BIOS, wherein the BIOS includes logic to indicate that locked accesses to the storage area are not supported, to check whether the lock value is valid, and to allow access to the storage area if the lock value is valid.

33. A hardware-readable medium which stores a first plurality of instructions, the first plurality of instructions including instructions which, when executed by a processor, cause the processor to:

access a storage area;

receive an indication, in response to the access, that locked accesses to the storage area are not supported; and

10

make a locked access request to the storage area accompanied by a lock value.

34. The hardware-readable medium of claim 33, wherein the instructions which cause the processor to access a storage area comprise instructions to cause the processor to make a read request to read the storage area.

35. The hardware-readable medium of claim 33, wherein the instructions which cause the processor to make a locked access request to the storage area comprise instructions to cause the processor to make a request to perform a locked access write to the storage area.

36. The hardware-readable medium of claim 33, wherein the instructions which cause the processor to receive an indication comprise instructions to cause the processor to receive the indication from a BIOS, wherein the BIOS includes a second plurality of instructions, the second plurality of instructions including instructions which, when executed by the processor, cause the processor to indicate that locked access to the storage area is not supported, to check whether the lock value is valid, and to allow access to the storage area if the lock value is valid.

37. A computer system comprising:

a processor;

a first hardware-readable medium having stored therein a first plurality of instructions, the first plurality of instructions including instructions which, when executed by the processor, cause the processor to perform the steps of:
  (a) indicating that a nonvolatile storage area does not support locked accesses;
  (b) receiving a request to perform a locked access write to the nonvolatile storage area;
  (c) checking whether a lock value corresponding to the request is valid; and
  (d) writing data corresponding to the request to the nonvolatile storage area if the lock value is valid; and,

a second hardware-readable medium having stored therein a second plurality of instructions, the second plurality of instructions including instructions which, when executed by the processor, cause the processor to perform the steps of:
  (a) making a read request to read the nonvolatile storage area; and
  (b) making a request to perform a locked access write to the nonvolatile storage area accompanied by a valid lock value, after the processor indicates that the nonvolatile storage area does not support locked accesses.

*   *   *   *   *



US006041394A

# United States Patent [19]

## Halligan et al.

[11] **Patent Number:** 6,041,394

[45] **Date of Patent:** Mar. 21, 2000

[54] **DISK ARRAY WRITE PROTECTION AT THE SUB-UNIT LEVEL**

[75] Inventors: **Kenneth A. Halligan**, Leominster; **Erez Ofer**, Brookline, both of Mass.

[73] Assignee: **EMC Corporation**, Hopkinton, Mass.

[21] Appl. No.: **08/935,458**

[22] Filed: **Sep. 24, 1997**

[51] Int. Cl.[7] ........................................ **G06F 13/14**
[52] U.S. Cl. ...................... **711/166; 711/156; 711/114; 711/152**
[58] Field of Search ........................ 711/122, 112, 711/166, 170, 111; 371/10.1; 395/182.05

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,124,987 | 6/1992 | Milligan et al. | 371/10.1 |
| 5,636,359 | 6/1997 | Beardsley et al. | 711/122 |
| 5,787,459 | 7/1998 | Stallmo et al. | 711/112 |
| 5,809,224 | 9/1998 | Schultz et al. | 395/182.05 |
| 5,829,048 | 10/1998 | Ofer et al. | 711/166 |
| 5,854,942 | 12/1998 | Penokie | 711/170 |
| 5,890,204 | 3/1999 | Ofer et al. | 711/111 |

*Primary Examiner*—John W. Cabeca
*Assistant Examiner*—Fred F. Tzeng
*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57] **ABSTRACT**

A method and apparatus, for a system having a plurality of host computers and a memory system having a disk controller with at least one mass storage device having a plurality of logical volumes, provide for write protecting the logical volumes at the controller port level. The method features changing the write protect status of one or more logical volumes, on a port level basis, in response to a first host request to change a write protect status; writing a write protect status message to a memory associated with the controller channel directors; polling, from each channel director, the memory for an unread write protect status messages; and preventing, at, for example, the channel director port level, a host connected to the channel director from writing to a protected logical volume which is write protected from that host or host port. The write protect status of that channel director, for that logical volume, remains in effect until the write protect condition for that volume has been reset. A lock mechanism must be obtained to make any changes in the logical volume write protect status.

19 Claims, 3 Drawing Sheets





FIG. 1



FIG. 2

MTI0000143



FIG. 3



FIG. 4A

FIG. 4B

FIG. 4C

FIG. 4D

MTI0000145

6,041,394

1

## DISK ARRAY WRITE PROTECTION AT THE SUB-UNIT LEVEL

### BACKGROUND OF THE INVENTION

The invention relates generally to mass storage memory systems, and more particularly, to a method and apparatus for write protecting logical volumes of a mass memory accessible by multiple host computers.

In a typical memory system employing, for example, a disk drive, the entire disk drive can be manually or electronically write protected in advance. For a floppy disk drive, this involves merely flipping a tab, and in a larger disk drive, such as the gigabit drives available today, the write protect can either be manually set at the drive itself, or electronically set by a user or customer engineer. In either case, the drive becomes write protected against all incoming write requests. In addition, the write protection is typically set in advance, so that the status of the drive, that is, what data has been written to the drive, must be known in advance.

Large disk drive memories are typically divided into a plurality of logical volumes. Thus, a single disk drive might have 4, 8, or more logical volumes. In addition, each of the logical volumes can be accessible by plural host computers. Thus, one host computer may be responsible for writing and maintaining a database in a first logical volume on the disk drive and other host computers are ordinarily only expected to read the database for their varying purposes and applications. Other host computers may be responsible for other logical volumes on the same disk drive unit.

In some smart disk drive controllers, such as the EMC Symmetrix disk drive controller, logical volumes were initially protected manually during operation. In these instances, however, the user or customer engineer must know in advance when the write operation(s) for data on the drive which is to be protected, has been completed, and thereafter, the user or customer engineer would write protect the logical volume or the entire drive manually.

In our copending U.S. patent application Ser. No. 08/831,481, filed on Mar. 31, 1997, and entitled DISK ARRAY WRITE PROTECTION AT THE SUB-UNIT LEVEL, the contents of which are incorporated herein by reference, there is described a write protect mechanism operable from the host computer. This invention is an improvement upon the invention described in our earlier copending application.

### SUMMARY OF THE INVENTION

The invention relates to a system having a plurality of host computers, a disk controller system, and at least one mass storage disk device controlled by the controller and having a plurality of logical volumes. At least one of the logical volumes can be written to by at least two of the hosts through different ports of, for example, channel directors or SCSI adapters ("SA's") of the disk controller.

The method thus changes the write protect status of at least one logical volume accessible by the controller. The method features the steps of obtaining control of a write protect lock in response to a host request for a change in a write protect status for at least one selected logical volume, the request being received from a first host; writing, in response to the first host request, a write protect message to a logical volume memory location associated with each logical volume which will be affected; setting a flag message in a message memory location indicating a change in one of the logical volume memory locations; polling the message

2

memory location for set flag messages; writing, in response to a set flag message, in a local memory associated with a controller port for the requesting host, a status of at least all logical volumes accessible from the port; and preventing, at the controller, a host from writing to a protected logical volume as identified by data in the controller's local memory.

In another aspect, the apparatus of the invention features to a mass storage control system having a global memory, a plurality of channel directors, each channel director having at least one port and a local write status memory, each director being connected to the global memory and able to send and receive data and commands to and from at least one host computer, at each port; the global memory having a mailbox for each channel director which can read and write data to it; the global memory and the channel directors being configured so that each channel director can write data to each other channel director's mailbox in the global memory; each channel director ordinarily being able to received data and commands from a host and write the data to a logical volume of a mass storage disk drive system having a plurality of logical volumes. Each channel director, in response to a received logical volume write protect status change command from a host computer, obtains a write protect lock, writes a write protect status message to the mailbox within global memory of at least one channel director able to write to the logical volume, and writes any logical volume status change data to global memory. Each channel director periodically polls its mailbox for new write protect status messages; and each channel director responds to a new write protect message in its mailbox in the global memory by modifying a write protect data structure in its local memory.

The invention thus advantageously allows a host computer to protect, dynamically and on the fly, one or more logical volumes to which it needs to limit write access. In other aspects, the invention advantageously allows the write access limitation to be effected at the channel director port level, without the host knowing the storage system configuration.

### BRIEF DESCRIPTION OF THE DRAWING

Other objects, advantages, and features of the invention will be apparent from the following description taken together with the drawings in which:

FIG. 1 is a system description in accordance with the invention describing the environment in which the invention operates;

FIG. 2 is a block diagram showing the interconnection of various channel directors to the global memory in accordance with the invention;

FIG. 3 is a flow chart illustrating the operation of a system in accordance with the invention; and

FIGS. 4A–4D are data structures useful in implementation of a particular embodiment of the invention.

### DESCRIPTION OF A PREFERRED EMBODIMENT OF THE INVENTION

Referring to FIG. 1, the invention relates to a computer system 10 which has a plurality of host computers 12a, 12b, . . . , 12n and a mass storage system 13 having a plurality of disk drive elements 14a, 14b, . . . , 14k. Interconnecting the host computers 12 and the disk drive elements 14 is a disk drive controller 16, for example, that made by EMC and known as the Symmetrix controller. The disk drive control-

MTI0000146

6,041,394

3

ler 16 receives memory commands from the various host computers over buses 18a, 18b, . . . , 18i respectively, for example, connected and operating in accordance with a SCSI protocol, and delivers the data associated with those commands to the appropriate disk drive elements 14 over respective connecting buses 20a, 20b, . . . 20k. Buses 20 also preferably operate in accordance with a SCSI protocol.

Each of the disk drive elements 14 typically has in excess of nine gigabytes of memory and is logically divided, in accordance with known techniques, into a plurality of logical volumes. Each disk drive element 14 can thus have a plurality of logical volumes, for example 4, 8, or more logical volumes on a single disk drive element. In a typical configuration, the controller system also connects to a console PC 22 through a connecting bus 24. Console PC 22 is used for maintenance and access to the controller and can be employed to set parameters of the controller as is well known in the art.

As indicated above, in operation, it can often occur that one host, for example host 12a, as well as a second host, for example host 12b, can each write not only to the same disk drive element, for example disk drive element 14a, but even to the same logical volume of that disk drive element. In accordance with the invention, one host computer can command, through the disk drive controller 16, and without knowing the host/disk drive element configuration, that a particular logical volume to which it has read and write privileges be write-protected against all other host computers, at, for example, in the Symmetrix device, the channel director port level.

Thus, referring to FIG. 2, within the disk controller 16 with which the invention is particularly useful, each host computer connects to a port of a channel director 30 (also referred to as a SCSI adaptor or SA) over the SCSI bus lines 18. Each channel director can have four or more ports. Each channel director in turn connects, over a one or more system buses 32 or 34, to a global memory 36. The global memory, preferably, is a large memory through which the channel directors can communicate to the disk drives, and it includes a portion acting as a cache memory for the system. The global memory also has therein a plurality of mailboxes 38, one mailbox for each channel director 30 and a section 39 of memory with a memory portion for each logical volume. Each mailbox, which physically consists of a portion of the global memory, can be read and written by each channel director.

The global memory section 39 contains typically plural separate device ID memories 40 (FIG. 4A), each ID memory being associated with a different logical volume of the disk drives to which the controller has access. Global memory also provides in the mailbox for each channel director, a write protect status buffer 42 (FIG. 4B) which the channel director will periodically poll to determine whether the write protection of any of the logical volumes to which it has access has changed. As will be described in more detail below, the write protection data is stored on a port by port basis for each channel director. A change in write protect status, in the illustrated embodiment, is signalled by a particular semaphore or flag in each write protect status buffer 42. Thus, each channel director can read its mailbox, and in particular, the mailbox slot relating to write protect messages, and determine whether write protection for any of the logical volumes it can access has changed. If there is a change, the channel director will access that information as described below, and store the retrieved data in its local memory and in a non-volatile memory. Thus, as will be described further below, the presence of a flag or semaphore

4

at the write protect status message slot in a channel director's mailbox indicates that the write protect status for that channel director has changed since the last time that channel director read (or polled) the write protect status memory 42. After reading a status memory 42, the flag is reset.

Referring to FIG. 3, in operation, each of the write protect status messages, is initialized, in global memory, at first power-up, to zero. This is indicated at step 100. Further, the contents of a non-volatile memory 90 of each channel director 30, is also initialized to "zero" indicating that no logical drive is write protected. Finally the contents of each non-volatile memory is loaded into global memory in the device ID memory 40 for each logical volume or device in the system, and is loaded into a local memory at each channel director.

The write protect status information data in each non-volatile memory 90, is retained in the event of a power failure, and following a power loss, and following initial microcode loading, the information in each memory 90 is retrieved and placed, as noted above, in both global memory, at each device ID memory header (step 100), and in the local write protect status buffer memory within each channel director (step 102). Accordingly, after the initialization process (steps 100, 102), at turn-on, the non-volatile memories 90, the local write protect status buffer memories 92 within the channel directors, and the write protect device ID header 40 for each logical volume, stored in global memory, contain the same write protect status data. As a convention, upon initial turn-on, none of the logical volumes are write protected.

Thereafter, each channel director reads and writes through the global memory to the disk drives in accordance with "normal operation". This is indicated at 104. If a command is received from a host computer directing the write protect status of a particular logical volume to be changed, for example to be write protected, as tested at step 106, the channel director 30 to which the command is directed acts to implement the command as follows. Before examining the system operation, however, a mode select command (FIG. 4C) will first be described.

The SCSI mode select command provides, in one of its pages, a procedure for altering the write protect attributes of any or all logical volumes controlled by the channel director port. In a particular preferred embodiment of the invention, referring to the table of FIG. 4C, the mode select command, from the host, operates to modify the write protect status of all logical volumes which are visible from the port receiving the command or to modify only the one logical volume specified in the command.

In operation, in the illustrated embodiment of the invention, the command structure is illustrated in FIG. 4C. The value of "P" in FIG. 4C identifies whether the command only applies to the specific identified logical volume (P=0) or whether the command applies to all logical volumes that are visible from the effected port (P=1). In the "mode" section of the command, one of, for example, five codes can appear. A "00" code indicates that no operation will be performed. A "01" code value causes a write enable for all logical volume(s) seen from this port; a "02" value causes a write disable to be effected on all logical volume(s) seen from the port; a "03" value causes a write enable for all logical volume(s) seen from this port and a write disable for those logical volume(s) from all other ports; and a "04" value causes a write disable for all logical volumes seen from this port and a write enable for those logical volumes from any other connected and authorized port. It is important

MTI0000147

6,041,394

5

to recognize that the host computer need not know the configuration of the controller system, that is, which logical volumes are available at which ports, to use this command. That detailed information is available to the disk controller system, and is automatically accounted for by the controller as it implements the command. As a result, at 108, the controller (if it has the write protect book) writes the write protect message and sets semaphores for each affected channel director (including the channel director receiving the command) and also writes in each affected device ID header 40 the correct (and changed if necessary) write protect status.

It is important to note, however, that in the preferred embodiment of the invention, as suggested above, the write protect status of a logical volume cannot be changed unless the channel director has the "write protect lock" as tested at step 109. To obtain the write protect lock, the channel director reads the write protect lock data structure (illustrated in FIG. 4D). If the write protect lock is held by another channel director, that channel director is identified in byte two and the value of byte three is set to the lock state. Otherwise, the value identified in byte three is in the unlock state, for example a "zero", and the inquiring channel director can obtain the lock (step 109a) and set the write protect lock data structure appropriately. In addition to obtaining lock and writing the new write protect status data in global memory device ID memory headers, for each logical volume to be affected, the writing channel director also, as noted above, sets the semaphore or flag by leaving a message for each other affected channel director. In the illustrated embodiment of the invention, the flag is a "5A" (in hexadecimal), placed in byte 0 of the message word for each channel director. It also, in the illustrated embodiment of the invention, leaves that message for itself as well. A typical structure for the message word is illustrated, for example, in FIG. 4B. Finally, after performing these tasks, the disk director returns the lock (resetting the lock data structure of FIG. 4D) (Step 100b) and returns to "normal operations" at 104. If the lock had not been available at 109, operational flow would have immediately returned to a polling operation at 110, and the command would have failed.

In the illustrated embodiment of the invention, approximately every half-second, each channel director polls, at 110, its mailbox to determine whether a write protect status change message 43 is waiting for it. If a new message is available, at 112, that message is "read", as indicated at 114, and the channel director's internal memory 92 and non-volatile memory 90 are updated. If no message is waiting, or if polling is not performed, control returns to "normal operations". In order to update its internal or local memory 92, the channel director scans the global device ID headers 40 of at least all logical volumes to which it has access, or, as in the illustrated embodiment, all logical volume ID headers, and rebuilds its internal status buffer local memory 92 and its non-volatile memory 90 on a port by port basis. It then clears or resets the flag or semaphore (here the "5A") in its mailbox status memory.

Thus, each channel director, including the channel director which wrote the write protect status charge message, will, after polling its mailbox, and finding a set flag (5A), read all device ID headers and update its own local memory which stores the write permissions for the logical volumes to which it has access, from each port. The information is also stored in the non-volatile memory to be used, if necessary, during power-up (for example after a power failure) (steps 100, 102). The channel lock is also released at 109b, setting

6

"L" to "O" (FIG. 4D). Note that after a logical volume has been write protected, then, any host connected to a channel director port, which no longer has write permission to that logical volume, will be unable to write data to that logical volume (although it can still read data from the logical volume). Any attempt by an authorized host to write data will be "rejected" by the channel director which provides a device unavailable response to the host.

In this illustrated embodiment of the invention, the write protect message has the granularity of the channel director ports. In a typical Symmetrix device, there can be up to 32 channel directors, each having up to four ports. In other embodiments of the invention, however, the granularity can be different.

In a preferred embodiment of the invention, the write protect status for the logical volumes available to a port of a channel director can also be modified from the console PC 22 over connecting channel 24. The PC console thus has the capability to modify and write to the various data structures and mailboxes associated with the channel directors, and to write protect data "on the fly" as a process is proceeding. This mechanism can be employed, for example, where a particular host computer 12 does not have available to it the command structure or application software which will enable it to modify the protection of one or more of the logical volumes for which it may have responsibility.

The host computers can remove write protection for a logical volume in the same manner in which write protection is added for the volume. This is clear from the mode select command described above. In that instance, the command to the channel director causes the channel director to reset a write protect bit, that is, for example to rewrite it as a "zero", following the general outline of operations illustrated in FIG. 3. The change in write protect status is then read as the channel directors periodically poll the global memory, read and recognize the set semaphore, read the device ID header data structures, and store the read data by updating their own respective internal memory 92 which defines the write permissions to which the channel director must adhere. The status data is also stored in each non-volatile memory 90).

Additions, subtractions, and other modifications of the preferred embodiment of the invention will be apparent to those of skill in the field and are within the scope of the following claims.

What is claimed is:

1. In a system having a plurality of host computers and at least one mass storage device having a controller for accessing a plurality of logical volumes, at least one of said logical volumes being able to be written to by at least two of said hosts at different controller ports, a method for changing the write protect status of a said logical volume comprising the steps of

obtaining control of a write protect lock, in response to a host request, from a first host, for a change in write protect status for at least one selected logical volume,

writing, in response to said first host, a write protect message to a logical volume memory location associated with each logical volume to be affected,

setting a flag message in a message memory location indicating a change in said logical volume memory location,

polling the message memory location for set flag messages,

writing, in response to a set flag message, in a local memory associated with the controller port associated with the requesting host, a status of at least all logical volumes accessible from said port, and

6,041,394

7

preventing, at the controller, a host from writing to a protected logical volume as identified by data in the said controller's local memory.

2. The method of claim 1 further comprising the steps of determining, from said host request, and a known con-figuration of the logical volumes and controller ports, including at least logical volume connections to said ports, thereby identifying for which ports to change the stored status of a logical volume.

3. The method of claim 1 further wherein said host does not have available to it the physical access configuration of the logical volumes and the ports.

4. The method of claim 1 further comprising the step of sending a message to the first host that a change in write protection status cannot be made when said lock con-trol cannot be obtained.

5. The method of claim 1 further comprising the steps of providing a global memory in the controller containing said logical volume memory locations,

providing a plurality of channel directors for receiving commands and data from host computers, each channel director having a plurality of ports,

connecting each channel director to said global memory,

providing a mailbox containing said message memory location, in said global memory, for each connected channel director, and

each channel director periodically polling its mailbox for messages indicating a change of write protect status.

6. The method of claim 5 further comprising the step of writing, from each channel director, to mailboxes for each other channel director, for identifying a change of status of a logical volume to each other channel direc-tor.

7. The method of claim 5 further comprising the step of setting a semaphore for each said new message in said memory location for indicating a change in status of write protection.

8. The method of claim 5 further comprising the steps of reading said write protect memory locations associated with and accessible to a said channel director, in response to said polling step identifying a new message, and

reading a write protect status header ID data for at least each logical volume visible from said channel director, on a port by port basis, and

storing said status ID messages at said local memory at said channel director when new status write protection ID header data is available at said logical volume memory.

9. The method of claim 8 further comprising the step of storing said status ID header data in a non-volatile memory.

10. The method of claim 1 wherein said polling step comprises the step of

periodically polling said memory.

11. In a system having a plurality of host computers and at least one mass storage device having a controller for accessing a plurality of logical volumes, at least one of said logical volumes being able to be written to by at least two of said hosts at different controller ports, a method for changing the write protect status of a said logical volume comprising the steps of

obtaining control of a write protect lock, in response to a host request, from a first host, for a change in write protect status for at least one selected logical volume,

writing, in response to said first host, a write protect message to a logical volume memory location associate with each logical volume to be affected,

8

setting a flag message in a message memory location indicating a change in said logical volume memory location,

polling the message memory location for set flag messages,

writing, in response to a set flag message, in a local memory associated with the controller port associated with the requesting host, a status of at least all logical volumes accessible from said port,

preventing, at the controller, a host from writing to a protected logical volume as identified by data in a said controller's local memory, and

further wherein said request affects one of only a specified logical volume and all logical volumes which are accessible from the affected port, and

wherein said request includes one of the following modes:
a) no operation to be performed,
b) a write enable for all logical volumes seen from the port,
c) a write disable to effect all logical volume(s) seen from the port,
d) a write enable for all logical volumes seen from the port and a write disable for these logical volumes seen from any other port, and
e) a write disable for all logical volumes seen from the port and a write enable for these logical volumes seen from any other port.

12. A mass storage control system comprising
a global memory,
a plurality of channel directors, each channel director having at least one port and a local write status memory, each director being connected to said global memory and able to send and receive data and com-mands to and from at least one host computer, at each port,

said global memory having a mailbox for each channel director to which it can read and write data,

said global memory and said channel directors being configured so that each channel director can write data to each other channel director's mailbox in said global memory,

each channel director ordinarily being able to receive data and commands from a host and write said data to a logical volume of a mass storage disk drive system having a plurality of logical volumes,

each channel director, in response to a received logical volume write protect status change command from a host computer, obtaining a write protect lock, and writing a write protect status message to the mailbox within global memory of at least one channel director able to write to said logical volume, and writing any logical volume status change data to global memory,

each channel director periodically polling its mailbox for new write protect status massages, and

each channel director responding to a new write protect message in its mailbox in said global memory for modifying a write protect data structure in its local memory.

13. The control system of claim 12 further comprising each said channel director in data communications with a non-volatile memory for storing said write protect data structure.

14. The control system of claim 12 further comprising circuitry at the disk controller, responsive to a write protect status change command from the host, for

6,041,394

9

determining for which logical volumes a write protect status shall change for each of the ports of the channel directors.

15. The control system of claim 12 further comprising said global memory having a section of memory for each said logical volume, and each section including a status word to which the control system can write status data on a port by port basis, the value of said status word identifying whether the corresponding logical volume is write protected to each channel director at a port level granularity.

16. The control system of claim 15 wherein said channel director further sets a semaphore in said global memory mailbox for itself and other channel directors when it writes a said write protect status message to any said global memory section.

17. The control system of claim 16 wherein said channel director responds to a set semaphore in its mailbox for

10

reading said write status data for at least those logical volumes which it can access, and for storing each said write protect status data in its local memory and a non-volatile memory.

18. The control system of claim 12 wherein each said channel director, in response to a write request from a host connected at a port, queries its internal write privileges stored in its internal memory for that port, for determining whether it can direct a write data block to a specified logical volume.

19. The control system of claim 18 wherein each said channel director, in response to a logical volume command for a host connected at a port, causes the write protect status messages of other directors connected to the global memory to be changed.

*  *  *  *  *



US006092161A

# United States Patent [19]

White et al.

| [11] | Patent Number: | 6,092,161 |
| [45] | Date of Patent: | Jul. 18, 2000 |

[54] **METHOD AND APPARATUS FOR CONTROLLING ACCESS TO AND CORRUPTION OF INFORMATION IN A COMPUTER**

[75] Inventors: **Norman Jackson White**, Kinross; **Reginald Killean**, deceased, late of Burntisland, by Hannah Bain Wilson Killean, executrix; **David Robb**, Kirkcaldy, all of United Kingdom

[73] Assignee: **Arendee Limited**, United Kingdom

[21] Appl. No.: **08/816,451**

[22] Filed: **Mar. 12, 1997**

[30] **Foreign Application Priority Data**

Mar. 13, 1996 [GB] United Kingdom .............. 96 05 338

[51] Int. Cl.[7] .............................................. G06F 12/16
[52] U.S. Cl. ............................... 711/163; 713/200
[58] Field of Search ....................... 395/651, 652, 395/183.14, 186; 711/163, 173, 162, 165, 166; 713/1, 2, 200; 714/37, 7

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 5,136,711 | 8/1992 | Hugard et al. | 395/652 |
| 5,367,682 | 11/1994 | Chang | 395/651 |
| 5,448,045 | 9/1995 | Clark | 235/382 |
| 5,511,184 | 4/1996 | Lin | 395/734 |
| 5,537,540 | 7/1996 | Miller et al. | 395/183.14 |
| 5,657,473 | 8/1997 | Killean et al. | 711/163 |
| 5,701,477 | 12/1997 | Chejlava, Jr. | 395/652 |

**FOREIGN PATENT DOCUMENTS**

| 2 231 418 | 11/1990 | United Kingdom . |
| WO 93/09495 | 5/1993 | WIPO . |
| WO 93/13477 | 7/1993 | WIPO . |

*Primary Examiner*—Do Hyun Yoo
*Assistant Examiner*—Gary J. Portka
*Attorney, Agent, or Firm*—Nixon Peabody LLP; Stuart J. Friedman

[57] **ABSTRACT**

A method and apparatus for controlling access to and corruption of information in a computer system. In known "PC Virus" protection methods the boot partition becomes "Read Only" when the system is in Supervised Mode. However, Microsoft Windows, although not strictly self-modifying, does require that certain files located within the Windows directory, can be written to. Accordingly the present invention provides a method of controlling access to and modification of information stored on a storage medium forming part of a computer system comprising: dividing information stored on the storage medium into a plurality of non-overlapping partitions including a boot partition and at least one general partition, characterised by: designating at least one of said partitions a Write Many Recoverable (WMR) partition wherein, in use, if a write command is issued to overwrite any resident information stored in a/the WMR partition by updating information is written on the storage medium in a location other than where the resident information is stored and a (virtual) pointer to the updated information is set up/kept so that the updated information can be accessed, as required during a remainder of a session.

**26 Claims, 7 Drawing Sheets**







*Fig. 1*

▥ WMR Partition

☐ Read Only Partition

▨ Dormant General Partitions

▧ Active General Partition

▤ The dedicated area

MTI0000152



User wishes to write to Area 'A' of WMR Partition
Has Area 'A' already been changed this session? (Check WMR-SRT)
Yes
No
Find location of sectors which have already been altered and ALLOW WRITE to this location
Find free sectors in Virus Isolator Space or within a Dormant Partition
Not Available
Found : Area 'X'
FAIL ERROR Very rare - Hard Disk near FULL
Create WMR-SRT entry
No entry Available
Entry made
FAIL ERROR Very rare - WMR-SFT FULL
ALLOW WRITE to location 'X'

*Fig. 2*

User wishes to read from Area 'A' of WMR Partition
Has Area 'A' already been changed this session? (Check WMR-SRT)
Yes
No
Find location of altered sectors and ALLOW READ from this location
ALLOW READ

*Fig. 3*

U.S. Patent          Jul. 18, 2000          Sheet 3 of 7          6,092,161



*Fig. 4*

MTI0000154



*Fig. 5*

U.S. Patent

Jul. 18, 2000

Sheet 5 of 7

6,092,161



*Fig. 6*

L(n) : Logic Block n
X : Multiplexor

MTI0000156

U.S. Patent

Jul. 18, 2000

Sheet 6 of 7

6,092,161



*Fig. 7*

MTI0000157

*Fig. 8*



6,092,161

<table>
<tr><td>

1

**METHOD AND APPARATUS FOR
CONTROLLING ACCESS TO AND
CORRUPTION OF INFORMATION IN A
COMPUTER**

### BACKGROUND OF THE INVENTION

The present invention relates to a method and apparatus for controlling access to and corruption of information in a computer system.

PCT/GB91/00261 (WO91/13403) also by the present inventors (the content of which is incorporated herein by reference) discloses a method and apparatus particularly concerned with the detection and containment of hostile programs such as "virus" programs within computer systems. In this document there is disclosed a method of (and related apparatus for) controlling access to and modification of information stored on a storage medium forming part of a computer system comprising:

dividing information stored on the storage medium into a plurality of non-overlapping partitions, including a boot partition and a plurality of general partitions, each of the partitions being further divided into a plurality of sectors, any designated subset of the general partitions being active at any given time when the computer system is in use, characterised by

providing supervising means (a Supervisor) separate of a central processing unit (CPU) of the computer system and made inaccessible to the user for controlling the performance of read, write and format operations upon the information stored on the storage medium so as to allow, restrict or prevent such operations depending upon the type of information stored within a sector and type and status of the partition within which the sector is located,

the supervising means causing a reset to be required of the computer system should an attempt be made to perform a prohibited read, write or format operation, said reset causing memory to be cleared and the operating system to be loaded.

In the invention disclosed in PCT/GB91/00261 the boot partition becomes "Read Only" when the system is in Supervised Mode. This prevents attack by a virus, whilst allowing execution of DOC utilities and programs providing they are not self-modifying.

Since the conception of virus isolation according to PCT/GB91/00261 there have been changes and improvements to PC operating systems. These present certain limitations to the scope of the virus isolator invention. For example:

(1) Microsoft Windows, although not strictly self-modifying, does require that certain files located within the Windows directory, can be written to.

(2) A system administrator may install an executable in the boot partition without knowing it is self-modifying. If such an executable is installed in the boot partition self-modification of this program is attempted when the system is in Supervised Mode, the Supervisor will block the write attempt and freeze the system.

(3) Microsoft Windows virtual memory manager may require write access to either or both the Windows directory and the root directory of the boot partition.

(4) Network software may require access to the boot partition.

(5) In general, with a complex operating system, making the boot partition 'Read Only' is restrictive and may cause incompatibility and high administration overhead.

</td><td>

2

It is an object of the present invention to obviate or mitigate the aforementioned problems.

### SUMMARY OF THE INVENTION

According to a first aspect of the present invention there is provided a method of controlling access to and modification of information stored on a storage medium forming part of a computer system comprising:

dividing information stored on the storage medium into a plurality of non-overlapping partitions including a boot partition and at least one general partition, characterised by

designating at least one of said partitions a Write Many Recoverable (WMR) partition wherein, in use, if a write command is issued to overwrite any resident information stored in a/the WMR partition by updated information the updated information is written on the storage medium in a location other than where the/any resident information is stored and a (virtual) pointer to the updated information is set up/kept so that the updated information can be accessed, as required during a remainder of a session.

A system reset causes the updated information, together with the list of pointers to this information to be cleared. This returns the WMR partition to its original state as configured in Unsupervised Mode.

Providing such a WMR partition is virus-free to start with it will be virus-free at the start of each new session.

Preferably a boot partition on the storage medium would be WMR protected. A general partition could also be WMR protected should a user require it.

The basis of the method according to the first aspect of the present invention to achieve this is to set up a scheme in which the original information stored in the WMR partition is kept unaltered and that data which would normally overwrite it is stored securely elsewhere on the storage medium where it can be accessed as required during the remainder of a session. The scheme defines how this is done efficiently in terms of minimal additional storage space and minimal reduction in throughput time while at the same time providing maximum security.

Preferably according to the method of the first aspect of the present invention there is also provided supervising means (a Supervisor) separate a central processing unit (CPU) of the computer system and made inaccessible to the user,

said supervising means allowing/restricting/prohibiting read/write operations upon the storage medium depending upon whether information to be read from a sector or written to a sector is operating system information or user information, whether the sector is in the boot partition or in a general partition, and whether the partition is active or inactive,

said supervising means also allowing a format operation only on a general partition which is active and prohibiting a format operation on the boot partition or on a general partition which is inactive,

and causing a warning to be issued to the user should an attempt be made to perform a prohibited read, write or format operation.

Preferably, space is reserved on the storage medium which may be accessed only by the Supervisor, referred to as the dedicated area. The dedicated area may be a special partition, a range of sectors within the WMR partition, or unallocated sectors within a dormant partition.

Each WMR partition has a Sector Relocation Table (SRT) associated with it which table is held in Supervisor RAM,

</td></tr>
</table>

MTI0000159

6,092,161

| 3 | 4 |

each entry in a SRT defining the address of a range of sectors in the WMR partition that have been updated and the address where the updated information is located, this location being within the dedicated area.

According to a second aspect of the present invention there is provided an apparatus for controlling access to and modification of information stored on a storage medium of a computer system, the storage medium being divided into a plurality of non-overlapping partitions including a boot partition and at least one general partition, characterised in that

at least one of said partitions comprise a Write Many Recoverable (WMR) partition wherein, in use, if a write command is issued to overwrite (ie, update) any information stored in the WMR partition the updated information is stored elsewhere on the storage medium and a pointer to this information kept so the information can be accessed as required during the remainder of the session, wherein a system reset causes the updated information, together with the list of pointers to this information, to be cleared, thus returning the WMR partition to its original state as configured in Unsupervised Mode.

Preferably the apparatus further comprises a supervising means (a Supervisor) separate from of a central processing unit (CPU) of the computer system and made inaccessible to the user,

said supervising means allowing/restricting/prohibiting read/write operations upon the storage medium depending upon whether information to be read from a sector or written to a sector is operating system information or user information, whether the sector is in the boot partition or in a general partition and whether if the partition is a general partition the partition is active or inactive,

said supervising means also allowing a format operation only on a general partition which is active and prohibiting a format operation on the boot partition or on a general partition which is inactive,

the supervising means causes a warning to be issued to the user should an attempt be made to perform a prohibited read, write or format operation said operation being prevented by the Supervisor.

According to a third aspect of the present invention there is provided a method of controlling access to and modification of information stored on a storage medium forming part of a computer system comprising:

dividing information on the storage medium into a plurality of non-overlapping partitions including a boot partition and at least one general partition, characterised by

designating at least one of said partitions a Write Many Recoverable (WMR) partition wherein, in use, if a write command is issued to overwrite any information stored in a/the WMR partition prior to undertaking said write command said information is copied and stored elsewhere on the storage medium to be copied back to said WMR partition when required—for example upon a system reset.

It is apparent that according to the third aspect of the present invention a previously "Read Only" partition, such as the boot partition, is permitted to be written to without limit during a session. At the start of a new session, however, all changes to the partition are undone and the partition is restored to its original state. This partition may, therefore, be called a Write Many Recoverable (WMR) partition. Pro-

vided such a partition is virus-free to start with it will be virus-free at the start of each new session.

The basis of the method of the third aspect of the present invention to achieve this is to set up a scheme in which a copy of any "cluster" in the WMR partition that is to be over-written is stored securely elsewhere on the storage medium and can be copied back when required. The scheme defines how this is done efficiently in terms of minimal additional storage space and maximal reduction in throughput time while at the same time providing maximum security.

Preferably according to the method of the third aspect of the present invention there is also provided supervising means (a Supervisor) separate from of a central processing unit (CPU) of the computer system for controlling the performance of read, write and format operations upon the information stored on the storage medium so as to allow, restrict or prevent such operations depending upon the type of information stored within a sector and type and status of the partition within which the sector is located,

the supervising means causing a reset to be required of the computer system should an attempt be made to perform a prohibited read, write or format operation, said reset causing memory to be cleared and the operating system to be loaded.

Preferably, the storage medium provides a special partition (Virus Isolation Space), each WMR partition having a File Allocation Table (FAT) allocated to it which table is held in said special partition, each entry in a FAT defining the address of a cluster that has been altered in the WMR partition and the address of the copy of the information originally held in said cluster.

The information originally held in said cluster may be copied to the special partition.

Alternatively, the information originally held in said cluster may be copied to an inactive partition.

According to a fourth aspect of the present invention there is provided an apparatus for controlling access to and modification of information stored on a storage medium of a computer system, the storage medium being divided into a plurality of non-overlapping partitions including a boot partition and at least one general partition, characterised in that

at least one of said partitions comprises a Write Many Recoverable (WMR) partition wherein, in use, if a write command is issued to overwrite any information stored in a/the WMR partition prior to undertaking said write command said information is copied and stored elsewhere on the storage medium to be copied back to said WMR partition when required—for example upon a system reset.

Preferably the apparatus further comprises a supervising means (a Supervisor) separate from of a central processing unit (CPU) of the computer system for controlling the performance of read, write or format operations stored on the storage medium so as to allow, restrict or prevent such operations depending upon the type of information stored within a sector and the type and status of the partition within which the sector is located wherein, in use, the supervising means causes a reset to be required of the computer system should an attempt be made to perform a prohibited read, write or format operation.

According to any of the foregoing method aspects of the present invention read operations may be allowed on any information in the boot partition, but an attempt to write or format the boot partition may cause a system reset.

Further, boot sectors of the storage medium may be considered to be part of the boot partition, irrespective of the

MTI0000160

6,092,161

| 5 | 6 |

position of the starting sector of the boot partition as may be defined by the storage medium operating system.

Also, reading of any operating system information sectors or user-generated information sectors in an active general partition may be allowed, writing to such user-generated information sectors may be allowed, and writing to such operating system information sectors may be restricted such that an attempt to modify the size or boundaries of the partition causes a system reset.

Only the reading of information from operating system sectors of inactive general partitions may be allowed, and an attempt to perform any other read, write or format operations on such partitions may be either denied or causes a system reset.

The restriction or prevention of the performance of read, write and format operations can be removed to allow set-up or maintenance of the storage medium and thereafter reinstated.

The storage medium may be selected from any one of a hard disk, a floppy disk, an optical disk or a tape.

Alternatively, the storage medium may be a fileserver, and the computer system is a local area network, and which user computer is using which partition of the fileserver may be determined such that an attempt by a user computer to perform a prohibited operation causes a reset to be required of the user computer.

According to any of the foregoing apparatus aspects of the present invention the apparatus may provide hardware means adapted to be incorporated into the computer system.

Alternatively, the apparatus may provide firmware means adapted to be incorporated into the computer system.

Alternatively, the apparatus may provide a combination of both hardware and firmware means, both being adapted to be incorporated into the computer system.

There may be provided a processor which may be made inaccessible to a user and to any virus and which supervises all data transfers between and within sub-divisions of the storage medium or storage media placed under its control.

### BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention will now be described, by way of example only, with reference to the accompanying drawings, which are:

FIG. 1 a schematic diagram showing the division of a storage medium for use in a first embodiment of the present invention;

FIG. 2 a flow chart showing the sequence of events should the computer system wish to write to a Write Many Recoverable (WMR) partition used in the embodiment of FIG. 1;

FIG. 3 a flow chart showing the sequence of events should a computer system wish to read from a Write Many Recoverable (WMR) partition;

FIG. 4 a schematic diagram showing the division of a storage medium for use in the present invention;

FIG. 5 a flow chart showing the sequence of events should the computer system wish to write to a Write Many Recoverable (WMR) partition used in the embodiment of FIG. 4;

FIG. 6 a schematic block diagram of a hardware arrangement of a first embodiment of a Supervisor for use in the present invention;

FIG. 7 a schematic block diagram of a hardware arrangement of a second embodiment of a Supervisor for use in the present invention; and

FIG. 8 a schematic circuit diagram of an actual embodiment of the Supervisor of FIG. 7.

### DETAILED DESCRIPTION OF THE EMBODIMENTS

The set-up and operation of the present invention is best understood by describing the various stages of operation involved. The embodiments of the invention hereinafter described beneficially include a Supervisor of the type disclosed previously in PCT/GB91/00261. The contents of PCT/GB91/00261 (WO 91/13403) are, therefore, incorporated herein by reference.

Referring firstly to the first embodiment of FIGS. 1 and 2:

1.1 Initial Connection

When a storage medium 1 (such as a hard disk) is first connected to a computer system (not shown), space that will be inaccessible to the user, ie, a dedicated area, is reversed on the storage medium 1.

A password is entered and stored in either the dedicated area 2 or in Supervisor Flash ROM (FIG. 6, 213). This password is later used to allow the system to be put into Unsupervised Mode.

1.2 Unsupervised Mode

Entering this mode requires the use of the Unsupervised Mode password (reference PCT/GB91/00261). When the system is in this mode, a default partitioning scheme will be offered, although it may be reconfigurable by the user.

(a) Typically the default scheme could consist of the following partition types: Read Only (RO) 5. Write Many Recoverable (WMR) 3, and 'general' 4. A general partition is simply a partition other than an RO or WMR partition and one which may be written to. Each WMR partition will have a Sector Relocation Table (WMR-SRT) associated with it which will be held in Supervisor RAM (FIG. 6, 214). In use, each entry in the WMR-SRT defines the address of a range of sectors which are updates of sectors within a WMR partition and includes pointers to said range of updated sectors. Each partition could be allocated a default partition type based on general guidelines. For example, Partition C=WMR; Partition D=RO; all other partitions=General; partition descriptors given by their partition label.

(b) The user may define a description string for each partition, defining its contents.

(c) The Supervisor will permit the user if he wishes to reside (a) and (b) and add partitions, change partition boundaries and define the partition type for each partition.

1.3. Supervised Mode

(a) It is important to note that when a user powers down at the end of a session in Supervised Mode the WRM-SRT is discarded, removing all pointers to updated sectors. An empty WMR-SRT returns the WMR partition to its original state, which reflects the WMR partition state after the last change made when the system was in Unsupervised mode.

(b) The WMR-SRT is initialised ready for use.

(c) Partition bounds and number of partitions are checked against a table stored in either the dedicated area 2 or in Supervisor Flash ROM (FIG. 6, 213). If during Unsupervised Mode, the user has altered the configuration of partitions without reconfiguring this table, then Supervised Mode may be denied until this is rectified. Alternatively, the table may be generated each time the user enters Supervised Mode, using a scheme which does not require user intervention.

MTI0000161

6,092,161

7

(d) The user is prompted to select a partition, for normal reading and writing, from the list of general partitions. This is done prior to any operations of the operating system and storage medium 1. The selected partition is defined as the 'active partition' and the remaining general partitions are defined as 'dormant' partitions. The active partition will continue to be active until the session is finished. A new session can be started when the user re-enters Supervised Mode, through resetting the system thereby clearing system RAM.

(e) As a refinement to the above at the start of a session, a user may be prompted to provide a username or password which may be compared with data in the dedicated area 2. The user may then be restricted to a subset of the general partitions from which he can select an active partition.

(f) The user is given full access to all WMR and RO partitions (and of course to the selected active partition).

1.4 Accessing a WMR Partition

As noted already, a WMR-SRT has been defined for each WMR partition 3, and stored in the dedicated area 2.

(a) During operation of the invention, it may be that a range of sectors may require to be updated in the WMR partition 3. When this happens, the Supervisor (not shown) generates an entry in the WMR-SRT which defines the range of sectors that are to be updated and has set a pointer to the location (in the dedicated area) where said updated sectors will be written. The original, unmodified sectors remain in their original location.

(b) The updated sectors may be stored elsewhere in the storage medium, within the dedicated area. This dedicated area may be a special partition. Alternatively, the dedicated area could be located within a dormant partition. Since the dormant partitions cannot be accessed by a user during the session it is safe to use unallocated sectors which may be released before a new session is begun. This is illustrated in FIG. 1.

(c) The Supervisor follows the flow diagram shown in FIG. 2 whenever a request is made to write to a WMR partition 3.

(d) The Supervisor follows the flow diagram shown in FIG. 3 whenever a request is made to read from a WMR partition 3.

(e) An alternative scheme for implementing a WMR partition is possible where write operations to said partition cause the original sectors to be copied to a secure location before allowing the write operation to complete. At the start of each session the original sectors are copied back onto their original locations within the WMR partition, returning said partition to its original state.

Referring now to the second embodiment to FIGS. 4 and 5:

2.1 Initial Connection

When a storage medium 101 (such as a hard disk) is first connected to a computer system (not shown), space that will be inaccessible to the user is reserved on the storage medium 101. This space is a special partition and can be called Virus Isolator Space 102.

A password is entered and stored in Virus Isolation Space 2. This password is later used to allow the system to be put into Unsupervised Mode.

2.2 Unsupervised Mode

This mode requires the use of the Unsupervised Mode password (reference PCT/GB91/00261). When the system is

8

in this mode, the user can configure both the system and the Virus Isolator Space 102.

(a) the user may define, for each partition, whether the partition is to be Read Only (RO) (not shown), Write Many Recoverable (WMR) 103, or 'general' 104. A general partition is simply a partition other than an RO or WMR partition and one which may be written to. Each WMR partition will have a File Allocation Table (WMR-FAT) allocated to it which will be held in Virus Isolation Space 102. In use, each entry in the WMR-FAT will define the address of a cluster that has been altered within a WMR partition and will include a pointer to a copy of the original unaltered cluster.

(b) The user may define a description string for each partition, defining its contents.

(c) When partitions are added or boundaries altered, the user may revise (a) and (b). If the user is not forced by the system to do this, a default will be adopted, such as 'General' status and 'Partition 104'.

The exact housekeeping that is required need not be defined since the scheme will work without the user's intervention, provided certain general guidelines are provided. For example, Partition C=WMR; all other partitions= general; partition descriptors given by their drive letter.

2.3 Supervised Mode

(a) All WMR partitions 103 are restored to their original state by reference to their WMR-FAT in Virus Isolator Space 102. For consistency, this also happens when entering Unsupervised Mode.

Each WMR-FAT entry contains a pointer to (ie address of) an altered cluster within the WMR partition 102 and a pointer to a copy of the original cluster. Hence, at the start of each session, the following procedure is all that is required in order to restore the WMR partition 102:

For each WMR-FAT entry:
  Copy original cluster back to its location in the WMR partition 102 (copy cluster 'X' to cluster 'A' as shown in FIG. 1);
  Delete the WMR-FAT entry.
  (Note: A power cut or system crash during this sequence will not affect the capability to restore the original WMR partition although the procedure may have to be repeated.)

(b) The WMR-FAT(s) are initialised ready for use.

(c) Partition bounds and number of partitions are checked against a table stored in Virus Isolator Space 102. If during Unsupervised Mode, the user has altered the configuration of partitions without re-configuring Virus Isolator Space 102, then Supervised Mode vary be denied until this is rectified.

(d) The user is prompted to select a partition, for normal reading and writing, from the list of general partitions. This is done prior to any operations of the operating system and storage medium 101. The selected partition is defined as the 'active partition' and the remaining general partitions are defined as 'dormant' partitions. The active partition will continue to be active until the session is finished. A new session can be started when the user re-enters Supervised Mode, through clearing the system RAM and resetting the system.

(e) As a refinement to the above at the start of a session, a user may be prompted to provide a username or password which may be compared with data in Virus Isolator Space 102. The user may then be restricted to a subset of the general partitions from which he can select an active partition.

6,092,161

9

(f) The user is given full access to all WMR and RO partitions (and of course to the selected active partition).

4. Accessing a WMR Partition

As noted already, a WMR-FAT has been defined for each WMR partition 103, and stored in Virus Isolator Space 102.

(a) During operation of the invention, it may be that a cluster may require to be altered in the WMR partition 103. When this happens, the Supervisor (not shown) generates an entry in the WMR-FAT which defines the cluster that is about to be modified and has a pointer to a copy of the original.

(b) The copy of the original cluster may be stored elsewhere in the storage medium. For example, it could be stored in a dedicated area reserved for that purpose such as a special partition or an area in Virus Isolator Space 102. Alternatively, the original cluster could be found temporary space within a dormant partition. Since the dormant partitions cannot be accessed by a user (and therefore by a virus) during the session the original cluster is safe and may be released before a new session is begun. This is illustrated in FIG. 1.

(c) The Supervisor follows the flow diagram shown in FIG. 5 whenever a write request is made to a WMR partition 103.

Referring now to FIG. 6 there is illustrated a block diagram of a hardware arrangement suitable for implementing a first embodiment of a Supervisor for use in an embodiment of the present invention. The Supervisor provides a typical bus interface 7 to a mother board of a person computer (PC) or the like, and Read Only Memory (ROM) 2 containing an appropriate BIOS (Basic Input/Output System) driver to control mode entry at the start of each session.

The Supervisor is designed to reside between the disk interface of the PC and the disk drive. The PC connects to the Supervisor through a ribbon cable 201 from the Integrated Device Electronics (IDE) bus of the PC. The Supervisor then connects with a disk drive over a second ribbon cable 202 which also behaves as an IDE bus. All communication between the PC and the hard disk is controlled by the Supervisor.

The Supervisor hardware includes a microprocessor 216, Read Only Memory (ROM) 213, holding a Supervisor Operating System and a control program, and Random Access Memory (RAM 214), which is a scratch memory used to hold parameters and WRM-SRT(s).

A dual port RAM 210 provides memory which both the PC and Supervisor processor can access. The Supervisor may use this memory to reflect IDE task registers.

Transceivers 206, 209 and multiplexors 205 allow either the PC or the Supervisor processor to access the disk drive. The Supervisor controls which of these has access. Latches 207, 208 allow the Supervisor, which as an 8 bit bus, to read and write 16 bit values to and from the disk drive.

A logic block 212 contains a latch which may be written to by the Supervisor processor. The value of this latch is compared with the PC interface upper address bus, and the BIOS 211 is only enable when these match. This allows the BIOS to be configured, through the Supervisor, to appear anywhere in the lowest megabyte of PC address space.

A logic block 215 maps ROM 213, RAM 214 and dual port RAM 210 into the Supervisor processor address space, it also controls the access to latches 207, 208 and within logic block 212.

A logic block 204 ensures that control signals that pass between the PC and disk drive are correctly buffered and that

10

they are inhibited when the Supervisor processor is connected to the disk drive.

A logic block 203 ensures that the communication between the PC and the disk drive is under the control of the Supervisor. It monitors and controls read and write commands to task file registers on the disk drive. The Supervisor processor is made aware of critical operations which are being attempted and controls whether the operation is progressed, prevented or the request modified. This is implemented by decoding off the PC address liens together with read and write control signals. Certain read and write attempts cause a Supervisor processor interrupt to be generated. The Supervisor will then act based on the change. Disk drive interrupts are also routed first to the Supervisor processor where they can be passed on to the PC as required.

Inspection of FIG. 6 clearly shows that a virus can never interfere with the Supervisor microprocessor 216 since it is only able to fetch executable code from its own ROM 213.

A more detailed description of the embodiment of the Supervisor shown in FIG. 6 is not given herein, as this would be within the normal undertaking of a person skilled art.

Referring now to FIG. 7 there is illustrated a block diagram of a hardware arrangement suitable for implementing a second embodiment of a Supervisor for use in an embodiment of the present invention. The Supervisor provides a typical hard disk adaptor card interface 310 to a mother board of a personal computer (PC) or the like, and Read Only Memory (ROM) 312 containing an appropriate BIOS (Basic Input/Output System) driver for operation of the hard disk.

The Supervisor hardware includes a microprocessor 314 and a transceiver 316, which allow the PC restricted access to a SCSI 318 such that the PC cannot directly select or arbitrate for the disk drive or issue commands over the SCSI interface 318. These operations can be performed only the Supervisor microprocessor 314, which communicates bidirectionally with the PC using status in/out ports 320 and 322. Communication between the microprocessor 314 and the SCSI interface 318 takes place via the bidirectional ports of a second transceiver 324. The Supervisor also includes its own Read Only Memory (ROM) 326, holding a Supervisor Operating System and a control program, and Random Access Memory (RAM) 328, which is a scratch memory used to hold parameters. Reset logic 330 is also provided, and is used for clearing the PC memory if and when an attempt is made to perform an operation prohibited by the Supervisor.

Referring to FIG. 8 there is shown a schematic diagram of an serial embodiment of the Supervisor with the integers numbered identically to those of FIG. 7.

The embodiments of FIG. 8 further includes the following components: Gate Array Logic (GAL) devices G1–G5; buffers B1, B2; and flip-flops 74,1(1), 74,1(2) and 74,2(2).

The function of these components is as follows. G1 maps the ROM BIOS into the IBM memory map, and also provides tristate connection of the output of flip-flop 74,2(2) to the IBM data bus.

G2 provides access by the IBM to a subset of the SCSI controller's internal registers by mapping them into the IBM I/O space. G2 further provides pseudo-DMA decoding logic for data transfer to/from the SCSI controller, and maps a flag, ie. flip-flop 74,2(2) and latch P1 into the IBM I/O space.

G3 multiplexes between the Supervisor and IBM address buses, to the SCSI controller address bus.

G4 multiplexes between the Supervisor and IBM control lines to the SCSI controller. G4 also enables either (but never both) transceiver T1, T2, and includes logic for

MTI0000163

6,092,161

| 11 | 12 |

possible wait state during data transfers between the IBM and the SCSI controller.

G5 maps all ports in the Supervisor I/O space: Latches P1, P2, SCSI reset line and flip-flops 74,1(2) and 74,2(2). G5 further maps ROM into the Supervisor memory map, and provides tristate connection of output of flip-flop 74,2(2) to the Supervisor data bus.

The buffers B1, B2 ensure that there can be only one gate draining current from the IBM Backplane for each of the address, IOR and IOW lines.

Flip-flop 74,1(1) divides the clock frequency by two and squares up the pulses. Dependent on the output of 74,1(2), either the IBM has access (restricted) or the Supervisor has access, to the SCSI controller.

74,2(1) provides part of the timing for wait state generation during SCSI date transfer, while 74,2(2) is a flag to indicate that a data byte has been sent by the IBM for the attention of the Supervisor.

The components of the embodiment of FIG. 8 are as follows. GAL's G1–G5 are of the type SCS Thomson GAL 16V8-15 ns; flip-flops 74,1(1), 74,1(2), 74,2(1) and 74,2(2) are of the type 74ALS74; buffers B1, B2 are 74ALS244's; latches P1; P2 are 74ALS373's; transceivers T1, T2 are 74F245's; the processors 14 is a Zilog Z84C50 (10 MHz); the ROM 12 a 1764A (8 k×8); and the SCSI controller 18 a NCR 5380.

Inspection of FIG. 8 clearly shows that a virus can never interfere with the Supervisor microprocessor 314 since it is only able to fetch executable code from its own ROM 326.

A more detailed description of the embodiment of the Supervisor shown in FIG. 8 is not given herein, as this would be within the normal undertaking of a person skilled art.

The embodiments of the present invention hereinbefore are given by way of example only, and are not meant to limit the scope thereof in any way.

It should be appreciated that the present invention seeks to alleviate the problems hereinbefore outlined in the prior art with little penalty in terms of storage or performance overhead. This invention allows a "Supervised" user full read and write access to the boot partition, whilst ensuring at the start of each session on the computer system that the boot partition is clean, virus-free and unmodified. This addresses the problems outlined above, whiles allowing maintenance of the complete virus protection disclosed in PCT/GB91/002361.

It may be envisaged that a user may wish to maintain changes between sessions. In that case, the user could create a batch file which stores the altered files in the active partition, prior to shutdown. At the start of the new session these files could replace the originals in the WMR partitions.

What is claimed is:

1. A method of controlling access to and modification of information stored on a storage medium forming part of a computer system, the method comprising:

dividing information stored on the storage medium into a plurality of non-overlapping partitions including a boot partition and at least one general partition,

designating one of said partitions a Write Many Recoverable (WMR) partition, when a write command is issued to overwrite any resident information store din the WMR partition with updated information, restricting modification of information stored in the WMR partition by (i) writing the updated information on the storage medium in a location other than where any resident information is stored, and (ii) setting up and keeping for a remainder of a session a pointer to the updated information,

providing access to information stored in the WMR partition, the updated information being accessed, as required, using said pointer during the remainder of the session, and

clearing the pointer automatically prior to the start of a new session, thereby returning the WMR partition to its original state.

2. A method as claimed in claim 1, wherein a system reset defines the start of a new session and causes the pointer to be cleared.

3. A method as claimed in claim 1, wherein the boot partition on the storage medium is designated a WMR partition.

4. A method as claimed in claim 1, wherein a general partition is designated a WMR partition.

5. A method as claimed in claim 1, wherein there is provided supervising means separate from a central processing unit (CPU) of the computer system and made inaccessible to the user, said supervising means performing said steps of restricting modification of and providing access to information stored in the WMR partition.

6. A method as claimed in claim 5, wherein said supervising means allows a format operation only on a general partition which is active and prohibiting a format operation on the boot partition or on a general partition which is inactive, and causes a warning to be issued to the user should an attempt be made to perform a prohibited operation.

7. A method as claimed in claim 5, wherein space referred to as a dedicated area is reserved on the storage medium, which space is accessed only by the supervising means.

8. A method as claimed in claim 7, wherein the dedicated area is one of a special partition, a range of sectors within the WMR partition, and unallocated sectors within a dormant partition.

9. A method as claimed in claims 7 or 8, wherein for the storage of said pointer the WMR partition has a Sector Relocation Table (SRT) associated with it which table is held a Random Access Memory (RAM) of the supervising means, each entry in the SRT defining the address of a range of sectors in the WMR partition that have been updated and an address where the updated information is located, this being within the dedicated area.

10. A method as claimed in claim 1, wherein read operations are allowed on any information in the boot partition, but an attempt to write or format the boot partition causes a system reset.

11. A method as claimed in claim 10, wherein boot sectors of the storage medium are considered to be part of the boot partition, irrespective of the position of the starting sector of the boot partition as may be defined by the storage medium operating system.

12. A method as claimed in claim 11, wherein reading of any operating system information sectors or user-generated-information sectors is allowed, and writing to such operating system information sector sis restricted such that an attempt to modify the size or boundaries of the partition causes a system reset.

13. A method as claimed in claim 11, wherein only the reading of information from operating system sectors of inactive general partitions is allowed, and an attempt to perform any other read, write or format operations on the inactive general partitions is denied.

14. A method as claimed in claim 13, wherein the restriction of the performance of read, write and format operations can be removed to allow set-up or maintenance of the storage medium and thereafter reinstated.

15. A method as claimed in claim 1 wherein the storage medium is any one of a hard disk, a floppy disk, an optical disk and a tape.

MTI0000164

6,092,161

13

16. A method as claimed in claim 1, wherein the storage medium is located in a fileserver, and the computer system is a local area network, and wherein an attempt by a user computer to perform a prohibited operation causes a reset to be required of the user computer.

17. A method as claimed in any of claims 1 to 8 wherein a password is entered and stored in virus isolation space, the password being capable of being later used to allow access to an unsupervised mode, in which commands to overwrite information stored in the WMR partition will be effected and will not be undone prior to the start of a new session.

18. A method as claimed in any of claims 1 to 8, wherein the user creates a batch file which stores altered files in an active partition prior to shutdown, said batch file being executed automatically at the start of a new session so that the altered files, can replace the information stored in the WMR partition.

19. An apparatus for controlling access to and modification of information stored on a storage medium of a computer system, the storage medium being divided into a plurality of non-overlapping partitions including a boot partition and at least one general partition, the apparatus comprising:

means for designating one of said partitions a Write Many Recoverable (WMR) partition,

means responsive to a write command being issued to overwrite information stored in the WMR partition with updated information, for (i) storing the updated information elsewhere on the storage medium and (ii) keeping a pointer to the updated information for a remainder of a session;

means for providing access to the updated information as required during the remainder of the session using said pointer, and

means responsive to a system reset for causing said pointer to be cleared.

20. An apparatus according to claim 19, comprising a supervising means separate from a central processing unit (CPU) of the computer system and made inaccessible to the user in use.

14

21. An apparatus for controlling access to and modification of information stored on a storage medium of a computer system, the storage medium being divided into a plurality of non-overlapping partitions including a boot partition and at least one general partition, the apparatus comprising:

means for designating one of said partitions a Write Many Recoverable (WMR) partition,

means responsive to a write command being issued to overwrite information stored in the WMR partition for copying and storing said information elsewhere on the storage medium prior to undertaking said write command, and

means for copying said information back to said WMR partition automatically prior to the start of a new session.

22. An apparatus as claimed in claim 21, comprising a supervising means separate of a central processing unit (CPU) of the computer system.

23. The apparatus as claimed in claims 19 or 21, wherein the apparatus provides hardware means adapted to be incorporated into the computer system.

24. An apparatus as claimed in claims 19 or 21, wherein the apparatus provides firmware means adapted to be incorporated into the computer system.

25. An apparatus as claimed in claims 19 or 21, wherein the apparatus provides a combination of both hardware and firmware means, both being adapted to be incorporated into the computer system.

26. An apparatus as claimed in claims 19, 20, 21 or 22, wherein there is provided a processor which can be made inaccessible to a user and to any virus and which supervises all data transfers between and within sub-divisions of the storage medium or storage media placed under its control.

* * * * *

# United States Patent [19]

## Director

[11] **Patent Number:** **4,734,851**

[45] **Date of Patent:** **Mar. 29, 1988**

[54] **WRITE PROTECT CONTROL CIRCUIT FOR COMPUTER HARD DISC SYSTEMS**

[76] Inventor: **Dennis Director,** 3116 Central St., Evanston, Ill. 60201

[21] Appl. No.: **723,880**

[22] Filed: **Apr. 17, 1985**

[51] Int. Cl.⁴ .................................... G06F 13/12

[52] U.S. Cl. ............................... 364/200; 360/60; 360/69

[58] Field of Search ... 364/200 MS File, 900 MS File, 364/300; 360/60, 133, 137, 97, 132, 99, 122, 69, 134

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,210,959 | 6/1980 | Wozniak | 364/200 |
| 4,290,088 | 9/1981 | Beecroft | 360/66 |
| 4,298,314 | 11/1981 | Fischer | 364/200 |
| 4,412,260 | 10/1983 | Stricklin et al. | 360/97 |
| 4,466,024 | 8/1984 | Liu | 360/60 |
| 4,479,154 | 10/1984 | Muramatsu | 360/69 |
| 4,489,380 | 12/1984 | Carey et al. | 364/200 |
| 4,511,936 | 4/1985 | Sims, Jr. | 360/69 |
| 4,513,392 | 4/1985 | Shenk | 364/900 |
| 4,521,820 | 6/1985 | Fann | 360/133 |
| 4,535,404 | 8/1985 | Shenk | 364/200 |

| | | | |
|---|---|---|---|
| 4,541,019 | 9/1985 | Precourt | 360/15 |
| 4,618,060 | 10/1986 | Tarter | 206/444 |
| 4,675,756 | 2/1986 | Saitoh et al. | 360/71 |

*Primary Examiner*—Gary V. Harkcom
*Assistant Examiner*—Randy W. Lacasse
*Attorney, Agent, or Firm*—Welsh & Katz, Ltd.

[57] **ABSTRACT**

A write protect system prevents inadvertent attempts to write data into a permanent memory storage device (such as a disc drive) containing valuable data that might be destroyed by such a write attempt. The write protect system includes a controller coupled to at least one memory storage device via information transfer busses and a control data bus. The controller sends signals for writing data into selected ones of memory devices. A circuit is coupled into the control data bus for monitoring signals transmitted thereover. Responsive to the monitoring circuit, access is barred to preclude writing into a specific one of the memory devices whereby data may not be accidentally written into the specific memory. The barring is cancelled if a specific action is taken whereby data may be deliberately written into a specific memory.

3 Claims, 4 Drawing Figures





FIG.1
(PRIOR ART)

FIG.2

FIG.3

U.S. Patent

Mar. 29, 1988

Sheet 2 of 2

4,734,851



FIG.4

WRITE PROTECT CIRCUIT 32

MTI0000168

4,734,851

**1**

# WRITE PROTECT CONTROL CIRCUIT FOR COMPUTER HARD DISC SYSTEMS

This invention relates to control circuits for computers and computer-like equipment and, more particularly, to write protection for such equipment having a plurality of means for storing data.

The basic problem which the invention addresses is one of preventing accidental interference with previously stored data responsive to an incorrectly attempted storage of data in the wrong memory of a computer. For example, suppose that valuable data is already permanently stored on a first and hard disc. Also, suppose that someone wants to temporarily enter new data on a second and floppy disc. Both discs are accessed by the computer in a similar manner, but by using slightly different memory codes. There always is a chance that human or equipment error might cause the computer to be operated in a manner which alters or destroys the valuable permanent data stored on the first or hard disc, instead of entering the new data on the second or floppy disc.

Thus, there is a need to "write protect" the first disc, which means that a circuit is activated which absolutely bars access to the first disc, during the writing of data onto the second disc. If there is a need to enter data in the first or protected disc, the write protect circuit must be off. That is a deliberate act which will not be accidentally undertaken.

More particularly, for many years, large main frame computers have used secondary memories in the form of tape drives and disc drives. Both of these types of devices often have two useful switches for giving write protect and online control. Since most computers have several tape or disc drives, it is not unusual to be performing an operation which is reading from one device and writing into another device. To guard against accidents, the drive for the device from which data is being read is "write protected" responsive to the throwing of a switch on the front of a drive for the read device. A similar safeguard is a switch labeled "online" which may be turned off to completely detach that read device from the computer.

When floppy disc technology was introduced for mini and micro computers, the write protect device took the form of a notch in the floppy disc itself. The drive may optically sense whether or not the notch is covered and, therefore, decide if the disc is "write protected." Again, this technique guards against accidents in the nature of over-writing valuable data.

Accordingly, an object of the invention is to provide new and improved means for giving write protection to a disc drive. Here, an object is to provide simple and low cost equipment which may be added onto virtually any computer-like equipment. In this connection, an object is to enable the inventive write protect circuit to be installed on almost any computer or similar device without requiring any modification thereof.

Another object of the invention is to provide a write protect device for personal and business computers which cannot be overriden through accident.

In keeping with an aspect of the invention, these and other objects are accomplished by a simple logic circuit which observes when write signals addressed to a particular device appear on a data bus. If the write signals appear at a time when the particular device is enabled to write, a write request or gate signal is passed so that the

**2**

writing may be accomplished. If the write signals appear on the data bus at a time when the particular device is not enabled, the write request or gate signal is inhibited and the drive may not write any data. Therefore, the valuable data already stored on the protected device cannot be disturbed.

A preferred embodiment of the invention is shown in the attached drawings, wherein:

FIG. 1 is a block diagram of a prior art system, including a computer or computer-like device, having two associated disc drives;

FIG. 2 is the same system with the inventive write protect device installed in a control bus;

FIG. 3 is a block diagram of the interconnections between the inventive device and two disc drives; and

FIG. 4 is a logic circuit diagram of the inventive device.

The system of FIG. 1 includes a controller 20, which may be any suitable device. By way of example, a pair of disc drives 22, 24 are shown as being connected to the controller 20 via commercially available data busses 26, 28 for the transmission of information signals. The disc drives 22, 24 are also connected to the controller 20 via a common control bus 30. All of the busses are two-way data transfer devices.

For convenience of this description, it is assumed that both of the drives 22 and 24 are Winchester fixed disc systems, although the invention may be applied to any other suitable equipment. The controller 20 and drives 22, 24 are associated with a small personal or business computer. The devices and busses use industry standards for making interface connections. If some other drive, or some other computer or interface standard is used, the principles explained herein may be easily modified to fit those devices or standards.

According to the invention (FIG. 2), the control data bus 30 is disconnected from the controller 20 and connected to a monitoring means in the form of write protect device 32. A new control data bus 34 is connected between the controller 20 and the write protect monitoring device 32. All other equipment in FIG. 2 remains the same as those shown in FIG. 1. The write protect monitoring device 32 enables data which is sent over information data bus 26 to be written in disc drive device 22, unless device 32 is first activated in a manner which disables such writing.

The pertinent ones of the specific interconnections provided by the two control busses 30, 34 are shown in FIG. 3. While these connections are shown separately from the circuit 32, they are preferably internally wired so that the connections are made by simply connecting a data bus into each of two opposite sides of a box, so to speak.

The central processor of a business or personal computer 40 is coupled to a computer bus 42 which may extend to any suitable equipment, which may be used for any suitable purpose. A host interface 44 is used to connect a controller 20 to the computer bus 42. All of these items 40-44 and 20 (and anything else connected to bus 42) are standard commercial items.

The control data bus 34 includes a "device select 1" wire 35 which selects disc drive device 22 and a "device select 2" wire 36 which selects disc drive device 24. One, and only one, of these device select wires is activated at any given time; therefore, only one of the disc drive devices may be activated at any given time. The fault would occur if the "enable device 1 protection"

MTI0000169

3

4,734,851

4

switch 48 is activated at a time when the intention is to enter data in device 22.

The "write fault" wire 37 is one which is activated by either of the devices 22, 24 if, for any reason, it cannot accept the data being sent to it. The write protect circuit 32 may simulate this write fault signal. Regardless of its source, an appearance of a fault signal on the "write fault" wire 37 informs the controller 20 that the data was not written as requested.

The "write gate" wire 38, 39 carries an enable signal which causes the selected disc drive to write. Thus, for example, if the select wire 35 is activated, disc drive 22 is enabled and placed on standby. When a signal also appears on the "write gate" wire 38, 39, the disc drive 22 records whatever information is then being sent over information data bus 26 (FIG. 2).

The write protect device 32 is coupled to monitor the signals appearing on the device select wires 35, 36. The write gate signals on wire 38 pass through write protect device 32 to wire 39. If there is a mistaken effort to write into the wrong disc drive at a time when it is protected, the signal on the write gate wire 38 is not passed through write protect circuit 32 to wire 39, and a signal is applied at 47 to the write fault wire 37.

A manual "enable device 1 protection" switch 48 is provided on the device 22. This switch is operated whenever there is a need to protect or unprotect device 22. Another switch "enable device 2 protection" might have been provided if protection was required for device 24.

Three lamps (which may be LED's) 50–52 visually indicate when the protected device is selected, when it is protected, and when an effort is being made to write into it. These lamps provide for human supervision over the write operation.

The details of the write protect circuit 32 are shown in FIG. 4. If the circuit is to be activated, the "enable device 1 protection" switch 48 is activated. Responsive thereto, the inverter 56 is activated to light LED 51, which indicates that the associated disc drive device is protected. Also, responsive to the closure of switch 48, the lower input of a two input NAND gate 58 is marked, without immediate effect. Resistor 60 provides a bias voltage and resistor 62 limits current.

When the disc controller 20 attempts to write into the protected disc drive device 22, a signal appears on the "device select 1" wire 35 and passes through the inverter 66 to the upper input of NAND gate 58. There is a coincidence with the signal from switch 48 so that NAND gate 58 conducts. The inventive device is now 50 in the so-called "protecting mode" for device 1. Also, responsive to the output of inverter 66, a signal is fed through inverter 68 to light LED 50, thus indicating that the protected device 22 has been selected.

The output of NAND gate 58 passes through inverter 70 thereby removing the inhibit from the latch circuit 72, allowing the transmission of a write fault signal. The output of NAND gat 58 also applies a disable signal to a guard means in the form of NAND gate 74. The circuit is now ready to intercept any write gate signal and to generate a write fault.

As the undesired write operation continues, a signal appears on the "write gate" wire 38. Resistors 76, 78 form a voltage divider that supplies an input bias for inverter 80. The write gate signal on wire 38 activates the inverter 80 to change its state.

The output of inverter 80 passes to the upper input of NAND gate 74. Since the output of NAND gate 58 is

disabling the activation of NAND gate 74, the "drive write gate" signal is not asserted on wire 39 and does not enable writing on disc drive device 22.

The output of inverter 80 also triggers a pulse generating circuit 82 to light LED 52 which indicates that a write request has occurred. Resistor 84 is current limiting. Also, responsive to the output of inverter 80, the flip-flop 72 is activated and a fault signal is transmitted through an inverter 88 to the "write fault" wire 37. From FIG. 3, a signal on the fault wire informs the disc controller that the write operation in progress has failed. At the end of the write sequence, the disc controller device 20 de-asserts the "device 1 select" signal on wire 35 which resets the flip-flop 72 by way of the path 35, 66, 58, 70 thereby terminating the "write fault" signal on wire 37.

Thus, when the switch 48 is closed, any information transmitted over the data bus 26 (FIG. 2) is not written into the protected device 22.

If device 24 is selected (a non-protected device), there is no signal on wire 35, and inverter 66 and NAND gate 58 are not activated. Inverter 70 does apply an inhibit signal to flip-flop 72 for disabling the generation of write fault conditions. If a write gate signal appears at input 38, inverter 80 is activated, pulse generator 82 operates and LED 52 lights. The output of inverter 80 is applied to the upper input of NAND gate 74 coincidental with an enable on the lower input thereby causing NAND gate 74 to assert a "drive write gate" signal on wire 39 to device 24. Thus, device 24 is write enabled and unaffected by the write protected state of device 22.

If the circuit 24 is not to be activated, switch 48 is not activated. When the switch 48 is not activated, the bias voltage caused by resistor 60 disables AND gate 58. Independent of the presence of any select signals, the circuit is now said to be in "non-protecting mode." The always disabled NAND gate 58 (i.e. when switch 48 is open) enables NAND gate 74. Therefore, the presence of a "controller write gate" signal at wire 38 always creates a "drive write gate" signal at wire 39. The inactive output of NAND gate 58 also passes through inverter 70 to reset flip-flop 72 for preventing it from generating a "write fault" at wire 37.

From the foregoing, it is apparent that nothing can be written into the protected device unless a conscious effort is made to unblock the access to it. The protection may be added quickly and easily, to almost any existing system, by plugging the device into data busses 38, 39.

Those who are skilled in the art will readily perceive how to modify the invention. Therefore, the appended claims are to be construed to cover all equivalent structures which fall within the true scope and spirit of the invention.

The invention claimed is:

1. A write protect system comprising:
a computer having at least one memory means, said memory means including a hard disc drive,
a controller coupled to said hard disc drive by at least one information transfer bus and at least one control data bus,
means for selecting said hard disc drive for operation by sending a signal from said controller to said hard disc drive on a first wire in said control data bus,
means for enabling said hard disc drive to erase data in said hard disc drive by sending a signal from said controller to said hard disc drive on a second wire in said control data bus,

4,734,851

5

circuit means coupled to said control data bus for
monitoring signals transmitted on said first wire in
said control data bus,

guard means for selectively interrupting the signal
from said enabling means on the second wire to
prevent said hard disk drive from being enabled to
erase data thereby preventing data from being acci-
dentally erased from said hard disc drive,

said guard means including a plurality of logic de-
vices, at least one of said logic devices having an
output coupled to said hard disc drive and at least
one of said logic devices having an input coupled
to said enabling means by connection to said sec-
ond wire, and a manual switch coupled to said
logic devices for controlling the logic states of said
logic devices to enable gating of the signal from the
enabling means responsive to the manual switch,

whereby data cannot be erased from said hard disc
drive when said manual switch is in a selected write
protect state.

2. The system of claim 1 comprising

means for indicating to said controller that a fault has
occurred and said hard disc drive has not re-
sponded to said selection means or said enabling
means, said fault indicating means sending a signal

6

from said hard dic drive to said controller on a
third wire in said control data bus, and

means for creating a fault indication when said en-
abling means is enabled from said controller and
said guard means interrupts said enabling means,
preventing said hard disc drive from being enabled.

3. The system of claim 1 wherein

said guard means includes a first gate having first and
second inputs and an output, the first of said inputs
being connected to said manual switch, the second
of said inputs being coupled to said first wire, and
said output being connected to a first input of a
second gate, said second gate also having a second
input and an output,

said second input of said second gate being connected
to said second wire to receive signals from said
controller, said output of said second gate being
connected to said second wire to send signals to
said hard disc drive,

said first gate producing a first selected output when
said manual switch is in said write protect state and
said hard disc drive is selected by said select means,

said second gate producing a second selected output
when said first gate produces said first selected
output, regardless of whether signals are sent from
said controller on said second wire.

* * * * *

MTI0000171

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   4,734,851

DATED         :   March 29, 1988

INVENTOR(S) :   Dennis Director

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3, line 53, change "throught" to --through--.

Column 3, line 56, change "the", second occurrence, to --a--.

Column 3, line 58, change "gat" to --gate--.

Column 4, line 35, change "AND" to --NAND--.

Column 5, line 8, change "drive" to --drives--.

Column 6, line 1, change "dic" to --disc--.

Signed and Sealed this

Seventh Day of March, 1989

Attest:

DONALD J. QUIGG

Attesting Officer

Commissioner of Patents and Trademarks

MTI0000172



US005144660A

# United States Patent [19]

**Rose**

[11] **Patent Number:** 5,144,660

[45] **Date of Patent:** Sep. 1, 1992

[54] **SECURING A COMPUTER AGAINST UNDESIRED WRITE OPERATIONS TO OR READ OPERATIONS FROM A MASS STORAGE DEVICE**

[76] Inventor: **Anthony M. Rose,** 66 Drumalbyn Road, Bellevue Hill, Sydney, Australia, 2023

[21] Appl. No.: **401,032**

[22] Filed: **Aug. 31, 1989**

[30] **Foreign Application Priority Data**

Aug. 31, 1988 [ZA] South Africa .................... 88/6480

[51] Int. Cl.⁵ ............................................. H04L 9/00

[52] U.S. Cl. ........................................ 380/4; 380/25

[58] Field of Search ........................... 380/3, 4, 25

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,926,476 | 5/1990 | Covey | 380/4 |
| 4,947,318 | 8/1990 | Mineo | 380/4 |
| 4,962,533 | 10/1990 | Krueger et al. | 380/4 |
| 4,984,272 | 1/1991 | McIlroy | 380/25 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1089157 | 3/1967 | United Kingdom . |
| 1282628 | 7/1972 | United Kingdom . |
| 2172721 | 9/1986 | United Kingdom . |
| 2181281 | 4/1987 | United Kingdom . |

*Primary Examiner*—Thomas H. Tarcza
*Assistant Examiner*—David Cain
*Attorney, Agent, or Firm*—Ladas & Parry

[57] **ABSTRACT**

A method of protecting a computer against "trojan" or "virus" programs is disclosed. A device 24 is connected in the bus between the disk controller card 16 and the disk drive 14 of the computer. The device monitors the bus and alerts the user when any illegitimate write attempts to a protected area of the disk is detected.

**8 Claims, 5 Drawing Sheets**



MTI0000173

Case 2:13-ml-02461-GAF-PLA   Document 38-8   Filed 02/19/14   Page 175 of 216   Page ID
#:756



FIG. 1

MTI0000174

U.S. Patent

Sep. 1, 1992

Sheet 2 of 5

5,144,660



FIG. 2A

MTI0000175

U.S. Patent

Sep. 1, 1992

Sheet 3 of 5

5,144,660



FIG. 2B

MTI0000176



FIG. 3A

U.S. Patent

Sep. 1, 1992

Sheet 5 of 5

5,144,660



FIG. 3B

MTI0000178

5,144,660

1

## SECURING A COMPUTER AGAINST UNDESIRED WRITE OPERATIONS TO OR READ OPERATIONS FROM A MASS STORAGE DEVICE

### FIELD OF THE INVENTION

This invention relates to a method of securing a computer against undesired write operations to, or read operations from, a mass storage device of the computer, and to a device for use in the method.

### BACKGROUND OF THE INVENTION

The invention finds particular application in securing a computer against corruption of data on its mass storage device by malicious programs such as so-called "trojan" or "virus" programs.

Most personal computers are equipped with one or more hard disk drives. These typically store between ten and several hundred megabytes of information, and are the computer's prime, and often only, large-scale permanent program and data store. As such, they are prime targets for attack by malicious programs.

There has recently been a dramatic rise in the incidence of "trojan" or "virus" programs. These are programs designed to destroy data on a computer system by erasing or modifying data stored on the computer's disk drives. They are often embedded in otherwise legitimate and useful programs. These programs are usually acquired by a computer user by copying public domain or shareware programs, or are intentionally placed on a host computer by someone wanting to destroy data on that system.

Virus programs may lie dormant for some time before being triggered, e.g. after a certain number of accesses, after a certain time, on a given date, or on some other trigger event. During the time that the virus is dormant it may attempt to reproduce itself on other disks or disk drives, thereby spreading itself further. The viruses on these copies will also remain dormant and not reproduce until triggered.

When the virus is triggered, it attempts to interfere with the computer's operation. One way it does this is to destroy data stored in the computer's disk drive memory. There are many ways of doing this, ranging from erasing or modifying individual files, erasing or modifying the disk's directory to prevent the computer from locating files, or completely erasing (re-formatting) the computer's disk drive.

It is an object of the present invention to secure a computer against undesired write operations to, or read operations from, a mass storage device of the computer.

### SUMMARY OF THE INVENTION

According to the invention there is provided, in a computer having a mass storage device, control means for controlling write operations to, or read operations from, the mass storage device, and a bus connecting the control means to the mass storage device:

a method of securing the computer against undesired write operations to, or read operations from, the mass storage device which method comprises, in logic circuitry connected to the bus between the control means and the mass storage device, decoding control signals between the control means and the mass storage device and, in response to such decoding, controlling write operations to and/or read operations from the mass storage device.

2

Where the mass storage device is a disk drive having a plurality of tracks and one or more heads which are advanced from one track to the next by step signals from the control means to the disk drive, the method may comprise counting the step signals in a counter connected to the logic circuitry in such a manner that the counter keeps track of the track selected.

Said controlling may include disabling write operations to the disk drive when the counter has reached a predetermined count.

The invention extends to a device for use in the above method the device comprising:

logic circuitry connectable to the bus between the control means and the mass storage device; and

means operable in response to the logic circuitry for controlling write operations to and/or read operation from the mass storage device.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described in more detail, by way of example, with reference to the accompanying drawings.

In the drawings:

FIG. 1 is a simplified block diagram of a computer which has a device in accordance with the invention fitted thereto; and

FIGS. 2a–2b and 3a–3b illustrate the circuitry of the device.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENT:

Referring first to FIG. 1, a computer which is generally designated 10 comprises a central processing unit 12, a hard disk drive 14, and a disk controller card 16. Normally, the controller card 16 is connected to the disk drive 14 via a cable 18 having a female connector 20, the female connector being plugged into a male connector 22 on the disk drive.

In accordance with the invention, a device 24 is interposed between the controller card 16 and the disk drive 14. The device 24 comprises a circuit board 26, a male connector 28 on the circuit board, and a cable 30 with a female connector 32. The male connector 28 is identical to the male connector 22, and the female connector 32 is identical to the female connector 20. Installation of the device 24 takes place by unplugging the female connector 20 from the male connector 22 of the disk drive and plugging it into the male connector 28 of the device 24, and plugging the female connector 32 of the device into the male connector 22. No soldering is required to effect installation.

Referring now to FIGS. 2 and 3, the circuitry of the device 24 comprises a microprocessor 34, a non-volatile program memory in the form of an EPROM 36, a latch interface 38 between EPROM 36 and the microprocessor 34, an up/down counter 40 made up of three counters 40.1, 40.2, and 40.3, an electrically erasable non-volatile memory in the form of an EEPROM 42, and logic circuitry which is generally designated 44 in FIG. 3. The circuitry further comprises a bus 46, the male connector 28 and the cable 30 being connected at opposite ends to the bus. The logic circuitry 44 is connected to individual lines of the bus 40 and to the circuitry of FIG. 2 as illustrated in the drawings and as will be described in more detail hereinafter.

The device is able to operate in various modes providing different levels of protection. Thus, there may be a write protection mode and a read protection mode.

MTI0000179

5,144,660

3

The device is supplied with software that allows the user to select one of the operating modes. A password facility is also provided. Once the device has been installed, the supplied software will be used whenever the user wishes to change the operating mode.

The password is stored internally, in the EEPROM 42. The device is supplied with a standard default password. After installation, the user would use the supplied software to enter his own password, which then becomes stored in the EEPROM 42, so that the password is retained even when the computer is powered down. The password can be changed at any time by entering the existing password followed by a new one.

Any change from one operating mode to another requires the entry of the user's password. Since the password is never stored within the computer (it is only retained in a non-readable form within the device 24), it is impossible for any program of the computer to search for and use a password resident in the computer's memory. The unit is designed such that a program which continuously attempts to "guess" the password would take impractically long to "guess" the correct password.

The device is provided with a wire jumper 48 which, if closed by means of a plug that is supplied, will re-set the password to its default setting the next time the computer is turned on. This will enable the user to enter a new password should the previous one have been forgotten. Since resetting of the password requires physical access to the device, unauthorised software reset of the password by a malicious program is not possible.

For further protection, the supplied software can be used to program the unit never to reset the password. If a user feels confident that the password will not be forgotten, or the user uses the unit in an environment where others may have access to it, then enabling this option prevents the password from ever being reset, even if the wire jumper is used.

It is to be noted that the password is only stored within the device 24, and not within the computer's memory. Furthermore, the password is stored in such a manner that it is not possible to read it out of the device. Therefore, errant programs have no access to this information and it does not compromise the security offered by the device.

The logic circuitry 44 comprises a drive select switch 50 whereby either the DRIVE SELECT Ø or DRIVE SELECT 1 lines of the bus 46 can be selected. It further comprises four OR gates 52.1, 52.2, 52.3 and 52.4, four AND gates 54.1, 54.2, 54.3 and 54.4, and inverters 56.1, 56.2, 56.3, 56.4, 56.5, and 56.6.

The TRACK Ø line of the bus 46 is connected via the OR gate 52.4 to a general purpose data input pin of the microprocessor 34. The DIR line of the bus 46 is connected via the inverter 56.6 and the AND gates 54.3 and 54.4 to COUNT UP and COUNT DOWN lines which lead to the up/down counter 40.

The STEP (IN) line of the bus 46 is connected via the AND gate 54.2 and the inverter 56.2 to the STEP (OUT) line of the bus 46. It is further connected via the OR gate 52.3 and the inverter 56.5 to the AND gates 54.3 and 54.4.

The WRITE GATE (IN) line of the bus 46 is connected via the AND gate 54.1 and the inverter 56.1 to the WRITE GATE (OUT) line of the bus 46.

4

A READ ENABLE line is connected from a general purpose latched data output pin of the microprocessor 34 via the OR gate 52.2 to the AND gate 54.2.

A WRITE ENABLE line is connected from the Q3 pin of the counter 40.3 to the OR gate 52.1.

The output of the OR gate 52.1 is connected via the inverters 56.3 and 56.4 to the WRITE FAULT line coming from the controller 16, and is OR-tied with the WRITE FAULT line coming from the disk drive 14. This line can be asserted when a write to a protected area of the disk is detected. The computer is thus informed of an illegitimate write attempt and will alert the user that an error has occurred. This feature can be enabled or disabled under the control of the microprocessor.

Write Protection

The device can be set to protect any sized contiguous block of the disk, either starting at the beginning of the disk or terminating at the end of the disk. Disks with up to 2000 tracks or cylinders (more than any microcomputer drives currently available) are catered for. If desired, the entire disk can be protected from beginning to end.

As an example, assume the user has a 40 megabyte hard drive, which is logically split (using the program supplied with the computer) into two 20 megabyte drives, called C: and D: Assuming that the drive has 6 heads, there will then be a total of 816 cylinders on the disk. Drive C: will then occupy cylinders 0 to 407 and drive D: will occupy cylinders 408 to 815.

If the user wishes to try out a suspect item of software, one way to do so would be to reserve logical drive D: (cylinders 408 to 815) as a test section of the disk, and put all essential data and applications on the drive C: part of the disk (cylinders 0 to 407).

Therefore, in this example, before running the would ensure that even if the software were malicious and tried to write to or even format the disk, the drive C: section would be completely protected from any type of modification.

The circuitry of FIGS. 2 and 3 will continuously monitor the bus 46 from the controller card 16 to the disk 14 and, by means of the up/down counter 40 keep track of the track selected on the disk. Should an attempt be made to write to a track within the designated write-protected area on the disk, the write attempt is disabled by removal of the write-enable signal to the disk drive, and the computer user is alerted to the attempted violation.

The operation will now be described in more detail with reference to the logic circuitry 44, this comprising the discrete logic necessary to decode the disk drive selection and control signals for use by the device, and to allow the microprocessor in the drive to read these signals and act accordingly.

DRIVE SELECT Ø and DRIVE SELECT 1 are control lines from the host computer and signify which disk drive (if there are more than one) is active. The switch 50 selects which disk drive to use by connecting the appropriate selection line to the rest of the decode circuitry.

Gates 52.1, 54.1 and 56.1 provide the write gate selection to the disk drive 14. The WRITE GATE OUT line is connected to the disk drive's WRITE GATE input. When this input goes active, then the disk drive can be written to. Therefore the purpose of the gates 52.1, 54.1 and 56.1 is to hold off this signal to prevent the disk from

MTI0000180

5,144,660

| 5 | 6 |

being written to, by means of the WRITE ENABLE signal provided by the high-order bit of counter 40.3. When this WRITE ENABLE signal is high, writing to the disk drive is prevented.

The counter 40 counts the step pulses going to the disk drive. These pulses are provided by the disk drive controller 16 of the host computer and cause the disk drive head to advance to the appropriate cylinder. The device counts these pulses and enables or disables writing to the disk drive depending on the position of the heads. This makes it possible for the user to write-protect any contiguous area of the disk.

The count on the counter 40 is incremented by pulses on the COUNT UP line and decremented by pulses on the COUNT DOWN line. These two signals are formed by gates 56.5, 56.6, 54.3, 54.4, and 52.3 from the STEP IN and DIR (direction) signals supplied by the controller 16 to the disk drive and conditioned by gate 52.3 which allows counting of pulses for the selected disk drive only.

At power-on, or after the user-select settings are changed, the microprocessor 34 preloads a number into the counter 40. This is done by writing the data to the appropriate counter's data inputs, which are connected to data output lines of the microprocessor, and pulsing the counter's LOAD input. By setting an appropriate count, the high-order bit of the most significant counter, 40.3, which forms the WRITE ENABLE signal, can be made to go high or low at any given cylinder, thus allowing a variable sized section of the disk starting at either the beginning or end of the drive to be write-protected.

Read Protection

The device also has the ability to protect a disk against all access. A user could thus protect sensitive information on the disk from being read by third parties.

When the READ ENABLE signal, which is output from the microprocessor 34, is high, step pulses from the controller 16 are prevented from going to the disk drive 14. Gates 52.2, 54.2 and 56.2 serve to hold off these step pulses when READ ENABLE is high, thereby preventing the drive stepping and preventing reading of any data other than that on the last selected cylinder.

The TRACK Ø line going to the disk drive 14 is fed to a data input line of the microprocessor 34, after being conditioned by gate 52.4, so that it is enabled only by the disk drive selected by switch 50. This line is periodically sampled by the microprocessor to determine if the disk drive heads are at track zero (which they are at power-on or at other times during operation). The first time the TRACK Ø goes active after power-on, the counters are loaded with the data that will cause them to enable or disable writing to the disk (via WRITE ENABLE). The counters are only loaded when TRACK Ø is active, so that they synchronise with the disk drive's internal track count.

I claim:

1. A method of securing a computer against unauthorized accessing of a predetermined set of the storage domains, where said computer comprises a mass storage device which includes:

a data storage medium divided into a series of storage domains, and a read-write head for read-write accessing of the data storage medium;

control means for controlling the mass storage device; and

a bus connecting the control means to the mass storage device, which bus includes a stepping line to which stepping signals are applied by the control means for stepping the read-write head from one storage domain to the next, and a direction control line to which direction control signals are applied by the control means for controlling the direction in which the read-write head is stepped,

which method comprises, in counting means connected to the stepping line and the direction control line between the control means and the mass storage device, and in response to the stepping signals and direction control signals, keeping a count corresponding to the position of the read-write head relative to the data storage medium, and in response to the count in the counting means, inhibiting access to said predetermined set of storage domains.

2. A method according to claim 1, wherein access to said predetermined set of storage domains is inhibited by inhibiting write operations by the read-write head to the data storage medium when the count in the counting means corresponds to a position of the read-write head within said predetermined set of storage domains.

3. A method according to claim 1, wherein access to said predetermined set of storage domains is inhibited by inhibiting the stepping signals from stepping the read-write head to a storage domain within the predetermined set of storage domains.

4. A method according to claim 1, wherein the mass storage device is a disk drive having a plurality of tracks, each track constituting one of said storage domains.

5. For use with a computer comprising: a mass storage device which includes a data storage medium divided into a series of storage domains, and a read-write head for read-write accessing of the data storage medium; control means for controlling the mass storage device; and a bus connecting the control means to the mass storage device, which bus includes a stepping line to which stepping signals are applied by the control means for stepping the read-write head from one storage domain to the next, and a direction control line to which direction control signals are applied by the control means for controlling the direction in which the read-write head is stepped; an accessory device for securing the computer against unauthorized accessing of a predetermined set of the storage domains, the accessory device comprising:

a bus connection for insertion in the bus between the control means and the mass storage device and including a stepping line connection for insertion in the stepping line and a direction control line connection for insertion in the direction control line;

counting means connected to the stepping line connection and the direction control line connection, which is operative in response to the stepping signals and direction control signals to keep a count corresponding to the position of the read-write head relative to the data storage medium; and

gate means for inhibiting access to said predetermined set of storage domains in response to the count in the counting means.

6. An accessory device according to claim 5, wherein the bus connection comprises a write gate line connection for insertion in a write gate line forming part of the bus, and wherein the gate means comprises a gate (54.1) in the write gate line connection, for gating a write

MTI0000181

5,144,660

7

enable signal from the control means to the mass storage means in response to the count on the counting means corresponding to a position of the read-write head within said predetermined set of storage domains.

7. An accessory device according to claim 5, wherein the gate means comprises a gate (54.2) in the step line connection, for gating the stepping signal from the control means to the mass storage means in response to the count on the counting means corresponding to a position of the read-write head in a storage domain adjacent said predetermined set of storage domains.

8

8. An accessory device according to claim 5, for a computer which comprises first and second complementary plug connectors in said bus for disconnectably connecting the control device to the mass storage device, the accessory device comprising a third plug connector connected to one end of the bus connection and a fourth plug connector connected to the other end of the bus connection, the third and fourth plug connectors being complementary to the first and second plug connectors so that the accessory device is disconnectably insertable in the bus.

* * * * *

# United States Patent [19]

Knothe et al.

[11]  Patent Number:  **4,811,293**

[45]  Date of Patent:  **Mar. 7, 1989**

[54]  **METHOD FOR STORING DATA IN AN ELECTRICALLY ERASABLE MEMORY FOR CARRYING OUT THIS METHOD**

[75]  Inventors:  **Erich Knothe,** Eddigehausen; **Franz-Josef Melcher,** Hardegsen, both of Fed. Rep. of Germany

[73]  Assignee:  **Sartorius GmbH,** Fed. Rep. of Germany

[21]  Appl. No.:  **852,726**

[22]  Filed:  **Apr. 15, 1986**

[30]  **Foreign Application Priority Data**

Apr. 20, 1985 [DE]  Fed. Rep. of Germany ........ 3514430

[51]  Int. Cl.⁴ .................................... G11C 7/00
[52]  U.S. Cl. ............................. 365/189; 365/230
[58]  Field of Search ............. 365/185, 189, 230, 233, 365/104

[56]  **References Cited**

U.S. PATENT DOCUMENTS

| 3,742,458 | 6/1973 | Inoue et al. | 364/200 |
| 4,489,380 | 12/1984 | Carey et al. | 364/200 |
| 4,599,707 | 7/1986 | Fang | 365/189 X |
| 4,638,461 | 1/1987 | Yonezu et al. | 365/189 |
| 4,665,506 | 5/1987 | Cline et al. | 365/189 |

FOREIGN PATENT DOCUMENTS

2733531  2/1979  Fed. Rep. of Germany .

57-13468  1/1982  Japan .

Primary Examiner—Joseph A. Popek
Attorney, Agent, or Firm—Eric P. Schellin

[57]  **ABSTRACT**

Method and apparatus of storing data in an electrically erasable memory connected to a microprocessor to effectively protect data stored in the memory from being unintentionally overwritten in cases of defective operation of the microprocessor, an overwrite protection system consisting of a write protect flip-flop (1) whose two logical states signify "with write protection" and "without write protection" and also a gate (3) in the write line which is controlled by the write protect flip-flop and in whose logical "with write protection" state, write errors are prevented from being conducted to the individual memory locations, and, finally a mechanical switch element (5) whereby these components are connected in such a manner that the write protect flip-flop (1) can only be brought into the one logical "with write protection" state by the microprocessor, while it can only be brought into the other logical "without write protection" state, if and when the mechanical switch element (5) is actuated. The overwrite protection can apply depending on the embodiment to the entire electronically erasable memory or only to the subareas thereof.

7 Claims, 4 Drawing Sheets



MTI0000184

**U.S. Patent**     Mar. 7, 1989     Sheet 1 of 4     **4,811,293**



_Fig. 1_



_Fig. 2_

U.S. Patent

Mar. 7, 1989

Sheet 2 of 4

4,811,293

MTI0000185



*Fig. 3*

MTI0000186

U.S. Patent    Mar. 7, 1989    Sheet 4 of 4    4,811,293



*Fig. 4*

MTI0000187

4,811,293

1

## METHOD FOR STORING DATA IN AN ELECTRICALLY ERASABLE MEMORY FOR CARRYING OUT THIS METHOD

The invention is relative to a method of storing data in an electrically erasable memory connected to a microprocessor. The invention is also relative to an electrically erasable memory for carrying out this method. Electrically erasable memories of this type are generally known. Customary abbreviations are:

EEPROM=electrically erasable programmable read only memory

EAROM=electrically alterable read only memory, or

NVRAM=non-volatile random access memory.

In the following ; text the abbreviation EEPROM is always used for this electrically erasable memory.

There is the danger in memories of this type that the microprocessor will destroy important stored data by overwriting it unintentionally. Various circuits are known for protection against this happening; however, they all assume a smooth functioning of the microprocessor. If, on the other hand, the microprocessor is brought completely out of step by external electrical disturbance, for example, these circuits offer no absolute protection against data losses. The invention therefore has the task of indicating a method and a circuit which permit data to be inputted by the microprocessor during an initialization phase but prevent the stored data from being erased later in a reliable manner and under all conditions. The invention achieves this in a method for storing data in an electrically erasable memory connected to a microprocessor as follows: Any data desired can be inputted from the microprocessor into the electrically erasable memory during an initialization phase, the microprocessor defines at least a subarea of the electrically erasable memory as write-protected at the end of the initialization phase by setting at least one write protect flip-flop, the write protect flip-flop blocks the write line to the associated subarea of the electrically erasable memory in its logical state "with write protection" and the write protect flip-flop can be brought into the logical stage "with write protection" by the microprocessor, while it can only be brought into the other logical state "without write protection" by the actuation of a mechanical switch element.

The electrically erasable memory for carrying out this method is characterized in that at least one write protect flip-flop is present whose two logical states signify "with write protection" and "without write protection", that at least one gate is present in the write line of the EEPROM memory which is controlled by the write protect flip-flop and prevents write errors from being conducted to the individual memory locations in its logical state "with write protection", that a mechanical switch element is present and that the write protect flip-flop can only be brought by the microprocessor into the one logical state "with write protection", while it can only be brought into the other logical state "without write protection" if the mechanical switch element is actuated.

Thus, in this method and in the associated circuit the microprocessor will bring the additional memory element into the logical state "with write protection" after the end of the initialization and the inputting of data into the EEPROM memory associated therewith, wherewith it prevents a further storing of data and the associ-

2

ated erasing of the old data. This write protection can only be cancelled by manually actuating the switch element, e.g. during an inspection or repair of the apparatus.

In order to prevent to the greatest extent possible an unintentional overwriting of data in this instance too, e.g. by a defective microprocessor, it is advantageous if the write protect flip-flop can only be brought into the logical state "without write protection" by the actuation of the mechanical switch element and, additionally, by the appropriate microprocessor command. This thus generally assumes a smooth functioning of the microprocessor for cancelling the write protection.

The write protection can apply to the entire EEPROM memory, which thus practically becomes a ROM memory; however, it can also be limited to one or more subareas while the other subareas remain as normal EEPROM memories for the microprocessor. Either a separate write protect flip-flop can be associated with each subarea to be protected thereby, or a main write protect flip-flop is used which controls subordinate subarea write protect flip-flops which then protect the individual subareas from overwriting.

The invention is explained below with reference made to the circuit diagrams.

FIG. 1 shows a block diagram of an entirely protected EEPROM memory.

FIG. 2 shows a block diagram of an entirely protected EEPROM memory in another embodiment.

FIG. 3 shows a block diagram of a partially protected EEPROM memory in a first embodiment.

FIG. 4 shows a block diagram of a partially protected EEPROM memory in a second embodiment.

The block diagram of FIG. 1 shows EEPROM memory 4 with its customary control elements 10 for the line selection and 11 for column selection, its data in and outputs 12 and write input 14. Such EEPROM memories are generally known, for which reason their inner construction does not need to be explained in more detail here.

Gate 3 is built into the write line between supply line second input of gate 3 is on output 8 of write protect flip-flop 1. Write protect flip-flop 1 determines therewith whether write instructions are let through to the memory or not. If a logical "1" is on output 8 of write protect flip-flop 1, write instructions are let through; this is the logical gate "without write protection". In this state write protect flip-flop 1 is in the first initialization. However, the logical "0" is already permanently wired to data input 9 of write protect flip-flop 1 and can be retrieved by the microprocessor by a signal on write line 6 and write protect actuation line 7 into write protect flip-flop 1. This closes gate 3 and no more writing operations are possible in memory 4; this is thus the logical gate "with write protection". Write protect flip-flop 1, which is assumed to be a non-volatile memory element, can not be brought out of this state by the microprocessor, since the microprocessor has no access to data input 9. The microprocessor can only reestablish the original state "without write protection" by signals on both lines 6, 7 after mechanical switch element 5 has been closed, e.g. by a service technician. Depending on the requirement of the particular application, mechanical switch element 5 can be, for example, a mechanical feeler or a twin jack which can also be bridged by a short-circuit termination, or it can be soldering eyes or soldering pins which can be electrically connected by a metallic tool.

MTI0000188

4,811,293

3

The circuit shown in FIG. 1 thus permits the microprocessor to write memory 4 with data in an initialization phase and to protect this data after the end of the initialization phase from a subsequent unintentional change. This protection is irreversible for the microprocessor and can only be cancelled by external mechanical actions as required.

The embodiment of FIG. 2 differs from that of FIG. 1 only in the wiring of the inputs of write protect flip-flop 1. When mechanical switch element 5 is actuated, not only the logical "1" is put onto data input 9, but at the same time the write instruction (WR) and the enable command (ENA) are put onto write protect flip-flop 1 via two OR gates 20,21, so that write protect flip-flop 1 is brought without the cooperation of the microprocessor only by the actuation of mechanical switch element 5 into the logical state "without write protection".

In FIGS. 1 and 2 the entire memory 4 was used with or without write protection. FIG. 3 shows how subareas can be provided with a write protection. Subarea 4″ of the memory is provided in advance as a normal, unprotected EEPROM memory. Area 4′ can be protected by write protect flip-flop 1′ connected to gate 3′ and area 4″ can be protected by a second write protect flip-flop 1″ connected to gate 3″. Both write protect flip-flops 1′ and 1″ are constructed like write protect flip-flop 1 in FIG. 1 and are therefore shown only schematically here. The two write protect actuation lines 7′, 7″ run separately to the microprocessor in order to make possible a separate initiation of the write protection controlled by the program of the microprocessor. In this manner it is possible, to provide different amounts of base data and general EEPROM data which does not have to be protected, with the same hardware. In the one device the command for the write protection is provided by the software at the end of the initialization for both write protect flip-flops 1′, 1″, while in the other device the command for write protection is given by the software only for the one write protect flip-flop 1′, so that memory area 4″ remains as a normal overwritable EEPROM memory. The unblocking of the write protection by means of mechanical switch element 5 occurs in FIG. 3 for both write protect flip-flops 1′, 1″ together. Of course, a separate unblocking by two mechanical switch elements 5 is also possible if needed.

FIG. 4 shows another embodiment of the write protection for memory subareas. Here, a common main write protect flip-flop 1 is present for all memory subareas 4′,4″,4‴; however, the control of gates 23′,23″,23‴ for blocking the write impulses occurs under the interconnecting of subarea write protect flip-flops 2′,2″,2‴. In the first initialization, main write protection flip-flop 1 and subarea write project flip-flops 2′,2″,2‴ are in logical state 1, so that gates 23′,23″,23‴ let write impulses through. After the end of the initialization, the microprocessor can determine at the same time as the write protection is being actuated which subareas should be write protected. If, for example, only second subarea 4″ is to be write protected, the microprocessor puts a logical "0" on its data input 15″ and a logical "1" on data inputs 15′,15‴ of other subareas 4′,4‴. In this manner only the one subarea write protect flip-flop 2″ is brought into logical state "0" when the write signal reaches connection 6 and the write protect actuation signal reaches connection 7 from subarea write protect flip-flops 2′,2″,2‴, while the other subarea write protect flip-flops 2′,2‴ remain in logical state "1". At the same time, main write protect flip-flop 1 naturally receives the logical "0" permanently wired to its input, thus blocking gate 13, so that no more enable signals for subarea write protect flip-flops 2′,2″,2‴ can appear at

4

its output 16. In this manner the microprocessor is no longer able to change the subdivision into write protected and non-write protected areas determined at the end of the initialization phase. The general cancelling of the write protection (by storing the logical "1" in the main write protect flip-flop 1) is also only possible, as in the other embodiments, after actuation of mechanical switch element 5.

We claim:

1. Method of storing data in an electrically erasable memory connected to a microprocessor, comprising the steps of

inputting any data from the microprocessor into the electrically erasable memory during an initialization phase,

defining at least a subarea of the electrically erasable memory as write-protected at the end of the initialization phase by setting at least one write protect flip-flop means,

blocking a write line to the associated subarea of the electrically erasable memory in its logical "with write protection" state, and

bringing the write protect flip-flop means into the logical "with write protect" state by the microprocessor, while it can only be brought into the other logical "without write protect" state by actuation of a mechanical switch means.

2. Method according to claim 1, characterized in that the write protect flip-flop means can be brought into the logical "without write protection" state only by actuating the mechanical switch means and, additionally, by a selected microprocessor command.

3. Method according to claim 1 or 2, characterized in that the electrically erasable memory is subdivided into several subareas and that a subarea write protect flip-flop means is associated with each of the several subareas.

4. Method according to claim 3, characterized in that a main write flip-flop overrides the subarea write protect flip-flop means and actuates the subarea write protect flip-flop means.

5. A electrically erasable memory which is connected to a microprocessor comprising

at least one write-protect flip-flop means whose two respective logical states signify "with write protection" and "without write protection",

at least one gate in a writing line of said electrically erasable memory being controlled by said write-protect flip-flop means and the at least one gate in response to logical "with write protection" state thereupon blocks passage of writing commands to individual storage cells of said memory, and

a mechanical switching means being coupled at one input to said write-protect flip-flop means, such that said flip-flop means can only be brought by said microprocessor into the one logical state "with write protection" state, whereas said flip-flop means can only be brought into the other logical "without write protection" state when said mechanical switching means is actuated.

6. An electrically erasable memory in accordance with claim 5, including a separate, individual write-protect flip-flop means associated with an individual memory subarea of said electrically erasable memory.

7. An electrically erasable memory in accordance with claim 5, including a separate subarea write-protect flip-flop means associated with an individual memory subarea of the electrically erasable memory that controls all of the subarea subarea write-protect flip-flop means by a single main write-protect flip-flop means.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 4,811,293

DATED : March 7, 1989

INVENTOR(S) : Erich Knothe et al

It is certified that error appears in the above—identified patent and that said Letters Patent is hereby corrected as shown below:

Title page:

[75] Inventors:    Erich Knothe, Eddigehausen;
                   Franz-Josef Melcher, Hardegsen and
                   Christian Oldendorf, Gottingen all of
                   Fed. Rep. of Germany

Signed and Sealed this

Ninth Day of January, 1990

*Attest:*

JEFFREY M. SAMUELS

*Attesting Officer*              *Acting Commissioner of Patents and Trademarks*

MTI0000190

US005687379A

# United States Patent [19]

Smith et al.

[11] Patent Number: 5,687,379

[45] Date of Patent: Nov. 11, 1997

[54] **METHOD AND APPARATUS FOR PREVENTING UNAUTHORIZED ACCESS TO PERIPHERAL DEVICES**

[75] Inventors: **Jimmy Dean Smith; Mark D. Nicol**, both of Stevensville, Mich.; **Brian K. Straup**, South Bend, Ind.; **Terence Paul O'Brien**, Saint Joseph, Mich.; **Michael P. Krau**, Benton Harbor, Mich.; **Richard David Ball**, Saint Joseph, Mich.

[73] Assignee: **Packard Bell NEC**, Sacramento, Calif.

[21] Appl. No.: **583,277**

[22] Filed: **Jan. 5, 1996**

## Related U.S. Application Data

[63] Continuation of Ser. No. 42,979, Apr. 5, 1993, abandoned.

[51] Int. Cl.⁶ ............................................. G06F 13/00
[52] U.S. Cl. ...................... 395/726; 395/735; 326/8
[58] Field of Search .......................... 395/726, 735; 326/8

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,261,034 | 4/1981 | Saccomano et al. | ............... 395/275 |
| 5,136,694 | 8/1992 | Belt et al. | ..................... 395/275 |
| 5,202,994 | 4/1993 | Begur et al. | ............... 395/700 |
| 5,202,997 | 4/1993 | Arato | ....................... 395/725 |
| 5,377,269 | 12/1994 | Heptig et al. | ............ 380/25 |
| 5,432,950 | 7/1995 | Sibigtroth | ............... 395/425 |
| 5,434,562 | 7/1995 | Reardon | ............ 340/825.34 |

### OTHER PUBLICATIONS

*BYTE* Magazine, Min–Hur Whang and Joe Kua, "Joit the EISA Evolution" Article, May 1990, pp. 241–247.
Intel's EISA Peripheral Components Brochure, Oct. 1991, Order No. 290386–004.
1992 National Semiconductor Corporation, PC87311/PC87312 (SuperI/O™ II/III) Floppy Disk Controller with Dual UARTs Parallel Port, and IDE Interface Pamphlet, Apr. 1992.

*Primary Examiner*—Jack B. Harvey
*Assistant Examiner*—John Travis
*Attorney, Agent, or Firm*—Fitch, Even, Tabin & Flannery

[57] **ABSTRACT**

This invention relates to a system for providing programmable configuration protection of a programmable Input/Output device. By configuration protection, it is meant that the programming options of an I/O controller can be set in accordance to a given environment, and then by use of a programming controlled signal, prevent the changing of the programmed environment or remove those programmed options considered unsafe in the now secured environment.

**8 Claims, 15 Drawing Sheets**





1
SYSTEM CONTROLLER
DATA
3
SYSTEM BUS
SYSTEM DATA
14
DATA XCVR
5
15
XWRITE_EN#
XREAD_EN#
X DATA
2
ASIC DEVICE
REGISTER FILE LOGIC
6
INDEX_WRITE
DATA_WRITE
DATA_READ
DATA_DEC
XBUS CONTROL LOGIC
8
OPTION CARD
13
ADDRESS
ADDRESS
WRITE#
READ#
PROGRAMABLE SELECT LOGIC
7
IOSEL0#
IOSEL1#
IO_DEV1
11
IOSELn-1#
IOSELn#
IO_DEV2
12
KEY SWITCH
1
0
4
SECURE
9
INTERUPT MAPPING LOGIC
IRQ_IN0
IRQ_IN1
IRQ_OUT0
IRQ_OUT1
DACK_OUT0#
DRQ_IN0
DACK_OUT1#
DRQ_IN1
10
DMA REQUEST ACKNOWLEDGE MAPPING LOGIC
DACK_IN0#
DRQ_OUT0
DACK_IN1#
DRQ_OUT1
I/O 16

Fig. 1



INDEX_WRITE
INDEX REGISTER 8-BIT LATCH 90
7 6 5 4 3 2 1 0
DATA
ADDRESS
WRITE
INDEX PORT DECODE LOGIC 91
101
134
102
DATA PORT DECODE LOGIC 92
131
READ
SECURE
133
129
REGISTER SELECT LOGIC 93
103
INDEX[7:0]
136
135
130
8-BIT LATCH 104
8-BIT LATCH 105
8-BIT LATCH 106
8-BIT LATCH 107
8-BIT LATCH 108
8-BIT LATCH 109
8-BIT LATCH 110
8-BIT LATCH 111
8-BIT LATCH 112
8-BIT LATCH 113
8-BIT LATCH 114
115
UADD_REG[7:0]
116
LADD_REG[7:0]
117
MASK_REG[7:0]
118
CMD_REG[7:0]
119
DMASW10_REG[7:0]
120
DMASW32_REG[7:0]
121
DMASW54_REG[7:0]
122
IRQSW10_REG[7:0]
123
IRQSW32_REG[7:0]
124
IRQSW54_REG[7:0]
125
IRQSEC_REG[7:0]
DATA_WRITE
DATA_READ
132
DATA_DEC

Fig. 2



Fig. 3

MTI0000194



Fig. 4

U.S. Patent

Nov. 11, 1997

Sheet 4 of 15

5,687,379

MTI0000195



Fig. 5

U.S. Patent

Nov. 11, 1997

Sheet 5 of 15

5,687,379

MTI0000196



**Fig. 7**

U.S. Patent

Nov. 11, 1997

Sheet 6 of 15

5,687,379

MTI0000197

## Fig. 8A



## Fig. 8B

### TRUTH TABLE

| S1 | S0 | OUT_3 | OUT_2 | OUT_1 | OUT_0 |
|----|----|-------|-------|-------|-------|
| 0 | 0 | 0 | 0 | 0 | IN |
| 0 | 1 | 0 | 0 | IN | 0 |
| 1 | 0 | 0 | IN | 0 | 0 |
| 1 | 1 | IN | 0 | 0 | 0 |

MTI0000198

# Fig. 9A



# Fig. 9B

TRUTH TABLE

| S1 | S0 | OUT |
|----|----|-----|
| 0 | 0 | IN_0 |
| 0 | 1 | IN_1 |
| 1 | 0 | IN_2 |
| 1 | 1 | IN_3 |

MTI0000199



Fig. 10



Fig. 11A

Fig. 11B

MTI0000201

## Fig. 12A



## Fig. 12B

### TRUTH TABLE

| DISABLE | S1´ | S0´ | OUT_3´ | OUT_2´ | OUT_1´ | OUT_0´ |
|---------|-----|-----|--------|--------|--------|--------|
| 0 | 0 | 0 | 0 | 0 | 0 | IN |
| 0 | 0 | 1 | 0 | 0 | IN | 0 |
| 0 | 1 | 0 | 0 | IN | 0 | 0 |
| 0 | 1 | 1 | IN | 0 | 0 | 0 |
| 1 | X | X | 0 | 0 | 0 | 0 |

X = DON'T CARE

MTI0000202

U.S. Patent        Nov. 11, 1997        Sheet 12 of 15        5,687,379

# Fig. 13A

| BUS DMA CHANNEL (DRQ_OUT, DACK_IN) | DEV DMA CHANNEL (DRQ_IN, DACK_OUT) | XBUS_USE (ON/OFF) | DMA_SWITCH 10, 32, 54 |
|---|---|---|---|
| 0 | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

# Fig. 13B

| (SYSTEM REQUIREMENTS) | | | (REGISTER VALUES) | |
|---|---|---|---|---|
| DEV_IRQ | BUS_IRQ | PROTECTION (SECURE) | IRQ_SECURE | IRQ_IN_SWITCH |
| 0 | | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

MTI0000203

MTI0000204



Fig. 14

U.S. Patent

Nov. 11, 1997

Sheet 14 of 15

5,687,379

Fig. 15





Fig. 16

Fig. 17

5,687,379

**1**

## METHOD AND APPARATUS FOR PREVENTING UNAUTHORIZED ACCESS TO PERIPHERAL DEVICES

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 08/042,979 filed Apr. 5, 1993, now abandoned.

This invention is related to the following patent applications: Expansion Module Including Programmable Chip Select, Ser. No. 08/043,193; Method Of Remapping Interrupts And DMAs, Ser. No. 08/043,191; Method For Providing A Programmable Data Write Hold Time, Ser. No. 08/043,126; and Method For Reading Data From A Write Only I/O Port, Ser. No. 08/043,169, all filed on Apr. 5, 1993 and subject to an obligation of assignment to Zenith Data Systems Corporation.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates to a system for providing programmable configuration protection of a programmable Input/Output (I/O) device. By configuration protection, it is meant that the programing options of an I/O controller can be set in accordance to a given environment, and then by use of a programming controlled signal, prevent the changing of the programmed environment or remove those programmed options considered unsafe in the now secured environment.

#### 2. Description of the Prior Art

Various systems are known in the art for providing security to the I/O controllers and subsystems. For example, in some systems, special physical, locked containments have been developed to prevent unauthorized access to the I/O connections of a computer system. In those applications, the containment is attached to the body of the computer system, and locked via a physical lock and key to prevent access and possible tampering. This application adds a great deal of bulk to the chassis of the computer system, and requires the use of a physical key to regain access to the I/O connections on the chassis. This methodology, being mechanical in nature, is also subject to the failures, inefficiencies, and inherent faults that can occur in a mechanical application.

Other applications use jumper connections on the motherboard or I/O sub-assembly to enable and disable the I/O conductivity at a level prior to the connectors on the chassis of a system. This methodology requires the physical opening of the system's containment by a technically cognizant individual, and then the addition and removal of jumpers or the positioning of switches to assign a configuration to an I/O subsystem. As with the containment method above, this method is mechanical in nature and does not provide ease in changing configurations in adaptive environments.

Another application allows for special programming algorithms for the configuration of programmable I/O controllers. These algorithms are typically special programming codes used to unlock the programmability of the I/O controller, and then re-lock the controller when changes have been made and are set. This application provides a flexible software methodology for changing the configuration, but does not offer any security benefits, as the algorithms are eventually made public, and thus all security is lost.

These methods and others not mentioned share a problem common to all security systems. This problem is the ability to provide solid security and yet provide sufficient flexibility.

**2**

This, combined with the already technical complexity of computer systems and the establishment of security on an I/O subsystem, can be expensive and extremely limiting.

### SUMMARY OF THE INVENTION

The object of the invention is to provide a system for readily setting and locking the configuration of a programmable I/O subsystem.

Another object of the invention is to provide a system of I/O security that is intrinsic to the I/O subsystem to such a degree as tampering would be beyond the ability of most individuals.

Another object of the invention is to provide a system of de-activating the security locks in a positive yet flexible manner, thus permitting adaptations of an I/O subsystem's configuration to be changed in secure but easy manner.

Another objective of this invention is to provide the option of completely disengaging some I/O options at the time of securing the subsystem, thus removing the possibility of tampering.

It is yet another objective of this invention to meet all stated objectives without undo distress or cost to the system.

The present invention provides I/O configuration protection by programming and hardware interfacing. For simplicity of understanding, this methodology can be subdivided into three components: securing the IRQ resource enables, securing the generation of I/O device selection signals, and securing the programmability of the I/O controller.

Common to all components, is the secure signal. This is an external signal that provides the impetus for the security logic to become active. The secure signal is defined as a simple switch in FIG. 1 (component 004), but is typically a more complex circuit in reality. The secure signal is a SECURE signal is typically provided by a processor controlled function. There is extreme flexibility in this circuit, but the following stipulations remain consistent: (1) the SECURE signal must remain inactive while the I/O controller is being programmed to its desired configuration, (2) the SECURE signal is activated when the configuration is set and it is specified as a secure configuration by the user, (3) the SECURE signal should be cleared before any configuration changes are implemented, and (4) the user identity should be confirmed (via a key lock switch, or password, or other external security method) as an official designee empowered to make configuration changes, before de-activation of the secure signal. These stipulations are not part of the present invention, but are part of a more global security methodology that takes advantage of the present patent in such a manner as to provide a consistent security protection of the I/O controller and subsystem.

The IRQ resource enabling feature of the current invention provides the ability to actually turn off interrupt request signals to the system on the I/O Controller chip level. In terms of security, this feature allows the user to disable unsafe or unwanted interrupt generating devices with the same effectiveness as physically removing the interrupt generation circuitry from the system. Since interrupt generation causes a system to hold other processes and begin servicing the interrupt, the generation of an interrupt from a non-secure source could very easily cause the system's integrity to be compromised. By allowing the IRQ signals to be disabled at such a low level without actual physical modification of the system, security is provided in both a solid and flexible manner.

The I/O select disable feature is similar in general advantages to the IRQ resource enabling. However, instead of

5,687,379

3

preventing the processor from being interrupted by external devices, this feature prevents errant programming in the system process from actuating external I/O assemblies controlled through the I/O controller. In this case, this prevents programming on the processor side, either intentional, incidental, or of nefarious origin from circumventing software control, and attempting to communicate to an I/O assembly not approved for the environment. An example to consider is that of an external serial port on a machine. The serial port incoming IRQ has been disabled, but it can still be actuated via direct port access and polling. This translates to programming methodology to circumvent the IRQ resource protection, by developing special software to access the subassembly devoid of interrupt operation. The conclusion, is the compromising of the system's data integrity, as all data could be transfer via the serial port to another unsecured facility for analysis and duplication.

The programming security of the I/O controller is a necessary feature to this invention, as it ensures that all of the carefully programmed security options remain intact, once the security options become active. The danger being adverted, is one of a program reissuing the configuration commands to the I/O controller, thus disabling all of the safeguards in place and thereby compromising the security of the system. This component is in place to protect the advantage gotten by the other two components listed above.

BRIEF DESCRIPTION OF THE DRAWING

These and other objects and advantages of the present invention will become readily apparent upon consideration of the following detailed description and attached drawing, wherein:

FIG. 1 is a block diagram of the computer system;

FIG. 2 is a schematic diagram of the register file logic illustrated in FIG. 1;

FIG. 3 is a block diagram of the programmable select logic illustrated in FIG. 1;

FIG. 4 is a schematic diagram of the address match logic illustrated in FIG. 3;

FIG. 5 is a schematic diagram of the command match logic illustrated in FIG. 3;

FIG. 6 is a schematic diagram of the index match logic illustrated in FIG. 3;

FIG. 7 is a block/schematic diagram of the direct memory access (DMA) switch register and related circuitry for recapping DMA I/O control lines;

FIG. 8A is a schematic diagram of the demultiplexing logic circuitry used for DMA switching;

FIG. 8B is a truth table corresponding to the logic circuitry of FIG. 8A;

FIG. 9A is a schematic diagram of the multiplexing logic circuitry used for DMA switching;

FIG. 9B is a truth table corresponding to the logic circuitry of FIG. 9A;

FIG. 10 is a schematic diagram of XBUS control logic;

FIG. 11A is a block/schematic diagram of the interrupt request (IRQ) switch register and related circuitry for remapping IRQ I/O control lines;

FIG. 11B is a schematic diagram of the mapping of IRQ inputs to the IRQ outputs;

FIG. 12A is a schematic diagram of the demultiplexing logic circuitry used for IRQ switching;

FIG. 12B is a truth table corresponding to the logic circuitry of FIG. 12A;

4

FIGS. 13A and 13B are programmable DMA and IRQ mapping tables for recording system I/O configurations;

FIG. 14 is a schematic diagram of the secure-interrupt logic;

FIG. 15 is a schematic diagram of the secure-IOSELECT logic;

FIG. 16 is a schematic diagram of the secure data write logic; and

FIG. 17 is a timing diagram for the XBUS control logic.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A computer system is illustrated in FIG. 1 which includes a system controller 1, a programmable device 2, a system data and address bus 3, and an input/output (I/O) option or expansion card 13 for supporting a plurality of I/O devices. Two I/O devices, identified with the reference numerals 11 and 12, are illustrated for simplicity. The I/O expansion card 13 is adapted to be plugged into an edge connector (not shown) on the motherboard; thus conserving AT bus expansion slots. The programmable device 2 provides for the necessary selection, decoding, and resource routing functions to support the I/O devices 11 and 12.

As shown, the expansion card 13 is connected to the option data (XDATA) bus, which, in turn, is connected to the system bus 3 by way of a data transceiver 5. However, it is also contemplated that the expansion card 13 can be directly connected to the system data bus 3. Addressing of the I/O devices 11 and 12 is provided by the programmable device 2 as will be discussed in more detail below.

Bus Description

Various architectures for the system bus 3 are contemplated. For example, the system bus 3 can be an industry standard architecture (ISA) bus, an extended industry standard architecture (EISA) bus, a microchannel architecture (MCA) bus; a video local (VLBUS) bus, or a peripheral component interconnect (PCIBUS) bus.

The option data bus (XDATA) is a multiple bit parallel bus, connected to the system bus 3 by way of the data transceiver 5. The data transceiver 5 allows for data transfers between the system bus 3 and the I/O devices 11 and 12, and between the system data bus 3 and the programmable device 2.

The data transceiver 5 includes read tri-state devices 15 and write tri-state devices 14. These tri-state devices 13 and 14 are enabled by a read signal XREAD_EN# and a write signal XWRITE_EN# from the programmable device 2, as will be discussed in more detail below.

System Controller

The system controller 1, under the direction of the central processing unit (not shown, CPU), initiates commands on the system bus 3 to transfer data to and from all system peripherals including the I/O devices 11 and 12. These commands include commands to transfer data from an I/O devices 11, 12 to the system controller 1 and ultimately to the CPU, as well as WRITE commands to transfer data to the I/O devices 11, 12 from the system controller 1 and the CPU. The system controller 1 also asserts addressing information to the I/O devices 11, 12 to indicate which I/O device 11, 12 is to respond to the command. The addressing information is decoded by the programmable device 2, as will be discussed in more detail below.

MTI0000208

5,687,379

| 5 | 6 |

Interrupt request lines IRQ allow the I/O devices 11 and 12 to asynchronously notify the system controller 1 when the I/O devices 11 and 12 require service. These interrupt request lines IRQ are prioritized and require coordination between the I/O devices 11 and 12 and the system software to allow the I/O devices 11, 12 interrupt priority level to be changed during installation and to allow the I/O devices to coexist with other similar devices. In known systems, the method of changing the interrupt level is accomplished manually by way of a jumper or shunt; requiring a certain amount of disassembly of the computer system. As will be discussed in more detail below, the interrupt system described herein is programmable.

The system controller also provides to the system bus 3 a number of control signals intended to allow the I/O devices 11 and 12 to request a direct memory access (DMA) by way of DMA request signal DRQ. When a DMA request is received by the system controller 1, it will respond to the I/O devices 11, 12 with a DMA acknowledged signal DACK, assuming that system resources are available. These signals, DRQ and DACK are paired together to form a DMA channel. Multiple DMA channels are typically provided in a computer system and are generally allowed to be rerouted from one device to another when the need arises. In known systems, rerouting of DMA channels is similar to remapping of an interrupt request and require the manual changing of various shunts or jumper. As described below, DMA channel rerouting described herein does not require any disassembly and is accomplished by software commands.

The system controller 1 does not form a part of the present invention and includes DMA and IRQ functions as discussed above, as well as bus control functions. This system controller 1 may be formed from a single chip or multiple chips. For example, the DMA and IRQ functions can be provided on a single chip, such as an Intel model number 82357, while the bus control functions may be provided by another chip such as an Intel model 82358.

The Programmable Device

The programmable device 2 provides the necessary selection, decoding, and resource rerouting functions necessary to support various I/O devices 11 and 12 on the option card 13, as well as the motherboard itself. In particular, the programmable device 2 may be used to provide all address decoding functions, IRQ, and DMA mapping function for the entire motherboard.

The programmable device includes register file logic 6, a programmable select logic 7, option bus control logic 8, interrupt mapping logic 9, and DMA request/acknowledge mapping logic 10.

The programmable device 2 may be implemented as an application specific integrated circuit (ASIC). The Verilog source code for the ASIC is attached as Appendix 1.

Register File Logic

The register file logic 6 is illustrated in FIG. 2. The register file 6 includes all of the programmable storage elements used to configure the programmable device 2 along with the decode logic to identify accesses to the programmable device 2. As shown, a plurality of internal registers 104 through 114 are shown. These internal registers 104 through 114 are accessed by the system controller 1 by way of an index port 91 and a data port 92. In particular, the index port and the data port can be set at any values, for example, $E0 and $E4. Thus, anytime the system controller 1 writes the address $E0, the index port decode logic 91 will assert

the INDEX_WRITE signal when the address matches the index port decode address ($E0) during a WRITE operation. The INDEX_WRITE signal is utilized by the XBUS control logic 8 (FIG. 1) to cause a XWRITE_EN# signal to be asserted to enable the data transceiver 5 to pass system data through to the XDATA bus. The INDEX_WRITE signal also enables an 8-bit index register 90 along line 101. The index register 90 is used to select one of the internal registers 104 through 114 as a target register for programming. Thus, once the signals XWRITE_EN# and INDEX_WRITE are asserted, a data byte from the system controller 1 is written to the index register and latched as the signals XWRITE_EN# and INDEX_WRITE are deasserted. The output of the index register 90 is applied along line 103 to a register select logic block 93, implemented as a demultiplexer, which selects or enables one of the internal registers 104 through 114.

When the system controller 1 asserts the address of the data port (e.g., $E4) and asserts a WRITE command signal, the data port decode logic 92 asserts a DATA_WRITE signal along line 102. The DATA_WRITE signal is used in the XBUS control logic 8 to assert an XWRITE_EN# signal and to allow system data to be connected to the XDATA bus. The assertion of the DATA_WRITE signal at the register select logic 93 asserts one of the WRITE lines 115 to 125 of the internal registers 104 through 114 which corresponds to the target register, thereby loading the data into that register.

The accesses to the data port may be qualified for various reasons, including security. In particular, in order to prevent unauthorized access of the data port 92, accesses to this port 92 may be qualified with a SECURE signal or other signals. As shown in FIG. 1, the SECURE signal may be from a key switch 4 to prevent unauthorized modification of the programmable device 2.

Each of the registers 104 to 114 in the register file logic 6 can be read back by the system controller 1 (FIG. 1). In particular, all eight bits of each of the registers 104 to 114 are connected to a multiplexer 130 along line 135. When the system Controller 1 asserts the data port address (e.g., $E4), and additionally asserts a READ command, the data port decode logic 92 will assert a DATA_READ signal. The DATA_READ signal along with bit 7 from the index register 8-bit latch 90 are used to control a tri-state device 129 to enable the multiplexer 130 output to be applied to the XDATA bus. In particular, the DATA_READ signal is applied to a noninverting input of the AND gate 133 while bit 7 of the index register 90 is applied to an inverting input of the AND gate 133 along line 134. The output of the AND gate 133 is used to control a tri-state device 129, which, in turn, when enabled, applies the outputs of the selected register 104 to 114 to the XDATA bus. During this condition, the XREAD_EN# signal will be enabled from the XBUS control circuit 8 to allow the XDATA bus to be connected to the system bus 3, which, in turn, allows the outputs of the registers 104 to 114 to be read back by the system controller 1.

Bit 7 of the latch 90 may be used to defeat the read back function by the system controller 1. In particular, if bit 7 is set, then gate 133 will be disabled, which, in turn, will disable the tri-state device 129 to prevent the data at the output of the registers 104 to 114 from being read back by the system controller 1.

A data decode signal DATA_DEC is asserted any time the data port decode logic 92 indicates that the data port was addressed by the system controller 1. This data decode signal, available at the output on an OR gate 132, is under

5,687,379

7

the control of the DATA_WRITE and DATA_READ signals, applied to the inputs of the OR gate 132. This data decode signal DATA_DEC is used in other parts of the control logic, including an index match INDX_MTCH logic control circuit 162 on FIG. 3 of the drawings.

### Programmable Select Logic

As mentioned above, the programmable device 2 is accessed by way of the register file logic 6 which includes the internal registers 104 through 114. The internal registers 104 through 107 are used to control each of the IOSEL0# output signals from the programmable select logic 7, used to select an I/O device 11, 12 on the expansion card 13. As discussed below, the registers 108 through 114 are utilized for DMA and IRQ mapping.

The registers 104 through 107 define the address and other qualifying parameters for each output select signal IOSEL. For simplicity, only a single programmable address output select signal IOSEL is described.

The registers 104 through 107 represent the command register CMD_REG[7:0]; the upper address register UADD_REG[7:0]; the lower address register LADD_REG [7:0]; and the mask register MASK_REG[7:0].

The command register CMD_REG[7:0] is used to specify the commands for enabling the I/O select output signal IOSEL and global outputs. The command register CMD REG[7:0] is an 8-bit register. Bit 0, when set, allows the signal I/O 16 to be asserted when the programmable output select signal IOSEL is asserted. The I/O 16 signal is used to indicate to the system bus 3 that the particular I/O device 11, 12 is capable of 16-bit data transfers. Bit 1 is used to qualify the output select signal IOSEL with a PRIVY signal, for example, which may be used to control access to a particular I/O device, such as a hard disk drive (not shown). In particular, as will be discussed in more detail below, when bit 1 is asserted, the programmable output select signal IOSEL will be enabled. Similarly, when bit 1 is disabled, the output select signal IOSEL will be deasserted unless the programmable select logic 7 is in the sticky mode, in which case bit 1 is ignored. Bits 4, 3 are used to qualify the programmable output select signal IOSEL with either an I/O WRITE signal IOW or an I/O READ signal IOR. In particular, when bits 4,3 equal 0,0, neither the I/O READ signal IOR nor the I/O WRITE signal IOW affect the I/O select signal IOSEL. When bits 4,3 equal 0,1, the I/O READ signal IOR is used to qualify or enable the I/O select signal IOSEL. When bits 4,3 equal 1,0, the I/O WRITE signal IOW enables the I/O select signal IOSEL. When bits 4,3 equal 1,1, either the I/O READ signal IOR or the I/O WRITE signal IOW can enable the I/O select signal IOSEL. Bits 5,6 are reserved. Bit 7, identified as INDXD, controls the mode of operation of the programmable select logic 7. In particular, when bit 7 is set, the programmable select logic 7 will be in either the index mode or the sticky mode, depending on whether the sticky bit in the mask register is set.

When the programmable select logic 7 is in an address decode mode of operation, the upper address register UADD_REG and the lower address register LADD_REG are used to define the upper and lower bytes of the programmed address range for the I/O devices 11 and 12 on the expansion card 13. Both the upper address register UADD_ REG and the lower address register LADD_REG are 8-bit registers.

The mask register MASK_REG[7:0] is an 8-bit register which allows a range of addresses to be decoded instead of

8

a single address. Each bit in the mask register MASK_REG [7:0] corresponds to a bit in the lower address register LADD_REG[7:0]. Bit 0 of the mask register MASK_REG [7:0] is used to set the "sticky bit" which enables a sticky mode of operation, as will be discussed below.

The programmable select logic 7 (FIG. 3) is adapted to operate in an address decode mode, an index decode mode, and a sticky mode. The mode of operation of the programmable select logic 7 is under the control of a multiplexer (MUX) 150 and an OR gate 152. The MUX 150 has two selectable inputs A and B which are under the control of a select input S. Bit 7 of the command register CMD_REG is applied to the select inputs of the MUX 150 to control the mode of operation. As mentioned above, when bit 7 of the command register CMD_REG[7:0] is set, this indicates that the indexed mode of operation has been selected. If bit 0 in the mask register MASK_REG[7:0] is also set, the programmable select logic 7 will operate in the sticky mode of operation. Bit 7 of the command register CMD_REG[7:0] is applied to the select input S of the MUX 150. When this select input S is high, the MUX 150 selects input B to enable either the index mode of operation or the sticky mode of operation. When the select input S is low, input A is selected for the address mode of operation.

When the address mode of operation is selected, the address select signal ADD_SEL is asserted on a successful address decode. This signal ADD_SEL is under the control of an AND gate 154. The AND gate 154 is a two-input AND gate. One input to the AND gate 154 is an address match signal ADD_MTCH from the ADD_MTCH control logic 156. The other signal is an option match signal OPT_ MTCH from the command match logic CMD_MTCH 158. As will be discussed in more detail below, the ADD_MTCH signal is asserted when an address matches the programmed address. This address match signal ADD_MTCH is qualified with the option match signal OPT_MTCH from the command match logic CMD_MTCH 158 such that the I/O select output signal IOSEL is only asserted for various programmed commands, such as SECURE, WRITE, READ, or other qualifiers, such as a PRIVY signal, which, in turn, enable the AND gate 154 which, in turn, is applied to the A input of the MUX 150 to provide the I/O select output signal.

If the programmable select logic 7 is in an index mode of operation, bit 7 of the command register CMD_REG[7:0] will select input B of the MUX 150 to disable the address mode of operation. Input B of the MUX 150 is used for both the index mode of operation and the sticky mode of operation. Whether the index mode of operation or the sticky mode of operation is selected is under the control of the OR gate 152, whose output is applied to the B input of the MUX 150. In both an index and sticky mode of operation, the B input of the MUX 150 is selected. When the "sticky" bit is set, the particular IOSEL is selected until the "sticky" bit is deasserted.

In an index mode of operation, the IOSEL signal is under the control of the AND gate 160. In a sticky mode of operation, the "sticky" bit (e.g., bit 7 of the command register CMD_REG[7:0]) masks the index select signal INDEX_SEL such that the IOSEL signal is asserted as long as bit 7 of the command register CMD_REG[7:0] is asserted. The index select signal INDEX_SEL is under the control of an AND gate 160. One input to the AND gate 160 is the option match signal OPT_MTCH from the command match logic CMD MTCH 158. The other input to the AND gate 160 is an index match signal INDEX_MTCH from the index control logic INDX_MTCH 162. As will be discussed

5,687,379

9

in more detail below, when the index matches the programmed index, the index match INDEX_MTCH signal will be asserted to enable the AND gate 160.

As discussed above, the programmable device 2 is thus adapted to decode either physical or indexed addresses. A physical address defines an actual I/O address within the physical address space. An indexed address refers to a method where the address is generated using a base address and an offset. The index values are available at the index register 90 and decoded as discussed below. The indexed decodes allow I/O devices to avoid using any physical address space.

When an address mode is selected, the address can be fully decoded using 16 bits of address or the lower eight address bits can be selectively masked off to enable up to 256 contiguous addresses to match the decode. This allows for global address ranges for option boards if necessary.

The programmable select logic 7 system is also able to provide an ISA bus slave signal I/O 16 which indicates to the system bus 3 that the I/O devices 11, 12 on the expansion card 13 is capable of 16-bit data transfers. This signal I/O 16 is available at the output of an AND gate 164. One input to the AND gate 164 is the address select signal ADD_SEL. Bit 0 of the command register is applied to the other input. This bit CMD_REG[0] is used to enable or disable the I/O 16 output.

The address match ADD_MTCH logic 156 is illustrated in FIG. 4. This logic 156 includes 16 exclusive NOR gates 166 through 196, 8 OR gates 198 to 212, 2 NAND gates 214 and 216, and one NOR gate 218. The upper byte of the system address ADDRESS[15:8] is applied to one input of the exclusive NOR gates 166 through 180. The eight bits of upper address register UADD_REG[7:0] are applied to the other inputs. The outputs of the exclusive NOR gates 166 to 180 are applied as inputs to NAND gate 214 whose output is applied to NOR gate 218. The output of the NOR gate 218 is the address match signal ADD_MTCH.

The lower byte of the system address ADDRESS[7:0] is applied to one input of the exclusive NOR gates 182 to 196. Bits 0 to 7 of the lower address register LADD_REG are applied to the other inputs. The outputs of the exclusive NOR gates 182 to 196 are applied to one input of the OR gates 198 through 212. The MASK_REG bits 0 to 7 are applied to the other inputs of the OR gates 198 to 212. The outputs of the OR gates 198 to 212 are applied to the NAND gate 216 whose output is applied to the NOR gate 218.

When the address from the system address bus-matches the programmed address in the upper address register UADD_REG and the lower address register LADD_REG, the outputs of the exclusive NOR gates 166 through 196 will be high. The high output from the exclusive NOR gates 166 to 180 will cause the output of the NAND gate 214 to be low. When the address match logic ADD_MTCH 156 is decoding a single address, the bits 0 through 7 of the mask register MASK_REG will be deasserted. In this situation, the outputs of the exclusive NOR gates 182 to 196 are used to enable the NOR gates 198 to 212 to cause the output of the NAND gate 216 to be low, which in turn enables the address match signal ADD_MTCH.

The mask register MASK_REG[7:0] enables a range of addresses to be decoded. In particular, the mask register MASK_REG[7:0] controls the outputs of the OR gates 198 through 212. When these bits are enabled, they will force the corresponding outputs of the OR gates 198 to 212 to be high, which, in turn, results in the corresponding address bits being ignored. A summation of all of the mask register bits

10

MASK_REG[7:0] being asserted results in the NAND gate 216 being deasserted. When the mask register bits MASK_REG[7:0] are low, the lower byte address bits are decoded in the same manner as the upper byte address bits.

The command match CMD_MTCH logic 158 is illustrated in FIG. 5 and includes the NAND gates 216 through 228, the AND gate 232, the inverter 230, and the OR gate 231. In an address decode mode of operation and an index decode mode of operation, the command match CMD_MTCH logic 158 is used to enable the output signals address select ADD_SEL and index select INDX_SEL (FIG. 3). As discussed above, additional qualifiers can be added, such that the I/O devices 11 and 12 will only be selected on the expansion card 13 when the system controller 1 matches both the preprogrammed address and the particular command programmed into the command register CMD REG [7:0] for a particular I/O device 11, 12. In particular, bits 0, 2 through 4 from the command register CMD REG[7:0] are applied to the inputs of the NAND gates 216 through 228. Bits 3 and 4 are also applied to the OR gate 231. The WRITE, READ, and other qualifier command signals, such as QUAL_A, are applied as inputs of the NAND gates 218, 220, 222, and 228. The SECURE signal is applied to the input of the NAND gate 218 by way of the inverter 230. The outputs of the NAND gates 218 and 228 are applied as inputs to the NAND gates 216 and 226, respectively, along with the bits 2 and 0 of the command register CMD_REG. The outputs of the NAND gates 220, 222 and OR gate 231 are applied as inputs to the NAND gate 224. The outputs of the NAND gates 216, 224, and 226 are applied as inputs to the AND gate 232. The output of the AND gate 232 is the option match signal OPT_MTCH.

In operation, when a command such as READ or WRITE matches the preprogrammed command qualifier in the command register CMD_REG[7:0], the NAND gate 232 will be enabled, which, in turn, will enable the AND gates 154 and 160 (FIG. 3) to enable the I/O select signals IOSEL during an address and index mode of operation. During a sticky bit mode of operation, the command match CMD_MTCH logic 158 is ignored.

The index match INDX_MTCH logic 162 is illustrated in FIG. 6 and includes the inverters 234 and 236 and the AND gates 238 to 240. The index match logic INDX_MTCH 162 is used to enable the AND gate 160 (FIG. 3), which, in turn, is used in an index mode of operation. The value from the index register 90 (FIG. 2) is applied to the inputs of the AND gate 238 with bits 1 and 7 of the index register 90 being inverted by inverters 234 and 236. The output of the AND gate 238 is applied to one input of the AND gate 240 along with the data decode signal DATA_DEC. The AND gate 238 decodes the value written to the index register 90 (FIG. 2).

The signal DATA_DEC (FIG. 2) is available at the output of the OR gate 132 and is enabled whenever system controller 1 initiates a read or write access to the port. When both the output of the AND gate 238 is asserted along with the data decode signal DATA_DEC, the index match signal INDX_MTCH goes high.

Remapping of IRQ and DMA Control Lines

To provide flexibility and alleviate the burdens of knowing the details of microcomputer system resources and hardware locations, the embodiment uses a software method to provide a system having means for remapping input I/O lines to any one or more output I/O lines under software control. The embodiment includes mapping inter-

MTI0000211

5,687,379

11

rupt requests (IRQs) and direct memory access (DMA) I/O channel control lines to multiple output destinations. Since in many cases the complexity of a microcomputer configuration is directly related to the multiplexing of the interrupt and DMA I/O channel Control lines, this complexity may be reduced considerably by eliminating the need for physical jumpers manually placed by the user when configuring the system for use with devices which use the interrupt and DMA I/O channels.

The use of jumpers is burdensome and often confusing to users. In fact, improper jumper configuration often creates system conflicts which, through the eyes of the novice user, often looks like software incompatibility issues when in fact the problem actually only lies in the improper hardware jumper configuration. Microcomputer systems have typically been built with a confusing matrix of these hardware jumpers and complex related documentation which is also confusing. Different motherboards and add-on cards have added to the confusion by placing these hardware jumpers in different locations depending on the particular product. Moreover, if a resource limit is reached because too many different jumper options have been used up, then some add-on boards or system options may not be available to the user. All this has historically left users confused with how interrupts and DMA I/O control lines should be configured. Accordingly, the elimination of physical jumpers as provided by the embodiment considerably reduces the complexity and user confusion associated with interrupt and DMA I/O control line configuration.

The embodiment provides programmable DMA switching of six (6) different pairs of DMA control lines to be mapped to three (3) different sources. The embodiment also provides for the programmable switching of six (6) IRQ IN lines to any of six (6) IRQ OUT lines. Of course, the mapping of three (3) DMA input pairs to six (6) output pairs and the mapping of six (6) IRQ input lines to six (6) IRQ output lines is only an arbitrary choice for the embodiment; any number of input and output I/O control lines could be switched in accordance with the invention (2 channels, e.g., 0,1, are shown in FIG. 1 for the interrupt and DMA control lines). As will be described in more detail below, switching is provided by the programmable device 2 through a series of registers which control multiplexers (MUXs) and demultiplexers (DEMUXs) which carry out the switching of the control lines. The registers reside in the register file 6 as described above. The programmable device 2 is disposed between the system controller 1 via the system bus 3 and the option card 13 to facilitate I/O communications with option card 13 and support I/O devices 11, 12 over interrupt and DMA I/O channels. DMA request/acknowledging mapping logic 10 (FIG. 1) utilizes MUXs and DEMUXs as well as associated glue logic which is described below. The interrupt mapping logic 9 uses DEMUXs and associated glue logic described below.

DMA Mapping Logic

In order to make the device as integrated as possible, the programmable device 2 controls all system I/O functions,

12

controls the I/O data paths, and routes signals critical to the DMA and IRQ paths. The mapping control logic is normally programmed by the system firmware during the power-up sequence to industry standard location which may be reprogrammed later under software control. Referring again to FIG. 1, it can be seen that the system address bus and the XDATA bus are both connected to the register file 6 within the programmable device 2. The register file 6 contains numerous READ and WRITE 8-bit registers, six of which are of interest in the present discussion, namely, the three DMA registers and the three IRQ registers. All of these registers are accessed by an indexing mechanism which is controlled through two address locations within the system's real I/O address space, as described above.

FIG. 2 shows the register file wherein the registers for DMA switching of DMA channel 1 and channel 0, channel 3 and channel 2, and channel 5 and channel 4, DMASW10__ REG, DMASW32__REG, and DMASW54__REG, respectively, are programmable registers controlling DMA request acknowledging mapping logic 10. The location of the registers in the embodiment are at index x045, x046, and x047 ports respectively. The registers for interrupt request switching of interrupt channel 1 and channel 0, channel 3 and channel 2, and channel 5 and channel 4, IRQSW10__ REG, IRQSW32__REG, and IRQSW54__REG, respectively, are the registers controlling the interrupt mapping logic 9 (FIG. 1), located at index x041, x042, and x043 ports respectively, in the embodiment. The interrupt and DMA I/O channel control registers are written to under program control by indexing in data transfer to the programmable device 2, as described above.

Each of the six interrupt and DMA control registers are 8-bit latches wherein each byte comprises a low nibble and a high nibble, and each nibble controls an I/O channel (DMA control line pair or interrupt control line). The DMA and interrupt control lines are numbered from 0 to 5, wherein each number represents a DMA control line pair comprising a DMA request signal line (DRQ) and a DMA acknowledge signal line (DACK) in the case of a DMA channel, and represents an interrupt request (IRQ) line in the case of an interrupt channel.

FIG. 7 represents the first DMA mapping switch register from the register file 6. As can be seen from FIG. 7, the DMA mapping switch registers control two sets of DMA channel control line pairs each. The DMA switch register shown in FIG. 7 is DMASW10__REG [7:0] which controls DMA input channel 0 and DMA input channel 1. The control circuitry shown in FIG. 7 routes either DMA input channel to any one of DMA output channels 0,1, or 2.

The following TABLE 1 represents the programming of the data byte represented by the DMA switch registers.

TABLE 1

| DMA_SWITCH REGISTER | |
|---|---|
| Register(s): | DMA_SWITCH_1_0<br>DMA_SWITCH_3_2<br>DMA_SWITCH_5_4 |
| Index(es): | x045 for DMA_SWITCH_1_0<br>x046 for DMA_SWITCH_3_2<br>x047 for DMA_SWITCH_5_4 |
| Mode: | Read/Write |

5,687,379

13

14

TABLE 1-continued

DMA__SWITCH REGISTER

| Description: | These registers control the DRQ__OUT and DACK__IN pins. They control which device DRQ__IN and DACK__OUT should be assigned to each bus side pins. For example, DMA__SWITCH_5__4 determines the settings for the DMA__OUT[5] and DACK__IN[5] pins and for the DMA__OUT[4] and DACK__IN[4] pins. |
|---|---|

| Bits: | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Fields: | XBUS__CNTRL__1 | | DEV__SEL__1 | | XBUS__CNTRL__0 | | DEV__SEL__0 | |
| Reset State: | reserved | X | X | X | reserved | X | X | X |

(DMA__SWITCH__1__0 shown)

Field Description

| DEV__SEL__X | This field selects which device DRQ__OUT[N] and returning DACK__IN[N] will use this DRQ__OUT[X] DACK__IN[X] (X=register half number, N=sel value):<br>DEV__SEL__0=00 connects DRQ__IN[0] to the DRQ__OUT[0] and DACK__IN[0] to DACK__OUT[0].<br>DEV__SEL__0=01 connects DRQ__IN[1] to the DRQ__OUT[0] and DACK__IN[0] to DACK__OUT[1].<br>DEV__SEL__0=01 connects DRQ__IN[2] to the DRQ__OUT[0] and DACK__IN[0] to DACK__OUT[2].<br>DEV__SEL__0=11 unused combination disables DRQ__OUT[0]. The DACK__IN[0] will continue to control the XBUSes as configured. |
|---|---|
| XBUS__CNTRL__X | This field determines whether XBUS control lines will be used during the DACK__IN[X]. |

As can be seen in FIG. 7, the data byte contained in the DMA switch register shown in TABLE 1 is used to configure the multiplexer and demultiplexer circuitry of FIG. 7 as well as the XBUS control circuitry, which includes DATA_READ from the OR gate 314 output to DATA__READ 818 (FIG. 10). Only the first register (index x045) is illustrated in FIG. 7, however, the other registers are configured similarly for DMA I/O channels 2, 3 and 4, 5.

The DMA switch register for channels 0,1 according to TABLE 1 and FIG. 7 programmed at offset x045 in register file 6 will control two of the six DMA I/O control line pairs (DACK__IN0/DRQ__OUT0 and DACK__IN1/DRQ__OUT1). The first two register bits 0,1 are for device select channel 0, DEV SEL0 which controls the demultiplexing at DEMUX 301 of DACK IN0 to DACK__OUT0, DACK__OUT1, or DACK__OUT2. The first two register bits 0,1, DEV SEL0 also control the demultiplexing at MUX 302 of DRQ__IN0, DRQ__IN1, or DRQ__IN2 to DRQ__OUT0. DEMUX 301 and MUX 302 are controlled via control lines S0 and S1 from DEV SEL0 in order to multiplex and demultiplex the DMA I/O control line signals. Also, the output of DEMUX 301 and MUX 302 are tri-stated by the control lines S0 and S1 by AND gate 303 by controlling tri-state buffers 304, 305,306, and 307 as shown in FIG. 7. The DMA switching DEMUX 301 and MUX 302 plus glue logic is represented generally with the dashed line Box 310. Similarly, the upper nibble of the register of TABLE 1 and FIG. 7 controls a DEMUX and MUX with a Box 312 similar to Box 310 to route DMA I/O control line signal paths for DMA 20 channel 1.

XBUS__CNTL__0 and XBUS__CNTL__1 bits of the DMA switch register DMASW10__REG[7:0] each respectively control the read enables for DMA channel 0 and DMA channel 1 access to the XBUS. An AND gate 308 "ANDS" the XBUS control bit 2, CNTL__0 with a DMA acknowledge input DACK__IN0 to create a read enable signal READ0, which, in turn, is "OR'ED" with a read enable signal READ1 by way of an OR gate 314 from DMA I/O channel 1 to apply a DATA__READ signal to a NOR gate 818 (FIG. 10) along line which is described above in conjunction with XBUS control 8.

With DMA switching, in order to allow for six different lines to be mapped to three different sources with the above three registers on the programmable device 2, six DMA acknowledge IN lines are demultiplexed to three DMA acknowledge OUT lines (e.g., DACKIN0 . . . DACKIN5 to DACK OUT0 . . . DACK OUT2) as will become apparent in the discussion that follows.

DMA services provided on the motherboard and on add-on cards may access system resources by becoming a bus user directly or via the DMA controller. The purpose of DMA services is to provide for the transfer of data between I/O and memory using the DMA signals as a request to the DMA controller to obtain the bus and execute the transfer cycles. As one skilled in the art appreciates, each DMA channel has two pairs of signal lines which have already been introduced (1) "DRQ" for DMA request and (2) "DACK" for DMA acknowledge. The "DRQ and DACK" are the "pair" of DMA control signal lines which are switched in the embodiment under program control and without the use of physical jumpers. The DMA request, DRQ signal is driven by the I/O resources to request DMA service from the DMA controller. The DRQ signal will remain active until the controller responds with the appropriate DMA acknowledge, DACK signal.

The programmable DMA channel configuration provided by the embodiment meets the configuration and software requirements for each request/acknowledge pair (DRQ/DACK), providing a very dynamic controllable technique to select and direct where DMA control lines are routed. In order to provide a programmable solution, the embodiment employs the programmable device 2 which provides the required configurable DMA control line pairs for the entire system. Through software control the system interrupt and DMA resources may be mapped or disabled to allow custom configuration of the system. The DRQ__IN0-DRQ__IN2 input pins may be mapped G0 any one or more of the DRQ__OUT0-DRQ__OUT5 output pins. The DRQ__OUT pins are tri-stated when not being used by a DRQIN, allowing for an external device on the system side to drive

5,687,379

15

these lines. Since the DMA request works in pairs with the DMA acknowledge lines, the same DMA mapping circuitry also controls the input pin DACK_IN0-DACK_IN5 to DACK_OUT0-DACK_OUT2. When a DACK_INX from the system side is asserted, the XBUS control block may be used for the cycle, depending on how the DMA switch register DMASWXX_REG is configured. The XBUS may be used even though a DACKIN# signal not being used by any of the channels.

FIG. 8A represents exemplary logic circuitry for implementing the DMA mapping DEMUX 301, and FIG. 8B shows a truth table relating where the IN signal will be routed according to S0 and S1 to OUT_0, OUT_1, OUT_2, or OUT_3. The circuitry represented by FIG. 8A and FIG. 8B shows how the control lines S0 and S1 affect the DEMUX 301 circuitry. The circuit of FIG. 8A provides for AND gates 356, 358, 360, and 362, each having three inputs and one output. One of the inputs to each of the AND gates 356, 358, 360, and 362 is an IN signal. Inverted and noninverted control signals S0 and S1 are provided to each of the inputs to the AND gates 356, 358, 360, and 362. The control signals S0 and S1 are applied as inputs to each of the AND gates 356, 358, 360 and 362. These signals S0 and S1 are also inverted by way of inverters 352 and 354, respectively, and likewise applied as inputs to each of the AND gates 356, 358, 360 and 362. Accordingly, when S0 and S1 are low for example, the IN signal will be routed to OUT_0 via AND gate 356. The other ways in which the IN signal is routed through the circuitry with control lines S0 and S1 is represented by the truth table shown in FIG. 8B.

FIG. 9A represents exemplary circuitry for DMA mapping MUX 302, and FIG. 9B represents truth table showing outputs indicating which inputs IN_0 to IN_2 are routed to the output signal OUT. The MUX 302 circuitry shown in FIG. 9A illustrates how control lines S0 and S1 affect AND gates 406, 408, 410, and 412 to determine which of input signals IN_0, IN_1, IN_2, or IN_3 are routed to the output signal OUT of a four input OR gate 414. The multiplexing is accomplished by sending noninverted versions of S1 to the input of AND gates 410 and 412, and sending inverted versions of S1 to AND gates 406 and 408 via inverter 404.

16

Noninverted S0 control signals are sent to AND gates 408 and 412, and inverted S0 signals are sent to AND gates 406 and 410 via inverter 402. The output mapping is illustrated in the truth table of FIG. 9B.

Interrupt Mapping Logic

Turning now to the interrupt request IRQ I/O channel control line switching, FIG. 11A, shows an IRQ switch register and related circuitry for remapping IRQ I/O control lines, and FIG. 11B expands the circuitry of FIG. 11A to provide mapping of m interrupt channels. Having described above the DMA I/O channel switching in detail, one skilled in the art will realize that IRQ switching is merely a subset of the DMA switching. The demultiplexing used for the interrupt mapping logic is much the same as that used for DMA request mapping logic. In fact, IRQ switching is much simpler than DMA switching because only one control signal needs to be routed for IRQ mapping, whereas two control signals (request and acknowledge) had to be mapped for DMA mapping. Moreover, since the IRQ signal is only an output signal being presented to the microcomputer by devices interrupting the microcomputer, only DEMUXs for demultiplexing IRQ control line signals are required for switching. Multiplexing of signals returned from the microcomputer are not required in interrupt mapping because no acknowledge signal is returned. The demultiplexer circuitry performed for IRQ mapping is much like the demultiplexing circuitry provided by DEMUX 301 described above in the context of DMA mapping.

The IRQ mapping switch registers from the register file 6 controls two (2) sets of IRQ input lines each, thus three (3) registers are required to control six (6) IRQ input lines. The six registers utilized are IRQSW10_REG, IRQSW32_REG, and IRQSW54_REG located at data offset x041, x042, and x043, respectively. The six IRQ channel inputs controlled by the three registers are 0,1 and 2,3, and 4,5, respectively.

The following TABLE 2 represents the programming byte of the IRQ_IN_SWITCH register.

TABLE 2

| IRQ_IN_SWITCH REGISTER | | | | |
|---|---|---|---|---|
| Register(s): | IRQ_IN_SWITCH_1_0 IRQ_IN_SWITCH_3_2 IRQ_IN_SWITCH_5_4 | | | |
| Index(s): | x041 for IRQ_IN_SWITCH_1_0 x042 for IRQ_IN_SWITCH_3_2 x043 for IRQ_IN_SWITCH_5_4 | | | |
| Mode: | Read/Write | | | |
| Description: | These registers contain the controls needed to select which IRQ_OUT will be used for IRQ_INX. | | | |

| Bits: | 7 | 6 5 4 | 3 | 2 1 0 |
|---|---|---|---|---|
| Fields: | DISABLE1 | IRQ1_SEL | DISABLE0 | IRQ0_SEL |
| Reset State: | X | X X X | X | X X X |

(IRQ_SWITCH_1_0 shown)

Field Description

IRQX_SEL    This field selects which IRQ_IN[X] is switched to IRQ_OUT[N].
IRQX_SEL=000 connects IRQ_IN[X] to IRQ_OUT[0]
IRQX_SEL=001 connects IRQ_IN[X] to IRQ_OUT[1]
IRQX_SEL=010 connects IRQ_IN[X] to IRQ_OUT[2]
IRQX_SEL=011 connects IRQ_IN[X] to IRQ_OUT[3]
IRQX_SEL=100 connects IRQ_IN[X] to IRQ_OUT[4]
IRQX_SEL=103 connects IRQ_IN[X] to IRQ_OUT[5]

MTI0000214

5,687,379

| 17 | 18 |

TABLE 2-continued

| IRQ_IN_SWITCH REGISTER | |
| --- | --- |
| DISABLEX | EXAMPLE: If every IRQ_SWITCH reg was loaded with 00h then any IRQ_IN would map to IRQ_OUT[0]. DISABLEX=1 disables response to IRQ_IN[X] (corresponding IRQ_OUT will float if no other IRQ_INs are mapped to it) |

The register shown in TABLE 2 indicates the data byte programming of any of the three above-described IRQ_IN_SWITCH registers which may be used for IRQ input channel mapping in accordance with the embodiment. The register shown in TABLE 2 indicates the data byte programming of any of the three above-described IRQ_IN_SWITCH registers which may be used for IRQ input channel mapping in accordance with the embodiment. The data byte of TABLE 2 is shown in FIG. 11A as IRQ_IN_SWITCH_10 register controlling two demultiplexer circuits DEMUX 502 and DEMUX 506 showing control of IRQ_OUT_0 via NOR gate 504 and IRQ_OUT_1 via NOR gate 508. The IRQ mapping of FIG. 11A may be expanded to an arbitrary number m outputs in accordance with the invention as illustrated in FIG. 11B. <Disable, Select> correspond to bits switch register nibbles for programming DEMUXs 502, 506, and 512. Additional OR gates 510 and 514 are shown for added IRQ_OUT X . . . IRQ OUT m control lines.

As TABLE 2 and FIG. 11A illustrate, the 8-bit byte of an IRQSWXX_REG register from register file 6 has an upper and lower nibble, each nibble controlling an IRQ I/O channel. As shown, control signals 50, S1, and DISABLE control the routing of an IRQ input signal to an IRQ output determined by the demultiplexers DEMUX 502 and DEMUX 506, etc. The IRQ mapping is programmed in register file 6 as described earlier and will control two of the six IRQ input lines per register. Multiple inputs may be programmed for a single output allowing the sharing of multiple IRQ input to enable a single IRQ output.

FIG. 12A shows circuitry for implementing DEMUX 502 or DEMUX 506. The demultiplexer logic circuitry in FIG. 12A is used to route .the IN signal to one of four OUT signals, OUT_0', OUT_1', OUT_2', or OUT_3'. The demultiplexing circuitry of FIG. 12A is not unlike that of FIG. 8A for the DMA control lines. However, the circuitry of FIG. 12A also includes a disable which is inverted via inverter 564 and presented as an input to each of four AND gates 556, 558,560, and 562. When disable is high its inverted signal, a low signal, is presented to the AND gates, thus disabling their outputs by making them always low. Select signals S0' and S1' control the demultiplexing of the IN signal through the AND gates 556, 558, 560, and 562. Selection control is provided by resenting the noninverted S0' signal to AND gate 558 and AND gate 562 while presenting an inverted S0' to AND gate 556 and AND gate 560 via inverter 552. The noninverted S1' is presented to the input of AND gate 560 and AND gate 562 while inverted S1' signals are presented to the inputs of AND gate 556 and AND gate 558 via inverter 554. The resulting signal flow of the IN signal through the demultiplexer circuitry of FIG. 12A is represented by the truth table shown in FIG. 12A.

FIGS. 13A and 13B are tables which are useful for programming the above-described hardware for remapping of IRQ and DMA control lines without hardware jumpers. FIG. 13A is used for programming the DMA remapping wherein the six control line pairs (DRQ_OUT/DACK_IN) for the Bus DMA channel are represented in the first column

as 0 through 5. The device DMA channel is recorded in the second column (DRQ_IN/DACK_OUT). XBUS use is recorded in the third column and indicated as on or off. The fourth column records the DMA switch registers for DMA channels 0,1 or 2,3 or 4,5, which are programmed as discussed above. FIG. 13B is used for remapping of IRQ control lines, wherein system requirements are recorded for the six IRQ channels (0–5) in the first three columns and register values for programming are stored in the last two columns of the IRQ table.

Programmable Data Hold Control

In a computer system with multiple buses, it is advantageous to electrically isolate the buses from each other. In the preferred embodiment, the system bus 3 is isolated from the option bus 13 by a data transceiver 5. The data transceiver 5 includes a write driver 14 and a read driver 13. The write driver 14 drives data toward the option bus 13 during write operations, and is controlled by a write enable signal XWRITE_EN#. The read driver 13 drives data toward the system bus 3 during read operations, and is controlled by a read enable signal XREAD_EN#. The write enable signal XWRITE_EN# and the read enable signal XREAD_EN#are controlled by XBUS control logic 8. The XBUS control logic 8 is shown in greater detail in FIG. 10. It is necessary that write data become valid when, or shortly after, a write signal WRITE# begins and after the write signal WRITE# ends to ensure that devices respond to valid data when receiving the write signal WRITE#. Devices latch write data on the trailing edge of the write signal WRITE#. This makes it critical to maintain valid write data beyond the end of the write signal WRITE#. Therefore, the write enable signal XWRITE_EN# must remain active beyond the end of the write signal WRITE#, ensuring the write driver 14 continues to drive the write data beyond the end of the write signal WRITE#.

Referring to FIG. 10, all write signals 802 are provided to the inputs of OR gate 804. The output of OR gate 804 XWRITE is provided to NOR gate 806 and to a group of serially connected inverters 808. The output of the group of serially connected inverters 808 is provided to a group of serially connected inverters 810 and to a MUX 814. The output of the group of serially connected inverters 810 is provided to a group of serially connected inverters 812 and to the MUX 814. The output of the group of serially connected inverters 812 is provided to the MUX 814. Finally, the output of MUX 814 is provided to a NOR gate 806. The MUX 814 provides the outputs of the groups of serially connected inverters 808, 810, and 812 to the NOR gate 806 in response to control lines 816. Each group of serially connected inverters 808 delays its output by an incremental period. The duration of the write enable signal XWRITE_EN# is controlled by enabling the outputs of the groups of serially connected inverters 808 through 812. An OR of the write signal XWRITE and the output of the group of serially connected inverters 808 will provide a signal of slightly longer duration than the write

MTI0000215