# EXHIBIT L

U.S. Patent No. 7,228,379
DISCLOSURE OF PRELIMINARY INFRINGEMENT CONTENTIONS

| Claim | ZClone |
|---|---|
| a casing configured to contain the control circuit and the interface, the casing being of a size that is portable by the user; | The ZClone has a casing configured to contain the control circuit and the interface, the casing being of a size that is portable by the user.  To the extent that the ZClone does not literally meet this element, it meets this element under the doctrine of equivalents.  The ZClone has a casing that performs substantially the same function in substantially the same way to achieve substantially the same result as the claimed casing.  For example, the function of the casing of the '379 patent is to provide a portable container that houses the control circuit and other circuitry of the stand-alone, dedicated function device.  The ZClone performs substantially the same function because the ZClone provides a portable housing that contains the control circuit and other circuitry of the ZClone.  The way that the casing of the '379 patent performs this function is by placing the control circuit and other circuitry of the stand-alone, dedicated function device within a small, physical container.  The ZClone achieves the same function in substantially the same way because the ZClone houses the control circuit and other circuitry within a small, physical container.  The result of the casing of the '379 patent is that the stand-alone, dedicated function device is portable by a user.  The ZClone achieves substantially the same result because the ZClone is portable by a user. |

U.S. Patent No. 7,228,379
DISCLOSURE OF PRELIMINARY INFRINGEMENT CONTENTIONS

| Claim | ZClone |
|---|---|
| | Congratulations on your purchase of the Logicube ZClone™. ZClone is the next generation in our series of advanced, professional hard drive duplication solutions. An ultra-fast, multi-target, multi-task duplicator, the ZClone delivers advanced technology with an intuitive, easy to use interface. Designed for volume duplication the ZClone provides IT professionals a fast and efficient solution for day-to-day hard drive imaging tasks.<br><br>*See* Logicube ZClone User's Manual, Version 1.2 at 1.<br><br>Net Weight:<br>35lbs (16 kg)<br><br>Dimensions:<br>21" W X 15.5"D X 7" H (17.7cm X 39.3cm X 53.3 cm)<br><br>*See* http://www.logicube.com/shop/zclone/ |

U.S. Patent No. 7,228,379
DISCLOSURE OF PRELIMINARY INFRINGEMENT CONTENTIONS

| Claim | ZClone |
|---|---|
|  | **Net Weight**: 35 lbs (16 kg) **Dimensions**: 7"H X 15.5"D X 21" W (17.78cm X 39.37cm X 53.34cm)<br><br>*See* Logicube ZClone Specification at 2. |