# EXHIBIT N

| | |
|---|---|
| 1 | ROBERT E. FREITAS (SBN 80948) |
| | rfreitas@ftklaw.com |
| 2 | KAIWEN TSENG (SBN193756) |
| | ktseng@ftklaw.com |
| 3 | QUDUS B. OLANIRAN (SBN 267838) |
| | qolaniran@ftklaw.com |
| 4 | FREITAS TSENG & KAUFMAN LLP |
| | 100 Marine Parkway, Suite 200 |
| 5 | Redwood Shores, California  94065 |
| | Telephone:   (650) 593-6300 |
| 6 | Facsimile:    (650) 593-6301 |

Attorneys for Plaintiff
MyKey Technology Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION | 2:13-ml-02461-GAF (PLAX) |
| | MDL NO. 2461 |
| MyKey Technology Inc., Plaintiff<br><br>v.<br><br>Intelligent Computer Solutions, Inc., Defendant | This document relates to:<br>MyKey Technology Inc., v. CPR Tools Inc., et al.<br>Case No. 2:13-CV-2302-GAF (PLAx)<br><br>**PLAINTIFF MYKEY TECHNOLOGY INC.'S OBJECTIONS AND ANSWERS TO DEFENDANT LOGICUBE'S FIRST SET OF INTERROGATORIES (NO. 1)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff MyKey Technology Inc. ("MyKey") hereby answers Defendant Logicube Inc.'s First Set of Interrogatories (No. 1).

**GENERAL OBJECTIONS**

1. MyKey objects to Logicube's Interrogatories and the definitions and instructions contained therein to the extent they seek information protected by the attorney-client privilege, the attorney work-product doctrine and/or any other applicable doctrine of privilege or immunity.

2. MyKey objects to Logicube's Interrogatories and the definitions and instructions contained therein to the extent they purport to impose on MyKey duties and/or responsibilities greater than those imposed by the Court's orders and Federal Rules of Civil Procedure.

3. MyKey objects to the definition of "pertain(s) to," "pertaining to," "relate(s) to," "relating to," "referred to," "referring to," "constitute(s)," and "constituting" as vague and ambiguous.

These general objections are referred to herein as "General Objections" and are incorporated by reference into each of MyKey's responses. The following responses are made subject to, and in reliance on, these general objections.

**INTERROGATORY NO. 1:**

Identify the Logicube device referred to at column 1, lines 48-57 of the '086 patent.

**RESPONSE TO INTERROGATORY NO. 1:**

MyKey incorporates by reference its general objections as if fully set forth herein. MyKey further object to this interrogatory on the ground that it is seeks information that is neither relevant to any claim or defense, nor reasonably calculated to lead to discovery of admissible evidence.

Subject to and without waiving its general and specific objections, MyKey answers as follows: Logicube Solitaire Forensics Kit.

Dated: January 13, 2014         Respectfully submitted,

FREITAS TSENG & KAUFMAN LLP
By: */s/ Qudus B. Olaniran*
Robert E. Freitas
Kaiwen Tseng
Qudus B. Olaniran
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Tel: (650) 593-6300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fax: (650) 593-6301
Email: rfreitas@ftklaw.com
Email: ktseng@ftklaw.com
Email: qolaniran@ftklaw.com

Attorneys for Plaintiff
MyKey Technology Inc.

- 3 -

ANSWERS TO LOGICUBE'S ROGS SET ONE;
CASE NO. 13-02461 GAF (PLAX)

**CERTIFICATE OF SERVICE**

I am more than eighteen years old and not a party to this action. My place of employment and business address is 100 Marine Parkway, Suite 200, Redwood City, California 94065. On January 13, 2014, I served:

**PLAINTIFF MYKEY TECHNOLOGY INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT LOGICUBE'S FIRST SET OF INTERROGATORIES (NO. 1)**

by transmitting a copy of the above-listed document in PDF form via electronic mail to:

| | |
|---|---|
| Michael A. Berta<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>Email: Micahel.Berta@aporter.com | Defendant,<br>LOGICUBE, INC. |
| Brian Martinez<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email: Brian.Martinez@aporter.com | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on January 13, 2014 in Redwood City, California.

                        */s/ Qudus B. Olaniran*_____
                        Qudus B. Olaniran