# EXHIBIT P



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

April 19, 2011

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *10/765,343*
FILING DATE: *January 27, 2004*
PATENT NUMBER: *7,159,086*
ISSUE DATE: *January 02, 2007*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

M. K. CARTER

Certifying Officer

PTO/SB/05 (01-04)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | |
| First Inventor | Steve Bress |
| Title | Systems and Methods for Creating Exact |
| Express Mail Label No. | ER027282486US |

**APPLICATION ELEMENTS**
*See MPEP chapter 600 concerning utility patent application contents.*

1. ☑ Fee Transmittal Form (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. ☑ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☑ Specification          [Total Pages ___30___ ]
   *(preferred arrangement set forth below)*
   - Descriptive title of the invention
   - Cross Reference to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table,
     or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

4. ☑ Drawing(s) (35 U.S.C. 113)    [Total Sheets ___7___ ]

5. Oath or Declaration          [Total Sheets ___2___ ]
   a. ☑ Newly executed (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR
         1.63(d)(2) and 1.33(b).

6. ☐ Application Data Sheet. See 37 CFR 1.76

**ADDRESS TO:**
Mail Stop Patent Application
Commissioner for Patents
P.O. Box 1450
Alexandria VA  22313-1450

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program Listing (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 CFR 3.73(b) Statement     ☐ Power of Attorney
    (when there is an assignee)
11. ☐ English Translation Document (if applicable)
12. ☐ Information Disclosure     ☐ Copies of IDS Statement (IDS)/PTO-1449   Citations
13. ☐ Preliminary Amendment
14. ☑ Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)
15. ☐ Certified Copy of Priority Document(s)
    (if foreign priority is claimed)
16. ☐ Nonpublication Request under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent.
17. ☐ Other:

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
   ☐ Continuation    ☐ Divisional    ☐ Continuation-in-part (CIP)    of prior application No: ...................................

Prior application information:     Examiner ...........................     Art Unit: ...........................
FOR CONTINUATION OR DIVISIONAL APPS ONLY: The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☐ Customer Number: _____     OR   ☑ Correspondence address below

| | |
|---|---|
| Name | Steven Bress |
| Address | 7851-C Beechcraft Avenue |
| City | Gaithersburg |  State | MD |
| Country | USA |  Telephone | 301-208-8373 |  Fax | 301-990-6437 |

| Name (Print/Type) | Steven Bress | Registration No. (Attorney/Agent) | |
| Signature | *[signature]* | Date | 1/26/2004 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop Patent Application, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MTI0001499

PTO/SB/17 (10-03)
Approved for use through 07/31/2006. OMB 0551-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2004
*Effective 10/01/2003. Patent fees are subject to annual revision.*

[✓] Applicant claims small entity status. See 37 CFR 1.27

TOTAL AMOUNT OF PAYMENT   ($) 448

| Complete if Known | |
|---|---|
| Application Number | |
| Filing Date | 1/26/2004 |
| First Named Inventor | Steven Bress |
| Examiner Name | |
| Art Unit | |
| Attorney Docket No. | |

## METHOD OF PAYMENT (check all that apply)

[ ] Check   [✓] Credit card   [ ] Money Order   [ ] Other   [ ] None

[ ] Deposit Account:

Deposit Account Number _____

Deposit Account Name _____

The Director is authorized to: (check all that apply)

[✓] Charge fee(s) indicated below   [ ] Credit any overpayments

[ ] Charge any additional fee(s) or any underpayment of fee(s)

[ ] Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1001 | 770 | 2001 | 385 | Utility filing fee | 385 |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

SUBTOTAL (1)   ($) 385

### 2 EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|---|
| Total Claims | 27 | -20 = 7 | X 9 | | 63 |
| Independent Claims | 3 | - 3 = 0 | X | | 0 |
| Multiple Dependent | | | | | 0 |

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description |
|---|---|---|---|---|
| 1202 | 86 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

**or number previously paid, if greater; For Reissues, see above

SUBTOTAL (2)   ($) 63

## FEE CALCULATION (continued)

### 3. ADDITIONAL FEES

| Large Entity Fee Code | Fee ($) | Small Entity Fee Code | Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 1053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for ex parte reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive - unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive - unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17(q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify) _____

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3)   ($) 0

## SUBMITTED BY

| | | | (Complete if applicable) |
|---|---|---|---|
| Name (Print/Type) | Steven Bress | Registration No. (Attorney/Agent) | Telephone 301-208-8373 |
| Signature | | | Date 1/26/2004 |

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MTI0001500

<u>What is Claimed</u>:

1.     A device for making exact copies of long-term memory devices comprising:

an interface for connecting to a storage device (source);

one or more interfaces for connecting to the storage device(s) (destination);

a user controllable switch that, when actuated by a user, causes the device to commence a copy; and

a control circuit coupled to the interface (source) and the interface(s) (destination), the control circuit issuing commands to make an exact copy of the storage device connected to the interface (source), wherein the copying device is operating system independent.

2.     The copying device of claim 1, wherein the control circuit issues commands to verify the copy is an exact match with the source.

3.     The copying device of claim 2, wherein the control circuit reads and compares the source and copy devices.

4.     The copying device of claim 2, wherein a user controllable switch is connected to the control circuit to interrupt the verification procedure.

MTI0001501

5.      The copying device of claim 1, wherein the interface is an
integrated device electronics (IDE) interface for a disk drive.


6.      The copying device of claim 1, wherein the control circuit accesses
hidden/blocked areas of a source drive and subsequently restores the source
drive to the original settings after a copy process is complete.


7.      The copying device of claim 6, wherein the control circuit removes
or modifies a Host Protected Area (HPA) from a source device and restores the
HPA after a copy process is complete.


8.      The copying device of claim 6, wherein the control circuit removes
or modifies Device Configuration Overlay settings (DCO) from a source device
and restores the DCO after a copy process is complete.


9.      The copying device of claim 1, wherein the control circuit sets the
Host Protected Area on a copied device to the size of a source device.


10.     The copying device of claim 1, further comprising:
one or more additional interfaces for connecting to display and/or output
devices, to produce a report.

MTI0001502

11.     The copying device of claim 1, wherein the control circuit writes a standard bit pattern on a copy device to indicate unreadable data on the source device.

12.     The copying device of claim 1, further including light emitting diodes (LEDs) coupled to the control circuit and configured to transmit status information relating to the status of the copying device.

13.     The copying device of claim 1, wherein the control circuit scans the source device for one or more specific bit patterns, during the copy procedure.

14.     The copying device of claim 13, further including:
a user controllable switch is connected to the control circuit to enable scanning functions only.

15.     The copying device of claim 13, further including:
one or more additional interfaces for connecting to input devices, to receive specific bit patterns to scan.

16.     The copying device of claim 1, further comprising:

MTI0001503

a casing configured to contain the control circuit and the interface, the user controllable switch being mounted on the casing, the casing being of a size that is portable by the user.

17.   The copying device of claim 16, wherein the casing is a rectangular casing that is 7.0" x 4.5" x 1.25" or smaller.

18.   The copying device of claim 16, further comprising: cables emanating from the casing and connected to the interfaces, the cables being configured to connect to long-term memory devices.

19.   The copying device of claim 18, wherein the cables are Integrated Device Electronics (IDE) cables.

20.   The copying device of claim 1, further comprising: a power supply configured to supply power to the control circuit.

21.   The device of claim 20, further comprising: drive power cords emanating from the casing and configured to supply power from the power supply to the long-term memory components.

22.   A copying device comprising:

MTI0001504

means for interfacing with a source drive wherein the source device is

protected from accidental state changes;

means for interfacing with one or more destination devices;

means initiating the copying procedure; and

means for making an exact copy, wherein the copy device is operating system

independent.

23.    The copying device of 22, further comprising:

means for verifying an exact copy was made.

24.    The copying device of 22, further comprising:

means for copying hidden/protected areas and returning the source device

to its original state.

25.    The copying device of 22, further comprising:

means for scanning for one or more specific bit patterns.

26.    The copying device of 22, further comprising:

means for indicating areas on a source device that were unreadable.

27.    The copying device of 1, wherein the source and destination

devices have different interfaces.

MTI0001505

ABSTRACT

**[081]**      A Simple Device for creating exact copies of computer long-term memory devices such as hard drives and compact flash memory. Our current invention is a stand-alone device. A user connects a long-term memory device he desires to make a copy of (source) to our device. The user also connects a long-term memory device to receive this copy (destination). Our device contains logic and circuitry, which perform operations on both the source and destination device to make an exact copy of the Source Data to the Destination Device, while protecting the Source device from any changes. Our device has a very simple user interface. This simplified user interface makes it difficult and unlikely to use our device incorrectly.

MTI0001506

Figure 1



MTI0001507

**Figure 2**

Printout Example

```
------------------------

      Source Drive

   Model: WDC1103
     S/N: WD-1524305
Firmware: 2.00.34C
    Size: 45.2 Gigs

   Destination Drive

   Model: WDC1406
     S/N: WD-3258741
Firmware: 2.10.21
    Size: 59.6 Gigs


------------------------
     Copy Results

Bad Sector: 1,324,544
Bad Sector: 6,564,974

---Copy Complete---
```

MTI0001508

# Figure 3

## Drive Copy Logic



MTI0001509

Figure 4



MTI0001510

Figure 5



MTI0001511

Figure 6



Figure 7



MTI0001513

PTO/SB/01 (08-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (37 CFR 1.63)

| | |
|---|---|
| Attorney Docket Number | |
| First Named Inventor | Steven Bress |
| COMPLETE IF KNOWN | |
| Application Number | |
| Filing Date | 1/26/2004 |
| Art Unit | |
| Examiner Name | |

[✓] Declaration Submitted With Initial Filing   OR   [ ] Declaration Submitted after Initial Filing (surcharge (37 CFR 1.15 (e)) required)

---

I hereby declare that:

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Systems and Methods for Creating Exact Copies of Computer Long Term Storage Devices

*(Title of the Invention)*

the specification of which

[✓] is attached hereto

**OR**

[ ] was filed on (MM/DD/YYYY) _____ as United States Application Number or PCT International

Application Number [_____] and was amended on (MM/DD/YYYY) [_____] (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT international filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? Yes | No |
|---|---|---|---|---|---|
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ] Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

MTI0001514

PTO/SB/01 (06-03)
Approved for use through 07/31/2003. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

| Direct all correspondence to: ☐ Customer Number: [____] | **OR** ☑ | Correspondence address below |
|---|---|---|

**Name**
Steven Bress

**Address**
7851-C Beechcraft Avenue

| City | State | ZIP |
|---|---|---|
| Gaithersburg | MD | 20879 |

| Country | Telephone | Fax |
|---|---|---|
| USA | 301-208-8373 | 301-990-6437 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

**NAME OF SOLE OR FIRST INVENTOR:** ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Steven | Family Name or Surname | Bress |
|---|---|---|---|

| Inventor's Signature | | Date 1/26/2004 |
|---|---|---|

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Germantown | MD | USA | USA |

**Mailing Address**
17917 Wheatridge Drive

| City | State | ZIP | Country |
|---|---|---|---|
| Germantown | MD | 20874 | USA |

**NAME OF SECOND INVENTOR:** ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Mark Joseph | Family Name or Surname | Menz |
|---|---|---|---|

| Inventor's Signature | | Date 1/26/2004 |
|---|---|---|

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Folsom | CA | USA | USA |

**Mailing Address**
114 Rawlings Court

| City | State | ZIP | Country |
|---|---|---|---|
| Folsom | CA | 95630 | USA |

☐ Additional inventors or a legal representative are being named on the ____ supplemental sheet(s) PTO/SB/02A or 02LR attached hereto.

[Page 2 of 2]

MTI0001515

SYSTEMS AND METHODS FOR CREATING EXACT COPIES
OF COMPUTER LONG-TERM STORAGE DEVICES

RELATED APPLICATION

This application claims priority under 35 U.S.C. § 119 based on U.S. Provisional

Application No. 60/443,387, filed January 29, 2003, the disclosure of which is

incorporated herein by reference.

.

BACKGROUND OF THE INVENTION

A.    Field of the Invention

[001]    The present invention relates to computer memory devices and, more

specifically, to mechanisms for making exact copies of these devices.

B.    Description of Related Art

[002]    There are many situations in which it is desirable to make exact copies

of long-term memory storage device, such as computer hard drives and flash

memory. For example, law enforcement officials have occasion to confiscate

long-term memory storage devices. Once confiscated, the law enforcement

officials need to be able to examine the storage device without changing the

storage state of the device. In addition, other court officials such as defense

attorneys have a need to examine confiscated long-term memory storage

devices. These examinations are typically performed on an exact copy of a long-

MTI0001516

term memory storage device, so there is no danger of changing the storage state of the original device.

[003]    An example of another situation in which it is desirable to make exact copies of long-term memory storage device is in the area of computer security. Corporate Security and Corporate IT personnel are frequently tasked with making exact copies of long-term memory storage devices. Typically this involves a wide variety of devices running under an assortment of operating systems.

[004]    There are a number of known conventional techniques for making exact copies of long-term memory storage devices. One class of early techniques revolved around the concept of simply using software on a PC. These techniques are neither safe, nor easy to implement. To make a software copy, an operator must know technical information about the drive to be copied. Secondly the computer that is to be used to make a copy must be configured correctly. Thirdly, the simple act of running a drive under an operating system, such as Microsoft Windows® may change the source drive.

[005]    A second class of techniques for making exact copies of long-term memory storage devices involves dedicated stand-alone devices. A company named Logicube produces such a device. This device has numerous operating modes and options that must be specified before making a copy. Options are selected through the use of a number of buttons and a small display. One of the options is to delete the contents of what will be the destination drive. This device

MTI0001517

requires a trained operator and it has enough options to cause confusion or errors on the part of its user.

[006]     Current stand-alone devices have several limitations. They do not copy hidden areas (HPA and DCO) automatically. They do not restore hidden areas automatically. They do not perform a read and compare verification after making a copy. They do not set the size of the copied drive to be the same as the original. They do not comply fully with TWGEDE/NIJ guidelines.

[007]     Accordingly, there is a need in the art for an improved mechanism for making exact copies of long-term memory storage devices.

## SUMMARY OF THE INVENTION

[008]     Systems and methods consistent with the present invention address these and other needs by providing for an operating system independent copying device that is physically connected to a source storage device and one or more destination storage devices.

[009]     One aspect of the invention is directed to a copying device including a plurality of elements.  Specifically, the copying device includes an interface emulator configured to emulate an interface presented by a storage device (source storage device) and one or more interfaces for connecting to storage devices (destination storage device).  Additionally, the copying device includes control circuitry coupled to the interface emulator and the interface(s).  A user controllable switch, when actuated by a user, causes the control circuit to

MTI0001518

perform the copying procedure. The control circuitry makes an exact copy of a source device and subsequently verifies the copy was performed correctly. The copying device is operating system independent.

[010]     A method consistent with aspects of the invention includes connecting a power supply to a copying device, connecting an interface cable associated with the copying device to a long-term memory component (source) in a computer and powering up the computer. The method further includes connecting an interface cable and a power cable associated with the copying device to another long-term memory component (destination). The method further includes activating the copying device via a switch attached to the copying device, making an exact copy, and signaling completion of the copy process.

[011]     Another method consistent with aspects of the invention includes connecting a power supply to a copying device, connecting an interface cable and power cable associated with the copying device to a long-term memory component (source). The method further includes connecting an interface cable and a power cable associated with the copying device to another long-term memory component (destination). The method further includes activating the copying device via a switch attached to the copying device, making an exact copy, and signaling completion of the copy process.

[012]     Yet another aspect of the invention is directed to a device for making an exact copy of a long-term storage device. The device includes LEDs configured to provide feedback relating to an operational status of the device to a

MTI0001519

user, a user settable switch and interfaces and power cables for connecting to long-term memory components. The device further includes control circuitry coupled to the LEDs, the user settable switch and the interfaces, the control circuitry configured, when the switch is actuated by the user to make an exact copy. The control circuitry is enclosed in a portable casing and the LEDs, the user controllable switch, and the interface are mounted on an external portion of the casing.

## Brief Description of the Drawings

[013]    The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate the invention and, together with the description, explain the invention. In the drawings,

[014]    FIG 1 is an illustration of a functional overview of our invention.

[015]    FIG 2 is a sample printout from our invention.

[016]    FIG 3 is an illustration of the logic flow of our invention.

[017]    FIG 4 is an illustration showing major electronic components and their connections, for the preferred embodiment

[018]    FIG 5 is an illustration of the functions of a programmable logic device (PLD).

[019]    FIG 6 is a block diagram of our invention

[020]    FIG 7 is an illustration of our invention using multiple processors

MTI0001520

DETAILED DESCRIPTION

[021]      In the following detailed description, numerous specific details are set

forth in order to provide a thorough understanding of the present invention.

However, it will be understood by those skilled in the art that the present

invention may be practiced without these specific details. The use of specific

electronic components is disclosed to provide a thorough understanding of the

preferred embodiment. However, one skilled in the art will appreciate that there

are many electronic components with similar functionality, and the present

invention is not limited to the components disclosed. In other instances, well

known methods, procedures, components, and circuits have not been described

in detail so as not to obscure aspects of the present invention.

[022]      For the sake of clarity, this detailed description of the preferred

embodiment will describe an Integrated Drive Electronics (IDE) hard drive. One

skilled in the art would appreciate that the method and system described here

can be applied to other interfaces and other long-term storage devices.


COPYING DEVICE

[023]      Our device is able to make an exact copy of a long-term memory

storage device on another long-term memory storage device of the same

capacity or larger.

[024]      Our invention 1000 is a physical device that connects to two long-term

storage devices such as hard drives 620 and 640. The long-term storage devices

Page 6 of 30

MTI0001521

are connected to our device through cables 610 and 630. One of the long-term storage devices is designated as a Source device 620 and the other is designated as a Destination device 640. Our device creates an exact copy of the data on long-term storage device (source) 620 on long-term storage device (destination) 640.

[025]    In a standard configuration, our device is connected to two standard IDE hard drives. Please refer to Figure 1. A drive containing the Source data is connected through a standard cable to Interface Connector **1040**. Power for this drive is provided through an industry standard drive power connecter **1070**. A drive that will receive the copy of the source data, or Destination Drive, is connected through a standard IDE cable to Interface Connector **1060**. Power for this drive is provided through an industry standard drive power connecter **1080**.

[026]    To a drive, our device appears to be a host computer. The source and destination drives are electrically isolated from each other through the use of separate Interface Circuitry for each drive, **1030** for the Source, and **1050** for the Destination. In a standard PC, two IDE drives can share the same interface circuitry. This has three disadvantages that are overcome by our invention.

[027]    The first is that with two drives using the same interface circuit, there is only half of the bandwidth available in the circuit for each drive. When making a copy of one drive to the other on the same circuit, the speed of the copy will be no more than ½ of the maximum bandwidth of the interface circuit, as the data must be read from one drive, then written to the other.

MTI0001522

[028]     The second major problem with two drives using the same interface
circuit is that it increases the chances that the source drive will inadvertently have
data written to it. In order to read or write from an IDE drive, a command must be
issued to the drive. Both drives receive the command, but only one is supposed
to operate on it. A single data bit in one of the drive's command registers
determines which drive should respond to the command. This means that should
a source drive misinterpret this bit when a write command was being issued to
the destination drive, it would be possible to write data to the source drive. The
likelihood of this happening increases if there is a mismatch in the performance
capabilities of the Source and Destination drives.

[029]     The last problem is that if two IDE drives share the same interface
circuit, they must be configured by the user correctly, typically by using small
jumper blocks, so that one drive is a master and the other a slave. This is a
procedure that is fairly simple to a trained operator, assuming that proper
documentation is handy for the drive. However, since improper jumper settings
may cause one or both drives to temporarily malfunction, it is best to get the
settings correct. By having separate Interface Circuitry for each drive, jumper
settings will not cause a drive to malfunction. In addition, our device may detect
the current drive settings and communicate with them properly.

[030]     One advantage that our invention has over simply trying to make a
copy of a drive using a computer is that our device is operating system
independent. It does not care what kind of data is on the drive, it simply makes a

MTI0001523

copy of a drive. This allows it to make a perfect copy of a drive regardless of the type of system that the drive was previously in.

[031]      Please refer to Figure 6. Our invention **1000** is a physical device that connects to two long-term storage devices such as hard drives (Figure **1**.) Our device is connected to a Source storage device through a standard cable **610** and to a Destination storage device through a standard cable **630**. To each drive, our device appears to be a host computer.

[032]      In order to meet the goal of creating a perfect copy of a Source drive on a Destination drive, all of the data that resides on the Source must be copied. This would not seem to be a problem, but drives have functions that allow for data to be hidden. In order to make a copy, the hidden data must be made available to our device. There are two primary methods for hiding data on an IDE hard drive. One is by setting a Host Protected Area (HPA) and the other is by using the Device Configuration Overlay function.

[033]      Both of these methods hide data by causing the drive to report its size as smaller than it truly is. For instance, a 40 gigabyte drive could be instructed to report its size as 30 gigabytes. From that point on, any computer would see it as a 30 gigabyte drive. Any data stored in the area between 30 gigabytes and 40 gigabytes would be effectively hidden from the system

[034]      If the data is hidden using the HPA method, the drive may be instructed to make the hidden area accessible temporarily. When a temporary change command is issued, the drive resorts to its previous state the next time

MTI0001524

that the drive is powered off and on again. If, however, the DCO method is used, there is no such temporary change command. Making a change to DCO settings is permanent until changed again.

[035]    This has the potential to cause a problem, especially when working with sensitive information, such as a police evidence drive. Any permanent change to the drive has the potential to make the drive unreadable. Under normal circumstances, our device would make the change, copy the data, and restore the DCO to its original configuration. This is fine in theory, but doesn't take into account events such an unforeseen power failure. Should the power fail at a point in time when the DCO has been set away from its original settings, potentially the drive could be left in an unreadable state.

[036]    It is still vitally important to be able to copy a Source drive, even with the risk of a change to the drive. Our invention uses the method as described in the U.S. Provisional Patent 60/443388 entitled "Systems and Methods for Restoring Critical Data to Computer Long-Term Memory Device Controllers" to provide a method for restoring a drive to its original configuration. This keeps the risk down to an acceptable level.

[037]    Although our device automatically copies and then verifies the copy, there are situations where a user may be interested in just performing the copy operation. For this eventuality, one embodiment of our device allows a user to cancel the verification process through a user control. This control only affects the verification process, and has no effect during the copy process.

MTI0001525

[038]     In most cases, a Destination drive will be larger than a Source drive.

One of the objectives of our invention is to make a copy indistinguishable from a

original. If both drives were the same size, and especially if they were the same

make and model, this would not be too difficult. Once all of the sectors were

copied, the drives would be identical. Having a larger Destination drive causes a

problem simply by virtue of it being larger. If a comparison were done of the two

drives, there would be a mismatch starting at the first sector beyond the end of

the Source drive. This can lead to much confusion as seen in the case: "United

States of America vs Zacarias Moussaoui"

http://notablecases.vaed.uscourts.gov/1:01-cr-00455/docs/68092/0.pdf

[039]     Our invention provides a solution to this problem by taking advantage

of the ability of a drive to hide data. Using either the industry standard HPA

method or the DCO method of hiding data, our device can make the Destination

drive appear to be exactly the same size as the host. As such any comparison of

the two drives will show them to have identical data.

[040]     The DCO function is very powerful. In addition to changing the size

that the drive reports itself to be, it can also be used to change other drive

parameters, such as the speed at which the drive can operate. Should the need

arise, our device can use this function to more accurately match the reported

capabilities of a Destination drive to a Source.

MTI0001526

## OPERATION OF THE COPYING DEVICE

**[041]**    Source drive interface 1030 allows connection to a drive through Interface Connector 1040. Similarly, Destination drive interface 1050 allows connection to a drive through Interface Connector 1060. Industry standard cables connect our device to the Source drive and the Destination drive. Our device, including cables, is physically designed to encourage an untrained user to connect it properly. When Drive Cable 610 is connected to Source Drive 620 and Drive Cable 630 is connected to Destination Drive 640, our device is ready to operate.

## A DETAILED LOOK AT LOGIC FLOW

**[042]**    Please refer to Figure 3, which details the logic flow in a preferred embodiment. On power up, our device detects the presence of a Source Drive and waits for it to become ready for operations 3010. Once the Source drive is determined to be ready, our device requests information about the drive 3020, such as its size and capabilities.

**[043]**    In a similar manner, our device detects the presence of a Destination Drive and waits for it to become ready for operations 3030. Once the Destination drive is determined to be ready, our device requests information about the drive 3040, such as its size and capabilities.

**[044]**    A comparison is made 3050 to determine if the Destination drive is big enough to hold all of the contents of the Source drive. If the Destination drive is

MTI0001527

too small 3060, there is the possibility that the Source and Destination drives have been reversed. The copy procedure is aborted and the user notified 3080 through status indicators and alternatively a printout.

[045]    If the Destination drive is the same size as the source or larger, then the copy procedure may begin. All of the sectors are then copied from the Source drive to the Destination 3070.

[046]    Once the data has been copied to the Destination drive, a data comparison 3075 is initiated. This comparison checks every byte in every sector of the Source drive to be sure that the copy has completed with no errors. When complete, the user is notified through status indicators and possibly a printout 3080.


A DETAILED LOOK AT AN ELECTRONIC BLOCK DIAGRAM

[047]    Figure **5** is an illustration of a block diagram of our device. Our device uses an Intel 80386 EX embedded processor **5010** for its main control and logic function. This version of Intel's 80386 processor is optimized for embedded applications. The highly integrated design of this processor means that very little additional circuitry is necessary to create a small, dedicated computer system. Some static RAM is provided in **5040**, which is used for temporary program and data storage. **5050** is an EPROM that holds the code necessary to initialize and run the processor. Timing is generated by a 50 MHz crystal oscillator, **5070**.

MTI0001528

[048]      The 80386EX **5010** has I/O pins available that may be used to connect

additional devices. Three of these pins are used to power LED status indicators

**5020** in order to provide feedback to a user. Another of these I/O pins, used as

an input, may be used to connect a key lock **5030** to the processor.

[049]      A Programmable Logic Device, or PLD, is used to integrate numerous

logical devices into a single chip **5090**. Configuration data for the PLD is stored in

a configuration ROM **5080**. Timing for the PLD is generated by a 50 MHz crystal

oscillator, **5070**. When the PLD is reset, it automatically tries to load configuration

information from its ROM. When configuration is complete, this single chip **5090**

can be viewed as having all of the functionality shown in Figure **6**.

[050]      Figure **5** shows a breakdown of the functions implemented by the PLD

**4090**. The address, data, and control lines from the processor **4010** are routed to

the PLD. They are then buffered and latched in **4020** as necessary to reduce the

electrical load on the processor and to stabilize the signal timing. Buffered read

**4030** and write **4040** signals control the direction of the bus drivers shown in

**4050**. These buffers help control the data flow and distribution of the address and

data busses from the processor to other functions in the PLD.

[051]      Buffering and signal conditioning for the Source Drive is provided by

the Drive Buffers in **5100**, making this the Drive Interface. Through the Bus

drivers **5050** the processor can directly read and write to the Drive Interface.

Another way that the processor and the Drive may communicate is through the

Dual Ported RAM Sector Buffer **5080**. This allows the drive to write one sector's

MTI0001529

worth of data to RAM at high speed, while the processor performs other tasks. By allowing the operations to overlap in this fashion, the processor is not restricted to running at the speed of the drive, and is free to handle other functions until it needs the data in the Sector Buffer.

[052]    Similarly, buffering and signal conditioning for the Destination Drive is provided by the Drive Buffers in **5110**, making this the Drive Interface. Through the Bus drivers **5050** the processor can directly read and write to the Drive Interface. Another way that the processor and the Drive may communicate is through the Dual Ported RAM Sector Buffer **5090**. This allows the drive to read one sector's worth of data from RAM at high speed, while the processor performs other tasks. By allowing the operations to overlap in this fashion, the processor is not restricted to running at the speed of the drive, and is free to handle other functions until it needs the data in the Sector Buffer.

[053]    The 80386EX processor **4010** has a UART built in that may be used for serial communications. For versions of our device that require such communication capabilities, the UART is connected to an RS-232 transceiver **4060**. This part not only buffers the signals, it also generates the necessary voltages required for RS-232 communications. A standard DB9 connector **4120** allows our device to be connected to a computer using a standard DB9 male to female serial cable.

[054]    In the preferred embodiment, the goal of making this device foolproof for use by an untrained person is accomplished in a number of ways. The first is

MTI0001530

that the device is controlled by a single switch, such as Key Lock **4030**. This switch has only two choices, on and off. When switched on, the device starts operation and provides any required feedback to the user through one or more indicators, such as LEDs **4020**. Under normal circumstances, the only indicator that the user need be concerned with is the "Operation Complete" indicator. Additional indicators may be available for such error conditions as "Destination Drive Too Small" or "Copy in Progress." These indicators may be as simple as LEDs.

[055]   For additional detailed status, a printer may be connected to the device through communication port **4120**. Information sent to the printer may include Drive identification information to uniquely identify the drive being copied. Should any errors occur, such as a bad sector on the Source disk, the sector number may be printed.

[056]   Should an unreadable sector be identified on the Source drive, something still must be written to the Destination drive. In the case of this type of error, our device writes a standard, predefined bit pattern to the corresponding area on the Destination drive.


ADDITIONAL FEATURES

[057]   When our device is used for law enforcement forensics work, a detailed analysis is typically performed on the Destination drive after the copy

MTI0001531

has been completed. This eliminates the need to perform any work on the
Source drive, which is typically an evidence drive.

[058]     An additional embodiment of our device helps to speed up the analysis
process. As can be seen from the earlier technical description, at some point
during the copy operation, all of the data from the Source drive passes through
PLD **4090**. The data paths described allow for the Processor **4010** to have
access to the data. With this ability, one skilled in the art could see how the
processor would have the ability to perform an analysis of the data during the
copy process.

[059]     For this embodiment, the user would communicate with our device
through the RS-232 data port **4120**. The bit pattern being sought would be sent
to our device. As the data is transferred from the Source drive to the Destination,
the processor scans the data, looking for the specified bit pattern. Should the bit
pattern be found, our device can report it to an attached printer or PC.

[060]     Ideally, the processor should be fast enough to scan for a specific bit
pattern without causing a slowdown in the copy process. There are cases where
it is desirable to scan for more than one specific bit pattern. One solution is to
simply select a faster processor. This is a reasonable solution up to a point, but
depending on how many bit patterns must be scanned during the copy operation,
it may not be practical to select such a processor. Assuming that such a
processor was available, its price could easily prohibit its use.

MTI0001532

[061]     A more cost effective solution than just trying to use one incredibly fast processor is to use multiple lower performance, less expensive processors as shown in Fig. 7. Each processor would be able to scan for one or more bit patterns, up to their performance limits. In this case, as data is transferred from the Source Disk Drive **620** to Data Bus **7010**, Processors 1 through N **7000** each have access to the data arriving on Data Bus **7010**. Each processor may scan for one or more bit patterns within the data. The desired bit patterns may be built in to our device or may be communicated to the device through Communications Circuitry **1090**. If the bit pattern is detected by one of the processors, this fact is communicated to the User or another computer through Communications Circuitry **1090**.

[062]     A way to reduce the cost and complexity of a multiprocessor system is to take advantage of recent advances in Programmable Logic Devices. Newer PLDs, such as the Stratex devices from Altera Corporation of San Jose, California, are large enough to have processors embedded in them. The logic to create Processors to embed in PLDs is available from many sources, including Altera. Logic for other processors may even be downloaded from the Web from such sites as OpenCores.org.

[063]     Using such off-the-shelf logic, one skilled in the art would understand the benefit of embedding the processor in the PLD. Not only does it reduce the complexity of the physical PC board, but by reducing component count, the reliability of the resulting product is increased. This is especially true of a

MTI0001533

multiprocessor system. The interconnects between the data bus and each
processor are shorter and more reliable if they are all within a single chip. In
addition, processor support logic, such as program memory and RAM, may also
be created within the PLD. The result is a single chip with multiple processors,
each having the ability to examine the same set of data.

[064]    Like many functions performed by a processor, there are multiple ways
of accomplishing the same task. In this case, rather than writing code to examine
each byte of data for a bit pattern, the PLD could be configured to directly test the
incoming data from a Source drive against the bit pattern. When this comparison
is done in the PLD, it is done at hardware speeds. This method has an
advantage over a processor based scan in that it is more likely to be able to keep
up with advances in data transfer speeds of long-term storage devices.

[065]    By definition, if the PLD is moving the data, it is fast enough to
compare the data to a bit pattern as it moves. This may not always be the case
when the PLD moves the data and a processor tries to examine it. The PLD may
have to slow down so that the processors can keep up.

[066]    The PLD solution is a little more complex to implement. If the bit
patterns to be scanned are known at the time of design, the device can be
configured from the factory. It would be quite rare for this to happen. In order to
accommodate varying numbers of bit patterns to scan and different scanning
requirements for each customer, the PLD would have to be reconfigured on-the-

MTI0001534

fly to meet the customer requirements. This raises the complexity level of the

design, yet would be transparent to the user.

[067]    While having the PLD do the bit pattern comparison directly has a lot of

advantages, it is not without its drawbacks. The primary one of these is that as

more bit patterns need to be scanned, the complexity of the device may have to

be increased. Such an increase typically comes with a higher price tag. This

brings the decision as to the preferred method for scanning to a decision that can

easily be made on a price/performance basis. As technology evolves, the

preferred embodiment of this invention is likely to as well.

[068]    In an additional embodiment, our invention may be able to scan a long-

term storage device without copying data. In the simplest case, this would be the

default operation if no Destination device is detected. For a slightly more complex

version of our invention, a control would be available for the user to request the

scanning function.


## USER COMMUNICATION

[069]    In the implementations described above, copying device 1000 signals

its operational status to a user through LEDs 4020.  For example, LEDs may be

used to signal that: (1) copying device 1000 is performing, (2) copying device

1000 has finished copying the source device, and (3) an error was encountered.

[070]    In alternate embodiments, copying device 1000 may include additional

display devices such as a graphical display or a connection to a printer.  With

MTI0001535

these output devices, additional status information such as percentage of operations complete, time until operations are complete, and information about the target device may be displayed.  The printer could be used to generate a continuous written record of the operations performed on the target device, including information about the devices themselves.  This written record may include, for example, type of devices, time and date of data copy, and read/write errors encountered.  In a similar implementation, copying device 1000 could interact with a host computer through interface 4120 to upload status information to the host computer. In another implementation, interface 4120 could be used to receive bit patterns to scan from a host computer.

[071]    Although the copying device discussed above was primarily described as copying an IDE device, in other implementations, long-term storage devices having other interfaces, such as FireWire, USB2, or SCSI could be copied using concepts similar to those discussed herein.

[072]    In addition, the copying device has been primarily described as copying from an IDE device to an IDE device. It will be apparent to one of ordinary skill in the art that the copying device could instead or additionally have different interfaces for source and copy devices. For example, the copying device may copy from an ATA device and copy to a Firewire device.

MTI0001536

CONCLUSION

[073]     As described above, a copying device makes exact copies of a long-term storage device, while protecting the source device from inadvertent state changes.  The copying device is portable, provides easy to understand user feedback, has a simple user interface and could thus be effectively used by non-technical people.

[074]     The copying device has a number of advantages.  It is operating system independent.  The copying device can operate while the source device is still in the host computer system or when it has been removed from the host computer system.  It is a stand alone device that can replace more complicated and more expensive devices or systems.  Additionally, the copying device does not require that the operator have any particular knowledge of the source device; it detects the capabilities and settings of the source device and adjusts the operating parameters for optimal performance without user intervention.

[075]     Still further, the copying device copies data from all partitions on the source device, regardless of the data's format, and removes any reserved or protected data areas, so that all of the data storage areas on the target device are available for copying without requiring user intervention.  Additionally, the copying device can reset the source device to its original state.  The copying device provides feedback to a user that it has either performed operations correctly or has run into an error. The copying device verifies the copy was preformed correctly.

Page 22 of 30

MTI0001537

[076]    Additionally, the copying device may be configured to display a report of the copying process and information about the devices involved. The copying device may be configured to accept one or more bit patterns to scan during the copying process. The copying device may be further configured to perform a scan only.

[077]    It will be apparent to one of ordinary skill in the art that the embodiments as described above may be implemented in many different forms of software, firmware, and hardware in the implementations illustrated in the figures. The actual software code or specialized control hardware used to implement aspects consistent with the present invention is not limiting of the present invention. Thus, the operation and behavior of the embodiments were described without specific reference to the specific software code, it being understood that a person of ordinary skill in the art would be able to design software and control hardware to implement the embodiments based on the description herein.

[078]    The foregoing description of preferred embodiments of the present invention provides illustration and description, but is not intended to be exhaustive or to limit the invention to the precise form disclosed. Modifications and variations are possible in light of the above teachings or may be acquired from practice of the invention.

[079]    No element, act, or instruction used in the description of the present application should be construed as critical or essential to the invention unless

MTI0001538

explicitly described as such.  Also, as used herein, the article "a" is intended to include one or more items.  Where only one item is intended, the term "one" or similar language is used.

[080]     The scope of the invention is defined by the claims and their equivalents.

MTI0001539

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

01/30/2004 HDERESS1 00000028 10765343

01 FC:2001                    385.00 OP
02 FC:2202                     63.00 OP

PTO-1556
(5/87)

*U.S. Government Printing Office: 2001 — 481-697/59171

MTI0001540

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2003

Application or Docket Number

1 0765343

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 27 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 27 minus 20 = | * 7 |
| INDEPENDENT CLAIMS | 2 minus 3 = | * 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

|  | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|
| TYPE ☐ | RATE | FEE | OR | RATE | FEE |
| BASIC FEE | | 385.00 | OR | BASIC FEE | 770.00 |
| XS 9= | | 63 | OR | X$18= | |
| X43= | | | OR | X86= | |
| +145= | | | OR | +290= | |
| | TOTAL | 448 | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | X43= | | OR | X86= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +145= | | OR | +290= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | X43= | | OR | X86= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +145= | | OR | +290= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | OR | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | X$ 9= | | OR | X$18= | |
| Independent | * | Minus *** | = | X43= | | OR | X86= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | +145= | | OR | +290= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875   (Rev. 10/03)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

MTI0001541

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S4 | 865 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 15:30 |
| S5 | 148 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) (host protected area) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 15:14 |
| S8 | 61 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) ((integrated near device near electronices) or IDE) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 15:38 |
| S11 | 58 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) ((integrated near device near electronices) or IDE) user | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 16:20 |
| S26 | 88 | SCSI (switch same user) (copy or copying) (IDE or (integrated near device near electronics)) ((IDE or SCSI) same external) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 16:45 |
| S28 | 3480 | ((IDE or SCSI or interface) near6 external) (user near5 switch) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:21 |
| S29 | 1474 | ((IDE or SCSI or interface) near6 external) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:23 |
| S30 | 657 | ((IDE or SCSI or interface) near6 external) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) source destination | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:24 |

MTI0001542

| S31 | 59 | ((IDE or SCSI or interface) near6 external) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) source destination IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:29 |
| S32 | 44 | ((IDE or SCSI or interface) near (connects or connecting or connected)) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) source destination IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:31 |
| S33 | 47 | ((IDE or SCSI or interface) near (connects or connecting or connected)) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) source destination IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:32 |
| S34 | 114 | ((IDE or SCSI or interface) near (connects or connecting or connected)) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:35 |
| S35 | 116 | ((IDE or SCSI or interface) near (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near4 (copying or copying or copy)) or (user near5 switch)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:36 |
| S36 | 3 | ((IDE or SCSI or interface) near (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near4 (copying or copying or copy))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:39 |
| S37 | 21 | ((IDE or SCSI or interface) near (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near4 (copying or copying or copy or transfers or transfer or transferring))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:42 |

MTI0001543

| S41 | 52 | ((IDE or SCSI or interface) near3 (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (information or data or (memory or memories) or storage)) IDE ((switch near6 (copying or copying or copy or transfers or transfer or transferring))) user (LED or light or diode) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 18:22 |
|---|---|---|---|---|---|---|
| S42 | 62 | ((IDE or SCSI or interface) near3 (memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near6 (copying or copying or copy or transfers or transfer or transferring))) user (LED or light or diode) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 19:51 |
| S61 | 605 | (HPA or (host near protected near area)) ((memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 20:02 |
| S62 | 71 | (DCO or (data near configuration near overlay)) ((IDE or SCSI or interface) near3 (memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 20:11 |
| S63 | 74 | (HPA or (host near protected near area)) ((IDE or SCSI or interface) near3 (memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 20:09 |
| S73 | 49 | user same switch same ((control or controller) near6 (logic or circuit)) same (verify or verifies or verification) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 16:41 |

MTI0001544

| S74 | 53 | user same switch same ((control or controller) near6 (logic or circuit)) same (verifying or verify or verifies or verification) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 16:43 |
|-----|-----|-----|-----|-----|-----|-----|
| S77 | 7 | ((control or controller) near6 (logic or circuit)) same (stop or stops or freeze or freezes or end or ends or interrupt or interrupts or stopping or ending or freezing or interrupting) near3 (verifying or verify or verifies or verification) same (button or toggle or switch) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 17:56 |
| S78 | 2240 | 711/162 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:03 |
| S80 | 20 | 711/162 ((scan or scanning or scans) near5 ((bit or bits) )) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:26 |
| S83 | 21 | 711/162 ((button or switch or switches) same (scan or scanning or scans)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:12 |
| S84 | 3 | 711/162 ((scan or scanning or scans) near5 ((bit or bits) )) same (interface or interfaces) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:17 |
| S85 | 21 | 711/162 (("not" near readable) or unreadable) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:35 |
| S86 | 4 | 711/162 (("not" near readable) or unreadable) same (bit or bits) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:35 |

MTI0001545





### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/765,343 | 01/27/2004 | Steven Bress | | 1056 |

7590        02/13/2006

Steven Bress
7851-C Beechcraft Avenue
Gaithersburg, MD  20879

| EXAMINER |
|---|
| IWASHKO, LEV |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2186 | |

DATE MAILED: 02/13/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

MTI0001546

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 10/765,343 | BRESS ET AL. |
| | Examiner | Art Unit | |
| | Lev I. Iwashko | 2186 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☒ Responsive to communication(s) filed on 27 January 2004.
2a) ☐ This action is FINAL.      2b) ☒ This action is non-final.
3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4) ☒ Claim(s) 1-27 is/are pending in the application.
   4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5) ☐ Claim(s) _____ is/are allowed.
6) ☐ Claim(s) 1-27 is/are rejected.
7) ☐ Claim(s) _____ is/are objected to.
8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9) ☐ The specification is objected to by the Examiner.
10) ☒ The drawing(s) filed on 27 January 2004 is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some * c) ☐ None of:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

## Attachment(s)

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date _____ .

4) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____ .

U.S. Patent and Trademark Office
PTOL-326 (Rev. 7-05)                    Office Action Summary              Part of Paper No./Mail Date 10765343

MTI0001547

Application/Control Number: 10/765,343                                                    Page 2
Art Unit: 2186

## DETAILED ACTION

### *Claim Rejections - 35 USC § 112*

1.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

Claim 9 recites "The copying device of claim 1, wherein the control circuit sets the Host

Protected Area on a copied device to the size of a source device." However, Claim 1 did not

define a Host Protected Area.  There is therefore insufficient antecedent basis for this limitation

in the claim.

### *Claim Rejections - 35 USC § 102*

2.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

3.      Claims 1, 5, 10, 12, 16, 18-22 and 27 are rejected under 35 U.S.C. 102(b) as being

anticipated by Jones et al. (US Patent 6,438,638).

Claim 1.      A device for making exact copies of long-term memory devices
comprising: *(Column 9, lines 41-44 – State the following: "FIG. 9 is a
diagram of a stand-alone FlashToaster that accepts several formats of
flash-memory cards and can copy images to a removable disk without
being connected to a host PC")*

-      an interface for connecting to a storage device (source); *(Column 9,
lines 41-42 – State that the flash card is connected to the
FlashToaster)*

MTI0001548

Application/Control Number: 10/765,343                                         Page 3
Art Unit: 2186

- one or more interfaces for connecting to the storage device(s) (destination); *(State that the FlashToaster is connected to a removable disk)*

- a user controllable switch that, when actuated by a user, causes the device to commence a copy; *(Column 10, lines 31-34 – Declare a button 79 that is pushed by the user to commence copying)*

- and a control circuit coupled to the interface (source) and the interface(s) (destination), the control circuit issuing commands to make an exact copy of the storage device connected to the interface (source), wherein the copying device is operating system independent. *(Column 10, lines 31-34 – States the following: "This activates controller chip 40, which determines which of connectors 62, 64, 66...68 has a memory card inserted, and copies the image files to removable mass storage 70")*

Claim 5.       The copying device of claim 1, wherein the interface is an integrated device electronics (IDE) interface for a disk drive. *(Column 12, lines 5-7 – Declare that the host can be an IDE interface)*

Claim 10.      The copying device of claim 1, further comprising: one or more additional interfaces for connecting to display and/or output devices, to produce a report. *(Column 10, lines 27-39 – Declare that there is an interface which tells the user by LED on the status of the copying)*

Claim 12.      The copying device of claim 1, further including light emitting diodes (LEDs) coupled to the control circuit and configured to transmit status information relating to the status of the copying device. *(Column 10, lines 34-36 – Declare an LED that can blink during or after the copying process)*

Claim 16.      The copying device of claim 1, further comprising: a casing configured to contain the control circuit and the interface, the user controllable switch being mounted on the casing, the casing being of a size that is portable by

MTI0001549

Application/Control Number: 10/765,343

Art Unit: 2186

Page 4

the user. *(Figure 8 – Shows a portable casing that holds the entirety of the invention)*

Claim 18.   The copying device of claim 16, further comprising: cables emanating from the casing and connected to the interfaces, the cables being configured to connect to long-term memory devices. *(Column 9, lines 25-27 – State that copying can be done by cables)*

Claim 19.   The copying device of claim 18, wherein the cables are Integrated Device Electronics (IDE) cables. *(Column 9, lines 25-27 – Declare ATA (a.k.a. IDE) cables)*

Claim 20.   The copying device of claim 1, further comprising: a power supply configured to supply power to the control circuit. *(Column 10, lines 25-26 – Claim that power can be supplied by AC adapter or batteries)*

Claim 21.   The device of claim 20, further comprising: drive power cords emanating from the casing and configured to supply power from the power supply to the long-term memory components. *(Column 7, lines 45-49 – State the following: "The ground pins on the smaller interfaces are connected to CompactFlash pins 1 and 50. Power pins are connected to CompactFlash pins 13, 38. Pins 25, 26 are the card detect signals for CompactFlash, which the adapters connect to the card-detect signals on all smaller interfaces")*

Claim 22.   A copying device comprising: *(Column 9, lines 41-44 – State the following: "FIG. 9 is a diagram of a stand-alone FlashToaster that accepts several formats of flash-memory cards and can copy images to a removable disk without being connected to a host PC")*

- means for interfacing with a source drive wherein the source device is protected from accidental state changes; *(Column 9, lines 41-42 – State that the flash card is connected to the FlashToaster. Column 1 lines 23-27 – State that Flash Memory is used, which has automatic protection from erasure))*

MTI0001550

Application/Control Number: 10/765,343                                    Page 5
Art Unit: 2186

- means for interfacing with one or more destination devices; *(State that the FlashToaster is connected to a removable disk)*

- means initiating the copying procedure; *(Column 10, lines 31-34 – Declare a button 79 that is pushed by the user to commence copying)*

- and means for making an exact copy, wherein the copy device is operating system independent. *(Column 10, lines 31-34 – States the following: "This activates controller chip 40, which determines which of connectors 62, 64, 66,..68 has a memory card inserted, and copies the image files to removable mass storage 70")*

Claim 27.    The copying device of 1, wherein the source and destination devices have different interfaces. *(Column 9, lines 69-64 and Column 11, lines 15-19 – State that the source and destination devices have different interfaces)*

### *Claim Rejections - 35 USC § 103*

4.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

5.    Claims 2-3 and 23 are rejected under 35 U.S.C.103(a) as being unpatentable over Jones et al. as applied to claims 1 and 22 above, further in view of Saiki et al. (US Patent 5,953,513)

Jones teaches the limitations of claims 1 and 22 for the reasons above.

Jones' invention differs from the claimed invention in that there is no specific reference to the verification process.

Jones fails to teach claims 2-3 and 23, which all respectively state "The copying device of claim 1, wherein the control circuit issues commands to verify the copy is an exact match with

Application/Control Number: 10/765,343                                          Page 6
Art Unit: 2186

the source", "The copying device of claim 2, wherein the control circuit reads and compares the source and copy devices", and "The copying device of 22, further comprising: means for verifying an exact copy was made." However, Saiki states the following: "According to the above, the connection between the first and the second recording and reproducing devices through the main controller is used to perform copy or verify commands without the use of the interface controller. Therefore, occupation of the interface bus (the SCSI bus) and the overhead of the interface (SCSI) protocol is eliminated" (Column 3, lines 26-32). Saiki further states "That is, the storage system can issue a command complete message and free the SCSI bus 17 when the data has been written only in the magnetic disc apparatus 101 as described above and before the data has been written in the optical disc apparatus 1. In this case, the magnetic disc apparatus 101 is used as a write buffer of the optical disc apparatus 1 to avoid the long occupying of the SCSI bus 17" (Column 6, lines 10-16). Therefore, it would have been obvious to one of ordinary skill in the art to combine the "FlashToaster" of Jones and Saiki's "Recording and Reproducing Device" to include a verification that the copy was made, so that the system would indeed know for certain that information was not corrupt or inaccurate, thereby helping to ensure proper procedure and system efficiency.

6.      Claim 4 is rejected under 35 U.S.C.103(a) as being unpatentable over Jones et al. as applied to claims 1-2 above, further in view of Wagner et al. (US Patent 3,516,431 A)

        Jones teaches the limitations of claims 1-2 for the reasons above.

        Jones' invention differs from the claimed invention in that there is no specific reference to a switch that interrupts the verification process.

MTI0001552

Application/Control Number: 10/765,343                                    Page 7
Art Unit: 2186

Jones fails to teach claim 4, which states "The copying device of claim 2, wherein a user

controllable switch is connected to the control circuit to interrupt the verification procedure."

However, Wagner discloses "a stop means on said verification" (Column 12, line 53). Therefore,

it would have been obvious to one of ordinary skill in the art to combine the "FlashToaster" of

Jones and Wagner's "Direct Digital System" to include a switch to interrupt the verification

procedure, so that the user could control the process thereby making the entire system more user-

friendly.

7.      Claims 6-7, 9, and 24 are rejected under 35 U.S.C.103(a) as being unpatentable over

Jones et al. as applied to claims 1 and 22 above, further in view of Thibadeau (US PGPub

2003/0023867 A1).

        Jones teaches the limitations of claims 1 and 22 for the reasons above.

        Jones' invention differs from the claimed invention in that there is no specific reference

to HPA.

        Jones fails to teach claims 6-7, 9, and 24, which all respectively state "The copying

device of claim 1, wherein the control circuit accesses hidden/blocked areas of a source drive and

subsequently restores the source drive to the original settings after a copy process is complete",

"The copying device of claim 6, wherein the control circuit removes or modifies a Host

Protected Area (HPA) from a source device and restores the HPA after a copy process is

complete", "The copying device of claim 1, wherein the control circuit sets the Host Protected

Area on a copied device to the size of a source device", and "The copying device of 22, further

comprising: means for copying hidden/protected areas and returning the source device to its

original state." However, Thibadeau states the following: "Data storage, as applied herein, can

MTI0001553

Application/Control Number: 10/765,343                                          Page 8
Art Unit: 2186

be provided in connection with a conventional disk controller protocol such as ATA or SCSI. One type of security protocol available to ATA, in particular, is known to those skilled in the art as ATA Host Protected Area. Mapped-out storage, as applied herein, is storage space that is mapped-out by tables in the NWF and WF to indicate bad sectors. It is understood that other data can be mapped out of the writeable storage by the disk controller for the storage device." (Section 0032, lines 1-9). Thibadeau further states "In another embodiment, the security partition region is modeled like an ATA Host Protected Area region. The partition containing the master authority record and the other authority records has a known, fixed size and uses storage hidden even from an ATA Host Protected Area call. Any partitions below the master authority record can use the top portion of the ATA Host Protected Area space. Since write and read operations in the ATA Host Protected Area space are typically rare, it can be effective to add a function to check for SP-protected regions" (Section 0054, lines 1-10). Therefore, it would have been obvious to one of ordinary skill in the art to combine the "FlashToaster" of Jones and Thibadeau's "Methods and Systems for Promoting Security in a Computer System Employing Attached Storage Services" to include an HPA so that the system could run more efficiently and securely.

8.      Claim 8 is rejected under 35 U.S.C.103(a) as being unpatentable over Jones et al. as applied to claims 1 and 6 above, further in view of non-Patent document entitled "Device Configuration Overlay Proposal" (hereafter known as "McLean").

        Jones teaches the limitations of claims 1 and 6 for the reasons above.

        Jones' invention differs from the claimed invention in that there is no specific reference to DCO.

MTI0001554

Application/Control Number: 10/765,343                                          Page 9
Art Unit: 2186

Jones fails to teach claim 8, which states "The copying device of claim 6, wherein the

control circuit removes or modifies Device Configuration Overlay settings (DCO) from a source

device and restores the DCO after a copy process is complete." However, McLean discloses the

following: "For a particular command, mode, capacity, or feature set, when a bit is cleared

indicating that the device does not support the feature, the device shall not provide the feature.

Also, the maximum capacity of the device may be reduced. Since a host protected area may be

lost if the capacity of the device is reduced, an attempt to modify the maximum capacity when a

host protected area is set will cause the DEVICE CONFIGURATION SET command to return

command aborted. If a DEVICE CONFIGURATION FREEZE LOCK command has been issued

since the device powered-up, the DEVICE CONFIGURATION RESTORE command shall

return command aborted. The settings made by a DEVICE CONFIGURATION SET command

are maintained over power-down and power-up. A DEVICE CONFIGURATION IDENTIFY

command indicates the selectable commands, modes, capacity, and feature sets that the device is

capable of supporting. After the execution of a DEVICE CONFIGURATION SET command this

information is no longer available from an IDENTIFY DEVICE or IDENTIFY PACKET

DEVICE command.  A DEVICE CONFIGURATION RESTORE command disables an overlay

that has been set by a DEVICE CONFIGURATION SET command and returns the IDENTIFY

DEVICE or IDENTIFY PACKET DEVICE command response to that indicated by the DEVICE

CONFIGURATION IDENTIFY command. Since a host protected area may be lost if the

capacity of the device is reduced, an attempt to modify the maximum capacity when a host

protected area is set will cause the DEVICE CONFIGURATION RESTORE command to return

command aborted. If a DEVICE CONFIGURATION FREEZE LOCK command has been issued

MTI0001555

Application/Control Number: 10/765,343                                                Page 10
Art Unit: 2186

since the device powered-up, the DEVICE CONFIGURATION RESTORE command shall

return command aborted. A DEVICE CONFIGURATION FREEZE LOCK command prevents

accidental modification of the state of the Device Configuration Overlay feature set. A device

always powers-up with configuration freeze lock not set. After a successful DEVICE

CONFIGURATION FREEZE LOCK command is executed, all DEVICE CONFIGURATION

SET and DEVICE CONFIGURATION RESTORE commands are aborted by the device until the

device is powered-down and powered up again. The freeze locked state is not effected by

hardware or software reset" (Page 2, lines 1-27). Therefore, it would have been obvious to one

of ordinary skill in the art to combine the "FlashToaster" of Jones and McLean's "Device

Configuration Overlay Proposal" to include DCO setting remove and restore so that the system

would run efficiently and accurately.

9.      Claims 11 and 26 are rejected under 35 U.S.C.103(a) as being unpatentable over Jones et

al. as applied to claims 1 and 22 above, further in view of Duyanovich et al. (US Patent

5,835,954).

        Jones teaches the limitations of claims 1 and 22 for the reasons above.

        Jones' invention differs from the claimed invention in that there is no specific reference

to unreadable data indication.

        Jones fails to teach claims 11 and 26, which respectively state "The copying device of

claim 1, wherein the control circuit writes a standard bit pattern on a copy device to indicate

unreadable data on the source device", and "The copying device of 22, further comprising:

means for indicating areas on a source device that were unreadable." However, Duyanovich

states the following: "In contrast to the preceding description, if query 632 finds that the read

MTI0001556

Application/Control Number: 10/765,343                                      Page 11
Art Unit: 2186

attempted in task 630 is unsuccessful, task 642 creates a record marking these tracks as being unreadable. This may be achieved by creating a list, bit map, or other appropriate summary on the target DASD 200 or another suitable location" (Column 9, lines 61-66). Therefore, it would have been obvious to one of ordinary skill in the art to combine the "FlashToaster" of Jones and Duyanovich's "Target DASD Controlled Data Migration Move" to include an indicator for unreadable data so that the system would accurately show which data couldn't be dealt with, thereby increasing the utility of the invention.

10.      Claims 13, 15, and 25 are rejected under 35 U.S.C.103(a) as being unpatentable over Jones et al. as applied to claims 1 and 22 above, further in view of Yanai et al.(US Patent 6,173,377 B1).

        Jones teaches the limitations of claims 1 and 22 for the reasons above.

        Jones' invention differs from the claimed invention in that there is no specific reference to scanning for particular bits.

        Jones fails to teach claims 13, 15, and 25, which all respectively state ""The copying device of claim 1, wherein the control circuit scans the source device for one or more specific bit patterns, during the copy procedure", "The copying device of claim 13, further including: one or more additional interfaces for connecting to input devices, to receive specific bit patterns to scan", "The copying device of 22, further comprising: means for scanning for one or more specific bit patterns." However, Yanai states the following: "The system as claimed in claim 4, wherein the first data storage system includes a processor for periodically scanning for remote write-pending indicator bits and invoking a copy task which copies data from primary storage in the first data storage system to secondary storage in the second data storage system" (Column 60,

MTI0001557

Application/Control Number: 10/765,343

Art Unit: 2186

Page 12

lines 66-67 and Column 61, lines 1-4). Therefore, it would have been obvious to one of ordinary skill in the art to combine the "FlashToaster" of Jones and Yanai's "Remote Data Mirroring" to include a scanning function so that particular bits could be identified, thereby increasing the efficiency and accuracy of the system.

11.     Claim 14 is rejected under 35 U.S.C.103(a) as being unpatentable over Jones et al. as applied to claims 1 and 13 above, further in view of Iida (US Patent 6,339,814 B1)

Jones teaches the limitations of claims 1 and 13 for the reasons above.

Jones' invention differs from the claimed invention in that there is no specific reference to a switch controls scanning.

Jones fails to teach claim 14, which states ""The copying device of claim 13, further including: a user controllable switch is connected to the control circuit to enable scanning functions only." However, Iida discloses "If the STOP button 54 is pressed during a scan reproduction, the control block 30, according to an input signal from the operation block 50, releases the scan reproduction and enters a stop state" (Column 16, lines 31-34). Therefore, it would have been obvious to one of ordinary skill in the art to combine the "FlashToaster" of Jones and Iida's "Storage and Reproduction Apparatus" to include a switch to for the scanning procedure, so that the user could control the process thereby making the entire system more user-friendly.

12.     Claim 17 is rejected under 35 U.S.C.103(a) as being unpatentable over Jones et al. as applied to claims 1 and 16 above.

Jones teaches the limitations of claims 1 and 16 for the reasons above.

Application/Control Number: 10/765,343                                    Page 13
Art Unit: 2186

Jones' invention differs from the claimed invention in that there is no specific reference
to the size of the casing.

Jones fails to teach claim 17, which states "The copying device of claim 16, wherein the
casing is a rectangular casing that is 7.0"x4.5"x1.25" or smaller." However, stating that there is
a specific size of the casing does not change the purpose or functionality of the claimed
invention. Therefore, it would have been obvious to one of ordinary skill in the art to enable
Jones' "FlashToaster" to have been of a specific dimension of 7.0"x4.5"x1.25", to maintain make
sure that it is indeed portable and thereby making the resulting system user-friendly.

For further information, reference Gardner v. TEC Systems, Inc., 725 F.2d 1338, 220
USPQ 777 (Fed. Cir. 1984) cert. denied, 469 U.S. 830, 225 USPQ 232 (1984), which states that
the Federal Circuit held that, where the only difference between the prior art and the claims was
a recitation of relative dimensions of the claimed device and a device having the claimed relative
dimensions would not perform differently than the prior art device, the claimed device was not
patentably distinct from the prior art device.

### Conclusion

13.   Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Lev I. Iwashko whose telephone number is (571)272-1658. The
examiner can normally be reached on M-F (alternating Fridays), from 8-4PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Matt Kim can be reached on (571)272-4182. The fax phone number for the
organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

MTI0001559

Application/Control Number: 10/765,343                                    Page 14
Art Unit: 2186

Patent Application Information Retrieval (PAIR) system. Status information for published

applications may be obtained from either Private PAIR or Public PAIR. Status information for

unpublished applications is available through Private PAIR only. For more information about

the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the

Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Lev Iwashko

MATTHEW KIM
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER

MTI0001560

| | Notice of References Cited | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|---|
| | | | 10/765,343 | BRESS ET AL. |
| | | | Examiner | Art Unit | |
| | | | Lev I. Iwashko | 2186 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,438,638 B1 | 08-2002 | Jones et al. | 710/301 |
| * | B | US-5,953,513 | 09-1999 | Saiki et al. | 710/62 |
| * | C | US-2003/0023867 A1 | 01-2003 | Thibadeau, Robert H. | 713/200 |
| * | D | US-3,516,431 | 06-1970 | WAGNER WALTER K; et. al. | 137/266 |
| * | E | US-6,339,814 | 01-2002 | Iida, Kenichi | 711/161 |
| * | F | US-5,835,954 | 11-1998 | Duyanovich et al. | 711/162 |
| * | G | US-6,173,377 B1 | 01-2001 | Yanai et al. | 711/162 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | McLean, Pete. "Device Configuration Overlay Proposal". October 24, 2000, Maxtor Corporation, pp.1-16. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign

MTI0001561

# Device Configuration Overlay Proposal

To:      Technical Committee T13
From:    Pete McLean
         Maxtor Corporation
         2190 Miller Drive
         Longmont, CO 80501
         303 678-2149
         pete_mclean@maxtor.com
Date:    24 October 2000

## Introduction

Today, the ATA standard defines many optional commands, modes, and feature sets. Each personal computer manufacturer desires different features and many personal computer manufacturers desire  to have different features available on different systems that they manufacture. This leads to the need for many versions of the same disk product to meet the various system needs.

The Device Configuration Overlay proposal is intended to allow device manufacturers to build one version of a product to satisfy all customer needs and to allow personal computer manufacturers to buy one version to fill needs of all of their systems.

The response to an IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command provides the host with an indication of the optional commands, modes, and features sets that a device supports. The Device Configuration Overlay proposal provides a set of commands that allow a utility program to modify some of the commands, modes and feature sets reported as supported by the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response. This allows a device manufacturer or personal computer system manufacturer to modify the apparent features provided by a device.

## Proposed changes

The following additions are proposed for the ATA/ATAPI-6 standard based on the current ATA/ATAPI-6 rev 0a standard:

## 6.x Device Configuration Overlay feature set

The Device Configuration Overlay feature set allows a utility program to modify some of the optional commands, modes, and features sets that a device reports as supported in the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response as well as the capacity reported.

Commands unique to the Device Configuration Overlay feature set use a single command code and are differentiated from one another by the value placed in the Features register. These commands are:

- DEVICE CONFIGURATION FREEZE LOCK
- DEVICE CONFIGURATION IDENTIFY
- DEVICE CONFIGURATION RESTORE
- DEVICE CONFIGURATION SET

The Device Configuration Overlay feature set may affect words 63, 82, 83, 84, and 88 of the IDENTIFY DEVICE and IDENTIFY PACKET DEVICE command responses. Certain bits in these words that indicate that a command, mode, capacity, or feature set is supported and enabled may

1

MTI0001562

be cleared by a DEVICE CONFIGURATION SET command. For a particular command, mode, capacity, or feature set, when a bit is cleared indicating that the device does not support the feature, the device shall not provide the feature. Also, the maximum capacity of the device may be reduced. Since a host protected area may be lost if the capacity of the device is reduced, an attempt to modify the maximum capacity when a host protected area is set will cause the DEVICE CONFIGURATION SET command to return command aborted. If a DEVICE CONFIGURATION FREEZE LOCK command has been issued since the device powered-up, the DEVICE CONFIGURATION RESTORE command shall return command aborted. The settings made by a DEVICE CONFIGURATION SET command are maintained over power-down and power-up.

A DEVICE CONFIGURATION IDENTIFY command indicates the selectable commands, modes, capacity, and feature sets that the device is capable of supporting. After the execution of a DEVICE CONFIGURATION SET command this information is no longer available from an IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command.

A DEVICE CONFIGURATION RESTORE command disables an overlay that has been set by a DEVICE CONFIGURATION SET command and returns the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response to that indicated by the DEVICE CONFIGURATION IDENTIFY command. Since a host protected area may be lost if the capacity of the device is reduced, an attempt to modify the maximum capacity when a host protected area is set will cause the DEVICE CONFIGURATION RESTORE command to return command aborted. If a DEVICE CONFIGURATION FREEZE LOCK command has been issued since the device powered-up, the DEVICE CONFIGURATION RESTORE command shall return command aborted.

A DEVICE CONFIGURATION FREEZE LOCK command prevents accidental modification of the state of the Device Configuration Overlay feature set. A device always powers-up with configuration freeze lock not set. After a successful DEVICE CONFIGURATION FREEZE LOCK command is executed, all DEVICE CONFIGURATION SET and DEVICE CONFIGURATION RESTORE commands are aborted by the device until the device is powered-down and powered-up again. The freeze locked state is not effected by hardware or software reset.

Figure aa and the text following the figure describes the operation of the Device Configuration Overlay feature set.

2

MTI0001563



**Figure aa – Device Configuration Overlay state diagram**

**DCO0: Factory config State:** This state is entered when the device powers-up with the factory configuration set or a valid DEVICE CONFIGURATION RESTORE command is received.

When in this state, the device shall support all commands, modes, features sets, and the capacity indicated by the response to a DEVICE CONFIGURATION IDENTIFY command.

**Transition DCO0:DCO1:** When a DEVICE CONFIGURATION FREEZE LOCK command is received, the device shall return successful command completion and make a transition to the DCO1: DCO locked state.

**Transition DCO0:DCO2:** When a valid DEVICE CONFIGURATION SET command is received, the device shall return successful command completion and make a transition to the DCO2: Reduced config state. See Transition DCO0:DCO0 for the definition of conditions that make a DEVICE CONFIGURATION SET command invalid.

**Transition DCO0:DCO0:** When an invalid DEVICE CONFIGURATION SET command is received, the device shall return command aborted and make a transition to the DCO0: Factory config state. A DEVICE CONFIGURATION SET command is invalid if the DEVICE CONFIGURATION SET command requests:

– a device capacity less than that indicated by a DEVICE CONFIGURATION IDENTIFY command and a host protected area has been established using the SET MAX ADDRESS command.

3

MTI0001564

- the elimination of support of a Multiword or Ultra DMA mode if that mode is currently selected or a higher numbered mode is currently selected.
- the elimination of support of the Host Protected Area feature set if a host protected area has been established using a SET MAX ADDRESS command.
- the elimination of support of the Power-up in Standby feature set if the feature set has been enables by a jumper.
- the elimination of support of he Security feature set if the feature set has been enabled.
- the elimination of support of the SMART feature set if bits 1 and 2 of word 7 are not cleared to zero or if the SMART feature set has been enabled by use of the SMART ENABLE OPERATIONS command.

**DCO1: DCO_locked State:** This state is entered when a DEVICE CONFIGURATION RESTORE command is received.

When in this state, the device shall support all commands, modes, features sets, and the capacity established by the latest DEVICE CONFIGURATION SET or DEVICE CONFIGURATION RESTORE command.

**Transition DCO1:DCO1:** When a DEVICE CONFIGURATION FREEZE LOCK, DEVICE CONFIGURATION IDENTIFY, DEVICE CONFIGURATION SET, or DEVICE CONFIGURATION RESTORE command is received, the device shall return command aborted and make a transition to the DCO0: DCO locked state.

**DCO2: Reduced_config State:** This state is entered when the device powers-up with a reduced configuration set or a valid DEVICE CONFIGURATION SET command is received.

When in this state, the device shall support all commands, modes, features sets, and the capacity indicated by the DEVICE CONFIGURATION SET command that caused this state to be entered

**Transition DCO2:DCO1:** When a DEVICE CONFIGURATION FREEZE LOCK command is received, the device shall return successful command completion and make a transition to the DCO1: DCO locked state.

**Transition DCO2:DCO0:** When a valid DEVICE CONFIGURATION RESTORE command is received, the device shall return successful command completion and make a transition to the DCO0: Factory config state. See Transition DCO2:DCO2 for the definition of conditions that make a DEVICE CONFIGURATION RESTORE command invalid.

**Transition DCO2:DCO2:** When an invalid DEVICE CONFIGURATION RESTORE command is received, the device shall return command aborted and make a transition to the DCO2: Reduced config state. A DEVICE CONFIGURATION RESTORE command is invalid if the reduced configuration capacity has been set to a value less than that indicated by a DEVICE CONFIGURATION IDENTIFY command and a host protected area has been established using the SET MAX ADDRESS command.

## In clause 8

## 8.X DEVICE CONFIGURATION

Individual Device Configuration Overlay feature set commands are identified by the value placed in the Features register. Table xx shows these Features register values.

4

MTI0001565

Table xx – Device Configuration Overlay Features register values

| Value | Command |
|-------|---------|
| C0h | DEVICE CONFIGURATION RESTORE |
| C1h | DEVICE CONFIGURATION FREEZE LOCK |
| C2h | DEVICE CONFIGURATION IDENTIFY |
| C3h | DEVICE CONFIGURATION SET |
| 00h-BFh, C4h-FFh | Reserved |

## 8.X.1 DEVICE CONFIGURATION RESTORE

### 8.X.1.1 Command code

B1h with a Features register value of C0h.

### 8.X.1.2 Feature set

Device Configuration Overlay feature set.
— Mandatory when the Device Configuration Overlay feature set is implemented.

### 8.X.1.3 Protocol

Non-data

### 8.X.1.4 Inputs

The Features register shall be set to C0h.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|----------|---|---|---|---|---|---|---|---|
| Features | | | | C0h | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | | na | | DEV | | na | | |
| Command | | | | B1h | | | | |

Device/Head -
        DEV shall indicate the selected device.

### 8.X.1.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|----------|---|---|---|---|---|---|---|---|
| Error | | | | na | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
        DEV shall indicate the selected device.
Status register -

5

MTI0001566

BSY shall be cleared to zero indicating command completion.
DRDY shall be set to one.
DF (Device Fault) shall be cleared to zero.
DRQ shall be cleared to zero.
ERR shall be cleared to zero.

### 8.X.1.6 Error outputs

If the device does not support this command, if a host protected area has been set by a SET MAX ADDRESS command, or if DEVICE CONFIGURATION FREEZE LOCK is set, the device shall return command aborted.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported or if DEVICE CONFIGURATION FREEZE LOCK is set.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be set to one if a device fault has occurred.
    DRQ shall be cleared to zero.
    ERR shall be set to one if an Error register bit is set to one.

### 8.X.1.7 Prerequisites

DRDY set to one.

### 8.X.1.8 Description

The DEVICE CONFIGURATION RESTORE command disables any setting previously made by a DEVICE CONFIGURATION SET command and returns the content of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response to the original settings as indicated by the data returned from the execution of a DEVICE CONFIGURATION IDENTIFY command.

## 8.X.2 DEVICE CONFIGURATION FREEZE LOCK

### 8.X.2.1 Command code

B1h with a Features register value of C1h.

### 8.X.2.2 Feature set

Device Configuration Overlay feature set.
    – Mandatory when the Device Configuration Overlay feature set is implemented.

6

MTI0001567

### 8.X.2.3 Protocol

Non-data

### 8.X.2.4 Inputs

The Features register shall be set to C1h.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Features | | | | C1h | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | na | | | DEV | | na | | |
| Command | | | | B1h | | | | |

Device/Head  -
    DEV shall indicate the selected device.

### 8.X.2.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | | | | na | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be cleared to zero.
    DRQ shall be cleared to zero.
    ERR shall be cleared to zero.

### 8.X.2.6 Error outputs

If the device does not support this command or the device has executed a previous DEVICE CONFIGURATION FREEZE LOCK command since power-up, the device shall return command aborted.

7

**MTI0001568**

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be set to one if a device fault has occurred.
    DRQ shall be cleared to zero.
    ERR shall be set to one if an Error register bit is set to one.

**8.X.2.7 Prerequisites**

DRDY set to one.

**8.X.2.8 Description**

The DEVICE CONFIGURATION FREEZE LOCK command prevents accidental modification of
the Device Configuration Overlay settings. After successful execution of a DEVICE
CONFIGURATION FREEZE LOCK command, all DEVICE CONFIGURATION SET, DEVICE
CONFIGURATION FREEZE LOCK, DEVICE CONFIGURATION IDENTIFY, and DEVICE
CONFIGURATION RESTORE commands are aborted by the device. The DEVICE
CONFIGURATION FREEZE LOCK condition shall be cleared by a power-down. The DEVICE
CONFIGURATION FREEZE LOCK condition shall not be cleared by hardware or software reset.

**8.X.3 DEVICE CONFIGURATION IDENTIFY**

**8.X.3.1 Command code**

B1h with a Features register value of C2h.

**8.X.3.2 Feature set**

Device Configuration Overlay feature set.
    – Mandatory when the Device Configuration Overlay feature set is implemented.

**8.X.3.3 Protocol**

PIO data-in

**8.X.3.4 Inputs**

The Features register shall be set to C2h.

8

MTI0001569

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Features | | | | C2h | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | | na | | DEV | | na | | |
| Command | | | | B1h | | | | |

Device/Head -
    DEV shall indicate the selected device.

## 8.X.3.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | | | | na | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be cleared to zero.
    DRQ shall be cleared to zero.
    ERR shall be cleared to zero.

## 8.X.3.6 Error outputs

If the device does not support this command or the device has executed a previous DEVICE CONFIGURATION FREEZE LOCK command since power-up, the device shall return command aborted.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | | | | na | | | | |
| Sector Number | | | | Na | | | | |
| Cylinder Low | | | | Na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.

9

DF (Device Fault) shall be set to one if a device fault has occurred.
DRQ shall be cleared to zero.
ERR shall be set to one if an Error register bit is set to one.

## 8.X.3.7 Prerequisites

DRDY set to one.

## 8.X.3.8 Description

The DEVICE CONFIGURATION IDENTIFY command returns a 512 byte data structure via PIO
data-in transfer. The content of this data structure indicates the selectable commands, modes,
and feature sets that the device is capable of supporting. If a DEVICE CONFIGURATION SET
command has been issued reducing the capabilities, the response to an IDENTIFY DEVICE or
IDENTIFY PACKET DEVICE command will reflect the reduced set of capabilities, while the
DEVICE CONFIGURATION IDENTIFY command will reflect the entire set of selectable
capabilities.

The format of the Device Configuration Overlay data structure is shown in table yy.

**Table yy – Device Configuration Identify data structure**

| Word | Content | |
|------|---------|---|
| 0 | Data structure revision | |
| 1 | Multiword DMA modes supported | |
| | 15-3 | Reserved |
| | 2 | 1 = Multiword DMA mode 2 and below are supported |
| | 1 | 1 = Multiword DMA mode 1 and below are supported |
| | 0 | 1 = Multiword DMA mode 0 is supported |
| 2 | Ultra DMA modes supported | |
| | 15-5 | Reserved |
| | 5 | 1 = Ultra DMA mode 5 and below are supported |
| | 4 | 1 = Ultra DMA mode 4 and below are supported |
| | 3 | 1 = Ultra DMA mode 3 and below are supported |
| | 2 | 1 = Ultra DMA mode 2 and below are supported |
| | 1 | 1 = Ultra DMA mode 1 and below are supported |
| | 0 | 1 = Ultra DMA mode 0 is supported |
| 3-6 | Maximum LBA address | |
| 7 | Command set/feature set supported | |
| | 15-9 | Reserved |
| | 8 | 1 = 48-bit Addressing feature set supported |
| | 7 | 1 = Host Protected Area feature set supported |
| | 6 | 1 = Automatic acoustic management supported |
| | 5 | 1 = READ/WRITE DMA QUEUED commands supported |
| | 4 | 1 = Power-up in Standby feature set supported |
| | 3 | 1 = Security feature set supported |
| | 2 | 1 = SMART error log supported |
| | 1 | 1 = SMART self-test supported |
| | 0 | 1 = SMART feature set supported |
| 8-254 | Reserved | |
| 255 | Integrity word | |
| | 15-8 | Checksum |
| | 7-0 | Signature |

MTI0001571

### 8.X.3.8.1 Word 0: Data structure revision

Word 0 shall contain the value 0001h.

### 8.X.3.8.3 Word 1: Multiword DMA modes supported

Word 2 bits 2-0 contain the same information as contained in word 63 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response (see 8.12.34). Bits 15-3 of word 2 are reserved.

### 8.X.3.8.4 Word 2: Ultra DMA modes supported

Word 3 bits 5-0 contain the same information as contained in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response (see 8.12.47). Bits 15-6 of word 3 are reserved.

### 8.X.3.8.5 Words 3-6: Maximum LBA address

Words 4 through 7 define the maximum LBA address. This is the highest address accepted by the device in the factory default condition. If no DEVICE CONFIGURATION SET command has been executed modifying the factory default condition, this is the same value as that returned by a READ NATIVE MAX ADDRESS or READ NATIVE MAX ADDRESS EXT command.

### 8.X.3.8.6 Word 7: Command/features set supported

Word 8 bit 0 if set to one indicates that the device is capable of supporting the SMART feature set.

Word 8 bit 1 if set to one indicates that the device is capable of supporting SMART self-test including the self-test log.

Word 8 bit 2 if set to one indicates that the device is capable of supporting SMART error logging.

Word 8 bit 3 if set to one indicates that the device is capable of supporting the Security feature set.

Word 8 bit 4 if set to one indicates that the device is capable of supporting the Power-up in Standby feature set.

Word 8 bit 5 if set to one indicates that the device is capable of supporting the READ DMA QUEUED and WRITE DMA QUEUED commands.

Word 8 bit 6 if set to one indicates that the device is capable of supporting the Automatic Acoustic Management feature set.

Word 8 bit 7 if set to one indicates that the device is capable of supporting the Host Protected Area feature set.

Word 8 bit 8 if set to one indicates that the device is capable of supporting the 48-bit Addressing feature set.

Word 8 bits 9 through 15 are reserved.

### 8.X.3.8.7 Words 8-254: Reserved

MTI0001572

### 8.X.3.8.8 Word 255: Integrity word

Bits 7:0 of this word shall contain the value A5h. Bits 15:8 of this word shall contain the data structure checksum. The data structure checksum shall be the two's complement of the sum of all byte in words 0 through 254 and the byte consisting of bits 7:0 of word 255. Each byte shall be added with unsigned arithmetic, and overflow shall be ignored. The sum of all bytes is zero when the checksum is correct.

## 8.X.4 DEVICE CONFIGURATION SET

### 8.X.4.1 Command code

B1h with a Features register value of C3h.

### 8.X.4.2 Feature set

Device Configuration Overlay feature set.
  – Mandatory when the Device Configuration Overlay feature set is implemented.

### 8.X.4.3 Protocol

PIO data out

### 8.X.4.4 Inputs

The Features register shall be set to C3h.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Features | C3h | | | | | | | |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | | | | DEV | na | | | |
| Command | B1h | | | | | | | |

Device/Head  -
  DEV shall indicate the selected device.

### 8.X.4.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | | | | | | | |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
  DEV shall indicate the selected device.
Status register -
  BSY shall be cleared to zero indicating command completion.

12

MTI0001573

DRDY shall be set to one.
DF (Device Fault) shall be cleared to zero.
DRQ shall be cleared to zero.
ERR shall be cleared to zero.

### 8.X.4.6 Error outputs

If the device does not support this command or if DEVICE CONFIGURATION FREEZE LOCK is set, the device shall return command aborted. If any of the bit modification restrictions described in 8.X.4.8 are violated, the device shall return command aborted.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | na | | | | | | | |
| Sector Number | Na | | | | | | | |
| Cylinder Low | Na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported, if DEVICE CONFIGURATION
        FREEZE LOCK is set, or if any of the bit modification restrictions described in
        8.X.4.8 are violated.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be set to one if a device fault has occurred.
    DRQ shall be cleared to zero.
    ERR shall be set to one if an Error register bit is set to one.

### 8.X.4.7 Prerequisites

DRDY set to one.

### 8.X.4.8 Description

The DEVICE CONFIGURATION SET command allows a device manufacturer or a personal computer system manufacturer to reduce the set of optional commands, modes, or feature sets supported by a device as indicated by a DEVICE CONFIGURATION IDENTIFY command. The DEVICE CONFIGURATION SET command transfers an overlay that modifies some of the bits set in words 63, 82, 83, 84, and 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response. When the bits in these words are cleared, the device shall no longer support the indicated command, mode, or feature set. If a bit is set in the overlay transmitted by the device that is not set in the overlay received from a DEVICE CONFIGURATION IDENTIFY command, no action is taken for that bit.

The format of the overlay transmitted by the device is described in table zz. The restrictions on changing these bits is described in the text following table zz. If any of the bit modification restrictions described are violated, the device shall return command aborted.

MTI0001574

**Table zz – Device Configuration Overlay data structure**

| Word | Content | |
|------|---------|---|
| 0 | Data structure revision | |
| 1 | Multiword DMA modes supported | |
| | 15-3 | Reserved |
| | 2 | 1 = Multiword DMA mode 2 and below are supported |
| | 1 | 1 = Multiword DMA mode 1 and below are supported |
| | 0 | 1 = Multiword DMA mode 0 is supported |
| 2 | Ultra DMA modes supported | |
| | 15-5 | Reserved |
| | 5 | 1 = Ultra DMA mode 5 and below are supported |
| | 4 | 1 = Ultra DMA mode 4 and below are supported |
| | 3 | 1 = Ultra DMA mode 3 and below are supported |
| | 2 | 1 = Ultra DMA mode 2 and below are supported |
| | 1 | 1 = Ultra DMA mode 1 and below are supported |
| | 0 | 1 = Ultra DMA mode 0 is supported |
| 3-6 | Maximum LBA address | |
| 7 | Command set/feature set supported | |
| | 15-9 | Reserved |
| | 8 | 1 = 48-bit Addressing feature set supported |
| | 7 | 1 = Host Protected Area feature set supported |
| | 6 | 1 = Automatic acoustic management supported |
| | 5 | 1 = READ/WRITE DMA QUEUED commands supported |
| | 4 | 1 = Power-up in Standby feature set supported |
| | 3 | 1 = Security feature set supported |
| | 2 | 1 = SMART error log supported |
| | 1 | 1 = SMART self-test supported |
| | 0 | 1 = SMART feature set supported |
| 8-254 | Reserved | |
| 255 | Integrity word | |
| | 15-8 | Checksum |
| | 7-0 | Signature |

**8.X.4.8.1 Word 0: Data structure revision**

Word 0 shall contain the value 0001h.

**8.X.4.8.3 Word 1: Multiword DMA modes supported**

Word 1 bits 15:3 are reserved.

Word 1 bit 2 is cleared to select no support for Multiword DMA mode 2 and has the effect of clearing bit 2 in word 63 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Multiword DMA mode 2 is currently selected.

Word 1 bit 1 is cleared to select no support for Multiword DMA mode 1 and has the effect of clearing bit 1 in word 63 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Multiword DMA mode 2 is supported or Multiword DMA mode 1 or 2 is selected.

Word 1 bit 0 shall not be cleared.

MTI0001575

### 8.X.4.8.4 Word 2: Ultra DMA modes supported

Word 2 bits 15:6 are reserved.

Word 2 bit 5 is cleared to select no support for Ultra DMA mode 5 and has the effect of clearing bit 5 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5 is currently selected.

Word 2 bit 4 is cleared to select no support for Ultra DMA mode 4 and has the effect of clearing bit 4 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5 is supported or if Ultra DMA mode 5 or 4 is selected.

Word 2 bit 3 is cleared to select no support for Ultra DMA mode 3 and has the effect of clearing bit 3 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5 or 4 is supported or if Ultra DMA mode 5, 4, or 3 is selected.

Word 2 bit 2 is cleared to select no support for Ultra DMA mode 2 and has the effect of clearing bit 2 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5, 4, or 3 is supported or if Ultra DMA mode 5, 4, 3, or 2 is selected.

Word 2 bit 1 is cleared to select no support for Ultra DMA mode 1 and has the effect of clearing bit 1 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5, 4, 3, or 2 is supported or if Ultra DMA mode 5, 4, 3, 2, or 1 is selected.

Word 2 bit 0 is cleared to select no support for Ultra DMA mode 0 and has the effect of clearing bit 0 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5, 4, 3, 2, or 1 is supported or if Ultra DMA mode 5, 4, 3, 2, 1, or 0 is selected.

### 8.X.4.8.5 Words 3-6: Maximum LBA address

Words 3 through 6 define the maximum LBA address. This shall be the highest address accepted by the device after execution of the command. When this value is changed, the content of IDENTIFY DEVICE words 1, 54, 57, 60, 61 100, 101, 102, and103 shall be changed as described in the SET MAX ADDRESS and SET MAX ADDRESS EXT command descriptions to reflect the maximum address set with this command. This value shall not be changed and command aborted shall be returned if a Host Protected Area has been established by the execution of a SET MAX ADDRESS or SET MAX ADDRESS EXT command with an address value less than that returned by a READ NATIVE MAX ADDRESS or READ NATIVE MAX ADDRESS EXT command.. ~~Therefore, a~~Any data contained in the host protected area is ~~maintained~~not affected.

### 8.X.4.8.6 Word 7: Command/features set supported

Word 7 bits 15:9 are reserved.

Word 7 bit 8 is cleared to select no support for the 48-bit Addressing feature set and has the effect of clearing bit 10 in word 83 and words 103:100 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response.

Word 7 bit 7 is cleared to select no support for the Host Protected Area feature set and has the effect of clearing bit 10 in word 82 and bit 8 in word 83 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. If a host protected area has been established by use of the SET MAX ADDRESS command, this bit shall not be cleared and the device shall return command aborted.

15

MTI0001576

Word 7 bit 6 is cleared to select no support for the Automatic Acoustic Management feature set and has the effect of clearing bit 9 in word 83 and word 94 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response.

Word 7 bit 5 is cleared to select no support for the READ DMA QUEUED and WRITE DMA QUEUED commands and has the effect of clearing bit 1 in word 83 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response.

Word 7 bit 4 is cleared to select no support for the Power-up in Standby feature set and has the effect of clearing bits 5 and 6 in word 83 and word 94 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. If Power-up in Standby has been enabled by a jumper, this bit shall not be cleared.

Word 7 bit 3 is cleared to select no support for the Security feature set and has the effect of clearing bit 1 in word 82 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if the Security feature set has been enabled.

Word 7 bit 2 is cleared to select no support for the SMART error logging.

Word 7 bit 1 is cleared to select no support for the SMART self-test.

Word 7 bit 0 is cleared to select no support for the SMART feature set and has the effect of clearing bit 0 in word 82 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. If bits 1 and 2 of word 7 are not cleared to zero or if the SMART feature set has been enabled by use of the SMART ENABLE OPERATIONS command, this bit shall not be cleared and the device shall return command aborted.

**8.X.4.8.7 Words 8-254: Reserved**

**8.X.4.8.8 Word 255: Integrity word**

Bits 7:0 of this word shall contain the value A5h. Bits 15:8 of this word shall contain the data structure checksum. The data structure checksum shall be the two's complement of the sum of all byte in words 0 through 254 and the byte consisting of bits 7:0 of word 255. Each byte shall be added with unsigned arithmetic, and overflow shall be ignored. The sum of all bytes is zero when the checksum is correct.

## 8.12 IDENTIFY DEVICE

Table 20

| Word | F/V | | |
|------|-----|------|--------------------------------------------------------|
| 83 | F | B11 | 1 = Device Configuration Overlay feature set supported. |
| 86 | V/F | B11 | 1 = Device Configuration Overlay feature set ~~enabled~~ supported. |

**8.13.45 Words 82-84: Features/commands sets supported**

If bit 11 of word 83 is set to one, the device supports the Device Configuration Overlay feature set.

**8.13.46 Words 85-87: Features/commands sets enabled.**

If bit 11 of word 86 is set to one, the device supports the Device Configuration Overlay feature set.

MTI0001577

*Search Notes*

| | | | |
|---|---|---|---|
| Application/Control No. | | Applicant(s)/Patent under Reexamination | |
| 10/765,343 | | BRESS ET AL. | |
| Examiner | | Art Unit | |
| Lev I. Iwashko | | 2186 | |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 711 | 162 | 2/2/2006 | LI |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| Searched EAST utilizing keywords. | 2/1/2006 | LI |
| Searched EAST utilizing keywords. Also conducted Class Search. | 2/2/2006 | Lt |
| | | |
| | | |
| | | |
| | | |
| | | |

## INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 10765343

MTI0001578

## Index of Claims

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 10/765,343 | BRESS ET AL. |
| Examiner | Art Unit |
| Lev I. Iwashko | 2186 |

| | | | | |
|---|---|---|---|---|
| R | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date |
|---|---|---|
| Final | Original | 2/2/06 |
| | 1 | R |
| | 2 | R |
| | 3 | R |
| | 4 | R |
| | 5 | R |
| | 6 | R |
| | 7 | R |
| | 8 | R |
| | 9 | R |
| | 10 | R |
| | 11 | R |
| | 12 | R |
| | 13 | R |
| | 14 | R |
| | 15 | R |
| | 16 | R |
| | 17 | R |
| | 18 | R |
| | 19 | R |
| | 20 | R |
| | 21 | R |
| | 22 | R |
| | 23 | R |
| | 24 | R |
| | 25 | R |
| | 26 | R |
| | 27 | R |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

| Claim | | Date |
|---|---|---|
| Final | Original | |
| | 101 | |
| | 102 | |
| | 103 | |
| | 104 | |
| | 105 | |
| | 106 | |
| | 107 | |
| | 108 | |
| | 109 | |
| | 110 | |
| | 111 | |
| | 112 | |
| | 113 | |
| | 114 | |
| | 115 | |
| | 116 | |
| | 117 | |
| | 118 | |
| | 119 | |
| | 120 | |
| | 121 | |
| | 122 | |
| | 123 | |
| | 124 | |
| | 125 | |
| | 126 | |
| | 127 | |
| | 128 | |
| | 129 | |
| | 130 | |
| | 131 | |
| | 132 | |
| | 133 | |
| | 134 | |
| | 135 | |
| | 136 | |
| | 137 | |
| | 138 | |
| | 139 | |
| | 140 | |
| | 141 | |
| | 142 | |
| | 143 | |
| | 144 | |
| | 145 | |
| | 146 | |
| | 147 | |
| | 148 | |
| | 149 | |
| | 150 | |

MTI0001579

05/12/2006  16:17   3019906437   FLOWER_VALLEY_PRESS   PAGE  01

RECEIVED
CENTRAL FAX CENTER

MAY 1 2 2006

# FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **TO:** | | **FROM:** | |
| **Name:** | Examiner Iwashko, Lev | **Name:** | Steve Bress |
| | USPTO | **Phone No.:** | 301-208-8373 |
| **Fax No.:** | (571) 273-8300 | **Fax # Verified by:** | |
| **Phone No.:** | 571-272-4210 | **# Pages (incl. this):** | 13 |
| **Subject:** | **Patent Amendment** | **Date:** | 05/12/2005 |

**Message:**

Re: U.S. Application of : Steven Bress et al.
Application No.: 10/765,343
Filed: January 14, 2004
Title: Systems and Methods for Creating Exact Copies of Computer Long-Term Memory
Devices

Attached is an Amendment.

If there is a problem with this transmission, notify the sender at the number above.

This facsimile is intended only for the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If you have received this facsimile in error, please notify the sender immediately by telephone (collect), and return the original message by first-class mail to the above address.

MTI0001580

05/12/2006  16:17   3019906437          POWER_VALLEY_PRESS                    PAGE  02

RECEIVED
CENTRAL FAX CENTER

MAY 1 2 2006          PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                )
                                     )
Steven Bress et al.                  )
                                     )
Serial No.: 10/765,343               )    Group Art Unit:  2186
                                     )
Filed:  January 13, 2004             )    Examiner:  Iwashko, Lev
                                     )
For:   SYSTEMS AND METHODS FOR       )
       CREATING EXACT COPIES OF      )
       COMPUTER LONG-TERM            )
       MEMORY DEVICES                )

U.S. Patent and Trademark Office
Customer Window, Mail Stop Amendment
Randolph Building
401 Dulany Street
Alexandria, VA 22314

Sir:

## AMENDMENT

In response to the Office Action, dated February 13, 2006, and pursuant to

37 C.F.R. § 1.116, Applicants propose amending the present application as

follows:

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 8 of this paper.

1

MTI0001581

Serial Number: 10/765,343

### Remarks

In the Office Action dated February 13, 2006, the Examiner rejected claims 9 under 35 U.S.C. § 112; rejected claims 1, 5, 10, 12, 16, 18–22 and 27 under 35 U.S.C. § 102(b) in view of U.S. Patent No. 6,438,638 to Jones et al. ("Jones"); rejected claims 2-3 and 23 under 35 U.S.C. § 103(a) in view of Jones, and further in view of U.S. Patent No. 5,953,513 to Saiki et al. ("Saiki"); rejected claim 4 under 35 U.S.C. § 103(a) in view of Jones, and further in view of U.S. Patent No. 3,516,431 to Wagner et al. ("Wagner"); rejected claims 6-7, 9 and 24 under 35 U.S.C. § 103(a) in view of Jones, and further in view of U.S. Patent No. 2003/0023867 to Thibadeau ("Thibadeau"); rejected claim 8 under 35 U.S.C. § 103(a) in view of Jones, and further in view of non-Patent document entitled "Device Configuration Overlay Proposal" ("McLean"); rejected claims 11 and 26 under 35 U.S.C. § 103(a) in view of Jones, and further in view of U.S. Patent No. 5,835,954 to Duyanovich et al. ("Duyanovich"); rejected claims 13, 15 and 25 under 35 U.S.C. § 103(a) in view of Jones, and further in view of U.S. Patent No. 6,173,377 to Yanai et al. ("Yani"); rejected claim 14 under 35 U.S.C. § 103(a) in view of Jones, and further in view of U.S. Patent No. 6,339,814 to Iida et al. ("Iida"); rejected claim 17 under 35 U.S.C. § 103(a) in view of Jones.

By way of the present amendment, Applicants propose canceling claims 2, 3, 6, 17, 23 and 24 without prejudice or disclaimer and amending claims 1, 4, 7-9

8

MTI0001582

Serial Number: 10/765,343

and 22. No new matter has been added by the way of the present amendment. Claims 5, 10-16, 18-21 and 25-27 would be pending upon entry of the present amendment.

*Rejection of Claims 1, 5, 10, 12, 16, 18-22 and 27 under 35 USC § 102(b)*

Applicants submit that Jones teaches a consumer grade copying device. Applicants would describe their invention as a professional grade copying device, for the use in computer forensics and security. While Jones is adequate for copying family vacation snapshots it has serious limitations if it were to be used in computer forensics and security. Applicants agree that the current claims are too broad and have modified claims 1 and 22 in particular, to highlight the differences between the current invention and Jones.

One of the key differences between Applicants' current invention and Jones is the current invention teaches electronically isolating device interfaces to help ensure there is no data corruption on either source or destination.

Another key difference is that the current invention teaches reading and comparing data on the source and destination devices and communicating the result to a user. In computer forensic and security work a copy is made of a suspect's drive and this copy is used for discovery purposes. It is of vital importance in this process for a user to know that the copy is an exact copy of the source.

Applicants' submit that the claimed invention as a whole describe a

9

MTI0001583

05/12/2006  16:17   3019906437                    FLOWER_VALLEY_PRESS                      PAGE  11

Serial Number: 10/765,343

dedicated function copying device for the purpose of computer forensic and security, which is new in the art.

For at least these reasons, Applicants submit that Jones does not disclose or suggest each feature of claim 1. Accordingly, the rejection of this claim should be withdrawn. The rejections of claims 5, 7-16 and 27 are also improper, at least by virtue of their dependency from claim 1. Additionally Applicants submit that Jones does not disclose or suggest each feature of claim 22. Accordingly, the rejection of this claim should be withdrawn. The rejections of claims 25 and 26 are also improper, at least by virtue of their dependency from claim 22.

In view of the foregoing amendments and remarks, Applicants respectfully request the Examiner's reconsideration of this application, and the timely allowance of the pending claims.  Applicants respectfully request entry of the present amendment because the amendment places the application in immediate condition for allowance.

10

MTI0001584

Serial Number: 10/765,343

Respectfully submitted,

All Applicants:

By: _Steven Bress_   Date:

Steven Bress

11

MTI0001585

Serial Number: 10/765,343

By: _Ma Mez_   Date: _5-12-06_
Mark Joseph Manz

12

MTI0001586

Serial Number: 10/765,343

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

1. (currently amended) A <u>stand-alone, dedicated function</u> device for making exact copies of long-term memory devices comprising:

an interface for connecting to a storage device (source);

one or more interfaces for connecting to the storage device(s) (destination);

<u>wherein the interfaces are electronically isolated from each other through the use of separate interface circuitry for each interface;</u>

a user controllable switch that, when actuated by a user, causes the device to commence a copy;

and a control circuit coupled to the interface (source) and the interface(s) (destination), the control circuit issuing commands to<u>: compare the size of the source device to the size of a destination device and communicate result to a user, open hidden areas on the source device,</u> make an exact copy of the storage device connected to the interface (source), <u>read and compare data on the source and destination devices and communicate result to a user, restore the source drive to its original condition,</u>

wherein the copying device is operating system independent.

2

MTI0001587

Serial Number: 10/765,343

2.      (cancelled).

3.      (cancelled).

4.      (currently amended) The copying device of claim 2 1, wherein a
user controllable switch is connected to the control circuit to interrupt the
verification procedure.

5.      The copying device of claim 1, wherein the interface is an
integrated device electronics (IDE) interface for a disk drive.

6.      (cancelled).

7.      (currently amended) The copying device of claim 8 1, wherein the
hidden area the control circuit removes or modifies is a Host Protected Area
(HPA) from a source device and restores the HPA after a copy process is
complete.

8.      (currently amended) The copying device of claim 6 1, wherein the
hidden area the control circuit removes or modifies is Device Configuration
Overlay settings (DCO) from a source device and restores the DCO after a copy
process is complete.

3

MTI0001588

Serial Number: 10/765,343

9. (currently amended) The copying device of claim 1, wherein the control circuit sets the ~~Host Protected Area on~~ size of a copied device to the size of a source device.

10. The copying device of claim 1, further comprising: one or more additional interfaces for connecting to display and/or output devices, to produce a report.

11. The copying device of claim 1, wherein the control circuit writes a standard bit pattern on a copy device to indicate unreadable data on the source device.

12. The copying device of claim 1, further including light emitting diodes (LEDs) coupled to the control circuit and configured to transmit status information relating to the status of the copying device.

13. The copying device of claim 1, wherein the control circuit scans the source device for one or more specific bit patterns, during the copy procedure.

14. The copying device of claim 13, further including: a user controllable switch is connected to the control circuit to enable scanning functions

4

MTI0001589

05/12/2006  16:17   3019906437   FLOWER_VALLEY_PRESS   PAGE  06

Serial Number: 10/765,343

only.

15. The copying device of claim 13, further including: one or more additional interfaces for connecting to input devices, to receive specific bit patterns to scan.

16. The copying device of claim 1, further comprising: a casing configured to contain the control circuit and the interface, the user controllable switch being mounted on the casing, the casing being of a size that is portable by the user.

17. (cancelled)

18. The copying device of claim 16, further comprising: cables emanating from the casing and connected to the interfaces, the cables being configured to connect to long-term memory devices.

19. The copying device of claim 18, wherein the cables are Integrated Device Electronics (IDE) cables.

20. The copying device of claim 1, further comprising: a power supply configured to supply power to the control circuit.

5

MTI0001590

Serial Number: 10/765,343

21.    The device of claim 20, further comprising: drive power cords
emanating from the casing and configured to supply power from the power
supply to the long-term memory components.

22.    (currently amended) A stand-alone, dedicated function copying
device comprising:

    means for interfacing with a source drive,

    wherein the source device is protected from accidental state changes;

    means for interfacing with one or more destination devices;

    means initiating the copying procedure; and

    means for comparing the size of the source device to the size of a
destination device and communicating result to a user;

    means for opening hidden areas on the source device;

    means for making an exact copy;

    means for reading and comparing the data on the source and destination
devices and communicating result to a user;

    means for restoring the source device to its original condition,

    wherein the copy device is operating system independent.

23.    (cancelled).

6

MTI0001591

05/12/2006  16:17    3019906437           FLOWER_VALLEY_PRESS            PAGE  08

Serial Number: 10/765,343

24.    (cancelled).

25.    The copying device of 22, further comprising: means for scanning for one or more specific bit patterns.

26.    The copying device of 22, further comprising: means for indicating areas on a source device that were unreadable.

27.    The copying device of 1, wherein the source and destination devices have different interfaces.

7

MTI0001592

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 2003

Application or Docket Number
10765343

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | | 27 |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 27 minus 20= | 7 |
| INDEPENDENT CLAIMS | 9 minus 3 = | 0 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

\* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 385.00 | OR | BASIC FEE | 770.00 |
| X$ 9= | 63 | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL | 448 | OR | TOTAL | |

*IAamdt*
*5-12-06*

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | 21 | Minus | ** 27 | 0 |
| Independent | 2 | Minus | *** 2 | 0 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus | ** | |
| Independent | | Minus | *** | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus | ** | |
| Independent | | Minus | *** | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X43= | | OR | X86= | |
| +145= | | OR | +290= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875   (Rev. 10/03)                                    Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

MTI0001593

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 14 | Steven Bress | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/07/24 18:00 |
| L2 | 2618 | 711/162 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/07/24 18:11 |
| L3 | 0 | "compare size source device destination"".clm" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/07/24 18:12 |
| L4 | 0 | (compare size source device destination)".clm" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/07/24 18:14 |
| L5 | 1259 | 711/165 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/07/24 18:14 |
| S4 | 865 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 15:30 |
| S5 | 148 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) (host protected area) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 15:14 |
| S8 | 61 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) ((integrated near device near electronices) or IDE) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 15:38 |

MTI0001594

# EAST Search History

| S11 | 58 | ((source same destination) same (copy or copying)) memory switch control circuit (connect or connection or connecting or connected) ((integrated near device near electronices) or IDE) user | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 16:20 |
|-----|------|---|---|---|---|---|
| S26 | 88 | SCSI (switch same user) (copy or copying) (IDE or (integrated near device near electronics)) ((IDE or SCSI) same external) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 16:45 |
| S28 | 3480 | ((IDE or SCSI or interface) near6 external) (user near5 switch) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:21 |
| S29 | 1474 | ((IDE or SCSI or interface) near6 external) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:23 |
| S30 | 657 | ((IDE or SCSI or interface) near6 external) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) source destination | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:24 |
| S31 | 59 | ((IDE or SCSI or interface) near6 external) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) source destination IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:29 |
| S32 | 44 | ((IDE or SCSI or interface) near (connects or connecting or connected)) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same ((memory or memories) or storage)) source destination IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:31 |
| S33 | 47 | ((IDE or SCSI or interface) near (connects or connecting or connected)) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) source destination IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:32 |

MTI0001595

# EAST Search History

| S34 | 114 | ((IDE or SCSI or interface) near (connects or connecting or connected)) (user near5 switch) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:35 |
|-----|-----|---|---|---|---|---|
| S35 | 116 | ((IDE or SCSI or interface) near (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near4 (copying or copying or copy)) or (user near5 switch)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:36 |
| S36 | 3 | ((IDE or SCSI or interface) near (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near4 (copying or copying or copy))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:39 |
| S37 | 21 | ((IDE or SCSI or interface) near (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) IDE ((switch near4 (copying or copying or copy or transfers or transfer or transferring))) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 17:42 |
| S41 | 52 | ((IDE or SCSI or interface) near3 (connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (information or data or (memory or memories) or storage)) IDE ((switch near6 (copying or copying or copy or transfers or transfer or transferring))) user (LED or light or diode) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 18:22 |

MTI0001596

## EAST Search History

| S42 | 62 | ((IDE or SCSI or interface) near3 (memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage) IDE ((switch near6 (copying or copying or copy or transfers or transfer or transferring))) user (LED or light or diode) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 19:51 |
|-----|-----|-----|-----|-----|-----|
| S61 | 605 | (HPA or (host near protected near area)) ((memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 20:02 |
| S62 | 71 | (DCO or (data near configuration near overlay)) ((IDE or SCSI or interface) near3 (memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 20:11 |
| S63 | 74 | (HPA or (host near protected near area)) ((IDE or SCSI or interface) near3 (memory or storage or memories or connects or connecting or connected)) ((copy or copying or copies or transfers or transfer or transferring) same (data or (memory or memories) or storage)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/01 20:09 |
| S73 | 49 | user same switch same ((control or controller) near6 (logic or circuit)) same (verify or verifies or verification) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 16:41 |
| S74 | 53 | user same switch same ((control or controller) near6 (logic or circuit)) same (verifying or verify or verifies or verification) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 16:43 |

MTI0001597

# EAST Search History

| S77 | 7 | ((control or controller) near6 (logic or circuit)) same (stop or stops or freeze or freezes or end or ends or interrupt or interrupts or stopping or ending or freezing or interrupting) near3 (verifying or verify or verifies or verification) same (button or toggle or switch) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 17:56 |
|---|---|---|---|---|---|---|
| S78 | 2240 | 711/162 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:03 |
| S80 | 20 | 711/162 ((scan or scanning or scans) near5 ((bit or bits) )) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:26 |
| S83 | 21 | 711/162 ((button or switch or switches) same (scan or scanning or scans)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:12 |
| S84 | 3 | 711/162 ((scan or scanning or scans) near5 ((bit or bits) )) same (interface or interfaces) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:17 |
| S85 | 21 | 711/162 (("not" near readable) or unreadable) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:35 |
| S86 | 4 | 711/162 (("not" near readable) or unreadable) same (bit or bits) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | AND | OFF | 2006/02/02 18:35 |

MTI0001598

| | Application No. | Applicant(s) |
| --- | --- | --- |
| ***Notice of Allowability*** | 10/765,343 | BRESS ET AL. |
| | Examiner | Art Unit | |
| | Lev I. Iwashko | 2186 | |

**– The MAILING DATE of this communication appears on the cover sheet with the correspondence address–**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *5/12/2006*.

2. ☒ The allowed claim(s) is/are *1-21*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

   　　1. ☐ Certified copies of the priority documents have been received.

   　　2. ☐ Certified copies of the priority documents have been received in Application No. _____.

   　　3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

   　　1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
   　　Paper No./Mail Date _____.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application (PTO-152)

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

MTI0001599

Application/Control Number: 10/765,343　　　　　　　　　　　　　　　　Page 2
Art Unit: 2186

## DETAILED ACTION

### *Response to Amendment*

1.　　The amendments made to Claims 1, 4, 7-9, and 22 have been considered.

2.　　In reference to Claim 9, the 35 U.S.C. 112 second paragraph rejection has been withdrawn.

3.　　Claims 2-3, 6, 17, and 23-24 have been cancelled.

4.　　Claims 1, 4-5, 7-16, 18-22, and 25-27 are now in condition for allowance.

### *Allowable Subject Matter*

5.　　Claims 1, 4-16, 18-22, and 25-27 are allowed.

6.　　The following is an examiner's statement of reasons for allowance: The independent Claims 1 and 22 embody the same teachings, with their difference being that Claim 1 denotes a "device", while Claim 22 denotes a "copying device". Claim 1 will therefore be described in detail, with all descriptions applying equally to Claim 22.

7.　　The allowability of Claim 1 will be described in detail. Originally, Claim 1 was rejected due to its unoriginal qualities of being solely a device that could make copies of interfaced storage devices upon a user's request. However, Claim 1 was amended to include a few novel notions, which now make the claim patentable. There now exists a limitation that necessitates that the interfaces are isolated electronically from each other. Also, the control circuit must now compare the size of the source device to the destination device, and then communicate the result to the user. Furthermore, the control circuit must open hidden areas on the source device. Finally, the source drive needs to be restored to its original condition after the data on the source and destination drives is compared. All of the amended and added items cause Claim 1 to be

MTI0001600

Application/Control Number: 10/765,343                                        Page 3
Art Unit: 2186

very specific and limited in its scope, and the entirety of Claim 1 cannot be overcome by prior

art. Since the teachings of Claim 1 are presented in a non-obvious manner, the requirements for

allowability are fulfilled.

8.      Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

### *Conclusion*

9.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Lev I. Iwashko whose telephone number is (571)272-1658. The

examiner can normally be reached on M-Th, from 8-6PM.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Matt Kim can be reached on (571)272-4182. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

MATTHEW KIM
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2100

Application/Control Number: 10/765,343                                    Page 4
Art Unit: 2186

Lev Iwashko

MTI0001602

| | | | |
|---|---|---|---|
| | Application/Control No. | Applicant(s)/Patent Under Reexamination | |
| ***Notice of References Cited*** | 10/765,343 | BRESS ET AL. | |
| | Examiner | Art Unit | Page 1 of 1 |
| | Lev I. Iwashko | 2186 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,438,638 B1 | 08-2002 | Jones et al. | 710/301 |
| * | B | US-5,953,513 | 09-1999 | Saiki et al. | 710/62 |
| * | C | US-2003/0023867 A1 | 01-2003 | Thibadeau, Robert H. | 713/200 |
| * | D | US-3,516,431 | 06-1970 | WAGNER WALTER K; et. al. | 137/266 |
| * | E | US-6,339,814 | 01-2002 | Iida, Kenichi | 711/161 |
| * | F | US-5,835,954 | 11-1998 | Duyanovich et al. | 711/162 |
| * | G | US-6,173,377 B1 | 01-2001 | Yanai et al. | 711/162 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | McLean, Pete. "Device Configuration Overlay Proposal". October 24, 2000, Maxtor Corporation, pp.1-16. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 20060724

MTI0001603

`

E00140R2

## Device Configuration Overlay Proposal

To:   Technical Committee T13
From:  Pete McLean
       Maxtor Corporation
       2190 Miller Drive
       Longmont, CO 80501
       303 678-2149
       pete_mclean@maxtor.com
Date:  24 October 2000

### Introduction

Today, the ATA standard defines many optional commands, modes, and feature sets. Each personal computer manufacturer desires different features and many personal computer manufacturers desire  to have different features available on different systems that they manufacture. This leads to the need for many versions of the same disk product to meet the various system needs.

The Device Configuration Overlay proposal is intended to allow device manufacturers to build one version of a product to satisfy all customer needs and to allow personal computer manufacturers to buy one version to fill needs of all of their systems.

The response to an IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command provides the host with an indication of the optional commands, modes, and features sets that a device supports. The Device Configuration Overlay proposal provides a set of commands that allow a utility program to modify some of the commands, modes and feature sets reported as supported by the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response. This allows a device manufacturer or personal computer system manufacturer to modify the apparent features provided by a device.

### Proposed changes

The following additions are proposed for the ATA/ATAPI-6 standard based on the current ATA/ATAPI-6 rev 0a standard:

## 6.x Device Configuration Overlay feature set

The Device Configuration Overlay feature set allows a utility program to modify some of the optional commands, modes, and features sets that a device reports as supported in the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response as well as the capacity reported.

Commands unique to the Device Configuration Overlay feature set use a single command code and are differentiated from one another by the value placed in the Features register. These commands are:

-   DEVICE CONFIGURATION FREEZE LOCK
-   DEVICE CONFIGURATION IDENTIFY
-   DEVICE CONFIGURATION RESTORE
-   DEVICE CONFIGURATION SET

The Device Configuration Overlay feature set may affect words 63, 82, 83, 84, and 88 of the IDENTIFY DEVICE and IDENTIFY PACKET DEVICE command responses. Certain bits in these words that indicate that a command, mode, capacity, or feature set is supported and enabled may

1

**MTI0001604**

E00140R2

be cleared by a DEVICE CONFIGURATION SET command. For a particular command, mode, capacity, or feature set, when a bit is cleared indicating that the device does not support the feature, the device shall not provide the feature. Also, the maximum capacity of the device may be reduced. Since a host protected area may be lost if the capacity of the device is reduced, an attempt to modify the maximum capacity when a host protected area is set will cause the DEVICE CONFIGURATION SET command to return command aborted. If a DEVICE CONFIGURATION FREEZE LOCK command has been issued since the device powered-up, the DEVICE CONFIGURATION RESTORE command shall return command aborted. The settings made by a DEVICE CONFIGURATION SET command are maintained over power-down and power-up.

A DEVICE CONFIGURATION IDENTIFY command indicates the selectable commands, modes, capacity, and feature sets that the device is capable of supporting. After the execution of a DEVICE CONFIGURATION SET command this information is no longer available from an IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command.

A DEVICE CONFIGURATION RESTORE command disables an overlay that has been set by a DEVICE CONFIGURATION SET command and returns the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response to that indicated by the DEVICE CONFIGURATION IDENTIFY command. Since a host protected area may be lost if the capacity of the device is reduced, an attempt to modify the maximum capacity when a host protected area is set will cause the DEVICE CONFIGURATION RESTORE command to return command aborted. If a DEVICE CONFIGURATION FREEZE LOCK command has been issued since the device powered-up, the DEVICE CONFIGURATION RESTORE command shall return command aborted.

A DEVICE CONFIGURATION FREEZE LOCK command prevents accidental modification of the state of the Device Configuration Overlay feature set. A device always powers-up with configuration freeze lock not set. After a successful DEVICE CONFIGURATION FREEZE LOCK command is executed, all DEVICE CONFIGURATION SET and DEVICE CONFIGURATION RESTORE commands are aborted by the device until the device is powered-down and powered-up again. The freeze locked state is not effected by hardware or software reset.

Figure aa and the text following the figure describes the operation of the Device Configuration Overlay feature set.

2

MTI0001605

E00140R2



Figure aa – Device Configuration Overlay state diagram

**DCO0: Factory config State:** This state is entered when the device powers-up with the factory configuration set or a valid DEVICE CONFIGURATION RESTORE command is received.

When in this state, the device shall support all commands, modes, features sets, and the capacity indicated by the response to a DEVICE CONFIGURATION IDENTIFY command.

**Transition DCO0:DCO1:** When a DEVICE CONFIGURATION FREEZE LOCK command is received, the device shall return successful command completion and make a transition to the DCO1: DCO locked state.

**Transition DCO0:DCO2:** When a valid DEVICE CONFIGURATION SET command is received, the device shall return successful command completion and make a transition to the DCO2: Reduced config state. See Transition DCO0:DCO0 for the definition of conditions that make a DEVICE CONFIGURATION SET command invalid.

**Transition DCO0:DCO0:** When an invalid DEVICE CONFIGURATION SET command is received, the device shall return command aborted and make a transition to the DCO0: Factory config state. A DEVICE CONFIGURATION SET command is invalid if the DEVICE CONFIGURATION SET command requests:

- a device capacity less than that indicated by a DEVICE CONFIGURATION IDENTIFY command and a host protected area has been established using the SET MAX ADDRESS command.

3

MTI0001606

E00140R2

- the elimination of support of a Multiword or Ultra DMA mode if that mode is currently selected or a higher numbered mode is currently selected.
- the elimination of support of the Host Protected Area feature set if a host protected area has been established using a SET MAX ADDRESS command.
- the elimination of support of the Power-up in Standby feature set if the feature set has been enables by a jumper,
- the elimination of support of he Security feature set if the feature set has been enabled.
- the elimination of support of the SMART feature set if bits 1 and 2 of word 7 are not cleared to zero or if the SMART feature set has been enabled by use of the SMART ENABLE OPERATIONS command.

**DCO1: DCO locked State:** This state is entered when a DEVICE CONFIGURATION RESTORE command is received.

When in this state, the device shall support all commands, modes, features sets, and the capacity established by the latest DEVICE CONFIGURATION SET or DEVICE CONFIGURATION RESTORE command.

**Transition DCO1:DCO1:** When a DEVICE CONFIGURATION FREEZE LOCK, DEVICE CONFIGURATION IDENTIFY, DEVICE CONFIGURATION SET, or DEVICE CONFIGURATION RESTORE command is received, the device shall return command aborted and make a transition to the DCO0: DCO locked state.

**DCO2: Reduced config State:** This state is entered when the device powers-up with a reduced configuration set or a valid DEVICE CONFIGURATION SET command is received.

When in this state, the device shall support all commands, modes, features sets, and the capacity indicated by the DEVICE CONFIGURATION SET command that caused this state to be entered.

**Transition DCO2:DCO1:** When a DEVICE CONFIGURATION FREEZE LOCK command is received, the device shall return successful command completion and make a transition to the DCO1: DCO locked state.

**Transition DCO2:DCO0:** When a valid DEVICE CONFIGURATION RESTORE command is received, the device shall return successful command completion and make a transition to the DCO0: Factory config state. See Transition DCO2:DCO2 for the definition of conditions that make a DEVICE CONFIGURATION RESTORE command invalid.

**Transition DCO2:DCO2:** When an invalid DEVICE CONFIGURATION RESTORE command is received, the device shall return command aborted and make a transition to the DCO2: Reduced config state. A DEVICE CONFIGURATION RESTORE command is invalid if the reduced configuration capacity has been set to a value less than that indicated by a DEVICE CONFIGURATION IDENTIFY command and a host protected area has been established using the SET MAX ADDRESS command.

In clause 8

## 8.X DEVICE CONFIGURATION

Individual Device Configuration Overlay feature set commands are identified by the value placed in the Features register. Table xx shows these Features register values.

4

MTI0001607

E00140R2

Table xx − Device Configuration Overlay Features register values

| Value | Command |
|-------|---------|
| C0h | DEVICE CONFIGURATION RESTORE |
| C1h | DEVICE CONFIGURATION FREEZE LOCK |
| C2h | DEVICE CONFIGURATION IDENTIFY |
| C3h | DEVICE CONFIGURATION SET |
| 00h-BFh, C4h-FFh | Reserved |

## 8.X.1 DEVICE CONFIGURATION RESTORE

### 8.X.1.1 Command code

B1h with a Features register value of C0h.

### 8.X.1.2 Feature set

Device Configuration Overlay feature set.
- Mandatory when the Device Configuration Overlay feature set is implemented.

### 8.X.1.3 Protocol

Non-data

### 8.X.1.4 Inputs

The Features register shall be set to C0h.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|----------|---|---|---|---|---|---|---|---|
| Features | C0h | | | | | | | |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | na | | | DEV | na | | | |
| Command | B1h | | | | | | | |

Device/Head -
     DEV shall indicate the selected device.

### 8.X.1.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|----------|---|---|---|---|---|---|---|---|
| Error | na | | | | | | | |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
     DEV shall indicate the selected device.
Status register -

5

**MTI0001608**

E00140R2

BSY shall be cleared to zero indicating command completion.
DRDY shall be set to one.
DF (Device Fault) shall be cleared to zero.
DRQ shall be cleared to zero.
ERR shall be cleared to zero.

**8.X.1.6 Error outputs**

If the device does not support this command, if a host protected area has been set by a SET
MAX ADDRESS command, or if DEVICE CONFIGURATION FREEZE LOCK is set, the device
shall return command aborted.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register –
    ABRT shall be set to one if this command is not supported or if DEVICE
        CONFIGURATION FREEZE LOCK is set.
Device/Head register –
    DEV shall indicate the selected device.
Status register –
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be set to one if a device fault has occurred.
    DRQ shall be cleared to zero.
    ERR shall be set to one if an Error register bit is set to one.

**8.X.1.7 Prerequisites**

DRDY set to one.

**8.X.1.8 Description**

The DEVICE CONFIGURATION RESTORE command disables any setting previously made by a
DEVICE CONFIGURATION SET command and returns the content of the IDENTIFY DEVICE or
IDENTIFY PACKET DEVICE command response to the original settings as indicated by the data
returned from the execution of a DEVICE CONFIGURATION IDENTIFY command.

**8.X.2 DEVICE CONFIGURATION FREEZE LOCK**

**8.X.2.1 Command code**

B1h with a Features register value of C1h.

**8.X.2.2 Feature set**

Device Configuration Overlay feature set.
        –   Mandatory when the Device Configuration Overlay feature set is implemented.

6

MTI0001609

E00140R2

### 8.X.2.3 Protocol

Non-data

### 8.X.2.4 Inputs

The Features register shall be set to C1h.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Features | | | | C1h | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | | na | | DEV | | na | | |
| Command | | | | B1h | | | | |

Device/Head -
    DEV shall indicate the selected device.

### 8.X.2.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | | | | na | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be cleared to zero.
    DRQ shall be cleared to zero.
    ERR shall be cleared to zero.

### 8.X.2.6 Error outputs

If the device does not support this command or the device has executed a previous DEVICE CONFIGURATION FREEZE LOCK command since power-up, the device shall return command aborted.

7

**MTI0001610**

E00140R2

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be set to one if a device fault has occurred.
    DRQ shall be cleared to zero.
    ERR shall be set to one if an Error register bit is set to one.

**8.X.2.7 Prerequisites**

DRDY set to one.

**8.X.2.8 Description**

The DEVICE CONFIGURATION FREEZE LOCK command prevents accidental modification of the Device Configuration Overlay settings. After successful execution of a DEVICE CONFIGURATION FREEZE LOCK command, all DEVICE CONFIGURATION SET, DEVICE CONFIGURATION FREEZE LOCK, DEVICE CONFIGURATION IDENTIFY, and DEVICE CONFIGURATION RESTORE commands are aborted by the device. The DEVICE CONFIGURATION FREEZE LOCK condition shall be cleared by a power-down. The DEVICE CONFIGURATION FREEZE LOCK condition shall not be cleared by hardware or software reset.

**8.X.3 DEVICE CONFIGURATION IDENTIFY**

**8.X.3.1 Command code**

B1h with a Features register value of C2h.

**8.X.3.2 Feature set**

Device Configuration Overlay feature set.
    −   Mandatory when the Device Configuration Overlay feature set is implemented.

**8.X.3.3 Protocol**

PIO data-in

**8.X.3.4 Inputs**

The Features register shall be set to C2h.

8

MTI0001611

E00140R2

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Features | | | | C2h | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | | na | | DEV | | na | | |
| Command | | | | B1h | | | | |

Device/Head -
    DEV shall indicate the selected device.

### 8.X.3.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | | | | na | | | | |
| Sector Count | | | | na | | | | |
| Sector Number | | | | na | | | | |
| Cylinder Low | | | | na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be cleared to zero.
    DRQ shall be cleared to zero.
    ERR shall be cleared to zero.

### 8.X.3.6 Error outputs

If the device does not support this command or the device has executed a previous DEVICE CONFIGURATION FREEZE LOCK command since power-up, the device shall return command aborted.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | | | | na | | | | |
| Sector Number | | | | Na | | | | |
| Cylinder Low | | | | Na | | | | |
| Cylinder High | | | | na | | | | |
| Device/Head | obs | na | obs | DEV | | na | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.

9

MTI0001612

E00140R2

DF (Device Fault) shall be set to one if a device fault has occurred.
DRQ shall be cleared to zero.
ERR shall be set to one if an Error register bit is set to one.

### 8.X.3.7 Prerequisites

DRDY set to one.

### 8.X.3.8 Description

The DEVICE CONFIGURATION IDENTIFY command returns a 512 byte data structure via PIO data-in transfer. The content of this data structure indicates the selectable commands, modes, and feature sets that the device is capable of supporting. If a DEVICE CONFIGURATION SET command has been issued reducing the capabilities, the response to an IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command will reflect the reduced set of capabilities, while the DEVICE CONFIGURATION IDENTIFY command will reflect the entire set of selectable capabilities.

The format of the Device Configuration Overlay data structure is shown in table yy.

Table yy – Device Configuration Identify data structure

| Word | Content | |
|---|---|---|
| 0 | Data structure revision | |
| 1 | Multiword DMA modes supported | |
| | 15-3 | Reserved |
| | 2 | 1 = Multiword DMA mode 2 and below are supported |
| | 1 | 1 = Multiword DMA mode 1 and below are supported |
| | 0 | 1 = Multiword DMA mode 0 is supported |
| 2 | Ultra DMA modes supported | |
| | 15-5 | Reserved |
| | 5 | 1 = Ultra DMA mode 5 and below are supported |
| | 4 | 1 = Ultra DMA mode 4 and below are supported |
| | 3 | 1 = Ultra DMA mode 3 and below are supported |
| | 2 | 1 = Ultra DMA mode 2 and below are supported |
| | 1 | 1 = Ultra DMA mode 1 and below are supported |
| | 0 | 1 = Ultra DMA mode 0 is supported |
| 3-6 | Maximum LBA address | |
| 7 | Command set/feature set supported | |
| | 15-9 | Reserved |
| | 8 | 1 = 48-bit Addressing feature set supported |
| | 7 | 1 = Host Protected Area feature set supported |
| | 6 | 1 = Automatic acoustic management supported |
| | 5 | 1 = READ/WRITE DMA QUEUED commands supported |
| | 4 | 1 = Power-up in Standby feature set supported |
| | 3 | 1 = Security feature set supported |
| | 2 | 1 = SMART error log supported |
| | 1 | 1 = SMART self-test supported |
| | 0 | 1 = SMART feature set supported |
| 8-254 | Reserved | |
| 255 | Integrity word | |
| | 15-8 | Checksum |
| | 7-0 | Signature |

10

MTI0001613

### 8.X.3.8.1 Word 0: Data structure revision

Word 0 shall contain the value 0001h.

### 8.X.3.8.3 Word 1: Multiword DMA modes supported

Word 2 bits 2-0 contain the same information as contained in word 63 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response (see 8.12.34). Bits 15-3 of word 2 are reserved.

### 8.X.3.8.4 Word 2: Ultra DMA modes supported

Word 3 bits 5-0 contain the same information as contained in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response (see 8.12.47). Bits 15-6 of word 3 are reserved.

### 8.X.3.8.5 Words 3-6: Maximum LBA address

Words 4 through 7 define the maximum LBA address. This is the highest address accepted by the device in the factory default condition. If no DEVICE CONFIGURATION SET command has been executed modifying the factory default condition, this is the same value as that returned by a READ NATIVE MAX ADDRESS or READ NATIVE MAX ADDRESS EXT command.

### 8.X.3.8.6 Word 7: Command/features set supported

Word 8 bit 0 if set to one indicates that the device is capable of supporting the SMART feature set.

Word 8 bit 1 if set to one indicates that the device is capable of supporting SMART self-test including the self-test log.

Word 8 bit 2 if set to one indicates that the device is capable of supporting SMART error logging.

Word 8 bit 3 if set to one indicates that the device is capable of supporting the Security feature set.

Word 8 bit 4 if set to one indicates that the device is capable of supporting the Power-up in Standby feature set.

Word 8 bit 5 if set to one indicates that the device is capable of supporting the READ DMA QUEUED and WRITE DMA QUEUED commands.

Word 8 bit 6 if set to one indicates that the device is capable of supporting the Automatic Acoustic Management feature set.

Word 8 bit 7 if set to one indicates that the device is capable of supporting the Host Protected Area feature set.

Word 8 bit 8 if set to one indicates that the device is capable of supporting the 48-bit Addressing feature set.

Word 8 bits 9 through 15 are reserved.

### 8.X.3.8.7 Words 8-254: Reserved

MTI0001614

E00140R2

### 8.X.3.8.8 Word 255: Integrity word

Bits 7:0 of this word shall contain the value A5h. Bits 15:8 of this word shall contain the data structure checksum. The data structure checksum shall be the two's complement of the sum of all byte in words 0 through 254 and the byte consisting of bits 7:0 of word 255. Each byte shall be added with unsigned arithmetic, and overflow shall be ignored. The sum of all bytes is zero when the checksum is correct.

### 8.X.4 DEVICE CONFIGURATION SET

### 8.X.4.1 Command code

B1h with a Features register value of C3h.

### 8.X.4.2 Feature set

Device Configuration Overlay feature set.
    – Mandatory when the Device Configuration Overlay feature set is implemented.

### 8.X.4.3 Protocol

PIO data out

### 8.X.4.4 Inputs

The Features register shall be set to C3h.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Features | C3h | | | | | | | |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | | | | DEV | na | | | |
| Command | B1h | | | | | | | |

Device/Head  -
    DEV shall indicate the selected device.

### 8.X.4.5 Normal outputs

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | | | | | | | |
| Sector Count | na | | | | | | | |
| Sector Number | na | | | | | | | |
| Cylinder Low | na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.

12

MTI0001615

E00140R2

DRDY shall be set to one.
DF (Device Fault) shall be cleared to zero.
DRQ shall be cleared to zero.
ERR shall be cleared to zero.

### 8.X.4.6 Error outputs

If the device does not support this command or if DEVICE CONFIGURATION FREEZE LOCK is set, the device shall return command aborted. If any of the bit modification restrictions described in 8.X.4.8 are violated, the device shall return command aborted.

| Register | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| Error | na | na | na | na | na | ABRT | na | na |
| Sector Count | na | | | | | | | |
| Sector Number | Na | | | | | | | |
| Cylinder Low | Na | | | | | | | |
| Cylinder High | na | | | | | | | |
| Device/Head | obs | na | obs | DEV | na | | | |
| Status | BSY | DRDY | DF | na | DRQ | na | na | ERR |

Error register -
    ABRT shall be set to one if this command is not supported, if DEVICE CONFIGURATION FREEZE LOCK is set, or if any of the bit modification restrictions described in 8.X.4.8 are violated.
Device/Head register -
    DEV shall indicate the selected device.
Status register -
    BSY shall be cleared to zero indicating command completion.
    DRDY shall be set to one.
    DF (Device Fault) shall be set to one if a device fault has occurred.
    DRQ shall be cleared to zero.
    ERR shall be set to one if an Error register bit is set to one.

### 8.X.4.7 Prerequisites

DRDY set to one.

### 8.X.4.8 Description

The DEVICE CONFIGURATION SET command allows a device manufacturer or a personal computer system manufacturer to reduce the set of optional commands, modes, or feature sets supported by a device as indicated by a DEVICE CONFIGURATION IDENTIFY command. The DEVICE CONFIGURATION SET command transfers an overlay that modifies some of the bits set in words 63, 82, 83, 84, and 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE command response. When the bits in these words are cleared, the device shall no longer support the indicated command, mode, or feature set. If a bit is set in the overlay transmitted by the device that is not set in the overlay received from a DEVICE CONFIGURATION IDENTIFY command, no action is taken for that bit.

The format of the overlay transmitted by the device is described in table zz. The restrictions on changing these bits is described in the text following table zz. If any of the bit modification restrictions described are violated, the device shall return command aborted.

13

MTI0001616

E00140R2

**Table zz – Device Configuration Overlay data structure**

| Word | Content |
|---|---|
| 0 | Data structure revision |
| 1 | Multiword DMA modes supported<br>15-3    Reserved<br>2      1 = Multiword DMA mode 2 and below are supported<br>1      1 = Multiword DMA mode 1 and below are supported<br>0      1 = Multiword DMA mode 0 is supported |
| 2 | Ultra DMA modes supported<br>15-5    Reserved<br>5      1 = Ultra DMA mode 5 and below are supported<br>4      1 = Ultra DMA mode 4 and below are supported<br>3      1 = Ultra DMA mode 3 and below are supported<br>2      1 = Ultra DMA mode 2 and below are supported<br>1      1 = Ultra DMA mode 1 and below are supported<br>0      1 = Ultra DMA mode 0 is supported |
| 3-6 | Maximum LBA address |
| 7 | Command set/feature set supported<br>15-9    Reserved<br>8      1 = 48-bit Addressing feature set supported<br>7      1 = Host Protected Area feature set supported<br>6      1 = Automatic acoustic management supported<br>5      1 = READ/WRITE DMA QUEUED commands supported<br>4      1 = Power-up in Standby feature set supported<br>3      1 = Security feature set supported<br>2      1 = SMART error log supported<br>1      1 = SMART self-test supported<br>0      1 = SMART feature set supported |
| 8-254 | Reserved |
| 255 | Integrity word<br>15-8    Checksum<br>7-0     Signature |

**8.X.4.8.1 Word 0: Data structure revision**

Word 0 shall contain the value 0001h.

**8.X.4.8.3 Word 1: Multiword DMA modes supported**

Word 1 bits 15:3 are reserved.

Word 1 bit 2 is cleared to select no support for Multiword DMA mode 2 and has the effect of clearing bit 2 in word 63 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Multiword DMA mode 2 is currently selected.

Word 1 bit 1 is cleared to select no support for Multiword DMA mode 1 and has the effect of clearing bit 1 in word 63 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Multiword DMA mode 2 is supported or Multiword DMA mode 1 or 2 is selected.

Word 1 bit 0 shall not be cleared.

14

MTI0001617

E00140R2

### 8.X.4.8.4 Word 2: Ultra DMA modes supported

Word 2 bits 15:6 are reserved.

Word 2 bit 5 is cleared to select no support for Ultra DMA mode 5 and has the effect of clearing bit 5 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5 is currently selected.

Word 2 bit 4 is cleared to select no support for Ultra DMA mode 4 and has the effect of clearing bit 4 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5 is supported or if Ultra DMA mode 5 or 4 is selected.

Word 2 bit 3 is cleared to select no support for Ultra DMA mode 3 and has the effect of clearing bit 3 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5 or 4 is supported or if Ultra DMA mode 5, 4, or 3 is selected.

Word 2 bit 2 is cleared to select no support for Ultra DMA mode 2 and has the effect of clearing bit 2 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5, 4, or 3 is supported or if Ultra DMA mode 5, 4, 3, or 2 is selected.

Word 2 bit 1 is cleared to select no support for Ultra DMA mode 1 and has the effect of clearing bit 1 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5, 4, 3, or 2 is supported or if Ultra DMA mode 5, 4, 3, 2, or 1 is selected.

Word 2 bit 0 is cleared to select no support for Ultra DMA mode 0 and has the effect of clearing bit 0 in word 88 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if Ultra DMA mode 5, 4, 3, 2, or 1 is supported or if Ultra DMA mode 5, 4, 3, 2, 1, or 0 is selected.

### 8.X.4.8.5 Words 3-6: Maximum LBA address

Words 3 through 6 define the maximum LBA address. This shall be the highest address accepted by the device after execution of the command. When this value is changed, the content of IDENTIFY DEVICE words 1, 54, 57, 60, 61 100, 101, 102, and103 shall be changed as described in the SET MAX ADDRESS and SET MAX ADDRESS EXT command descriptions to reflect the maximum address set with this command. This value shall not be changed and command aborted shall be returned if a Host Protected Area has been established by the execution of a SET MAX ADDRESS or SET MAX ADDRESS EXT command with an address value less than that returned by a READ NATIVE MAX ADDRESS or READ NATIVE MAX ADDRESS EXT command. Therefore, aAny data contained in the host protected area is maintainednot affected.

### 8.X.4.8.6 Word 7: Command/features set supported

Word 7 bits 15:9 are reserved.

Word 7 bit 8 is cleared to select no support for the 48-bit Addressing feature set and has the effect of clearing bit 10 in word 83 and words 103:100 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response.

Word 7 bit 7 is cleared to select no support for the Host Protected Area feature set and has the effect of clearing bit 10 in word 82 and bit 8 in word 83 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. If a host protected area has been established by use of the SET MAX ADDRESS command, this bit shall not be cleared and the device shall return command aborted.

15

**MTI0001618**

E00140R2

Word 7 bit 6 is cleared to select no support for the Automatic Acoustic Management feature set and has the effect of clearing bit 9 in word 83 and word 94 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response.

Word 7 bit 5 is cleared to select no support for the READ DMA QUEUED and WRITE DMA QUEUED commands and has the effect of clearing bit 1 in word 83 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response.

Word 7 bit 4 is cleared to select no support for the Power-up in Standby feature set and has the effect of clearing bits 5 and 6 in word 83 and word 94 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. If Power-up in Standby has been enabled by a jumper, this bit shall not be cleared.

Word 7 bit 3 is cleared to select no support for the Security feature set and has the effect of clearing bit 1 in word 82 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. This bit shall not be cleared if the Security feature set has been enabled.

Word 7 bit 2 is cleared to select no support for the SMART error logging.

Word 7 bit 1 is cleared to select no support for the SMART self-test.

Word 7 bit 0 is cleared to select no support for the SMART feature set and has the effect of clearing bit 0 in word 82 of the IDENTIFY DEVICE or IDENTIFY PACKET DEVICE response. If bits 1 and 2 of word 7 are not cleared to zero or if the SMART feature set has been enabled by use of the SMART ENABLE OPERATIONS command, this bit shall not be cleared and the device shall return command aborted.

### 8.X.4.8.7 Words 8-254: Reserved

### 8.X.4.8.8 Word 255: Integrity word

Bits 7:0 of this word shall contain the value A5h. Bits 15:8 of this word shall contain the data structure checksum. The data structure checksum shall be the two's complement of the sum of all byte in words 0 through 254 and the byte consisting of bits 7:0 of word 255. Each byte shall be added with unsigned arithmetic, and overflow shall be ignored. The sum of all bytes is zero when the checksum is correct.

## 8.12 IDENTIFY DEVICE

Table 20

| Word | F/V | | |
|------|-----|-----|---------------------------------------------------------|
| 83 | F | 911 | 1 = Device Configuration Overlay feature set supported. |
| 86 | V-F | 911 | 1 = Device Configuration Overlay feature set ~~enabled~~ supported. |

### 8.13.45 Words 82-84: Features/commands sets supported

If bit 11 of word 83 is set to one, the device supports the Device Configuration Overlay feature set.

### 8.13.46 Words 85-87: Features/commands sets enabled.

If bit 11 of word 86 is set to one, the device supports the Device Configuration Overlay feature set.

16

MTI0001619

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

7590    08/21/2006

Steven Bress
7851-C Beechcraft Avenue
Gaithersburg, MD 20879

| EXAMINER |
| --- |
| IWASHKO, LEV |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2186 | |

DATE MAILED: 08/21/2006

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 10/765,343 | 01/27/2004 | Steven Bress | | 1056 |

TITLE OF INVENTION: SYSTEMS AND METHODS FOR CREATING EXACT COPIES OF COMPUTER LONG-TERM STORAGE DEVICES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 11/21/2006 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

MTI0001620

**Complete and send this form, together with applicable fee(s), to:** _Mail_    Mail Stop ISSUE FEE
                                                           Commissioner for Patents
                                                            P.O. Box 1450
                                                            Alexandria, Virginia 22313-1450
                          or _Fax_    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
|---|---|
| 7590            08/21/2006 <br><br> Steven Bress <br> 7851-C Beechcraft Avenue <br> Gaithersburg, MD 20879 | **Certificate of Mailing or Transmission** <br> I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below. <br><br> _____ (Depositor's name) <br> _____ (Signature) <br> _____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/765,343 | 01/27/2004 | Steven Bress | | 1056 |

TITLE OF INVENTION: SYSTEMS AND METHODS FOR CREATING EXACT COPIES OF COMPUTER LONG-TERM STORAGE DEVICES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 11/21/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| IWASHKO, LEV | 2186 | 711-162000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1 _____

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2 _____

     3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                       (B) RESIDENCE: (CITY and State OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s):** (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____          Date _____

Typed or printed name _____          Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/765,343 | 01/27/2004 | Steven Bress | | 3056 |

7590    08/21/2006

Steven Bress
7851-C Beechcraft Avenue
Gaithersburg, MD 20879

| EXAMINER |
|---|
| IWASHKO, LEV |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2186 | |

DATE MAILED: 08/21/2006

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 323 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 323 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.

MTI0001622

**Issue Classification**

| | |
|---|---|
| Application/Control No. 10/765,343 | Applicant(s)/Patent under Reexamination BRESS ET AL. |
| Examiner Lev I. Iwashko | Art Unit 2186 |

## ISSUE CLASSIFICATION

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | NON-CLAIMED | | | | |
| 711 | 162 | G | 06 | F | 12 | /16 | G | 06 | F | 12 | /14 |

| CROSS REFERENCES | | | |
|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | / | / |
| 711 | 170 | / | / |
| | | / | / |
| | | / | / |
| | | / | / |
| | | / | / |

| | |
|---|---|
| Lev Iwashko   7/24/2006 (Assistant Examiner) (Date) | Total Claims Allowed: 21 |
| MATTHEW KIM SUPERVISORY PATENT EXAMINER TECHNOLOGY CENTER 2100 (Primary Examiner) (Date) 7/26/06 | |

| (Legal Instruments Examiner) (Date) | O.G. Print Claim(s) 1 | O.G. Print Fig. 1 |
|---|---|---|

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 2 | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 3 | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 4 | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 5 | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 6 | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 7 | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| 8 | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| 9 | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| 10 | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| 11 | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| 12 | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| 13 | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| 14 | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| 15 | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| 16 | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 17 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| 18 | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 19 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| 20 | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 21 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

MTI0001623



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 1056**

| SERIAL NUMBER 10/765,343 | FILING OR 371(c) DATE 01/27/2004 RULE | CLASS 711 | GROUP ART UNIT 2186 | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

**APPLICANTS**

Steven Bress, Germantown, MD;
Mark Joseph Menz, Folsom, CA;

** CONTINUING DATA ************************
  This appln claims benefit of 60/443,387 01/29/2003       *L I*
** FOREIGN APPLICATIONS ********************
                                              *N/A*    *L I*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** SMALL ENTITY **
** 06/14/2004

| Foreign Priority claimed ☐ yes ☒ no | STATE OR COUNTRY MD | SHEETS DRAWING 7 | TOTAL CLAIMS 21 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged  *Examiner's Signature*    *Initials* *L I.* | | | | |

**ADDRESS**
Steven Bress
7851-C Beechcraft Avenue
Gaithersburg, MD 20879

**TITLE**
Systems and methods for creating exact copies of computer long-term storage devices

| FILING FEE RECEIVED 448 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

MTI0001624

## Index of Claims

| | | |
|---|---|---|
| Application/Control No. | Applicant(s)/Patent under Reexamination | |
| 10/765,343 | BRESS ET AL. | |
| Examiner | Art Unit | |
| Lev I. Iwashko | 2186 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| R | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date | | | | | | | | Claim | | Date | | | | | | | | Claim | | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 2/2/06 | 7/24/05 | | | | | | | Final | Original | | | | | | | | | Final | Original | | | | | | | |
| | 1 | R | = | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | |
| | 2 | R | · | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | |
| | 3 | R | · | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | |
| | 4 | R | = | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | |
| | 5 | R | = | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | |
| | 6 | R | · | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | |
| | 7 | R | = | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | |
| | 8 | R | · | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | |
| | 9 | R | = | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | |
| | 10 | R | = | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | |
| | 11 | R | = | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | |
| | 12 | R | = | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | |
| | 13 | R | = | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | |
| | 14 | R | = | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | |
| | 15 | R | = | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | |
| | 16 | R | = | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | |
| | 17 | R | · | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | |
| | 18 | R | · | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | |
| | 19 | R | = | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | |
| | 20 | R | = | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | |
| | 21 | R | = | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | |
| | 22 | R | = | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | |
| | 23 | R | · | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | |
| | 24 | R | · | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | |
| | 25 | R | = | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | |
| | 26 | R | = | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | |
| | 27 | R | = | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | |
| | 28 | | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | |
| | 29 | | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | |
| | 30 | | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | |
| | 31 | | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | |
| | 32 | | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | |
| | 33 | | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | |
| | 34 | | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | |

U.S. Patent and Trademark Office

MTI0001625



*Search Notes*

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 10/765,343 | BRESS ET AL. |
| Examiner | Art Unit |
| Lev I. Iwashko | 2186 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 711 | 162 | 2/2/2006 | LI |
| 711 | 165 | 7/24/2006 | LI |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 711 | 162 | 7/24/2006 | LI |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES (INCLUDING SEARCH STRATEGY) | DATE | EXMR |
|---|---|---|
| Searched EAST utilizing keywords. | 2/1/2006 | LI |
| Searched EAST utilizing keywords. Also conducted Class Search. | 2/2/2006 | LI |
| Searched for Steven Bress in reference to possible Double Patenting Issues. | 7/24/2006 | LI |
| | | |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 20060724

MTI0001626

FROM : ENTROPY ENGINEERING    FAX NO. : 3017607815    Nov. 20 2006 01:14AM P2

NOV 20 2006

NOV 1 2006

Complete and send this form, together with applicable fee(s) to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

or **Fax**    (571)-273-2885

**INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required) Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590    08/31/2006

Steven Bress
7851-C Beechcraft Avenue
Gaithersburg, MD 20879

11/20/2006 HDEMESS2 00000010 10765343

01 FC:2501    700.00 OP
02 FC:1504    300.00 OP

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/765,343 | 01/27/2004 | Steven Bress | | 1056 |

TITLE OF INVENTION: SYSTEMS AND METHODS FOR CREATING EXACT COPIES OF COMPUTER LONG-TERM STORAGE DEVICES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $300 | $0 | $1000 | 11/21/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| IWASHKO, LEV | 2186 | 711-162000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CPR 1.363).**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2. For printing on the patent front page, list**
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1 _____
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to    2 _____
2 registered patent attorneys or agents. If no name is listed, no name will be printed.    3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):  ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies

**4b. Payment of Fee(s):** (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date 11/20/06

Typed or printed name  STEVEN BRESS    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/06) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

MTI0001627




## FACSIMILE TRANSMITTAL

| | |
|---|---|
| **TO:** | **FROM:** |
| **Name:** Mail Stop ISSUE FEE | **Name:** Steve Bress |
| USPTO | **Phone No.:** 301-208-8373 |
| **Fax No.:** (571) 273-2885 | **Fax # Verified by:** |
| **Phone No.:** | **# Pages (incl. this):** 3 |
| **Subject:** Issue Fee | **Date:** 11/20/2006 |

**Message:**

Re: U.S. Application of : Steven Bress et al.
Application No.: 10/765,343
Filed: January 27, 2004
Title: Systems and methods for Creating Exact Copies of Computer Long-Term Storage Devices

Attached are forms PTOL-85 and PTO-2038.

If there is a problem with this transmission, notify the sender at the number above.

This facsimile is intended only for the individual to whom it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If you have received this facsimile in error, please notify the sender immediately by telephone (collect), and return the original message by first-class mail to the above address.

MTI0001628

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/765,343 | 01/02/2007 | 7159086 | | 1056 |

7590      12/13/2006

Steven Bress
7851-C Beechcraft Avenue
Gaithersburg, MD 20879

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 323 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Steven Bress, Germantown, MD;
Mark Joseph Menz, Folsom, CA;

IR103 (Rev. 11/05)

MTI0001629