ROBERT E. FREITAS (SBN 80948)
rfreitas@ftklaw.com
JESSICA N. LEAL (SBN 267232)
jleal@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
MyKey Technology Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION | Case No. 2:13-ml-02461 GAF (PLAx) |
| | MDL NO. 2461 |
| MyKey Technology Inc. | This Document Relates to: ALL CASES |
| v. | **DECLARATION OF JESSICA N. LEAL IN SUPPORT OF PLAINTIFF MYKEY TECHNOLOGY INC.'S OPENING CLAIM CONSTRUCTION BRIEF** |
| Intelligent Computer Solutions, Inc. | |
| | Date: March 18, 2014<br>Time: 9:30 AM<br>Ctrm: 780, Los Angeles Roybal<br>Judge: Hon. Gary A. Feess |

I, Jessica N. Leal, declare:

1. I am an attorney with the law firm of Freitas Tseng & Kaufman LLP, counsel of record for Plaintiff MyKey Technology Inc. ("MyKey"). I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could and would testify competently to them if called as a witness.

2. This declaration is in support of MyKey's Opening Claim Construction Brief.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,813,682, *Bress et al.*, entitled "Write Protection For Computer Long-Term Memory Devices" and dated November 2, 2004.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 7,159,086, *Bress et al.*, entitled "Systems and Methods for Creating Exact Copies of Computer Long-Term Storage Devices" and dated January 2, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 7,228,379, *Bress et al.*, entitled "Systems and Methods For Removing Data Stored On Long-Term Memory Devices" and dated June 5, 2007.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Thomas A. Gafford Regarding Construction of Claim Terms dated January 17, 2014.

7. Attached hereto as Exhibit 5 is a true and correct copy of Order No. 45: Construing the Terms of the Asserted Claims of the Patents at Issue, as issued in the U.S. International Trade Commission Investigation No. 337-TA-799 on May 8, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 6,336,187, *Kern et al.*, entitled "Storage System With Data-Dependent Security" and dated January 1, 2002.

9. Attached hereto as Exhibit 7 is a true and correct copy of the response to Office Action of August 27, 2003 regarding Application No. 09/961/417, as

1  received by the U.S. Patent and Trademark Office on November 24, 2003, Bates
2  numbered MTI0000565 – MTI0000596.

3      10.    Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the Rebuttal
4  Expert Report of Brian A. Berg on Claim Construction Issues, as served in the U.S.
5  International Trade Commission Investigation No. 337-TA-799 on December 2,
6  2011.

7      11.    Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the excerpts
8  of the deposition transcript of Thomas A. Gafford taken February 7, 2014.

9      12.    Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the Expert
10 Opinion of Brian A. Berg on Claim Construction dated January 17, 2014.

11     13.    Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the Updated
12 Joint Proposed Claim Construction Chart, as submitted in the U.S. International
13 Trade Commission Investigation No. 337-TA-799 on January 27, 2012.

14     I declare under penalty of perjury that the foregoing is true and correct to the
15 best of my knowledge and that this declaration was executed on February 19, 2013,
16 at Redwood Shores, California.

17

18                             */s/ Jessica N. Leal*
19                             Jessica N. Leal

20
21
22
23
24
25
26
27
28