# Exhibit 3

US007228379B2

(12) United States Patent
Bress et al.

(10) Patent No.: US 7,228,379 B2
(45) Date of Patent: Jun. 5, 2007

(54) **SYSTEMS AND METHODS FOR REMOVING DATA STORED ON LONG-TERM MEMORY DEVICES**

(76) Inventors: **Steven Bress**, 17917 Wheatridge Dr., Germantown, MD (US) 20874; **Dan Bress**, 17917 Wheatridge Dr., Germantown, MD (US) 20874; **Mike Menz**, 1335 Champagne Cir., Roseville, CA (US) 95747; **Mark Joseph Menz**, 114 Rawlings Ct., Folsom, CA (US) 95630

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 442 days.

(21) Appl. No.: **10/174,984**

(22) Filed: **Jun. 20, 2002**

(65) **Prior Publication Data**
US 2002/0196572 A1    Dec. 26, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/299,783, filed on Jun. 21, 2001.

(51) **Int. Cl.**
*G06F 12/06* (2006.01)
*G06F 12/08* (2006.01)
(52) **U.S. Cl.** .................... 711/112; 711/105; 711/115; 711/170
(58) **Field of Classification Search** .......... 711/112, 711/115; 345/174, 157; 361/212; 710/306
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,717,975 | A | | 1/1988 | Ogura et al. | 360/66 |
|---|---|---|---|---|---|
| 5,630,093 | A | * | 5/1997 | Holzhammer et al. | 711/115 |
| 5,721,665 | A | | 2/1998 | Schultz | 361/149 |
| 5,777,811 | A | * | 7/1998 | Bodo | 360/15 |
| 5,861,873 | A | * | 1/1999 | Kikinis | 345/157 |
| 5,953,199 | A | * | 9/1999 | Owens | 361/212 |
| 5,966,732 | A | * | 10/1999 | Assaf | 711/170 |
| 5,969,933 | A | | 10/1999 | Schultz et al. | 361/149 |
| 6,629,184 | B1 | * | 9/2003 | Berg et al. | 710/306 |
| 6,727,894 | B1 | * | 4/2004 | Karidis et al. | 345/174 |
| 2004/0078514 | A1 | * | 4/2004 | Kung et al. | 711/105 |

OTHER PUBLICATIONS

Friedhelm Schmidt, The SCSC BUS and IDE Interface, Addion-Wesley, 1995.*
http://en.wikipedia.org/wiki/univac univac history.*
Microsoft computer dictionary 1997.*

* cited by examiner

*Primary Examiner*—Kevin L. Ellis
*Assistant Examiner*—Duc T Doan

(57) **ABSTRACT**

An application specific device for erasing data from a long-term storage device includes a power supply, a control circuit, and an interface to the storage device. The control circuit controls the long-term storage device to irretrievably remove data from the storage device. The storage device may be, for example, a hard disk drive or compact flash memory. The application specific device is physically small, is operating system independent, and has simple interface that is useable by non-computer professionals.

**3 Claims, 10 Drawing Sheets**



Exhibit 3
1



Fig. 1

Exhibit 3
2

U.S. Patent   Jun. 5, 2007   Sheet 2 of 10   US 7,228,379 B2



Fig. 2A

Fig. 2B

Exhibit 3
3



Exhibit 3
4



Fig. 4

U.S. Patent    Jun. 5, 2007    Sheet 4 of 10    US 7,228,379 B2

Exhibit 3
5

U.S. Patent    Jun. 5, 2007    Sheet 5 of 10    US 7,228,379 B2

**Fig. 5**

Diagram elements:
- 410 Microprocessor
- 490 (enclosing dashed box)
- 520 CPU Address, Data, and Control Line Buffers
- 530 Read
- 540 Write
- 550 Bus Drivers
- 580 Sector Buffer-Dual Port RAM
- 590 Sector Buffer-Dual Port RAM
- 595 Drive Buffers → To Hard Drive
- 596 Drive Buffers → To Flash

Exhibit 3
6



Fig. 6

U.S. Patent   Jun. 5, 2007   Sheet 6 of 10   US 7,228,379 B2

Exhibit 3
7



Fig. 7

Exhibit 3
8



Fig. 8

Exhibit 3
9



Fig. 9

Exhibit 3
10



Fig. 10

Exhibit 3
11

# SYSTEMS AND METHODS FOR REMOVING DATA STORED ON LONG-TERM MEMORY DEVICES

## RELATED APPLICATION

This application claims priority under 35 U.S.C. §119 based on U.S. Provisional Application No. 60/299,783, filed Jun. 21, 2001, the disclosure of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

A. Field of the Invention

The present invention relates to computer memory devices and, more specifically, to mechanisms for removing data from memory devices.

B. Description of Related Art

Confidential information, such as credit card numbers, passwords, and personal account login information is often stored on computer hard drives. Confidential information stored on paper can be shredded when it is no longer required. Computer long-term memory devices, such as hard drives, however, are not as easy to destroy. Even if physically crushed with a hammer, the hard drive is likely to still have recoverable data left on its magnetic media.

Not only is it difficult to physically destroy long-term memory storage devices, these devices have intrinsic value and could be reused. For example, some users replace their long-term memory storage devices for larger and/or faster devices. A graphic artist may need a bigger/faster long-term memory storage device than say a writer. While a device may no longer have value to the graphic artist, the writer may find value in that device. Some users routinely replace their entire functioning computer, which includes one or more long-term memory storage devices. These replaced computers will often have value. However, in order to be able to securely reuse these long-term memory storage devices, it is desirable to first securely remove the stored data.

Simply deleting files on a drive does not normally remove the data from the drive media. Instead, pressing the delete key on most computers simply causes a change to be made to the FAT (File Allocation Table) that keeps track of where data is stored on the hard drive. The data itself remains on the hard drive. It is trivial to recover "deleted" data using off-the-shelf software.

One conventional software method of irretrievably deleting files is by "formatting" the media through a software format command. The format command typically rewrites a small area of the drive that contains its table of contents with a blank table of contents. It may also rewrite the file allocation table to indicate that all of the space on the disk is available. While a novice computer user would see a formatted drive as clean, one skilled in the art would have no problem recovering data or even complete files from a disk formatted in this manner.

Another method of implementing the format command consists of writing the value "0" to the entire hard drive. This is much stronger protection from a casual attempt to recover data from a drive treated in this fashion. However, even with this type of format command, data can still be recovered.

In order to assist the understanding of how data can be recovered from a hard drive that has been overwritten with zeroes, a basic description of hard drive operation will now be given. A hard drive includes three main components: (1) magnetic media, (2) media control electronics, and (3) a read/write head. A hard drive is commonly conceptualized as pockets of magnetic media surrounded by null media. In practice, however, it is often impractical to manufacture hard drives in this fashion. A hard drive may consist of contiguous magnetic media, any part of which may be magnetized. The read/write head is directed by the media control electronics to move to a specific location over the magnetic media and read and/or write at that location. For each bit of data, the media control electronics reserves a location on the magnetic media that is larger than the read/write head.

The hard drive uses changing patterns of magnetism to represent digital data. For example, if the magnetic field of an area is polarized in one direction, the data is declared to be a one. If the polarization is in the other direction, the data is a zero. In the real world, the strength of the polarization may be quite different from one data area to the next.

As mentioned, polarization is over an area. The size of the area is determined by a number of factors, but the principal ones are the size of the recording head, the type of recording media, and the speed of the magnetic platter. As the magnetic platter spins under the recording head, the head traces out one track. An actuator in the hard drive moves the head in discrete steps. Each one of these steps defines another track on the drive. FIG. **1** is a diagram illustrating multiple tracks **101**–**104** on a platter of a hard drive **100**. The term "step time" describes the time the head takes to get from one track, such as track **101**, to a next track, such as track **102**. The term "seek time" describes the time that it takes for the head to get from any one track to any other track.

In the real world, there is no guarantee that the head will be aligned over a track in precisely the same location each time the head moves, although it will typically be close enough to the track to read and write data reliably. Reasons for this potential miss-alignment include thermal expansion and contraction of the disk platters. If the operating temperature of the drive changes, the platters may shrink or expand. The actuator that moves the head may also change its performance over time. On any given motion, there may be a slight overshoot, undershoot, or even a small oscillation in the head as it moves. Drive manufacturers may recommend reformatting drives regularly so that these changes do not cause any data loss.

Thus, a track of data on a disk drive is generally not a perfect circle with a fixed width. The track may be circular, but its width may vary greatly from the theoretically ideal. In normal operation, this is mostly irrelevant. However, when trying to irretrievably delete data by overwriting the data with "zeros," there is likely to be remnants of the old data on the edges of the track. This data may potentially be recovered.

FIGS. **2**A and **2**B illustrate the above-discussed concept of erased data remaining on the edges of a track. FIG. **2**A illustrates a number of tracks (labeled as tracks **1**–**6**) on a magnetic platter in which darker areas **201** on each track represent magnetic changes that can be interpreted as data. FIG. **2**B illustrates the same tracks after a conventional clean implemented by rewriting zeros over each bit. The central dark area is now a uniform white area **202** with a fuzzy area **203** to either side. Fuzzy area **203** includes residual magnetism that could be interpreted by someone with the correct equipment.

Simply deleting files on a hard disk or formatting the hard disk may fail to remove all of the data for another reason. The disk may be set up with more than one partition. When a hard disk is set up for use by a computer, the allocation of storage space must be specified. In many cases, the entire hard drive is assigned to be in a single partition. In other

Exhibit 3
12

3

cases, there may be reason to create two or more partitions. Each partition can be used to hold data in different formats, such as one partition used for Microsoft Windows data, and another partition used for Linux data. Or, in the case of Windows, multiple partitions may be set up so that the drive appears to be a number of small drives, rather than one large drive.

This common scenario presents a couple of problems. In the case where different partitions hold different formats of data, it may not be possible to access one of the partitions for file deletion or formatting. Windows may not make the Linux partition visible, so there would be nothing to delete. Even with multiple partitions of the same data type, the data in the partitions may all be visible to the user, but it would be up to the user to know enough to delete all of the data in all of the partitions assigned to a single drive. For untrained personnel, this might be difficult to determine, so for them, the data may appear "hidden."

Software solutions exist that attempt to overcome the above problems in permanently removing data from hard drives. These solutions involve running software on a single computer to eliminate data on that computer's hard drive. These solutions are not without disadvantages. First, these solutions tend to be operating system dependent, and the operating system must be running properly. Second, at least a moderately trained computer operator must select the proper software, install the software, run the software, and then verify the results. This can be technically difficult, as the operating system files are being eliminated along with all other files. Third, these software solutions can be time consuming. For example, assume a computer professional is given seven computer systems by her company and is tasked with removing data on the drives before recycling the computer systems. In order to use this system of data removal, the computer professional would have to hook up seven monitors, seven keyboards, and seven mice to seven computers. She would then have to turn on seven computers, identify the operating system of each computer, and choose the proper software to run on each one. If there were a power interruption during this process, she may have to format the drives, reinstall the operating system, and then continue with data removal. Thus, this can be a time intensive removal method.

Other conventional software approaches to permanently removing data involve using a first computer as a data removal station for a second computer or drive. The first computer is set up to run data removal software. The user connects the drive to be "cleaned" to this computer. There are a number of potential problems with this approach. First, an expensive PC must be taken from productive service, along with the desk space needed to support its keyboard, monitor and mouse. Second, a trained user must attach the target drive to the host machine. During this process, the host machine must be shut down, the target drive properly installed and configured with a valid address or master/slave status, and finally the host machine rebooted. This can be a time consuming process requiring a trained user. Finally, there is a potential system problem. Most PCs are not designed for hard drives being swapped in an out on a regular basis. A static charge, or cable failure while installing a target drive can damage not only the target drive but also the host machine.

Accordingly, there is a need in the art to more efficiently delete data from long-term memory devices such as hard drives.

4

SUMMARY OF THE INVENTION

Systems and methods consistent with the principles of this invention provide for an easy to use and portable long-term memory cleaning device.

One aspect of the invention is directed to a device for removing data from a long-term memory component. The device includes an interface for connecting the device to the long-term memory component and a control circuit configured to control the long-term memory component through the interface to permanently remove data from the long-term memory component. A user controllable switch, when actuated by a user, causes the control circuit to commence permanently removing the data from the long-term memory component.

A method consistent with aspects of the invention includes connecting a power supply to a cleaning device, connecting a cable associated with the cleaning device to a long-term memory component in a computer, and powering-up the computer. The method further includes activating the cleaning device via a switch attached to the cleaning device, permanently removing data from the long-term memory component, and signaling completion of the data removal from the long-term memory component.

Another method consistent with aspects of the invention includes connecting a power supply to a cleaning device, connecting a cable associated with the cleaning device to a long-term memory component, and connecting a power cable attached to the cleaning device to the long-term memory component. The method further includes activating the cleaning device via a switch attached to the cleaning device, permanently removing data from the longterm memory component, and signaling completion of the data removal from the long-term memory component.

Yet another aspect of the invention is directed to a device for removing data from a long-term memory component. The device includes LEDs configured to provide feedback relating to an operational status of the device to a user, a user settable switch, and an interface for connecting to a long-term memory component. The device further includes circuitry coupled to the LEDs, the user settable switch, and the interface, the circuitry configured, when the switch is actuated by the user, to communicate with the long-term memory component through the interface and control the long-term memory component to permanently remove the data therefrom. The circuitry is enclosed in a portable casing and the LEDs, the user controllable switch, and the interface are mounted on an external portion of the casing.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate the invention and, together with the description, explain the invention. In the drawings,

FIG. 1 is a diagram illustrating tracks on a disk drive;

FIGS. 2A and 2B illustrate data stored in the magnetic media of a disk drive;

FIG. 3 is a block diagram illustrating a long-term memory cleaning device consistent with an aspect of the present invention;

FIG. 4 is a diagram illustrating portions of the cleaning device shown in FIG. 3 in additional detail;

FIG. 5 is a diagram illustrating portions of the cleaning device shown in FIGS. 3 and 4 in additional detail;

FIG. 6 is a flow chart illustrating operation of the cleaning device consistent with an aspect of the invention;

Exhibit 3
13

FIG. **7** is a diagram of an external view of an implementation of the cleaning device;

FIG. **8** is a flow chart illustrating operation of the cleaning device of FIG. **7** when cleaning a drive located within a host computer;

FIG. **9** is a diagram of external view of another implementation of the cleaning device; and

FIG. **10** is a flow chart illustrating operation of the cleaning device of FIG. **9** when cleaning a detached drive.

DETAILED DESCRIPTION

The following detailed description of the invention refers to the accompanying drawings. The same reference numbers in different drawings identify the same or similar elements. Also, the following detailed description does not limit the invention. Instead, the scope of the invention is defined by the appended claims and equivalents.

A cleaning device for erasing long-term memory devices, such as hard drives, includes a host circuit that directs a target drive's read/write head to perform specific actions relating to deleting the data on the target drive. The cleaning device is physically compact, is relatively simple to operate, and is operating system independent.

Storage devices discussed herein may be any type of long-term nonvolatile memory device. For example, the storage device may be a hard disk drive or compact flash memory. In one implementation, the storage device uses an Integrated Drive Electronics (IDE) interface. An IDE interface is a well-known electronic interface that is frequently used to connect a computer's motherboard and disk drive.

Although concepts consistent with the present invention are primarily described herein in relation to an IDE magnetic hard disk drive, these concepts may be implemented with other types of IDE media, such as flash memory with an IDE interface. Flash memories are a special type of semiconductor random access memory that retains its data after power has been removed from the system. Other types of media useable with an IDE interface include magnetic tape. In addition to the IDE interface, concepts consistent with the invention may be applied in a straightforward manner to other types of high level storage interfaces, such as the well known Small Computer System Interface (SCSI) standard or a hard drive connected through an IEEE 1394 (Firewire) connection.

For the sake of clarity the remaining description herein will be described with reference to an IDE magnetic hard disk drive, although, as mentioned above, the concepts of the invention are not limited to such drives. One skilled in the art would appreciate that other modern long-term storage device interfaces share similar functionality that could be incorporated into the concepts described herein.

Cleaning Device

FIG. **3** is a block diagram illustrating a cleaning device **300** consistent with an aspect of the present invention. Cleaning device **300** includes power supply **310**, control circuitry **320**, interface circuitry **330**, an interface connector **340**, and communication circuitry **350**. Power supply **310** supplies power through a power cable connector **370** and communication circuitry **350** may connect to a communication interface **360**.

A hard disk drive or compact flash drive (target drive) attaches to interface connector **340**. As will be described in more detail below, control circuitry **320** detects the capabilities of the target drive and issues commands that result in permanent data removal from the target drive. In other words, the target drive is thoroughly "cleaned" by cleaning device **300**. Interface circuitry **330** passes instructions through connector **340** to the target device. Power supply **310** provides power to both control circuitry **320** and interface circuitry **330**.

Communication circuitry **350** allows cleaning device **300** to communicate with a host computer, such as a personal computer. Communication interface **360** may be a serial interface that may be connected to a personal computer. Communication circuitry **350** may then handle the serial communication protocols between the personal computer and cleaning device **300**. Additionally, instead of connecting to a personal computer, communication interface **360** may be used to interface directly to a stand-alone printer, through which status information may be output. Communication circuitry **350** and communication interface **360** are optional. In one implementation, cleaning device is implemented as a stand-alone device that may be used to permanently remove data from hard drives without using a separate computer.

Cleaning device **300** may be designed as a relatively small, lightweight, and easily portable device. In one implementation, cleaning device **300** is embodied in a case approximately 8"×10"×1.5".

Power cables allow power to be supplied to the target disk drive through power connector **370**. This allows cleaning device **300** to process a target drive whether or not the target drive is still connected to a working computer or similar device (host).

FIG. **4** is a diagram illustrating portions of cleaning device **300** in additional detail. Control circuitry **320** and interface circuitry **330** of cleaning device **300** includes microprocessor **410** and programmable logic device (PLD) **490**. Microprocessor **410** may be an embedded processor, such as the 80386 EX embedded processor manufactured by Intel Corporation, of Santa Clara, Calif. The integrated design of microprocessor **410** allows relatively little additional circuitry to be used to create a small, dedicated computer system. PLD **490** complements microprocessor **410** by performing logical operations required by the microprocessor **410** or other circuitry of cleaning device **300**. ROM **480** stores configuration data that is initially loaded into PLD **490** on start-up. Similarly, EPROM **450** stores the initial code necessary to initialize and run microprocessor **410**. Static RAM (SRAM) **440** is also connected to microprocessor **410**, and is used for temporary program and data storage. Crystal oscillator **470** provides clocking signals to microprocessor **410** and PLD **490**. In one implementation, crystal oscillator **470** generates a 50 MHz clock signal.

Microprocessor **410** may control a number of external devices, such as LED status indicators **420** and a processor key lock **430**. Through LED status indicators **420**, microprocessor **410** may provide easily understandable feedback to a user. For example, one of LEDs **420** may be a green LED that is powered by microprocessor **410** when it finishes deleting data from a drive. Alternatively, microprocessor **410** may cause an audible sound to be produced when it finishes deleting data from a drive. Processor key lock **430** is a physical interface through which a user must insert a physical key to enable microprocessor **410**.

Interface **340** may include a hard drive interface **436**. Drive interface **436** may be a standard IDE drive interface that connects cleaning device **300** to the target drive. Interface **340** may also include a compact flash interface **435** which, in a similar manner, allows cleaning device **300** to connect to and erase compact flash memory devices.

Exhibit 3
14

US 7,228,379 B2

7

In addition to connecting to the target drive through interface circuitry **340**, microprocessor **410** may be connected to external devices via RS-232 port **425** and RS-232 transceiver **460**. RS-232 port **425** may be a standard DB9 connector that allows connections using a standard DB9 male to female serial cable.

One of ordinary skill in the art will recognize that the components shown in FIG. **4** may be selected from a wide variety of commercially available components. In one implementation, the components in FIG. **4** may be selected as follows: PLD **490**, part number EP1K50QC208-2, available from Altera Corporation of San Jose, Calif.; ROM **480**, part number EPC1PC8, available from Altera Corporation; EPROM **450**, part number AT27LV020A90JC, available from Atmel Corporation, of San Jose, Calif.; and SRAM **440**, part number CY7C1021V33L12ZCT, available from Cypress Corporation, of San Jose, Calif.

FIG. **5** is diagram that graphically illustrates the functionality of PLD **490** in additional detail. Address, data, and control lines from the microprocessor **410** are routed to PLD **490** where their information is buffered and latched as necessary in buffers **520**. Buffers **520** serve to reduce the electrical load on the processor and to stabilize the signal timing. Buffer read and write signals **530** and **540** control the direction of the bus drivers **550**. Thus, bus drivers **550** may write data into buffers **520** when read signal **530** is active and read data out of buffers **520** when write signal **540** is active. Buffers **520** and bus drivers **550** help control the data flow and distribution of the address and data buses from the microprocessor **410** to other portions of PLD **490**.

Buffering and signal conditioning for the target disk drive is provided by drive buffers **595**, which form the drive interface with the target disk drive. Buffering and signal conditioning for compact flash is provided by drive buffers **596**, which form the interface with the compact flash. Through the bus drivers **550**, the microprocessor **510** can directly read and write to the drive interface associated with the target disk drive and compact flash.

Instead of directly communicating with drive buffers **595** and **596**, bus drivers **550** may indirectly communicate with drive buffers **595** and **596** through dual ported RAM sector buffers **580** and **590**. Sector buffer **580** provides an additional layer of buffering between the microprocessor **410** and the disk drive and/or compact flash. This allows the target drive to write one sector's worth of data to RAM at high speed, while the microprocessor **410** reads a previous sector's worth of data. By allowing the operations to overlap in this fashion, the microprocessor **410** is not restricted to running at the speed of the target drive or compact flash, and is free to handle other functions until it needs the data in the sector buffers **580** or **590**.

Referring back to FIG. **4**, microprocessor **410** may include a UART that may be used for serial communications. Microprocessor **410** connects to an RS-232 transceiver **425**, which buffers the signals and generates the necessary voltages required for RS-232 communications. DB9 connector **425** connects to a corresponding DB9 connector on a host device such as a personal computer. Although communication circuitry **350** is shown as implementing a serial connection, in other implementations, other types of connections, such as parallel or USB connections, may be used.

Operation of the Cleaning Device

Cleaning device **300** operates on a target drive inserted into interface connector **340** to permanently erase the con-

8

tents of the drive. In general, cleaning device **300** removes data from a hard drive by writing to all data tracks on a drive multiple times with multiple data patterns. Data tracks are not written to sequentially. Instead, they are written in a pattern that forces the head to move from track to track in such a way as to introduce jitter in the absolute head position. Ideally, the head would be positioned a bit to one side of the track in one pass, and a bit to the other in the next pass. To accomplish this, cleaning device **300** controls the drive head to move a minimum of two tracks between writes. For some passes it is moved from an inner track to an outer one, while in other passes it is moved from an outer track to an inner one.

This process of writing with major jumps in head position may be repeated numerous times with different data patterns. By the end of the cleaning process, the motion of the recording heads and the changing data patterns renders the original data unrecoverable. One skilled in the art would appreciate that the longer this process is carried on, the more securely data is removed.

FIG. **6** is a flow chart illustrating the operation of cleaning device **300** consistent with an aspect of the present invention in additional detail. Cleaning device **300** begins, through microprocessor **410** and PLD **490**, by moving the read/write head of the target disk drive to a first track of the disk drive (e.g., track one) (Act **601**). An alternating pattern of bits (i.e., 010101 etc.) is then written to this track (Act **602**). Once complete, the disk drive head is moved to the first track plus two (i.e., track three), (Act **603**), and an alternating pattern of bits is written to this track (Act **604**). Cleaning device **300** then instructs the head to move to the first track plus one (e.g., track two) (Act **605**). An alternating bit pattern is written to this track (Act **606**). Cleaning device **300** then instructs the head to move to the first track plus three (i.e., track four), (Act **607**), and an alternating bit pattern is written to this track (Act **608**). This process is repeated until all of the tracks have been written (Acts **609** and **610**). For example, tracks five through eight may be the next set of tracks that are processed.

In one embodiment, the process shown in FIG. **6** is repeated multiple times. For a secure erase, each track may be written a minimum of seven times.

By alternating the overwriting of tracks as described in FIG. **6**, cleaning device **300** introduces jitter into the read/write head of the disk drive. This jitter increases the likelihood that data at the fringe of the track will be overwritten, thus providing for secure data erasing.

The alternating system of erase shown in FIG. **6** is one of many potential cleaning pattern that specifically applies to moving magnetic media. In alternate implementations, cleaning device **300** may perform more simple cleans for fast "good enough" cleaning, or more complex patterns may be used that are specific to other types of media.

In an alternate cleaning scheme, some target disk drives have an internal command that will erase the drive. Cleaning device **300** may use these internal erase commands when cleaning the drive.

External Structure and Operation of the Cleaning Device

As previously mentioned, cleaning device **300** may be constructed in a relatively small case, such as a case as small or smaller than 8.5"×10"×1.5". FIG. **7** is a diagram illustrating an external view of one implementation of cleaning device **300** consistent with an aspect of the invention.

Exhibit 3
15

As shown in FIG. **7**, the external portion of cleaning device **300** may include a power cord with a wall socket plug **701**, an IDE drive cable **702** that is long enough to lead from cleaning device **300** to a computer, an on/off switch **703**, and LED status lights **704**. Alternatively, cleaning device **300** may include a battery compartment in place of or in combination with wall socket plug **701**.

FIG. **8** is a flow chart illustrating operation of cleaning device **300**, as shown in FIG. **7**, from the prospective of a user when cleaning a hard disk drive located within a host computer.

A user begins by connecting cleaning device **300** to a power supply (Act **801**) and ensuring that switch **703** is set to the "off" state (Act **802**). In one implementation, this may involve plugging socket plug **701** into a wall power outlet. The user also ensures that the computer system with the target disk drive is powered down (Act **803**). The user may then remove any IDE cables that are in the target drive (Act **804**). This may involve removing the cover of the host computer and removing the IDE drive connector that connects the host computer and the drive. The user may then connect IDE drive cable **702** to the drive, turn power on to the host computer, and turn switch **703** to the "on" position (Acts **805**, **806**, and **807**). In response, cleaning device **300** will power on and control the target drive to permanently delete its data. The cleaning may proceed as previously discussed with reference to FIG. **6**. When cleaning device **300** has finished cleaning the drive, it signals cleaning completion via LED status lights **704** (Act **808**). For example, one of LED status lights **704** may flash on and off while cleaning device **300** is operating. When cleaning device **300** completes operating, the LED status light may remain steadily on. The user may then turn switch **703** to the "off" position and disconnect the cleaning device from the host computer (Act **809**).

FIG. **9** is a diagram illustrating an external view of another implementation of cleaning device **300** consistent with an aspect of the invention.

As shown in FIG. **9**, the external portion of cleaning device **300** may include a power cord with a wall socket plug **901**, an IDE drive cable **902**, an on/off switch **903**, LED status lights **904**, a drive power cord **905**, and an antistatic cushion **906**. A target drive may be placed on the anti-static cushion and connected to the drive power cord **905** and the drive cable **902**.

FIG. **10** is a flow chart illustrating operation of the cleaning device **300**, shown in FIG. **9**, from the prospective of a user when cleaning a detached hard disk drive.

A user begins by plugging socket plug **701** into a power supply (Act **1001**) and ensuring that switch **703** is set to the "off" state (Act **1002**). The target drive is then placed on the anti-static cushion **906**, the IDE drive cable **902** plugged into the target drive, and the drive power cord **905** plugged into the target drive (Acts **1003** and **1004**). The user may then turn switch **903** to the "on" position (Act **1005**). In response, cleaning device **300** will power on and clean the drive in a manner similar to that described above with respect to FIG. **6**. When cleaning device **300** has finished cleaning the drive, it signals cleaning completion via LED status lights **904** (Act **1006**). The user may then turn switch **903** to the "off" position and disconnect the cleaning device and the target drive (Act **1007**).

As can be appreciated, the operation of cleaning device **300**, from the prospective of the user, is relatively simple. Accordingly, cleaning device **300** can be operated by only moderately trained technicians. Additionally, the operation simplicity of cleaning device **300** makes it unlikely that a user will improperly use the cleaning device in a manner that only partially erases a disk drive.

User Communication

In the implementations described above, cleaning device **300** signals its operational status to a user through LEDs **704** or **904**. For example, LEDs may be used to signal that: (1) cleaning device **300** is performing operations of a target device, (2) cleaning device **300** has finished cleaning the target device, and (3) an error was encountered.

In alternate embodiments, cleaning device **300** may include additional display devices such as a graphical display or a connection to a printer. With these output devices, additional status information such as percentage of operations complete, time until operations are complete, and information about the target device may be displayed. The printer could be used to generate a continuous written record of the operations performed on the target device. This written record may include, for example, type of data removal performed, time and date of data removal, and information about the target device. In a similar implementation, cleaning device **300** could interact with a host computer through serial interface **330** to upload status information to the host computer. The status information may be uploaded in real-time as the cleaning device operates or in a batch mode in which information relating to multiple target drives may be uploaded at one time.

Additional Features

In the implementations described above, cleaning device **300** has its level of data removal security set in hardware. The level of data removal security may be determined by the number of passes (i.e., the number of times the process shown in FIG. **6** is repeated) cleaning device **300** makes over the target device. In an alternate embodiment, cleaning device **300** may include a switch that a user can set to vary the cleaning level. Cleaning device **300** would then vary its number of cleaning passes based on the switch setting.

Some target drives may contain data that the drive has been instructed to classify as "hidden" data. For example, a command supported by many commercially available hard drives allows a skilled programmer to reserve a portion of the storage media. Once reserved, this area of the media is effectively hidden from the computer by the drive. Standard queries about the amount of storage on the drive return the full amount of storage minus the reserved amount. This prevents standard data removal methods from working as the computer is unaware that there is hidden data.

In one implementation, cleaning device **300** may issue appropriate commands to target drives that contain hidden data to release the hidden data. Cleaning device **300** may automatically issue these commands without the need for human intervention, thus making the entire contents of the drive accessible for data removal. In situations where the hidden data is protected by a password, the operator of cleaning device **300** may be informed that the device is protected by a password and that additional steps are necessary to complete the data removal.

In yet another implementation, cleaning device **300** could have multiple drive interface cables, through which it could simultaneously clean two or more target devices.

Still further, cleaning device **300**, after erasing a target drive, may partition and/or format the target drive. For example, cleaning device **300**, after erasing a target drive, may then automatically partition the drive into a single

Exhibit 3
16

11

partition and format the drive under FAT32 drive format. In additional embodiments, cleaning device **300** may proceed, after formatting the target drive, to copy an image to the drive that defines an operating system. This may help to speed up the process of reusing drives in refurbished computer systems.

Although the cleaning device discussed above was primarily described as cleaning an IDE device, in other implementations, long-term storage devices having other interfaces, such as FireWire, USB2, or SCSI could be cleaned using concepts similar to those discussed herein.

CONCLUSION

As described above, a cleaning device permanently removes data from a target long-term memory device. The cleaning device is portable, provides easy to understand user feedback, has a simple user interface and could thus be effectively used by non-technical people.

The cleaning device has a number of advantages. It is operating system independent. The cleaning device can operate while the target device is still in the host computer system or when it has been removed from the host computer system. It is a stand alone device that can replace more complicated and more expensive devices or systems. Additionally, the cleaning device does not require that the operator have any particular knowledge of the target device; it detects the capabilities and settings of the target device and adjusts the operating parameters for optimal performance without user intervention.

Still further, the cleaning device removes data from all partitions on the target device, regardless of the data's format, and removes any reserved or protected data areas, so that all of the data storage areas on the target device are available for cleaning without requiring user intervention. Additionally, the cleaning device can provide different levels of data removal. The longer the cleaning device performs operations on a target device, the more securely it is able to remove data. The cleaning device provides feedback to a user that it has either performed operations correctly or has run into an error.

It will be apparent to one of ordinary skill in the art that the embodiments as described above may be implemented in many different forms of software, firmware, and hardware in the implementations illustrated in the figures. The actual software code or specialized control hardware used to implement aspects consistent with the present invention is not limiting of the present invention. Thus, the operation and behavior of the embodiments were described without specific reference to the specific software code, it being understood that a person of ordinary skill in the art would be able

12

to design software and control hardware to implement the embodiments based on the description herein.

The foregoing description of preferred embodiments of the present invention provides illustration and description, but is not intended to be exhaustive or to limit the invention to the precise form disclosed. Modifications and variations are possible in light of the above teachings or may be acquired from practice of the invention. Moreover, while a series of acts have been presented with respect to FIGS. **6**, **8**, and **10**, the order of the acts may be different in other implementations consistent with the present invention. Moreover, non-dependent acts may be performed in parallel.

No element, act, or instruction used in the description of the present application should be construed as critical or essential to the invention unless explicitly described as such. Also, as used herein, the article "a" is intended to include one or more items. Where only one item is intended, the term "one" or similar language is used.

The scope of the invention is defined by the claims and their equivalents.

What is claimed:

1. A stand-alone, dedicated function device for removing data from a long-term memory component, comprising:
   an interface for connecting the stand-alone, dedicated function device to the long-term memory component;
   a control circuit configured to control the long-term memory component through the interface to irretrievably remove data from the long-term memory component without regard to data content or data storage format of the data on the long-term memory component by overwriting the data of the long-term memory component;
   a user controllable switch that, when actuated by a user, causes the control circuit to commence irretrievably removing all the data from the long-term memory component;
   a casing configured to contain the control circuit and the interface, the casing being of a size that is portable by the user;
   a power supply configured to supply power to the control circuit;
   wherein the control circuit is further configured to open a hidden storage area on the long-term memory component before irretrievably removing the data.

2. The device of claim **1**, wherein the control circuit open a hidden storage area without user intervention.

3. The device of claim **1**, wherein the control circuit notifies a user when the opening a hidden storage area requires a password for release.

\* \* \* \* \*

Exhibit 3
17