ROBERT E. FREITAS (SBN 80948)
rfreitas@ftklaw.com
JESSICA N. LEAL (SBN 267232)
jleal@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
MyKey Technology Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION<br><br>MyKey Technology Inc.<br><br>v.<br><br>Intelligent Computer Solutions, Inc. | Case No. 2:13-ml-02461 GAF (PLAx)<br><br>MDL NO. 2461<br><br>This Document Relates to:<br>ALL CASES<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on February 19, 2014, I sent by electronic mail the foregoing documents:

    1.    Plaintiff MyKey Technology Inc.'s Opening Claim Construction Brief; and

    2.    Declaration of Jessica N. Leal In Support of Plaintiff MyKey Technology Inc.'s Opening Claim Construction Brief, with Exhibits 1 through 11, inclusive.

I certify that the following parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Alejandro Menchaca | amenchaca@mcandrews-ip.com<br>e@mcandrews-ip.com |
| Brian Martinez | brian.martinez@aporter.com<br>donna.johnson@aporter.com<br>john.fitzpatrick@aporter.com |
| David A. Mancino | dmancino@bakerlaw.com |
| David P. Cooper | cooper@khpatent.com |
| Desmond Kidney | desmond@khpatent.com |
| James Darlington Taylor, Jr. | jtaylor@saul.com |
| James Michael Lennon | jlennon@ycst.com |
| Jared A. Brandyberry | jbrandyberry@bakerlaw.com |
| Jenny Nugent | nugent@glwllp.com |
| Jessica Hutson Polakowski | jpolakowski@reinhartlaw.com<br>ejohnson@reinhartlaw.com |
| Kevin W. Kirsch | kkirsch@bakerlaw.com,<br>jsavage@bakerlaw.com |
| Lisa I. Damji | ldamji@bakerlaw.com,<br>bkennedy@bakerlaw.com |
| Mark B. Mizrahi | mmizrahi@wrslawyers.com<br>dkellogg@wrslawyers.com<br>llawhorn@wrslawyers.com<br>lpritikin@wrslawyers.com<br>odavidoff@wrslawyers.com |
| Michael A. Berta | michael.berta@aporter.com<br>john.fitzpatrick@aporter.com<br>mary.anne.donaldson@aporter.com |
| Perry M. Goldberg | goldberg@glwllp.com |
| Rodger Dallery Smith, II | rdsefiling@mnat.com |
| Scott Richard Stanley | sstanley@bakerlaw.com |

CERTIFICATE OF SERVICE
CASE NO. 2:13-ml-02461 GAF (PLAx)

1  I further certify that a copy of the foregoing document(s) will be served on
2  the following parties or their counsel of record by United States Mail, postage fully
3  prepaid:

4

5  Benjamin J. Lambiotte, III  Jennifer Fraser
Garvey Schubert Barer  Connolly Bove Lodge and Hutz LLP
6  1000 Potomac St. NW, Fifth Floor  1875 Eye St. NW, Suite 1100
7  Washington, DC  20007  Washington, DC  20006

8
Jennifer Becnel Guzzo  Michael J. Lichtenstein
9  Saul Ewing LLP  Shulman Rogers Gandal Pordy & Ecker PA
222 Delaware Ave., Suite 1200  12505 Park Potomac Ave., 6th Floor
10  P.O. Box 1266  Potomac, MD  20854
11  Wilmington, DE  19899

12

13

14

15
                                       */s/ Cheryl L. Kelley*
16

17  Cheryl L. Kelley
FREITAS TSENG & KAUFMAN LLP
18  100 Marine Parkway, Suite 200
19  Redwood Shores, CA  94065
Telephone: (650) 593-6300
20  Facsimile: (650) 593-6301
21  Email: ckelley@ftklaw.com

22

23

24

25

26

27

28

- 3 -  CERTIFICATE OF SERVICE
CASE NO. 2:13-ml-02461 GAF (PLAx)