**LINK:**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ML 13-02461 GAF (PLAx) | Date | May 23, 2014 |
|---|---|---|---|
| Title | MyKey Technology Inc Patent Litigation | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**

## <u>MINUTE ORDER</u>

The Court has prepared a preliminary term construction list, related to United States Patent Nos. 6,813,682 (the "'682 patent"), 7,159,086 (the "'086 patent"), and 7,228,379 (the "'379 patent"), and attached hereto as Exhibit A.

The list includes Plaintiff's proposed definitions of contested terms, Defendants' proposed definitions, and the Court's tentative definitions. It also includes the relevant claim language of each patent. In order to facilitate discussion, the list was distributed to the Parties at the May 22, 2014, claim construction hearing.

**IT IS SO ORDERED.**

# EXHIBIT A

**THE '682 PATENT**

## A.  CLAIM LANGUAGE

The relevant claims of the '682 patent—claims 1, 13, 25, 30, 40, 42, and 43—read as follows:

1.  A blocking device comprising:
    an <u>interface emulator</u> configured to emulate an interface presented by a storage device and configured to connect to a <u>host</u>;
    an interface for connecting to the storage device; and
    a processor coupled to the interface emulator and the interface, the processor examining commands received through the interface emulator that are generated by the host and intended for the storage device, the processor allowing only those of the commands that match a predetermined set of commands to pass to the storage device via the interface, the predetermined set of commands being commands that are known to not permanently modify a state of the storage device, wherein
    the blocking device is <u>transparent to normal operation of the host and the storage device</u>.

. . .

13.   A device comprising:
    an <u>IDE emulator component</u>, the IDE emulator component including a physical interface designed to engage a first cable that connects to a <u>host</u> that controls an IDE storage device;
    an IDE interface configured to engage a second cable that connects to the IDE storage device; and
    a logic circuit connecting the IDE emulator component to the IDE interface and configured to: compare commands received at the IDE emulator component to a predetermined set of commands that are known to not modify a state of the IDE storage device, and to allow transmission of the commands from the IDE emulator component to the IDE interface when the comparison indicates that the received command is in the predetermined set of commands, wherein
    the device operates <u>transparently to normal operation of the host and the IDE storage device</u>.

. . .

25.   A method comprising:
    intercepting communications between a computer motherboard and a local non-volatile storage device for the motherboard;
    comparing commands in the communications between the motherboard and the storage device to a predetermined set of commands;
    forwarding selected ones of the commands to the storage only when, based on the comparison, the commands are determined to be commands that are in a predetermined set of commands known to not permanently modify a state of the storage device; and
    blocking other commands from being received by the storage device, wherein
    the intercepting communications, comparing commands, forwarding selected ones of the commands, and blocking selected other ones of the commands is <u>transparent to normal operation of the computer motherboard and the storage device</u>.

. . .

**EXHIBIT A**                                                     Page 1 of 26

**THE '682 PATENT**

30.  A computer system comprising:
  a <u>host</u> computer;
  a long-term storage device; and
  a blocking device coupled between the host computer and the storage device, the blocking device configured to:
      intercept commands from the host to the storage device,
      pass commands to the storage device only when the commands are in a predetermined set
        of commands that are known to not permanently modify a state of the storage device, and
      block other commands from reaching the storage device,
  wherein the intercepting commands, blocking commands, and passing commands are performed by the blocking device
      transparently to the host computer and the long-term storage device.

. . .

40.  A blocking device comprising:
  <u>means for intercepting communications between a host and a storage device</u>;
  <u>means for comparing commands in the communications between the host and the storage device to a pre determined set of
      commands</u>;
  <u>means for forwarding selected ones of commands in the intercepted communications to the storage</u> device only when, based on
      the comparison, the commands that are in a predetermined set of commands are determined to be commands that are <u>known to
      not permanently modify a state of the storage device</u>; and
  <u>means for blocking other ones of the commands from being received by the storage device based on the comparison</u>, wherein
      the blocking device operates <u>transparently to normal operation of the host and the storage device</u>.

. . .

42.  The blocking device of **40**, wherein the commands forwarded to the storage device include a capabilities request command,
and the means for forwarding further comprises:
  <u>means for modifying data received from the storage device relating to the capabilities request command to reflect the capabilities
      of the blocking device</u>.

. . .

43.  The blocking device of **40**, further comprising:
  <u>means for returning status information to the host that indicates that the blocked command was successfully executed by the
      storage device</u>.

THE '682 PATENT

## B.  DISPUTED TERMS

The disputed terms of the '682 patent are the following:

a.    "interface emulator"

b.    "IDE emulator component"

c.    transparent/transparently terms:

    a.    "transparent to normal operation of the host and the storage device" and "transparently to normal operation of the host and the storage device"

    b.    "transparently to normal operation of the host and the IDE storage device"

    c.    "transparent to normal operation of the computer motherboard and the storage device"

    d.    "transparently to the host computer and the long-term storage device"

d.    "host"

e.    "means for intercepting communications between a host and a storage device"

f.    "means for blocking other ones of the commands from being received by the storage device based on the comparison"

g.    "means for comparing commands in the communications between the host and the storage device to a predetermined set of commands"

h.    "means for forwarding selected ones of commands in the intercepted communications to the storage . . . known to not permanently modify a state of the storage device"

i.    "means for modifying data received from the storage device relating to the capabilities request command to reflect the capability of the blocking device"

j.    "means for returning status information to the host that indicates that the blocked command was successfully executed by the storage device"

**EXHIBIT A**

THE '682 PATENT

## C. PROPOSED DEFINITIONS

### a.    *"interface emulator"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "interface emulator"<br><br>Claim 1 of '682 Patent | "an interface component that mimics another interface" | "an interface component that mimics the interface presented by the storage device and operates with no reconfiguration of the host software" | "an interface component that mimics another interface and operates with no reconfiguration of the host software" |

### b.    *"IDE emulator component"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "IDE emulator component"<br><br>Claim 13 of '682 Patent | "a component that mimics an interface compatible with the IDE or ATA interface" | "an interface component that mimics the interface presented by the IDE storage device and operates with no reconfiguration of the host software" | "a component that mimics an interface compatible with the IDE interface and operates with no reconfiguration of the host software" |

THE '682 PATENT

*c.*      *transparency phrases*

| Claim Terms | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "transparent to normal operation of the host and the storage device"<br><br>Claim 1 of '682 Patent, and<br><br>"transparently to normal operation of the host and the storage device"<br><br>Claim 40 of '682 Patent | "to the host, the blocking device appears to be a standard drive interface and presents to the host the memory, registers, and control signals that a storage device would normally present to the host, and to the storage device, the blocking device appears to be a host and presents to the storage device the memory, registers, and control signals that the host would normally present to the storage device, although the blocking device blocks or modifies commands that would result in the modification of the drive" | "the blocking device appears to the host as the storage device and appears to the storage device as the host, and the blocking device operates in a way that all normal operations between host and the storage device continue when the blocking device is interposed between them with no reconfiguration of the host and/or the storage device" | "the blocking device appears to the host as the storage device and appears to the storage device as the host, and the blocking device operates in a way that all normal operations of the host and of the storage device continue when the blocking device is interposed between them with no reconfiguration of the host" |

**THE '682 PATENT**

| "transparently to normal operation of the host and the IDE storage device"<br><br>Claim 13 of '682 Patent | "to the host, the device appears to be a standard IDE storage device interface and presents to the host the memory, registers, and control signals that a IDE storage device would normally present to the host, and to the IDE storage device, the device appears to be a host and presents to the IDE storage device the memory, registers, and control signals that the host would normally present to the IDE storage device, although the device blocks or modifies commands that would result in the modification of the IDE storage device" | "the blocking device appears to the host as the IDE storage device and appears to the IDE storage device as the host, and the blocking device operates in a way that all normal operations between host and the IDE storage device continue when the blocking device is interposed between them with no reconfiguration of the host and/or the IDE storage device" | "the blocking device appears to the host as the IDE storage device and appears to the IDE storage device as the host, and the blocking device operates in a way that all normal operations of the host and of the IDE storage device continue when the blocking device is interposed between them with no reconfiguration of the host" |
|---|---|---|---|

THE '682 PATENT

| "transparent to normal operation of the computer motherboard and the storage device"

Claim 25 of '682 Patent | "the method is performed such that to the computer motherboard, there appears to be a standard storage device interface and the computer motherboard is presented with the memory, registers, and control signals that a storage device would normally present to the computer motherboard, and to the storage device, there appears to be a computer motherboard and the storage device is presented with the memory, registers, and control signals that the computer motherboard would normally present to the storage device, although commands that would result in the modification of the storage device are blocked or modified" | "the blocking device appears to the host computer (which includes the computer motherboard) as the storage device and appears to the storage device as the host computer (which includes the computer motherboard), and the blocking device operates in a way that all normal operations between host computer (which includes the computer motherboard) and the storage device continue when the blocking device is interposed between them with no reconfiguration of the host computer (which includes the computer motherboard) and/or the storage device" | "the blocking device appears to the computer motherboard as the storage device and appears to the storage device as the computer motherboard, and the blocking device operates in a way that all normal operations of the computer motherboard and of the storage device continue when the blocking device is interposed between them with no reconfiguration of the host" |
|---|---|---|---|

THE '682 PATENT

| | | | |
|---|---|---|---|
| "transparently to the host computer and the long-term storage device"<br><br>Claim 30 of '682 Patent | "to the host computer, the blocking device appears to be a standard long-term storage device interface and presents to the host computer the memory, registers, and control signals that a long-term storage device would normally present to the host computer, and to the long-term storage device, the blocking device appears to be a host computer and presents to long-term storage device the memory, registers, and control signals that the host computer would normally present to the long-term storage device, although commands that would result in the modification of the long-term storage device are blocked or modified" | "the blocking device appears to the host as the storage device and appears to the storage device as the host, and the blocking device operates in a way that all normal operations between host and the storage device continue when the blocking device is interposed between them with no reconfiguration of the host and/or the storage device" | "the blocking device appears to the host as the long-term storage device and appears to the long-term storage device as the host, and the blocking device operates in a way that all normal operations of the host and of the long-term storage device continue when the blocking device is interposed between them with no reconfiguration of the host" |

THE '682 PATENT

*d.*        *"host"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "host"<br><br>Claims 1, 13, 30, and 40 of '682 Patent | This claim does not require construction. | "a computer or motherboard distinct from the blocking device that, in the absence of the blocking device, is able to read and write the storage device" | "a device distinct from the blocking device that, in the absence of the blocking device, is able to modify the storage device" |

*e.*        *"means for intercepting communications between a host and a storage device"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for intercepting communications between a host and a storage device"<br><br>Claim 40 of '682 Patent | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: intercepting communications between a host and a storage device.<br><br>Structure: an interface emulator 320, 720, 820, 920, and equivalents thereof**.** | This term is invalid under 35 U.S.C. § 112.<br><br>This term is subject to 35 U.S.C. § 112(6).<br><br>Function: intercepting communications between a host and a storage device.<br><br>Structure: undefined. | **Structure**: unidentified |

**THE '682 PATENT**

*f.      "means for blocking other ones of the commands from being received by the storage device based on the comparison"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for blocking other ones of the commands from being received by the storage device based on the comparison"<br><br>Claim 40 of '682 Patent | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: blocking other ones of the commands from being received by the storage device based on the comparison.<br><br>Structure: a processor programmed to perform step 420 and 460 of Fig. 4, and equivalents thereof. | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: blocking other ones of the commands from being received by the storage device based on the comparison.<br><br>Structure: the elements of Fig. 5 (except 520, 525, 530, and 560), and programmed to perform steps 420, 430, 440, 450, and 460 of Fig. 4, and equivalents thereof. | **Structure:**  A processor programmed to perform steps 420, 430, 440, 450, and 460 of Fig. 4, and equivalents thereof. |

*g.      "means for comparing commands in the communications between the host and the storage device to a predetermined set of commands"*

The Parties identify this term as one in dispute in their jointly filed proposed constructions of disputed terms.  (Docket No. 31-1 [Disputed Term Constructions ("DTC")] at 9–10.)  However, neither side discusses this term in its briefing.  The Court therefore declines to make any ruling regarding its interpretation.

**THE '682 PATENT**

**h.** *"means for forwarding selected ones of commands in the intercepted communications to the storage . . . known to not permanently modify a state of the storage device"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for forwarding selected ones of commands in the intercepted communications to the storage . . . known to not permanently modify a state of the storage device"<br><br>Claim 40 of '682 Patent | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: The parties agree that the function is the claim language.<br><br>Structure: a processor programmed to perform step 470 and 480 in Fig. 4, and equivalents thereof. | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: The parties agree that the function is the claim language.<br><br>Structure: the elements of Fig. 5 (except 520, 525, 530, and 560), and programmed to perform steps 440, 450, 460, 470 and 480 in Fig. 4, and equivalents thereof. | **Structure**: A processor programmed to perform steps 440, 450, 470, and 480 in Fig. 4, and equivalents thereof. |

**i.** *"means for modifying data received from the storage device relating to the capabilities request command to reflect the capabilities of the blocking device"*

The Parties identify this term as one in dispute in their jointly filed proposed constructions of disputed terms. (DTC at 11.) However, neither side discusses this term in its briefing. The Court therefore declines to make any ruling regarding its interpretation.

**j.** *"means for returning status information to the host that indicates that the blocked command was successfully executed by the storage device"*

The Parties identify this term as one in dispute in their jointly filed proposed constructions of disputed terms. (DTC at 12.) However, neither side discusses this term in its briefing. The Court therefore declines to make any ruling regarding its interpretation.

THE '086 PATENT

## A.  CLAIM LANGUAGE

The relevant claims of the '086 patent—claims 1 and 18—read as follows:

1. A <u>stand-alone, dedicated function device for making exact copies of long-term memory devices</u> comprising:
  an interface for connecting to a storage device (source);
  one or more interfaces for connecting to the storage device(s) (destination);
  wherein the interfaces are electronically isolated from each other through the use of separate interface circuitry for each
     interface;
  a <u>user controllable switch</u> that, when actuated by a user, causes the device to commence a copy;
  and a control circuit coupled to the interface (source) and the interface(s) (destination), the <u>control circuit issuing commands to</u>:
     compare the size of the source device to the size of a destination device and communicate result to a user, open hidden areas
     on the source device, make an exact copy of the storage device connected to the interface (source), <u>read and compare data on
     the source and destination devices</u> and communicate result to a user, <u>restore the source drive to its original condition,</u>
  wherein the copying device is operating system independent.
. . .
18. A <u>stand-alone, dedicated function copying device</u> comprising:
  means for interfacing with a source drive,
  wherein the source device is protected from accidental state changes;
  means for interfacing with one or more destination devices;
  <u>means [for] initiating the copying procedure</u>;
  means for comparing the size of the source device to the size of a destination device and communicating result to a user;
  <u>means for opening hidden areas on the source device</u>;
  <u>means for making an exact copy</u>;
  <u>means for reading and comparing the data on the source and destination devices and communicating result to a user</u>;
  <u>means for restoring the source device to its original condition,</u>
  wherein the copy device is operating system independent.

THE '086 PATENT

**B.  DISPUTED TERMS**

The disputed terms of the '086 patent are the following:

    a.    "exact copy" or "exact copies"

    b.    "user controllable switch"

    c.    "means [for] initiating the copying procedure"

    d.    "means for making an exact copy"

    e.    "means for reading and comparing the data on the source and destination devices and communicating result to a user"

    f.    "stand-alone, dedicated function device for making exact copies of long term memory device" and "stand-alone, dedicated function copying device"

    g.    "control circuit issuing commands to . . . read and compare data on the source and destination devices"

    h.    "control circuit issuing commands to . . . restore the source drive to its original condition"

    i.    "means for operating hidden areas on the source device"

    j.    "means for restoring the source device to its original condition"

THE '086 PATENT

## C.  PROPOSED DEFINITIONS

### a.      *"exact copy" or "exact copies"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "exact copy"/ "exact copies"  Claims 1 and 18 of '086 Patent | "a copy that includes all of the data that resides on a long-term memory device, including any data in hidden areas" | "a copy that includes all of the data that resides on a long-term memory device, and formatted and arranged in the exact manner as on the long-term memory device" | "a copy that includes all of the data that resides on a long-term memory device, including any data in hidden areas, and is arranged in the identical pattern as on a long-term memory device" |

### b.      *"user controllable switch"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "user controllable switch"  Claim 1 of '086 Patent | This claim should be afforded its plain and ordinary meaning, which is "a switch that can be controlled by a user of the device." | "a simple physical switch having only 'on' and 'off' positions" | This claim should be afforded its plain and ordinary meaning, which is "a switch that can be controlled by a user of the device" |

**THE '086 PATENT**

c.      *"means [for] initiating the copying procedure"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means [for] initiating the copying procedure"<br><br>Claim 18 of '086 Patent | This term is subject to 35 U.S.C. 112(f).<br><br>Function: initiating the copying procedure.<br><br>Structure: a switch and equivalents thereof. | This term is subject to 35 U.S.C. 112(6).<br><br>Function: initiating the copying procedure.<br><br>Structure: a simple physical switch having only two stable positions 'on' and 'off,' and equivalents thereof. | **Structure**:  a switch and equivalents thereof |

d.      *"means for making an exact copy"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for making an exact copy"<br><br>Claim 18 of '086 Patent | This term is subject to 35 U.S.C. 112(f).<br><br>Function: making an exact copy.<br><br>Structure: a processor programmed to perform step 3070 in Fig. 3, and equivalents thereof. | Invalid under 35 U.S.C. § 112.<br><br>In the alternative, this term is subject to 35 U.S.C. 112(6).<br><br>Function: making an exact copy.<br><br>Structure: a processor programmed to perform step 3070 in Fig. 3, and the algorithm described in col. 6, line 27 through col. 7, line 2, and equivalents thereof. | **Structure**: a processor programmed to perform step 3070 in Fig. 3 and the algorithm described in lines 3:33 to 5:45, and equivalents thereof |

THE '086 PATENT

e.      *"means for reading and comparing the data on the source and destination devices and communicating result to a user"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for reading and comparing the data on the source and destination devices and communicating result to a user"<br><br>Claim 18 of '086 Patent | This term is subject to 35 U.S.C. 112(f).<br><br>Function: reading and comparing the data on the source and destination devices and communicating result to a user.<br><br>Structure: a processor programmed to perform step 3075 in Fig. 3, and equivalents thereof. | Invalid under 35 U.S.C. § 112.<br><br>In the alternative,<br><br>This term is subject to 35 U.S.C. 112(6).<br><br>Function: reading and comparing the data on the source and destination devices and communicating result to a user.<br><br>Structure: a processor programmed to perform step 3075 in Fig. 3 (as discussed in Col. 6, lines 17–20), and equivalents thereof. | **Structure**: unidentified |

THE '086 PATENT

*f.*     *"stand-alone, dedicated function device for making exact copies of long term memory device" and "stand-alone, dedicated function copying device"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "stand-alone, dedicated function device for making exact copies of long term memory devices" <br><br> and <br><br> "stand-alone, dedicated function copying device" <br><br> Claims 1, 18 of '086 Patent | "a physical device, which is not a general purpose computer system, that stands apart from the source drive and the one or more destination devices whose hardware and software is dedicated to making exact copies of long term memory devices" | "a device that is configured at the factory for the specific purpose of automatically making an exact copy of a source long-term memory device on a destination long-term memory device, and includes all the hardware, logic and circuitry necessary to perform such specific purposes, and does not include an option to delete the contents of the destination long-term memory device" | "a physical device, which is not a general purpose computer system, that stands apart and is physically separate from the source drive and the one or more destination devices, whose hardware and software are dedicated to making exact copies of long term memory devices" |

THE '086 PATENT

g.   *"control circuit issuing commands to . . . read and compare data on the source and destination devices"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "control circuit issuing commands to . . . read and compare data on the source and destination devices"<br><br>Claim 1 of '086 Patent | This claim term does not require construction. | "commands are issued to the source and destination devices so that, on a unit by unit basis, data on the source device is read and compared with corresponding data on the destination device" | This claim term does not require construction and should be afforded its ordinary and customary meaning. |

h.   *"control circuit issuing commands to . . . restore the source drive to its original condition"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "control circuit issuing commands to . . . restore the source drive to its original condition"<br><br>Claim 1 of '086 Patent | This claim term does not require construction. | "commands are issued to the source drive, automatically after copying, to restore the drive to its unaltered state after the source device has been altered to provide access to hidden areas" | "control circuit issues commands to the source drive so that the source drive, including hidden areas, is restored to its original condition after copying" |

**EXHIBIT A**

**THE '086 PATENT**

i. *"means for operating hidden areas on the source device"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for opening hidden areas on the source device"<br><br>Claim 18 of '086 Patent | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: opening hidden areas on the source device.<br><br>Structure: a processor programmed to issue a command to the source device to make hidden data available to be read from the source drive by changing the reported size of the source device to allow data to be read from the entire source drive. | Invalid under 35 U.S.C. § 112.<br><br>This term is subject to 35 U.S.C. § 112(6).<br><br>Function: opening hidden areas on the source device.<br><br>Structure: Undefined. | **Structure**: unidentified |

THE '379 PATENT

j.    *"means for restoring the source device to its original condition"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "means for restoring the source device to its original condition"<br><br>Claim 18 of '086 Patent | This term is subject to 35 U.S.C. § 112(f).<br><br>Function: restoring the source device to its original condition.<br><br>Structure: processor programmed as set forth in 4:54–60 of the '086 patent.<br><br>OR<br><br>processor and flash memory, where the processor is programmed:<br><br>(1) to, prior to accessing the hidden area(s) on the source drive(s), instruct the flash memory to store information about an original configuration of a source drive(s) associated with a unique identification number(s) for that source drive(s) and<br><br>(2) to, after accessing the hidden area(s) on that source drive(s), access the stored information about the original configuration of the source drive(s) stored in the flash memory by referencing the unique identification number associated with that source drive(s) and<br><br>(3) to instruct the source drive(s) to restore itself to the original configuration | Invalid under 35 U.S.C. § 112.<br><br>This term is subject to 35 U.S.C. § 112(f).<br><br>Function: restoring the source device to its original condition.<br><br>Structure: Undefined.<br><br>Alternate Structure: processor programmed as set forth in 5:5–12 of the '086 patent, and equivalents thereof | **Structure**:  processor programmed as set forth in 4:54–60 and 5:5–12 of the '086 patent. |

A.  CLAIM LANGUAGE

EXHIBIT A

**THE '379 PATENT**

The relevant claims of the '379 patent—claims 1 and 2—read as follows:

1.  A <u>stand-alone, dedicated function device for removing data from a long-term memory component</u>, comprising:

    an interface for connecting the <u>stand-alone, dedicated function device</u> to the long-term memory component;

    a control circuit configured to control the long-term memory component through the interface to <u>irretrievably remove data</u> from the long-term memory component without regard to data content or data storage format of the data on the long-term memory component by overwriting the data of the long-term memory component;

    a <u>user controllable switch</u> that, when actuated by a user, causes the control circuit to commence irretrievably removing all the data from the long-term memory component;

    a casing configured to contain the control circuit and the interface, the <u>casing being of a size that is portable by the user</u>;

    a power supply configured to supply power to the control circuit;

    wherein <u>the control circuit is further configured to open a hidden storage area</u> on the long-term memory component <u>before irretrievably removing the data</u>.

2.  The device of claim 1, wherein the <u>control circuit open[s] a hidden storage area without user intervention</u>.

**EXHIBIT A**                                                                                   Page 21 of 26

THE '379 PATENT

**B.  DISPUTED TERMS**

The disputed terms in the '379 patent the following:

      a.      "user controllable switch"

      b.      "hidden storage area"

      c.      "stand-alone, dedicated function device for removing data from a long term memory component" and "stand-alone, dedicated function device"

      d.      "irretrievably remove data"

      e.      "the control circuit is further configured to open a hidden area . . . before irretrievably removing data"

      f.      "casing being a size that is portable by the user"

      g.      "the control circuit open[s] a hidden storage area without user intervention"

**EXHIBIT A**

THE '379 PATENT

## C. PROPOSED DEFINITIONS

### a.    "user controllable switch"

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "user controllable switch"<br><br>Claim 1 of '379 Patent | This claim term should be afforded its plain and ordinary meaning, which is "a switch that can be controlled by a user of the device." | "a simple physical switch, including two stable positions 'on' and 'off', that when actuated by the user that causes the control circuit to issue all the commands recited herein, and is not a menu driven interface" | "a physical switch that can be controlled by a user of the device" |

### b.    "hidden storage area"

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "hidden storage area"<br><br>Claim 1 of '379 Patent | "an area on a long-term memory device that is not counted towards a reported size of the device, such as a Host Protected Area and/or a Device Configuration Overlay" | "an area on a long-term memory device that is hidden from the operating system" | "an area on a long-term memory device that is not counted towards a reported size of the device, such as a Host Protected Area and/or a Device Configuration Overlay" |

THE '379 PATENT

c.    *"stand-alone, dedicated function device for removing data from a long term memory component" and "stand-alone, dedicated function device"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "stand-alone, dedicated function device for removing data from a long term memory component" and "stand-alone, dedicated function device" Claim 1 of '379 Patent | "a physical device, which is not a general purpose computer system, that stands apart from a long-term memory component and is dedicated to irretrievably remove data from the long-term memory component" | "a device that is configured at the factory for the specific purpose of automatically removing data from a long-term memory component, and includes all the hardware, logic and circuitry necessary to perform such specific purpose, and the device does not have any way for a user to change its functionality, programming, or configuration" | "a device that is configured at the factory for a main purpose of removing data from a long-term memory component, and includes all the hardware, logic, and circuitry necessary to perform such purpose" |

d.    *"irretrievably remove data"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "irretrievably remove data" Claim 1 of '379 Patent | This claim term should be afforded its plain and ordinary meaning, which is "remove data permanently such that it may not be recovered by any known methods." | "overwrite data on the tracks of a long-term memory component by writing to all the tracks multiple times with multiple data patterns and writing to the tracks non-sequentially in a pattern that forces the head to move from track to track in such a way as to introduce jitter in the position of the head in the long-term memory component" | "remove data permanently such that it may not be recovered by any method known prior to the patent's filing date" |

**THE '379 PATENT**

    e.    *"the control circuit is further configured to open a hidden area . . . before irretrievably removing data"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "the control circuit is further configured to open a hidden area . . . before irretrievably removing data"<br><br>Claim 1 of '379 Patent | This claim term does not require construction. | "the control circuit automatically opens a hidden storage area on the long-term memory component before irretrievably removing the data in response to the user's actuation of the switch to command irretrievable removal of all data" | Plaintiff has pointed out that Defendants neither presented an argument for this limitation, nor responded to Plaintiff's brief regarding this claim limitation.<br><br>Thus, the Court adopts the following construction:<br><br>This claim term does not require construction. |

    f.    *"casing being a size that is portable by the user"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "casing being of a size that is portable by the user"<br><br>Claim 1 of '379 Patent | This claim term does not require construction. | Invalid under 35 U.S.C. § 112.<br><br>"casing that is relatively small, lightweight, and easily portable, approximately 8"x10"x1.5" or smaller" | This claim term does not require construction. |

**EXHIBIT A**

**THE '379 PATENT**

g.    *"the control circuit open[s] a hidden storage area without user intervention"*

| Claim Term | Plaintiff's Construction | Defendants' Construction | COURT'S CONSTRUCTION |
|---|---|---|---|
| "the control circuit open[s] a hidden storage area without user intervention"<br><br>Claim 2 of '379 Patent | This claim term does not require construction. | "the control circuit automatically issues commands to open a hidden storage area without need for a user to request the control circuit to do so" | "the control circuit automatically issues commands to open a hidden storage area without need for a user to request the control circuit to do so" |