# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MYKEY TECHNOLOGY, INC. PATENT LITIGATION<br><br>MyKey Technology, Inc.<br><br>    v.<br><br>Intelligent Computer Solutions, Inc. | 2:13-ml-02461-AG (PLAx)<br><br>MDL NO. 2461<br><br>This Document Relates to:<br>Case No. 2:13-cv-6017-AG (PLAx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

      Based on the Stipulation of Dismissal With Prejudice submitted on behalf of plaintiff MyKey Technology, Inc. and defendant CRU Acquisition Group, LLC (collectively, the "Parties"), it is hereby ORDERED that:

      (1) All claims in the above-captioned action are dismissed with prejudice; and

      (2) Each party shall bear its own costs and attorney's fees; and

      (3) The Court retains jurisdiction over this action for the purpose of enforcing the Parties' settlement.

**IT IS SO ORDERED.**

Dated:  January 04, 2017

_____
Andrew J. Guilford
United States District Judge