1  ROBERT E. FREITAS (SBN 80948)
      rfreitas@fawlaw.com
2  JESSICA N. LEAL (SBN 267232)
      jleal@fawlaw.com
3  FREITAS & WEINBERG LLP
   350 Marine Parkway, Suite 200
4  Redwood Shores, CA 94065
   Telephone: (650) 593-6300
5  Facsimile:  (650) 593-6301

6  Attorneys for Plaintiff
7  MyKey Technology, Inc.

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

11  IN RE: MYKEY TECHNOLOGY, INC. PATENT LITIGATION

    2:13-ml-02461-AG (PLAx)

    MDL NO. 2461

13  MyKey Technology, Inc.

    This Document Relates to:
    Case No. 2:12-cv-10927-AG (PLA)

14          v.

15  Intelligent Computer Solutions, Inc.

    [PROPOSED] JUDGMENT AND
    ORDER GRANTING PLAINTIFF'S
    MOTION TO ENFORCE
    SETTLEMENT AGREEMENT

    **UNREDACTED**

    Date:   October 21, 2019
    Time:   10:00 a.m.
    Ctrm.:  10D
    Judge:  Hon. Andrew J. Guilford

This matter came before the Court on plaintiff MyKey Technology, Inc.'s Motion to Enforce Settlement Agreement and for Judgment against the defendant Intelligent Computer Solutions, Inc.

The Court, having considered all papers and arguments in support thereof, and in opposition thereto, and all other matters of record before the Court or to which this Court may or must take judicial notice, and for good cause shown, does hereby ORDER as follows:

1. The motion is GRANTED and judgment in favor of MyKey Technology, Inc. against Intelligent Computer Solutions, Inc. is entered.

2. Intelligent Computer Solutions, Inc. shall pay pre-judgment interest to MyKey Technology, Inc. at the rate of ten percent (10%) per annum, from the date of each late or missed payment of each settlement scheduled payment.

3. The judgment is entered as follows:

   $90,000.00    Principal

   $21,165.07    Prejudgment Interest (through September 13, 2019)

   197.28        Prejudgment Interest (September 14, 2019 through today)

   $111,362.35   JUDGMENT AS ENTERED

4. Intelligent Computer Solutions, Inc. shall pay to MyKey Technology, Inc. post-judgment interest AS DETERMINED ~~at the rate of ten percent (10%) per annum, in the amount of $24.66 per day, from the date of entry of this Judgment.~~

**IT IS SO ORDERED.**

Dated: OCT 21, 2019

Andrew J. Guilford
United States District Judge